# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** State of Arizona ex rel. Kristin K Mayes et al.

**Defendant(s):** Michael D. Lansky, L.L.C., dba Avid Telecom ; Michael D. Lansky, individually as a Member/Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom ; Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Pima County, AZ; Seminole County, FL

Plaintiff's Atty(s):

**See Attachment**

Defendant's Atty(s):

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- N/A

Defendant:- N/A

IV. Origin :    **6. Multidistrict Litigation**

V. Nature of Suit:    **485 Telephone Consumer Protection Act**

VI. Cause of Action:    **This action is filed pursuant to the Telemarketing and Consumer Fraud and Abuse Prevention Act ("Telemarketing Act"), 15 U.S.C. § 6101 et seq.; the Telemarketing Sales Rule ("TSR"), 16 C.F.R. § 310 et seq.; the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.; and certain state laws that protect consumers against unfair and**

deceptive trade practices, including unfair, deceptive, abusive and illegal telemarketing practices.

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Laura Dilweg

**Date:** 5/23/23

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014