## LIST OF PLAINTIFFS' COUNSEL

Laura Dilweg (AZ Bar No. 036066)
Dylan Jones (AZ Bar No. 034185)
Joseph Hubble (AZ No. 037113)
Assistant Attorneys General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov
laura.dilweg@azag.gov
*Attorneys for Plaintiff State of Arizona*

Douglas S. Swetnam (IN Bar No. 15860-49)
*(Pro Hac Vice motion forthcoming)*
Joseph D. Yeoman (IN Bar No. 35668-29)
*(Pro Hac Vice motion forthcoming)*
Deputy Attorneys General
Office of the Indiana Attorney
General Todd Rokita
Indiana Govt. Center South, 5th Fl.
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:  (317) 232-6294 (Swetnam)
        (317) 234-1912 (Yeoman)
Fax:    (317) 232-7979
douglas.swetnam@atg.in.gov
joseph.yeoman@atg.in.gov
*Attorneys for Plaintiff State of Indiana*

Tracy Nayer (NC Bar No. 36964)
*(Pro Hac Vice motion forthcoming)*
Special Deputy Attorney General
Danielle Wilburn Allen (NC Bar No. 58141)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Fax:    (919) 716-6050
tnayer@ncdoj.gov
dwilburnallen@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

Erin B. Leahy (OH Bar No. 0069509)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730
Fax:    (866) 768-2648
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

***Lead Counsel for Plaintiffs***

Lindsay S. Dawson (AL Bar No. 1165-G00N)
*(Pro Hac Vice motion forthcoming)*
Robert D. Tambling (AL Bar No. 6026-N67R)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Dawson)
         (334) 242-7445 (Tambling)
Fax:    (334) 353-8400
Lindsay.Dawson@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of Attorney General Tim Griffin
323 Center St., Ste. 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:    (501) 682-8118
Amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
*(Pro Hac Vice motion forthcoming)*
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
*(Pro Hac Vice motion forthcoming)*
Rosailda Perez (CA Bar No. 284646)
*(Pro Hac Vice motion forthcoming)*
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
         (213) 269-6348 (Eskandari)
         (213) 269-6355 (Lundgren)
         (213) 269-6612 (Perez)
Fax:    (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General II
Bianca Feierstein (CO Bar No. 56653)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220 (Singer Nelson)
         (720) 508-6246 (Feierstein)
michel.singernelson@coag.gov
bianca.feierstein@coag.gov
*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Kim Carlson McGee (CT Bar No. 440655)  
*(Pro Hac Vice motion forthcoming)*  
Assistant Attorney General  
Office of the Connecticut Attorney General  
William Tong  
165 Capitol Avenue, Suite 4000  
Hartford, CT 06106  
Phone: (860) 808-5400  
Fax:    (860) 808-5593  
kim.mcgee@ct.gov  
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)  
*(Pro Hac Vice motion forthcoming)*  
Dashiell Radosti (DE Bar No. 7100)  
*(Pro Hac Vice motion forthcoming)*  
Deputy Attorneys General  
Delaware Department of Justice  
820 N. French Street, 5th Floor  
Wilmington, DE 19801  
Phone: (302) 683-8811 (Costa)  
       (302) 683-8812 (Radosti)  
Fax:   (302) 577-6499  
Ryan.costa@delaware.gov  
Dashiell.radosti@delware.gov  
*Attorneys for Plaintiff State of Delaware*

Adam Teitelbaum (DC Bar No. 1015715)  
*(Pro Hac Vice motion forthcoming)*  
Director, Office of Consumer Protection  
Emily Barth (DC Bar No. 1004825)  
*(Pro Hac Vice motion forthcoming)*  
Assistant Attorney General  
D.C. Office of the Attorney General  
Office of Consumer Protection  
400 6th Street NW, 10th Floor  
Washington, DC 20001  
Phone: (202) 741-0764  
Adam.Teitelbaum@dc.gov  
Emily.Barth@dc.gov  
*Attorneys for Plaintiff District of Columbia*

Patrick Crotty (FL Bar No. 108541)  
*(Pro Hac Vice motion forthcoming)*  
Senior Assistant Attorney General  
Miles Vaughn (FL Bar No. 1032235)  
*(Pro Hac Vice motion forthcoming)*  
Assistant Attorney General  
Office of the Florida Attorney General  
Consumer Protection Division  
3507 E. Frontage Rd, Suite 325  
Tampa, FL 33607  
Phone: (813) 287-7950  
Fax:    (813) 281-5515  
patrick.crotty@myfloridalegal.com  
miles.vaughn@myfloridalegal.com  
*Attorneys for Plaintiff Ashley Moody,*  
*Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)  
*(Pro Hac Vice motion forthcoming)*  
Senior Assistant Attorney General  
Office of the Attorney General of the State of Georgia  
2 Martin Luther King Jr. Drive, SE, Ste. 356  
Atlanta, GA 30334  
Phone: (404) 458-4294  
Fax:    (404) 464-8212  
dzisook@law.ga.gov  
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)  
*(Pro Hac Vice motion forthcoming)*  
Deputy Attorney General  
Hawaii Department of the Attorney General  
425 Queen Street  
Honolulu, HI 96813  
Phone: (808) 586-1180  
Fax:    (808) 586-1205  
christopher.ji.leong@hawaii.gov  
*Attorney for Plaintiff State of Hawaii*

Stephanie N. Guyon (ID Bar No. 5989)
*(Pro Hac Vice motion forthcoming)*
Deputy Attorney General
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone:  (208) 334-4135
Fax:      (208) 334-4151
stephanie.guyon@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
*(Pro Hac Vice motion forthcoming)*
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
*(Pro Hac Vice motion forthcoming)*
William Pearson (IA Bar No. AT0012070)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
           (515) 242-6773 (Pearson)
Fax:     (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Sarah M. Dietz (KS Bar No. 27457)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue
Topeka, KS 66612
Phone:  (785) 296-3751
Fax:      (785) 291-3699
sarah.dietz@ag.ks.gov
*Attorney for Plaintiff State of Kansas*

Donald J. Haas (KY Bar No. 94090)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone:  (502) 696-5612
Fax:      (502) 573-8317
donald.haas@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

Cathryn E. Gits (LA Bar No. 35144)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Attorney General Jeff Landry
1885 North Third St.
Baton Rouge, LA 70802
Phone:  (225) 326-6414
Fax:      (225) 326-6499
gitsc@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Laura Lee Barry Womack (ME Bar No. 010110)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Lauralee.barrywommack@maine.gov
*Attorney for Plaintiff Aaron M. Frey, Attorney General*

Philip Ziperman (Fed. Bar No. 12430)
*(Pro Hac Vice motion forthcoming)*
Deputy Counsel
Kathleen P. Hyland (Fed. Bar No. 30075)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Ziperman)
         (410) 576-7057 (Hyland)
Fax:    (410) 576-6566
pziperman@oag.state.md.us
khyland@oag.state.md.us
*Attorneys for Plaintiff Maryland Office of the Attorney General*

Elizabeth Cho (MA Bar No. 672556)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2608
Fax:    617-727-5765
Elizabeth.Cho@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
*(Pro Hac Vice motion forthcoming)*
Michael S. Hill (MI Bar No. P73084)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
*(Pro Hac Vice motion forthcoming)*
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (602) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Michael Schwalbert (MO Bar No. 63299)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone:  (314) 340-6816
Fax:     (314) 340-7891
michael.schwalbert@ago.mo.gov
*Attorney for Plaintiff State of Missouri,*
*ex. rel. Andrew Bailey, Attorney General*

Anna Schneider (MT Bar No. 13963)
*(Pro Hac Vice motion forthcoming)*
Bureau Chief
Andrew Butler (MT Bar No. 53936812)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Montana Attorney General's Office
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Phone:  (406)444-4500
Anna.schneider@mt.gov
Andrew.butler@mt.gov
*Attorneys for Plaintiff State of Montana*

Michaela J. Hohwieler (NE Bar No. 26826)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone:  (402) 471-1928
Fax:     (402) 471-4725
Michaela.hohwieler@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Newman (NV Bar No. 13206)
*(Pro Hac Vice motion forthcoming)*
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MNewman@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
33 Capitol St.
Concord, NH 03301-6397
Phone: (603) 271-1139
Fax:     (603) 271-2110
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of*
*New Hampshire*

Deepta Janardhan (NJ Bar No. 309022020)
*(Pro Hac Vice motion forthcoming)*
Jeffrey Koziar (NJ Bar No. 015131999)
*(Pro Hac Vice motion forthcoming)*
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax:     (973) 648-4887
deepta.janardhan@law.noag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Jacqueline Ortiz (NM Bar No. 146309)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
State of New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505)490-4060
Fax:     (505) 490-4883
Jortiz@nmag.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646)856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Parrell D. Grossman (ND Bar No. 04684)
*(Pro Hac Vice motion forthcoming)*
Director, Consumer Protection & Antitrust Div.
Elin S. Alm (ND Bar No. 05924)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
pgrossman@nd.gov
ealm@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Matthew E. Willoughby (OK Bar No. 33305)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-2966
Fax:     (405) 522-0085
Matthew.Willoughby@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

Brandon J. Bingle (PA Bar No. 209133)
*(Pro Hac Vice motion forthcoming)*
Senior Deputy Attorney General
Office of Attorney General
Michelle A. Henry
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (814) 878-5858
Fax:     (717) 705-3795
bbingle@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General Michelle A. Henry*

Stephen N. Provazza (RI Bar No. 10435)
*(Pro Hac Vice motion forthcoming)*
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone:  (401) 274-4400, ext. 2476
Fax:     (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

Kristin Simons (SC Bar No. 74004)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Danielle Robertson (SC Bar No. 105846)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone:  (803) 734-6134 (Simons)
             (803) 734-8044 (Robertson)
ksimmons@scag.gov
danirobertson@scag.gov
*Attorneys for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
*(Pro Hac Vice motion forthcoming)*
Tyler T. Corcoran (TN Bar No. 038887)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone:  (615) 532-7271 (Ostiguy)
             (615) 770-1714 (Corcoran)
Fax:     (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

Wade A. Johnson (Fed. Bar No. 105556; TX Bar No. 24062197)
*(Pro Hac Vice motion forthcoming)*
David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone:  (512) 463-2100
Fax:     (512) 473-8301
Wade.johnson@oag.texas.gov
David.Shatto@oag.texas.gov
*Attorneys for Plaintiff State of Texas*

Kevin McLean (UT Bar No. 16101)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone:  (801) 366-0310
Fax:     (801) 366-0315
kmclean@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

Edwin L. Hobson (VT Bar No. 637)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Office of the Attorney General
Consumer Assistance Program
109 State Street
Montpelier, VT 05609-1001
Phone:  (802) 863-2000 (Hobson)
             (802) 828-3171 (Main office)
Fax:     (802) 304-1014
ted.hobson@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone:  (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Mina Shahin (WA Bar No. 46661)
*(Pro Hac Vice motion forthcoming)*
Alexandra Kory (WA Bar No. 49889)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorneys General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone:  (206) 326-5485 (Shahin)
             (206) 516-2997 (Kory)
Fax:     (206) 464-6451
Mina.Shahin@atg.wa.gov
Alexandra.Kory@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone:  (304) 558-8986
Fax:     (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
myszkowskiga@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Benjamin M. Peterson (WY Bar No. 8-6513)
*(Pro Hac Vice motion forthcoming)*
Assistant Attorney General
Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-8240
Fax:     (307) 777-3435
benjamin.peterson2@wyo.gov
*Attorney for Plaintiff State of Wyoming*