# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Wade A. Johnson, Bar #24062197, was duly admitted to practice in said Court on 11/16/2015, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on 5/18/2023.



PHILIP J. DEVLIN, Clerk

BY: _____