# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, ex rel. KRISTIN K. MAYES, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MICHAEL D. LANSKY, L.L.C., dba AVID TELECOM, et al.,<br><br>　　　Defendants. | Civil Action No. CV-23-233-TUC-CKJ |

## ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering Texas Assistant Attorney General Wade Johnson's application to appear pro hac vice, the Court GRANTS Mr. Johnson's application and ORDERS that Wade Johnson be allowed to appear pro hac vice until the conclusion of this case.

Date:_____

_____
Senior Judge Cindy K Jorgenson

APPROVED & ENTRY REQUESTED.

*/s/ Wade A. Johnson*
Wade A. Johnson