Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendant Stacey S. Reeves

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; State of Alabama ex rel. Attorney General Steve Marshall; State of Arkansas, ex rel. Tim Griffin; People of the State of California ex rel. Rob Bonta, Attorney General of California; State of Colorado, ex rel. Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware ex rel. Kathleen Jennings, Attorney General of the State of Delaware; District of Columbia; Office of the Attorney General, State of Florida, Department of Legal Affairs; State of Georgia, ex rel. Christopher M. Carr, Attorney General of the State of Georgia; State of Hawaii; State of Idaho, through Attorney General Raúl R. Labrador; People of the State of Illinois; State of Indiana; State of Iowa ex rel. Brenna Bird, Attorney General of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Maine; Maryland Office of the Attorney General; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Mississippi ex rel. Attorney General Lynn Fitch; State of Missouri, ex. rel. Andrew Bailey, Attorney General; State of Montana; State of Nebraska, ex rel. Michael T. Hilgers, Attorney General; State of Nevada; State of New Hampshire; State of New Jersey; State of | No. 4:23-cv-00233-EJM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

| | |
|---|---|
| New Mexico, ex rel. Raúl Torrez, Attorney General; People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, ex rel. Attorney General Joshua H. Stein; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Ohio ex rel. Attorney General Dave Yost; State of Oklahoma ex rel. Attorney General Gentner Drummond; State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon; Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; State of Rhode Island; State of South Carolina ex. rel. Attorney General Alan Wilson; State of Tennessee; State of Texas; Utah Division of Consumer Protection; State of Vermont; Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General; State of Washington; State of West Virginia ex rel. Patrick Morrisey, Attorney General; State of Wisconsin; and State of Wyoming,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, an Arizona limited liability company;<br><br>Michael D. Lansky, individually as a Member/ Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom; and<br><br>Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　The law firm of Mitchell Stein Carey Chapman, PC, enters its Notice of Appearance on behalf of Defendant Stacey S. Reeves in the above-captioned matter.

//

RESPECTFULLY SUBMITTED on June 20, 2023.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *s:/ Lee Stein*

Lee Stein
Anne Chapman
Attorneys for Stacey S. Reeves

## CERTIFICATE OF SERVICE

I certify that on June 20, 2023, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

*s:/ B. Woloctt*