# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; State of Alabama ex rel. Attorney General Steve Marshall; State of Arkansas, ex rel. Tim Griffin; People of the State of California ex rel. Rob Bonta, Attorney General of California; State of Colorado, ex rel. Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware ex rel. Kathleen Jennings, Attorney General of the State of Delaware; District of Columbia; Office of the Attorney General, State of Florida, Department of Legal Affairs; State of Georgia, ex rel. Christopher M. Carr, Attorney General of the State of Georgia; State of Hawaii; State of Idaho, through Attorney General Raúl R. Labrador; People of the State of Illinois; State of Indiana; State of Iowa ex rel. Brenna Bird, Attorney General of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Maine; Maryland Office of the Attorney General; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Mississippi *ex rel.* Attorney General Lynn Fitch; State of Missouri, *ex. rel.* Andrew Bailey, Attorney General; State of Montana; State of Nebraska, *ex rel*. Michael T. Hilgers, Attorney General; State of Nevada; State of New Hampshire; State of New Jersey; State of New Mexico, *ex rel*. Raúl Torrez, Attorney General; People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, *ex rel.* Attorney General Joshua H. Stein; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; State of Ohio *ex rel.* Attorney General Dave Yost; State of | Case No. 4:23-cv-00233-EJM<br><br>**ORDER** |

|   | |   |
|---|---|---|
| Oklahoma *ex rel.* Attorney General Gentner Drummond; State of Oregon, *ex rel.* Ellen F. Rosenblum, Attorney General for the State of Oregon; Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; State of Rhode Island; State of South Carolina *ex. rel.* Attorney General Alan Wilson; State of Tennessee; State of Texas; Utah Division of Consumer Protection; State of Vermont; Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General; State of Washington; State of West Virginia *ex rel.* Patrick Morrisey, Attorney General; State of Wisconsin; and State of Wyoming, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |   |
| Plaintiffs, | ) |   |
| v. | ) |   |
| Michael D. Lansky, L.L.C., dba Avid Telecom, an Arizona limited liability company; | )<br>)<br>)<br>)<br>) |   |
| Michael D. Lansky, individually as a Member/ Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom; and | )<br>)<br>)<br>)<br>)<br>) |   |
| Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom, | )<br>)<br>)<br>)<br>) |   |
| Defendants. | ) |   |

Having reviewed the Unopposed Motion for Extension of Time, and finding good cause to extend the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint,

IT IS HEREBY ORDERED granting the Unopposed Motion.

IT IS FURTHER HEREBY ORDERED Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to _____, 2023.

All other deadlines shall remain in effect.

Dated this ___ day of _____, 2023.

_____
United States District Judge