Lee Stein (#012368)
lee@mscclaw.com
Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
2600 North Central Avenue, Suite 1000
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendant Stacey S. Reeves

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; State of Alabama ex rel. Attorney General Steve Marshall; State of Arkansas, ex rel. Tim Griffin; People of the State of California ex rel. Rob Bonta, Attorney General of California; State of Colorado, ex rel. Philip J. Weiser, Attorney General; State of Connecticut; State of Delaware ex rel. Kathleen Jennings, Attorney General of the State of Delaware; District of Columbia; Office of the Attorney General, State of Florida, Department of Legal Affairs; State of Georgia, ex rel. Christopher M. Carr, Attorney General of the State of Georgia; State of Hawaii; State of Idaho, through Attorney General Raúl R. Labrador; People of the State of Illinois; State of Indiana; State of Iowa ex rel. Brenna Bird, Attorney General of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Maine; Maryland Office of the Attorney General; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Mississippi ex rel. Attorney General Lynn Fitch; State of Missouri, ex. rel. Andrew Bailey, Attorney General; State of Montana; State of Nebraska, ex rel. Michael T. Hilgers, Attorney General; State of Nevada; State of New Hampshire; State of New Jersey; State of | No. 4:23-cv-00233-EJM<br><br>***EX PARTE*** **MOTION TO WITHDRAWAL WITH CLIENT CONSENT** |

| | |
|---|---|
| New Mexico, ex rel. Raúl Torrez, Attorney General; People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, ex rel. Attorney General Joshua H. Stein; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Ohio ex rel. Attorney General Dave Yost; State of Oklahoma ex rel. Attorney General Gentner Drummond; State of Oregon, ex rel. Ellen F. Rosenblum, Attorney General for the State of Oregon; Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; State of Rhode Island; State of South Carolina ex. rel. Attorney General Alan Wilson; State of Tennessee; State of Texas; Utah Division of Consumer Protection; State of Vermont; Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General; State of Washington; State of West Virginia ex rel. Patrick Morrisey, Attorney General; State of Wisconsin; and State of Wyoming,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, an Arizona limited liability company;<br><br>Michael D. Lansky, individually as a Member/ Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom; and<br><br>Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Civil Rule 83.3, the Law Firm of Mitchell Stein Carey Chapman, P.C. (MSCC), counsel for Defendant Stacey Reeves in the above-captioned case, hereby moves *ex parte* to withdraw as legal counsel for Ms. Reeves. Ms. Reeves has executed a Consent for Withdraw, a copy of which is attached as **Exhibit 1**.

MSCC seeks an order permitting its withdrawal as counsel of record for Ms. Reeves at Ms. Reeves' request.

MSCC hereby requests that it be removed from the official service list for this action, and as recipient for email through the CM/ECF system.

RESPECTFULLY SUBMITTED on July 20, 2023.

MITCHELL | STEIN | CAREY | CHAPMAN, PC

By: *s:/ Lee Stein*

Lee Stein
Anne Chapman
Attorneys for Stacey S. Reeves

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2023, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on the Notice of Electronic Filing.

*s:/ B. Wolcott*