

**EXHIBIT 1**

## CONSENT

    I, Stacey Reeves, hereby consent to and approve of the withdrawal of Lee Stein, Anne Chapman and the law firm of Mitchell Stein Carey Chapman, PC, as counsel of record in this matter pending in the United States District Court – District of Arizona; Case No. 4:23-cv-00233-EJM.

    DATED July __20__, 2023.

By: _____
Stacey Reeves