1
2
3
4
5

UNITED STATES DISTRICT COURT

6

DISTRICT OF ARIZONA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

State of Arizona, ex rel. Kristin K. Mayes, )   4:23-cv-00233-EJM
Attorney General; State of Alabama ex rel. )
Attorney General Steve Marshall; State of  )
Arkansas, ex rel. Tim Griffin; People of the)   **[PROPOSED] ORDER GRANTING**
State of California ex rel. Rob Bonta,      )   ***EX PARTE* MOTION TO**
Attorney General of California; State of    )   **WITHDRAW AS COUNSEL**
Colorado, ex rel. Philip J. Weiser, Attorney)
General; State of Connecticut; State of     )
Delaware ex rel. Kathleen Jennings,         )
Attorney General of the State of Delaware;  )
District of Columbia; Office of the         )
Attorney General, State of Florida,         )
Department of Legal Affairs; State of       )
Georgia, ex rel. Christopher M. Carr,       )
Attorney General of the State of Georgia;   )
State of Hawaii; State of Idaho, through    )
Attorney General Raúl R. Labrador; People)
of the State of Illinois; State of Indiana; )
State of Iowa ex rel. Brenna Bird, Attorney )
General of Iowa; State of Kansas;           )
Commonwealth of Kentucky; State of          )
Louisiana; State of Maine; Maryland         )
Office of the Attorney General;             )
Commonwealth of Massachusetts; People       )
of the State of Michigan; State of          )
Minnesota, by its Attorney General, Keith   )
Ellison; State of Mississippi ex rel.       )
Attorney General Lynn Fitch; State of       )
Missouri, ex rel. Andrew Bailey, Attorney   )
General; State of Montana; State of         )
Nebraska, ex rel. Michael T. Hilgers,       )
Attorney General; State of Nevada; State    )
of New Hampshire; State of New Jersey;      )

| | |
|---|---|
| 1 | State of New Mexico, ex rel. Raúl Torrez, ) |
| 2 | Attorney General; People of the State of ) New York, by Letitia James, Attorney ) |
| 3 | General of the State of New York; State of ) North Carolina, ex rel. Attorney General ) |
| 4 | Joshua H. Stein; State of North Dakota, ex ) |
| 5 | rel. Drew H. Wrigley, Attorney General; ) State of Ohio ex rel. Attorney General ) |
| 6 | Dave Yost; State of Oklahoma ex rel. ) |
| 7 | Attorney General Gentner Drummond; ) State of Oregon, ex rel. Ellen F. ) |
| 8 | Rosenblum, Attorney General for the State ) |
| 9 | of Oregon; Commonwealth of ) Pennsylvania, by Attorney General ) |
| 10 | Michelle A. Henry; State of Rhode Island; ) |
| 11 | State of South Carolina ex. rel. Attorney ) General Alan Wilson; State of Tennessee; ) |
| 12 | State of Texas; Utah Division of Consumer ) |
| 13 | Protection; State of Vermont; ) Commonwealth of Virginia, ex rel. Jason ) |
| 14 | S. Miyares, Attorney General; State of ) |
| 15 | Washington; State of West Virginia ex rel. ) Patrick Morrisey, Attorney General; State ) |
| 16 | of Wisconsin; and State of Wyoming, ) |
| 17 | Plaintiffs, ) ) |
| 18 | v. ) |
| 19 | ) Michael D. Lansky, L.L.C., dba Avid ) |
| 20 | Telecom, an Arizona limited liability ) |
| 21 | company; ) ) |
| 22 | Michael D. Lansky, individually as a ) |
| 23 | Member/ Manager/Chief Executive Officer ) of Michael D. Lansky, L.L.C., dba Avid ) |
| 24 | Telecom; and ) |
| 25 | ) Stacey S. Reeves, individually as a ) |
| 26 | Manager/Vice President of Michael D. ) |
| 27 | Lansky, L.L.C., dba Avid Telecom, ) ) |
| 28 | Defendants. ) |

Having reviewed Counsel's *Ex Parte* Motion to Withdraw as Counsel With Client Consent, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw is granted.

IT IS FURTHER ordered that Lee Stein, Anne Chapman and Mitchell Stein Carey Chapman, PC shall be removed from the official service list for this action, and as recipient for email through the CM/ECF system.

DATED this _____ day of _____, 2023.


_____
United States District Court Judge