# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>Michael D Lansky LLC, et al.,<br><br>  Defendants. | No. CV-23-00233-TUC-CKJ<br><br>**ORDER** |

Defendants report that the parties are engaged in early settlement discussions and, seek an extension of time to answer. The Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Unopposed Motion for Extension of Time to Answer (Doc. 14) is GRANTED for 45 days.

**IT IS FURTHER ORDERED** that the Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to September 7, 2023.

Dated this 21st day of July, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge