# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-23-00233-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Michael D Lansky LLC, et al., | |
| Defendantss. | |

Having reviewed Counsel's Ex Parte Motion to Withdraw as Counsel With Client Consent by Defendant Ms. Stacey Reeves, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that the Motion to Withdraw (Doc. 15) is GRANTED.

**IT IS FURTHER ORDERED** that Lee Stein, Anne Chapman and Mitchell Stein Carey Chapman, PC shall be removed from the official service list for this action, and as recipient for email through the CM/ECF system.

Dated this 21st day of July, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge