UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, ex rel. KRISTIN K. MAYES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL D. LANSKY, L.L.C., dba AVID TELECOM, et al.,<br><br>    Defendants. | Civil Action No. 4:23-CV-00233-CKJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Senior Assistant Attorney General Wade A. Johnson respectfully notifies the Court of his withdrawal as counsel for the Plaintiff State of Texas in this case. Assistant Attorney General David Shatto will continue to represent the Plaintiff State of Texas, and Texas will not be without representation in this matter.

Dated: July 31, 2023

                                        Respectfully submitted,

                                        ANGELA COLMENERO
                                        Provisional Attorney General of Texas

                                        BRENT WEBSTER
                                        First Assistant Attorney General

                                        GRANT DORFMAN
                                        Deputy First Assistant Attorney General

                                        JAMES LLOYD
                                        Acting Deputy Attorney General for Civil Litigation

                                        RYAN BAASCH
                                        Chief, Consumer Protection Division

/s/ Wade A. Johnson
WADE A. JOHNSON
Texas State Bar No. 24062197
SCOTT A. FROMAN
Texas Bar No. 24122079
DAVID SHATTO
Texas State Bar No. 24104114
Assistant Attorneys General
Consumer Protection Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station (MC 010)
Austin, Texas 78711-2548
Telephone:  (512) 463-1264
Facsimile:   (512) 473-8301
wade.johnson@oag.texas.gov
scott.froman@oag.texas.gov
david.shatto@oag.texas.gov

*Counsel for Plaintiff,* STATE OF TEXAS

### CERTIFICATE OF SERVICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(a), I hereby certify that on July 31, 2023, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

/s/ Wade A. Johnson
WADE A. JOHNSON
ASSISTANT ATTORNEY GENERAL