KRISTIN K. MAYES
Attorney General of Arizona
(Firm State Bar No. 14000)
Laura Dilweg (AZ Bar No. 036066)
Dylan Jones (AZ Bar No. 034185)
Joseph Hubble (AZ No. 037113)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:   (602) 542-4377
consumer@azag.gov
*Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; State of Alabama *ex rel.* Attorney General Steve Marshall; State of Arkansas, *ex rel.* Tim Griffin; People of the State of California *ex rel.* Rob Bonta, Attorney General of California; State of Colorado; State of Connecticut; State of Delaware *ex rel.* Kathleen Jennings, Attorney General of the State of Delaware; District of Columbia; Office of the Attorney General, State of Florida, Department of Legal Affairs; State of Georgia, *ex rel.* Christopher M. Carr, Attorney General of the State of Georgia; State of Hawaii; State of Idaho, through Attorney General Raúl R. Labrador; People of the State of Illinois; State of Indiana; State of Iowa *ex rel.* Brenna Bird, Attorney General of Iowa; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of Maine; Maryland Office of the Attorney General; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Mississippi *ex rel.* Attorney General Lynn Fitch; State of | NO. CV-23-00233-TUC-CKJ<br><br>**APPLICATION FOR CLERK'S ENTRY OF DEFAULT** |

Missouri, ex. rel. Andrew Bailey, Attorney General; State of Montana; State of Nebraska, *ex rel*. Michael T. Hilgers, Attorney General; State of Nevada; State of New Hampshire; State of New Jersey; State of New Mexico, *ex rel*. Raúl Torrez, Attorney General; People of the State of New York, by Letitia James, Attorney General of the State of New York; State of North Carolina, *ex rel*. Attorney General Joshua H. Stein; State of North Dakota, *ex rel*. Drew H. Wrigley, Attorney General; State of Ohio *ex rel*. Attorney General Dave Yost; State of Oklahoma *ex rel*. Attorney General Gentner Drummond; State of Oregon, *ex rel*. Ellen F. Rosenblum, Attorney General for the State of Oregon; Commonwealth of Pennsylvania, by Attorney General Michelle A. Henry; State of Rhode Island; State of South Carolina ex. rel. Attorney General Alan Wilson; State of Tennessee; State of Texas; Utah Division of Consumer Protection; State of Vermont; Commonwealth of Virginia, *ex rel*. Jason S. Miyares, Attorney General; State of Washington; State of West Virginia *ex rel*. Patrick Morrisey, Attorney General; State of Wisconsin; and State of Wyoming,

    Plaintiffs;

    v.

Michael D. Lansky, L.L.C., dba Avid Telecom; an Arizona limited liability company;

Michael D. Lansky, individually as a Member/Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom; and

Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom,

    Defendants.

Plaintiffs respectfully request the Clerk of Court's Entry of Default against Defendants Michael D. Lansky, L.L.C, dba Avid Telecom ("Avid Telecom"), Michael D. Lansky ("Lansky"), and Stacey S. Reeves ("Reeves") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(a), for failure to answer or otherwise timely defend this action after Defendants waived service. In support of this request, Plaintiffs show:

1. On May 23, 2023, Plaintiffs filed their complaint against Defendants. ECF No. 1.

2. On May 23, 2023, Plaintiffs mailed waivers of service to Defendants.

3. On June 13, 2023, Plaintiffs, through the State of Arizona, filed a Waiver of Service for Defendant Reeves. ECF No. 11.

4. On June 20, 2023, Plaintiffs, through the State of Arizona, filed a Waiver of Service for Defendants Lansky and Avid Telecom. ECF No. 12.

5. On June 20, 2023, Lee Stein filed a Notice of Appearance on behalf of Defendant Reeves. ECF No. 13.

6. The original answer date for all Defendants was July 24, 2023.

7. On July 10, 2023, Defendant Reeves, through Mr. Stein, filed the First Motion for Extension of Time to File Answer ("First MTE"). ECF No. 14.

8. The First MTE was said to be filed on behalf of all Defendants.

9. At the top of the First MTE, Neil S. Ende, Esq., managing partner of the Technology Law Group, LLC in Washington, DC, was identified as representing Defendants Lansky and Avid Telecom. Further, the First MTE expressly stated "Pro Hac Vice motion to be filed." ECF No. 14.

10. The First MTE was unopposed by Plaintiffs.

11. On July 20, 2023, Mr. Stein filed a Motion to Withdraw as Attorney for Defendant Reeves. ECF No. 15.

12. On July 24, 2023, the Court granted the First Motion for Extension of Time to File Answer, setting a response date of September 7, 2023. ECF No. 16.

3

13. On July 24, 2023, the Court granted Mr. Stein's Motion to Withdraw as Attorney. ECF No. 17.

14. Before and since July 24, 2023, Plaintiffs, through counsel for the lead states of Arizona, Indiana, North Carolina, and Ohio, have spoken with Mr. Ende and Matt Albaugh about the Plaintiffs' complaint and case.

15. Mr. Ende has stated in conversations with Plaintiffs' counsel for the states of Arizona, Indiana, North Carolina, and Ohio that he represents all Defendants in this action.

16. Mr. Albaugh, who is a partner at Taft Stettinius & Hollister LLP in Indianapolis, Indiana, has stated in conversations with Plaintiffs' counsel for the states of Arizona, Indiana, North Carolina, and Ohio that he represents only Defendant Avid Telecom.

17. At the time of this filing, the docket reflects that Defendants do not have any attorney who has filed a notice of appearance on their behalf in this matter or an attorney who did not subsequently withdraw.

18. The docket reflects that Defendant Reeves is pro se.

19. A *pro hac vice* application was granted for Mr. Ende by this Court on April 6, 2023, but only as to Mr. Ende's appearance in case No. CV-22-00558-TUC-JCH, which is a different proceeding in the United States District Court for the District of Arizona that involves Defendants Avid Telecom and Lansky.

20. "It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993); *see also, e.g., In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law."); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962). "[T]he purpose of the rule requiring corporations to appear by an attorney is to ensure that the court has greater control over the management and administration of the case."

21. All Defendants have waived service, and these waivers have been filed with the Court. ECF Nos. 11 and 12.

22. Defendants requested and were granted an extension to file a response and answer by September 7, 2023. ECF No. 16.

23. On September 7, 2023, at 6:42 PM Eastern (3:42 PM Pacific), Mr. Albaugh emailed lead counsel for Arizona, Indiana, North Carolina, and Ohio to request an extension of thirty (30) days. Mr. Ende was copied on the email.

24. On September 7, 2023, at 8:19 PM Eastern (5:19 PM Pacific), lead counsel for Arizona, Indiana, North Carolina, and Ohio emailed Mr. Albaugh and Mr. Ende, declining the last-minute request for an extension because a further delay is unwarranted, as Plaintiffs do not believe Defendants have demonstrated they are interested in resolving this matter by agreement within the next thirty days.

25. Defendants did not file an answer or response on or before September 7, 2023.

26. Defendants have "failed to plead or otherwise defend" this suit, and this has been shown through motion. Fed R. Civ. P. 55(a).

For the foregoing reasons, Plaintiffs respectfully request the Clerk of Court enter a default against Defendants Michael D. Lansky, L.L.C, dba Avid Telecom, Michael D. Lansky, and Stacey S. Reeves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED DATED this 8th day of September, 2023.

5

| | |
|---|---|
| **FOR THE STATE OF ARIZONA:** | **FOR THE STATE OF NORTH CAROLINA:** |
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JOSHUA H. STEIN<br>Attorney General for the State of North Carolina |
| */s/ Laura Dilweg*<br>LAURA DILWEG<br>DYLAN JONES<br>JOSEPH HUBBLE<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | */s/ Tracy Nayer*<br>TRACY NAYER<br>ASA EDWARDS<br>Special Deputy Attorneys General<br>DANIELLE WILBURN ALLEN<br>Assistant Attorney General<br>*Attorneys for the State of North Carolina* |
| **FOR THE STATE OF INDIANA:** | **FOR THE STATE OF OHIO:** |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| */s/ Joseph Yeoman*<br>DOUGLAS S. SWETNAM<br>JOSEPH D. YEOMAN<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | */s/ Erin Leahy*<br>ERIN B. LEAHY<br>Senior Assistant Attorney General<br>*Attorney for the State of Ohio* |

*Lead Counsel for Plaintiffs*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record. For parties whose counsel have not yet entered an appearance, copies of this motion have been served via certified mail and electronic mail to:

**For Defendants Michael D. Lansky, L.L.C, dba Avid Telecom, Michael D. Lansky, and Stacey S. Reeves**
Neil S. Ende, Esq.
Managing Partner
Technology Law Group, L.L.C.
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
202-895-1707
nende@tlgdc.com

**For Defendant Michael D. Lansky, L.L.C, dba Avid Telecom**
Matt Albaugh
Partner
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
317-713-3490
MAlbaugh@taftlaw.com

      /s/ Joseph D. Yeoman
      Joseph D. Yeoman

# LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| Laura Dilweg (AZ Bar No. 036066) | Tracy Nayer (NC Bar No. 36964) |
| Dylan Jones (AZ Bar No. 034185) | Asa Edwards (NC Bar No. 46000) |
| Joseph Hubble (AZ No. 037113) | Special Deputy Attorneys General |
| Assistant Attorneys General | Danielle Wilburn Allen (NC Bar No. 58141) |
| Arizona Attorney General's Office | Assistant Attorney General |
| 2005 North Central Avenue | North Carolina Department of Justice |
| Phoenix, AZ 85004 | Consumer Protection Division |
| Phone: (602) 542-3725 | P.O. Box 629 |
| Fax:     (602) 542-4377 | Raleigh, North Carolina 27602 |
| consumer@azag.gov | Phone: (919) 716-6000 |
| laura.dilweg@azag.gov | Fax:     (919) 716-6050 |
| *Attorneys for Plaintiff State of Arizona* | tnayer@ncdoj.gov |
| | aedwards@ncdoj.gov |
| Douglas S. Swetnam (IN Bar No. 15860-49) | dwilburnallen@ncdoj.gov |
| Joseph D. Yeoman (IN Bar No. 35668-29) | *Attorneys for Plaintiff State of* |
| Deputy Attorneys General | *North Carolina* |
| Office of the Indiana Attorney | |
| General Todd Rokita | Erin B. Leahy (OH Bar No. 0069509) |
| Indiana Govt. Center South, 5th Fl. | Senior Assistant Attorney General |
| 302 W. Washington St. | Office of Attorney General Dave Yost |
| Indianapolis, IN 46204-2770 | 30 East Broad Street, 14th Fl. |
| Phone:  (317) 232-6294 (Swetnam) | Columbus, OH 43215 |
|             (317) 234-1912 (Yeoman) | Phone:  (614) 752-4730 |
| Fax:      (317) 232-7979 | Fax:     (866) 768-2648 |
| douglas.swetnam@atg.in.gov | Erin.Leahy@OhioAGO.gov |
| joseph.yeoman@atg.in.gov | *Attorney for Plaintiff State of Ohio* |
| *Attorneys for Plaintiff State of Indiana* | |

*Lead Counsel for Plaintiffs*

8

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone:  (334) 353-2609 (Dawson)
        (334) 242-7445 (Tambling)
Fax:    (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
323 Center St., Ste. 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
Amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Bianca Feierstein (CO Bar No. 56653)
Assistant Attorney General
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220 (Singer Nelson)
       (720) 508-6246 (Feierstein)
michel.singernelson@coag.gov
bianca.feierstein@coag.gov
*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:   (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Dashiell Radosti (DE Bar No. 7100)
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811 (Costa)
       (302) 683-8812 (Radosti)
Fax:   (302) 577-6499
Ryan.costa@delaware.gov
Dashiell.radosti@delware.gov
*Attorneys for Plaintiff State of Delaware*

Adam Teitelbaum (DC Bar No. 1015715)
Director, Office of Consumer Protection
Assistant Attorney General
D.C. Office of the Attorney General
Office of Consumer Protection
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone:  (202) 741-0764
Adam.Teitelbaum@dc.gov
*Attorney for Plaintiff District of Columbia*

Patrick Crotty (FL Bar No. 108541)
Senior Assistant Attorney General
Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone:  (813) 287-7950
Fax:       (813) 281-5515
patrick.crotty@myfloridalegal.com
miles.vaughn@myfloridalegal.com
*Attorneys for Plaintiff Ashley Moody,*
*Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone:  (404) 458-4294
Fax:       (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone:  (808) 586-1180
Fax:       (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

Stephanie N. Guyon (ID Bar No. 5989)
Deputy Attorney General
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone:  (208) 334-4135
Fax:       (208) 334-4151
stephanie.guyon@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the*
*State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone:  (515) 242-6536 (Bellus)
             (515) 242-6773 (Pearson)
Fax:       (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
sarah.dietz@ag.ks.gov
*Attorney for Plaintiff State of Kansas*

Donald J. Haas (KY Bar No. 94090)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5612
Fax:    (502) 573-8317
donald.haas@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

Cathryn E. Gits (LA Bar No. 35144)
Assistant Attorney General
Office of the Attorney General Jeff Landry
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6414
Fax:    (225) 326-6499
gitsc@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Laura Lee Barry Womack (ME Bar No. 010110)
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Lauralee.barrywommack@maine.gov
*Attorney for Plaintiff Aaron M. Frey, Attorney General*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Kathleen P. Hyland (Fed. Bar No. 30075)
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Ziperman)
            (410) 576-7057 (Hyland)
Fax:    (410) 576-6566
pziperman@oag.state.md.us
khyland@oag.state.md.us
*Attorneys for Plaintiff Maryland Office of the Attorney General*

Elizabeth Cho (MA Bar No. 672556)
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2608
Fax:    617-727-5765
Elizabeth.Cho@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (602) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Michael Schwalbert (MO Bar No. 63299)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:     (314) 340-7891
michael.schwalbert@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General*

Anna Schneider (MT Bar No. 13963)
Bureau Chief
Andrew Butler (MT Bar No. 53936812)
Assistant Attorney General
Montana Attorney General's Office
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Phone: (406)444-4500
Anna.schneider@mt.gov
Andrew.butler@mt.gov
*Attorneys for Plaintiff State of Montana*

Michaela J. Hohwieler (NE Bar No. 26826)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1928
Fax:     (402) 471-4725
Michaela.hohwieler@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Newman (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MNewman@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
33 Capitol St.
Concord, NH 03301-6397
Phone: (603) 271-1139
Fax:     (603) 271-2110
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Deepta Janardhan (NJ Bar No. 309022020)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax:    (973) 648-4887
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Jacqueline Ortiz (NM Bar No. 146309)
Assistant Attorney General
State of New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505)490-4060
Fax:    (505) 490-4883
Jortiz@nmag.gov
*Attorney for Plaintiff Raúl Torrez,*
*New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646)856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Parrell D. Grossman (ND Bar No. 04684)
Director, Consumer Protection & Antitrust Division
Elin S. Alm (ND Bar No. 05924)
Assistant Attorney General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
pgrossman@nd.gov
ealm@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Matthew E. Willoughby (OK Bar No. 33305)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-2966
Fax:    (405) 522-0085
Matthew.Willoughby@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma*
*ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

| | |
|---|---|
| Brandon J. Bingle (PA Bar No. 209133)<br>Senior Deputy Attorney General<br>Office of Attorney General<br>Michelle A. Henry<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001<br>Phone: (814) 878-5858<br>Fax:    (717) 705-3795<br>bbingle@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General Michelle A. Henry* | Austin C. Ostiguy (TN Bar No. 040301)<br>Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy)<br>           (615) 770-1714 (Corcoran)<br>Fax:    (615) 532-2910<br>austin.ostiguy@ag.tn.gov<br>tyler.corcoran@ag.tn.gov<br>*Attorneys for Plaintiff State of Tennessee* |
| Stephen N. Provazza (RI Bar No. 10435)<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400, ext. 2476<br>Fax:    (401) 222-1766<br>sprovazza@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha* | David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)<br>Assistant Attorney General<br>Attorney General for the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548 (MC-010)<br>Austin, TX 78711<br>Phone: (512) 463-2185<br>Fax:    (512) 370-9125<br>David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General<br>Danielle Robertson (SC Bar No. 105846)<br>Assistant Attorney General<br>South Carolina Attorney General's Office<br>P.O. Box 11549<br>Columbia, SC 29211-1549<br>Phone: (803) 734-6134 (Simons)<br>           (803) 734-8044 (Robertson)<br>ksimmons@scag.gov<br>danirobertson@scag.gov<br>*Attorneys for Plaintiff State of South Carolina* | Kevin McLean (UT Bar No. 16101)<br>Assistant Attorney General<br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br>Phone: (801) 366-0310<br>Fax:    (801) 366-0315<br>kmclean@agutah.gov<br>*Attorney for Plaintiff Utah Division of Consumer Protection* |

Edwin L. Hobson (VT Bar No. 637)
Senior Assistant Attorney General
Office of the Attorney General
Consumer Assistance Program
109 State Street
Montpelier, VT 05609-1001
Phone:  (802) 863-2000 (Hobson)
             (802) 828-3171 (Main office)
Fax:      (802) 304-1014
ted.hobson@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Mina Shahin (WA Bar No. 46661)
Alexandra Kory (WA Bar No. 49889)
Assistant Attorneys General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone:  (206) 326-5485 (Shahin)
             (206) 516-2997 (Kory)
Fax:      (206) 464-6451
Mina.Shahin@atg.wa.gov
Alexandra.Kory@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone:  (304) 558-8986
Fax:      (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
myszkowskiga@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Benjamin M. Peterson (WY Bar No. 8-6513)
Assistant Attorney General
Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-8240
Fax:     (307) 777-3435
benjamin.peterson2@wyo.gov
*Attorney for Plaintiff State of Wyoming*