Exhibit I

**Threatening Emails**

**(NOTE: THE ATTACHED EMAILS CONTAIN REDACTED "FOUR LETTER WORDS" AND DISTURBING THREATING LANGUAGE THAT IS NOT APPROPRIATE FOR ALL AUDIENCES)**

For example, the following message was transmitted to Avid Telecom independent contractor, Stacey Reeves from a sender who read the Complaint:

"I'm going to murder your children. You are a piece of shit. You deserve nothing more than the worst torture on earth. I hope that you drown in a pool of shit and piss. You're horrible. Go kill yourself. Go f%$k yourself with a railroad spike. Go eat a hot branding iron. Die and never return to this earth. F%$k you, f%$k your children, f%$k everyone who knows you. Please, just kill yourself."

The following email was sent to Michael Lansky:

**From:** [REDACTED]
**Sent:** Thursday, May 25, 2023 7:39 AM
**To:** Avid Info <info@avid-telecom.com>
**Subject:** F%$k you f%$k you f%$k you F%$k you f%$k you f%$k you f%$k you

F%$k you F%$k you f%$k you f%$k you F%$k you f%$k you F%$k you f%$k you F%$k you f%$k you f%$k you f%$k you f%$k you f%$k you f%$k you f%$k you F%$k you F%$k you F%$k you F%$k you F%$k you kill yourself you f%$king scumbags f%$king kill yourselves You should all f%$king kill yourself F%$k you f%$king scumbags f%$king kill yourselves f%$king kill yourselves f%$king kill yourself that whole company should all f%$king kill yourselves F%$k all of you kill yourselves You should all go home and f%$king kill yourselves in front of your families F%$k you F%$k you F%$k you.