Exhibit III

**Declaration of Stacey S. Reeves**

## **Declaration of Stacey S. Reeves**

I, Stacey S. Reeves, do hereby declare, under penalty of perjury, and pursuant to the authorization provided in 28 U.S.C. § 1746, that the following facts are true and correct to the best of my current knowledge, information, and belief:

1. At all times relevant to the Complaint, I have been a resident of Oviedo, Florida.

2. All the services that I provided to Avid Telecom were provided from my home office in Oviedo, Florida. I never had an office at Avid Telecom or at any location in Arizona.

3. I have never resided in the State of Arizona.

4. I have never been to Arizona in connection with the business of Avid Telecom. Other than a few hours layover on a flight to another destination outside of Arizona, I have not been physically in the State of Arizona for any purpose, business or personal.

5. Other than my work as an independent contractor to Avid Telecom, I have never communicated with any person associated with Avid Telecom.

6. I have never owned any property located in the State of Arizona.

7. From 10/26/2020 to 08/31/2023, I served as an independent contractor to Avid Telecom, LLC. My compensation was paid exclusively as an independent contractor as reflected on the IRS Form 1099 that I received from Avid Telecom each year. A true and correct copy of each of these 1099s is attached hereto. My compensation was never tied to any sales metric; I did not receive extra compensation based on the sales in which I was involved. I did not receive any compensation that was specifically tied to any sales associated with the State of Arizona. I did not receive any compensation that was tied directly to the company's performance.

8. I was never a W-2 employee of Avid Telecom.

9. I was never an owner or member of the LLC.

10. The "Vice President" title that appears on some of my emails and on a filing with the FCC was merely a marketing title. It does not reflect an actual position that I held at Avid Telecom.

11. All actions that I undertook relating to the matters alleged in the complaint were undertaken on behalf of Avid Telecom in my independent contractor capacity. I never communicated with any third party in my personal name, and I never undertook any action in my personal capacity.

12. All the matters in which I was involved related to services that were being originated from and terminated to locations selected by third party customers or carriers. I never had any input to that selection. I never specifically promoted the sale of any service in Arizona, and I was never knowingly involved in transactions that included any contact with the State of Arizona. To the best of my recollection, I never spoke with anyone – resident, called party or otherwise – who I had reason to believe resides in Arizona.

13. I never had any decision-making authority over any matters associated with the LLC. All the actions that I took in connection with the matters and parties identified in the Complaint were undertaken under the direction and supervision of Mr. Lansky, who had exclusive decision-making authority.

Dated: 10/06/2023

_____
Stacey S. Reeves

**Avid Telecom**

**IRS Form 1099s Issued to Stacey S. Reeves**

## Form 1 (2020)

☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

Avid Telecom LLC

4729 East Sunrise Drive, #209
Tucson AZ 85718

OMB No. 1545-0116

**2020**

Form **1099-NEC**

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 90-0795032 | |

1 Nonemployee compensation
$ 20250.00

2 

**Copy C**
**For PAYER**
**and/or State**
**Copy 1 or Copy 2**

**RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

Stacey Reeves

3520 Rambling Oaks Ln

Oviedo FL 32766

3 

4 Federal income tax withheld
$

FATCA filing requirement

For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

DETACH BEFORE MAILING

---

## Form 2 (2021)

☐ VOID  ☐ CORRECTED

**PAYER'S name, address, ZIP/postal code, country & phone no.**

Avid Telecom LLC

4729 East Sunrise Drive, #209
Tucson AZ 85718
5203701514

OMB No. 1545-0116

**2021**

Form **1099-NEC**

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 90-0795032 | ) |

1 Nonemployee compensation
$ 140500.00

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3 

**Copy C**
**For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

**RECIPIENT'S name, address, ZIP/postal code & country**

Stacey Reeves

3520 Rambling Oaks Ln

Oviedo FL 32766

4 Federal income tax withheld
$

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | | $ |
| $ | | $ |

Account number (see instructions)    2nd TIN not. ☐

Form **1099-NEC**    Department of the Treasury - Internal Revenue Service

---

## Form 3 (2022)

7171   ☐ VOID  ☐ CORRECTED

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

Avid Telecom LLC

4729 East Sunrise Drive, #209
Tucson AZ 85718
5203701514

OMB No. 1545-0116

Form **1099-NEC**
(Rev. January 2022)
For calendar year
**2022**

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 90-0795032 | |

1 Nonemployee compensation
$ 154000.00

2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

3 

**Copy A**
**For Internal Revenue Service Center**
**File with Form 1096.**

For Privacy Act and Paperwork Reduction Act Notice, see the current **General Instructions for Certain Information Returns.**

**RECIPIENT'S name**

Stacey Reeves

Street address (including apt. no.)
3520 Rambling Oaks Ln

City or town, state or province, country, and ZIP or foreign postal code
Oviedo FL 32766

4 Federal income tax withheld
$

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | | $ |
| $ | | $ |

Account number (see instructions)    2nd TIN not. ☐

NTF 2585131   BNECFED