UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes Attorney General et al.<br><br>Plaintiffs<br><br>v.<br><br>Michael D. Lansky, LLC, dba Avid Telecom, an Arizona Limited Liability Company;<br><br>Michel D. Lansky, individually As a Member/Manager/Chief Executive Officer of Michael D. Lansky, LLC dba Avid Telecom; and<br><br>Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky LLC dba Avid Telecom<br><br>Defendants. | Case No. 4:23-cv-00233-EJM |

[PROPOSED] ORDER

Having considered the Motion to Dismiss, opposition and reply pleadings, for good cause shown, Counts I-VI of the Complaint are dismissed with prejudice.

Dated: _____