**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-23-00233-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Michael D Lansky LLC, et al., | |
| Defendants. | |

On December 5, 2023, counsel of record for the State of Vermont, Mr. Edwin L. "Ted" Hobson, sent a notice to withdraw as counsel. He did not caption the document or file it electronically. At docketing, it was treated as a motion. On December 6, 2023, counsel of record for the State of Nebraska, Michaela J. Hohwieler, filed a Motion to Withdraw. Both attorneys failed to comply with the United States District Court Rules for the District of Arizona, Rule 83.3(b), as follows:

> (4) Where there has been a change of counsel in the same law firm or governmental law office, an order of substitution or association is not required; the new attorney must file a notice of substitution or association. The notice shall state the names of the attorneys who are the subjects of the substitution or association and the current address and e-mail address of the attorney substituting or associating.

**Accordingly,**

/////

/////

1     **IT IS ORDERED** that the two motions to withdraw as counsel (Docs. 52 and 53) are DENIED.

    Dated this 8th day of December, 2023.

_____
Honorable Cindy K. Jorgenson
United States District Judge