1  KRISTIN K. MAYES
2  Attorney General of Arizona
   (Firm State Bar No. 14000)
3  Alyse Meislik (AZ No. 024052)
4  Dylan Jones (AZ Bar No. 034185)
   Assistant Attorneys General
5  Office of the Arizona Attorney General
6  2005 North Central Avenue
   Phoenix, AZ 85004
7  Phone: (602) 542-3725
   Fax:    (602) 542-4377
8  consumer@azag.gov
9  *Lead Counsel for Plaintiffs*

10

11                **IN THE UNITED STATES DISTRICT COURT**

12                **FOR THE DISTRICT OF ARIZONA**

13
                                                    NO. CV-23-00233-TUC-CKJ
14  State of Arizona, *ex rel.* Kristin K. Mayes,
    Attorney General; et al.,
15                                                  **PLAINTIFFS' MOTION TO**
                                                    **STRIKE OR IGNORE**
16          Plaintiffs,                             **DEFENDANTS' SUPPLEMENT**
                                                    **TO DEFENDANTS' MOTION**
17          v.                                      **TO DISMISS OR, IN THE**
                                                    **ALTERNATIVE, FOR LEAVE**
18                                                  **TO FILE A RESPONSE**
    Michael D. Lansky, L.L.C., dba Avid Telecom;
19  et al.,

20          Defendants.

21

22

23          Plaintiffs respectfully file this Motion to Strike or Ignore Defendants' Michael D.

24  Lansky, L.L.C, dba Avid Telecom ("Avid Telecom"), Michael D. Lansky ("Lansky"), and

25  Stacey S. Reeves ("Reeves") (collectively, "Defendants") Supplement to Defendants'

26  Motion to Dismiss ("Supplement"). [Dkt 62]. For the reasons set forth below, the Court

27  should strike the Supplement, ignore it, or, in the alternative, allow Plaintiffs' request for

28  leave to file the proposed response (Attachment A).

**The Court Should Strike the Supplement**

Pursuant to Local Rule 7.2(m), the Court should strike the entire Supplement. [Dkt 62].

Under Local Rule 7.2(m), a "motion to strike may be filed only if it is authorized by statute or rule, such as Federal Rules of Civil Procedure 12(f), 26(g)(2) or 37(b)(2)(A)(iii), or if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order."

First, Defendants' Supplement was filed in violation of this Court's Order setting a deadline of twenty-one days after entry of the Order, to wit October 5, 2023, to defend this case. [Dkt 24]. Defendants' attempt to add new material to their Motion to Dismiss is untimely. Here, Defendants did not seek leave or demonstrate good cause to file an untimely motion raising new legal argument that corporate officers cannot be held personally liable for violations of the TCPA. [Dkt 62]. Thus, the filing was prohibited by Fed. R. Civ. P. 6(b), and the filing should be struck. *See* LRCiv 7.2(m).

Even if Defendants' Supplement is construed as a reply brief, it should still be struck, both as untimely under this Court's Order setting a deadline to reply by November 23, 2023, [Dkt 44], and because it improperly raises new arguments. "The Ninth Circuit has consistently held that where new arguments and new evidence is submitted for the first time in a reply brief, the arguments and evidence may be stricken." *MJG Enterprises, Inc. v. Cloyd*, No. CV-10-0086-PHX-MHM, 2010 WL 3842222, at *6 n.1 (D. Ariz. Sept. 27, 2010) (citing *Cedano–Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003); *United States v. Wright*, 215 F.3d 1020, 1030 n.3 (9th Cir. 2000); *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)).

Defendants are attempting to style their filing as a supplement on an existing legal argument. However, Defendants' Supplement amounts to a new argument under Civ. Rule 12(b)(6), asserting that Defendants Lansky and Reeves, as corporate officers, cannot be held personally liable for their actions and their company's actions that were in violation of the Telephone Consumer Protection Act ("TCPA"). [Dkt 63 at 2]. Defendants' Motion

2

1    to Dismiss included an argument that Plaintiffs failed to plead sufficient material facts to

2    hold Defendant Lansky liable under a theory of piercing of the corporate veil. [Dkt 29 at

3    13-15]. However, Defendants did not argue that there is no theory of liability under the

4    TCPA to hold a corporate officer personally liable for the officer's or the company's

5    violations of the TCPA. Thus, Defendants are making a new argument in this supplemental

6    pleading without first requesting leave to do so. As such, the Court should strike it. *See*

7    *MJG Enterprises, Inc. v. Cloyd*, No. CV-10-0086-PHX-MHM, 2010 WL 3842222, at *6

8    n.1 (D. Ariz. Sept. 27, 2010) (citing *Cedano–Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5

9    (9th Cir. 2003); *United States v. Wright*, 215 F.3d 1020, 1030 n.3 (9th Cir. 2000); *Provenz*

10   *v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)).

11          Further, Defendants' Supplement is based on previously known and available Third

12   Circuit precedent. *See City Select Auto Sales, Inc.*, 885 F.3d 154, 160 (3d Cir. 2018), *KHS*

13   *Corp. v. Singer Fin. Corp*, 376 F.Supp.3d 524, 530 (E.D. Pa. 2019). Defendants had Third

14   Circuit precedent available to them at the time that they filed their Motion to Dismiss, and

15   Defendants chose not to cite to it. [Dkt. 29]. Now, Defendants are attempting to put forth

16   an argument that was available to them when their Motion to Dismiss was filed based on a

17   2024 opinion in *Perrong v. Chase Data*, 2024 WL 329933 (E.D. Pa. Jan 26, 2024).

18   However, *Perrong* only applies and restates existing Third Circuit precedent and does not

19   articulate a new principle that did not exist at the time of the filing of Defendants' Motion

20   to Dismiss.

21                    **The Court Can and Should Ignore the Supplement**

22          If the Court does not strike the Supplement, the Court can and should just ignore the

23   filing. "[T]here is a quick, simple, and cost-free alternative to striking an irrelevant

24   pleading—ignoring it." *Wells Fargo Bank NA v. Wyo Tech Inv. Grp. LLC*, No. CV-17-

25   04140-PHX-DWL, 2019 WL 4736775, at *2 (D. Ariz. Sept. 27, 2019) (citing *Cf.*

26   *AIRFX.com v. AirFX LLC*, 2012 WL 129804, *1 (D. Ariz. 2012) ("Defendant moves to

27   strike plaintiffs' reply ..., arguing that the reply raises new arguments.... [A] motion to strike

28   in this case is unnecessary, as we do not consider new arguments raised in a reply.").

1    Here, the Court can simply ignore Defendants' filing, as it is a new argument,

2    especially since it was available to Defendants when the Motion to Dismiss was filed.

3    **In the Alternative, the Court Should Permit Plaintiffs to Respond**

4    **to Defendants' Supplement**

5    "A sur-reply is appropriate when a party raises new issues or new evidence in a

6    reply brief." *ML Liquidating Trust v. Mayer Hoffman McCann P.C.*, 2011 WL 10451619,

7    at *1 (D. Ariz. Mar. 11, 2011). If the Court permits Defendants' filing of the Supplement,

8    Plaintiffs request an opportunity to respond. Plaintiffs are attaching a proposed response to

9    the Supplement.

10   **Conclusion**

11   The Court should strike Defendants' Supplement. [Dkt 62]. In the alternative, the

12   Court should either ignore the filing, or allow Plaintiffs to file a response to the

13   Supplement.

14

15   RESPECTFULLY SUBMITTED DATED this 19th day of March, 2024.

16

17   FOR THE STATE OF ARIZONA:          FOR THE STATE OF INDIANA:

18   KRISTIN K. MAYES                   TODD ROKITA

19   Attorney General for the State of   Attorney General for the State of Indiana
     Arizona

20

21                                       */s/ Joseph Yeoman*

22    */s/ Alyse Meislik*               DOUGLAS S. SWETNAM
     ALYSE MEISLIK                      JOSEPH D. YEOMAN

23   DYLAN JONES                        Deputy Attorneys General
     Assistant Attorneys General        *Attorneys for the State of Indiana*

24   *Attorneys for the State of Arizona*

25

26

27

28

4

1

**FOR THE STATE OF NORTH CAROLINA:**

2

JOSHUA H. STEIN

3
Attorney General for the State of North

4
Carolina

5

  /s/ Tracy Nayer

6
TRACY NAYER
ASA C. EDWARDS IV

7
Special Deputy Attorneys General

8
DANIELLE WILBURN ALLEN
Assistant Attorney General

9
*Attorneys for the State of North Carolina*

10

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio


  /s/ Erin Leahy
ERIN B. LEAHY
Senior Assistant Attorney General
*Attorney for the State of Ohio*

11

***Lead Counsel for Plaintiffs***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I caused the foregoing, PLAINTIFFS'

MOTION TO STRIKE OR IGNORE DEFENDANTS' SUPPLEMENT TO

DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR LEAVE

TO FILE A RESPONSE to be filed and served electronically via the Court's CM/ECF

system upon counsel of record.


                                                   */s/ Joseph D. Yeoman*

                                                   Joseph D. Yeoman

1

**LIST OF PLAINTIFFS' COUNSEL**

2

| | |
|---|---|
| Alyse Meislik (AZ No. 024052) | Tracy Nayer (NC Bar No. 36964) |
| Dylan Jones (AZ Bar No. 034185) | Asa C. Edwards IV (NC Bar No. 46000) |
| Assistant Attorneys General | Special Deputy Attorneys General |
| Arizona Attorney General's Office | Danielle Wilburn Allen (NC Bar No. 58141) |
| 2005 North Central Avenue | |
| Phoenix, AZ 85004 | Assistant Attorney General |
| Phone: (602) 542-3725 | North Carolina Department of Justice |
| Fax:   (602) 542-4377 | Consumer Protection Division |
| consumer@azag.gov | P.O. Box 629 |
| alyse.meislik@azag.gov | Raleigh, North Carolina 27602 |
| *Attorneys for Plaintiff State of Arizona* | Phone: (919) 716-6000 |
| | Fax:   (919) 716-6050 |
| Douglas S. Swetnam (IN Bar No. 15860-49) | tnayer@ncdoj.gov |
| | aedwards@ncdoj.gov |
| Joseph D. Yeoman (IN Bar No. 35668-29) | dwilburnallen@ncdoj.gov |
| Deputy Attorneys General | *Attorneys for Plaintiff State of North Carolina* |
| Office of the Indiana Attorney | |
| General Todd Rokita | |
| Indiana Govt. Center South, 5th Fl. | Erin B. Leahy (OH Bar No. 0069509) |
| 302 W. Washington St. | Senior Assistant Attorney General |
| Indianapolis, IN 46204-2770 | Office of Attorney General Dave Yost |
| Phone: (317) 232-6294 (Swetnam) | 30 East Broad Street, 14th Fl. |
|        (317) 234-1912 (Yeoman) | Columbus, OH 43215 |
| Fax:    (317) 232-7979 | Phone: (614) 752-4730 |
| douglas.swetnam@atg.in.gov | Fax:    (866) 768-2648 |
| joseph.yeoman@atg.in.gov | Erin.Leahy@OhioAGO.gov |
| *Attorneys for Plaintiff State of Indiana* | *Attorney for Plaintiff State of Ohio* |

*Lead Counsel for Plaintiffs*

7

1  Lindsay D. Barton (AL Bar No. 1165-G00N)

2  Robert D. Tambling (AL Bar No. 6026-N67R)

3  Assistant Attorneys General

4  Office of the Alabama Attorney General

5  501 Washington Avenue
   Montgomery, Alabama 36130

6  Phone:        (334) 353-2609 (Dawson)
           (334) 242-7445 (Tambling)

7  Fax:    (334) 353-8400

8  Lindsay.Barton@AlabamaAG.gov
   Robert.Tambling@AlabamaAG.gov

9  *Attorneys for Plaintiff State of Alabama*

10

11 Amanda Wentz (AR Bar No. 2021066)
   Assistant Attorney General

12 Office of Attorney General Tim Griffin
   323 Center St., Ste. 200

13 Little Rock, AR 72201

14 Phone:        (501) 682-1178
   Fax:    (501) 682-8118

15 Amanda.wentz@arkansasag.gov
   *Attorney for Plaintiff State of Arkansas*

16

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Michelle Burkart (CA Bar No. 234121)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone:        (415) 510-3364 (Akers)
           (213) 269-6348 (Eskandari)
           (213) 269-6355 (Lundgren)
           (213) 269-6612 (Perez)
           (213) 269-6357 (Burkart)
Fax:    (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
michelle.burkart@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

18 Michel Singer Nelson (CO Bar No. 19779)
   Assistant Attorney General II

19 Bianca Feierstein (CO Bar No. 56653)
   Assistant Attorney General

20 Colorado Office of the Attorney General

21 Ralph L. Carr Judicial Building

22 1300 Broadway, 10th Floor
   Denver, CO 80203

23 Phone:        (720) 508-6220 (Singer Nelson)

24         (720) 508-6246 (Feierstein)

25 michel.singernelson@coag.gov

26 bianca.feierstein@coag.gov

27 *Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

28

8

1   Brendan T. Flynn (Fed. Bar No. ct04545,   Patrick Crotty (FL Bar No. 108541)
     CT Bar No. 419935)                         Senior Assistant Attorney General
2   Assistant Attorney General                  Miles Vaughn (FL Bar No. 1032235)
     Office of the Connecticut Attorney          Assistant Attorney General
3   General William Tong                         Office of the Florida Attorney General
     165 Capitol Avenue, Suite 4000              Consumer Protection Division
4   Hartford, CT 06106                           3507 E. Frontage Rd, Suite 325
5   Phone: (860) 808-5400                        Tampa, FL 33607
     Fax:    (860) 808-5593                      Phone: (813) 287-7950
6   brendan.flynn@ct.gov                         Fax:    (813) 281-5515
7   *Attorney for Plaintiff State of Connecticut*   patrick.crotty@myfloridalegal.com
                                                  miles.vaughn@myfloridalegal.com
8   Ryan Costa (DE Bar No. 5325)                 *Attorneys for Plaintiff Ashley Moody,*
9   Dashiell Radosti (DE Bar No. 7100)           *Attorney General of the State of Florida*
     Deputy Attorneys General
10  Delaware Department of Justice               David A. Zisook (GA Bar No. 310104)
     820 N. French Street, 5th Floor             Senior Assistant Attorney General
11  Wilmington, DE 19801                         Office of the Attorney General of the State
12  Phone: (302) 683-8811 (Costa)                of Georgia
             (302) 683-8812 (Radosti)            2 Martin Luther King Jr. Drive, SE, Ste.
13  Fax:    (302) 577-6499                       356
14  Ryan.costa@delaware.gov                      Atlanta, GA 30334
15  Dashiell.radosti@delware.gov                 Phone: (404) 458-4294
     *Attorneys for Plaintiff State of Delaware*    Fax:    (404) 464-8212
16                                               dzisook@law.ga.gov
17  Adam Teitelbaum (DC Bar No. 1015715)         *Attorney for Plaintiff State of Georgia*
     Director, Office of Consumer Protection
18  Assistant Attorney General                   Christopher J.I. Leong (HI Bar No. 9662)
19  D.C. Office of the Attorney General          Deputy Attorney General
     Office of Consumer Protection               Hawaii Department of the Attorney
20  400 6th Street NW, 10th Floor                General
21  Washington, DC 20001                         425 Queen Street
     Phone: (202) 741-0764                       Honolulu, HI 96813
22  Adam.Teitelbaum@dc.gov                       Phone: (808) 586-1180
     *Attorney for Plaintiff District of Columbia*  Fax:    (808) 586-1205
23                                               christopher.ji.leong@hawaii.gov
24                                               *Attorney for Plaintiff State of Hawaii*
25
26
27
28

Stephanie N. Guyon (ID Bar No. 5989)
Deputy Attorney General
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4135
Fax:     (208) 334-4151
stephanie.guyon@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*


Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State
of Illinois*


Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
          (515) 242-6773 (Pearson)
Fax:     (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*


Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue
Topeka, KS 66612
Phone: (785) 296-3751
Fax:     (785) 291-3699
sarah.dietz@ag.ks.gov
*Attorney for Plaintiff State of Kansas*


Jacob P. Ford (KY Bar No. 95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of
Kentucky*


Cathryn E. Gits (LA Bar No. 35144)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6414
Fax:     (225) 326-6499
gitsc@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*


Laura Lee Barry Womack (ME Bar No.
010110)
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Lauralee.barrywommack@maine.gov
*Attorney for Plaintiff Aaron M. Frey,
Attorney General*

1   Philip Ziperman (Fed. Bar No. 12430)
    Deputy Counsel
2   Kathleen P. Hyland (Fed. Bar No. 30075)
    Assistant Attorney General
3   Office of the Attorney General
4   200 St. Paul Place
    Baltimore, MD 21202
5   Phone: (410) 576-6417 (Ziperman)
            (410) 576-7057 (Hyland)
6   Fax:    (410) 576-6566
7   pziperman@oag.state.md.us
    khyland@oag.state.md.us
8   *Attorneys for Plaintiff Maryland Office of*
9   *the Attorney General*

10
    Elizabeth Cho (MA Bar No. 672556)
11  Assistant Attorney General
    Massachusetts Office of the Attorney
12  General
13  One Ashburton Place, 18th Floor
    Boston, MA 02108
14  Phone: (617) 963-2608
15  Fax:    (617) 727-5765
    Elizabeth.Cho@mass.gov
16  *Attorney for Plaintiff Commonwealth of*
17  *Massachusetts*

18
    Kathy P. Fitzgerald (MI Bar No. P31454)
19  Michael S. Hill (MI Bar No. P73084)
    Assistant Attorneys General
20  Michigan Department of Attorney General
    Corporate Oversight Division
21  P.O. Box 30736
22  Lansing, MI 48909
    Phone: (517) 335-7632
23  Fax:    (517) 335-6755
24  fitzgeraldk@michigan.gov
    Hillm19@michigan.gov
25  *Attorneys for Plaintiff People of the*
26  *State of Michigan*

27

28

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota,*
*by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Emily Morgan (MS Bar No. 106675)
Special Assistant Attorneys General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258 (Rankin)
        (601) 359-3820 (Morgan)
james.rankin@ago.ms.gov
emily.morgan@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch,*
*Attorney General State of Mississippi*

Michael Schwalbert (MO Bar No. 63299)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
michael.schwalbert@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex.*
*rel. Andrew Bailey, Attorney General*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Anna Schneider (MT Bar No. 13963)
Bureau Chief
Andrew Butler (MT Bar No. 53936812)
Assistant Attorney General
Montana Attorney General's Office
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Phone: (406) 444-4500
Anna.schneider@mt.gov
Andrew.butler@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T.
Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:     (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
33 Capitol St.
Concord, NH 03301-6397
Phone: (603) 271-1139
Fax:     (603) 271-2110
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Deepta Janardhan (NJ Bar No. 309022020)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax:     (973) 648-4887
Deepta.Janardhan@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Julie Ann Meade (NM Bar No. 8143)
Assistant Attorney General
State of New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 490-4058
Fax:     (505) 490-4883
jmeade@nmag.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

1

2

3

4

5

6

7

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
Phone: (646)856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney*
*General of the State of New York*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

8

9

10

11

12

13

14

15

16

17

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar
No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North*
*Dakota*

Brandon J. Bingle (PA Bar No. 209133)
Senior Deputy Attorney General
Office of Attorney General Michelle A.
Henry
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (814) 878-5858
Fax:    (717) 705-3795
bbingle@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of*
*Pennsylvania by Attorney General*
*Michelle A. Henry*

18

19

20

21

22

23

Caleb J. Smith (OK Bar No. 33613)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (918) 581-2230
Fax:    (405) 522-0085
Caleb.Smith@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex*
*rel. Attorney General Gentner Drummond*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode*
*Island, by Attorney General Peter*
*Neronha*

24

25

26

27

28

1   Kristin Simons (SC Bar No. 74004)          Kevin McLean (UT Bar No. 16101)
    Senior Assistant Attorney General          Assistant Attorney General
2   Danielle Robertson (SC Bar No. 105846)     Utah Attorney General's Office
3   Assistant Attorney General                 160 East 300 South, 5th Floor
    South Carolina Attorney General's Office   P.O. Box 140872
4   P.O. Box 11549                             Salt Lake City, UT 84114-0872
    Columbia, SC 29211-1549                    Phone: (801) 366-0310
5   Phone: (803) 734-6134 (Simons)             Fax:    (801) 366-0315
6           (803) 734-8044 (Robertson)         kmclean@agutah.gov
    ksimmons@scag.gov                          *Attorney for Plaintiff Utah Division of*
7   danirobertson@scag.gov                     *Consumer Protection*
8   *Attorneys for Plaintiff State of South*
    *Carolina*
9                                              Jamie Renner (VT Bar No. 5222)
                                               Office of the Vermont Attorney General
10  Austin C. Ostiguy (TN Bar No. 040301)      109 State Street
    Tyler T. Corcoran (TN Bar No. 038887)      Montpelier, VT 05609-1001
11  Assistant Attorneys General                Phone: (802) 828-5947 (Renner)
12  Office of the Tennessee Attorney General           (802) 828-3171 (Main office)
    P.O. Box 20207                             Fax:    (802) 304-1014
13  Nashville, TN 37202                        Jamie.renner@vermont.gov
    Phone: (615) 532-7271 (Ostiguy)            *Attorney for Plaintiff State of Vermont*
14          (615) 770-1714 (Corcoran)
15  Fax:    (615) 532-2910                      Geoffrey L. Ward (VA Bar No. 89818)
    austin.ostiguy@ag.tn.gov                   Senior Assistant Attorney General
16  tyler.corcoran@ag.tn.gov                   Office of the Attorney General of Virginia
17  *Attorneys for Plaintiff State of Tennessee*  202 N. Ninth St.
                                               Richmond, VA 23219
18  David Shatto (Fed. Bar No. 3725697; TX     Phone: (804) 371-0871
19  Bar No. 24104114)                          Fax:    (804) 786-0122
    Assistant Attorney General                 gward@oag.state.va.us
20  Attorney General for the State of Texas    *Attorney for Plaintiff Commonwealth of*
21  Office of the Attorney General             *Virginia, ex rel. Jason S. Miyares,*
    P.O. Box 12548 (MC-010)                    *Attorney General*
22  Austin, TX 78711
23  Phone: (512) 463-2185
    Fax:    (512) 473-9125
24  David.Shatto@oag.texas.gov
25  *Attorney for Plaintiff State of Texas*
26
27
28

14

Mina Shahin (WA Bar No. 46661)
Alexandra Kory (WA Bar No. 49889)
Assistant Attorneys General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 326-5485 (Shahin)
       (206) 516-2997 (Kory)
Fax:    (206) 464-6451
Mina.Shahin@atg.wa.gov
Alexandra.Kory@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
myszkowskiga@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Benjamin M. Peterson (WY Bar No. 8-6513)
Assistant Attorney General
Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-8240
Fax:    (307) 777-3435
benjamin.peterson2@wyo.gov
*Attorney for Plaintiff State of Wyoming*