KRISTIN K. MAYES
Attorney General of Arizona
(Firm State Bar No. 14000)
Alyse Meislik (AZ No. 024052)
Dylan Jones (AZ Bar No. 034185)
Assistant Attorneys General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov
*Lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. CV-23-00233-TUC-CKJ <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANT LANSKY'S SECOND MOTION TO DISMISS PLAINTIFFS' ALTER EGO CLAIM OF INDIVIDUAL LIABILITY AGAINST MICHAEL LANSKY** |

Plaintiffs respectfully file this opposition to Defendant Michael Lansky's second motion to dismiss Plaintiffs' alter ego claims. [Dkt 65]  For the reasons set forth below, this Court should deny Defendant Lansky's motion or, at a minimum, deny his request for a dismissal of claims *with* prejudice.

**Procedural Background**

On May 8, 2024, this Court denied Defendant Lansky's motion to dismiss for failure to state a claim and struck Defendants' supplement to their motion to dismiss. ([Dkt 64] (the "Order")) As Defendant Lansky acknowledges, this Court could have, but did not, dismiss Plaintiffs' alter ego count. (Motion at 2.) Instead, this Court granted Plaintiffs permissive leave to amend their Complaint within 14 days, or leave to amend pursuant to Fed.R.Civ.P. 15(a)(2) and (b). (Order, 19:27-28; 35:6-7) ("Plaintiffs may amend the Complaint to state this claim. *See also*, Fed.R.Civ.P. 15(a)(2) and (b)"). Plaintiffs chose not to file an amended complaint immediately, and reserve their right to seek leave pursuant to Fed.R.Civ.P. 15 to plead further allegations once they have conducted additional discovery.

Defendant Lansky continues to improperly ask this Court to make factual findings at the pleading stage. (Order, 22:19-20.) Nothing in this Court's Order required Plaintiffs to plead additional facts or risk dismissal *with prejudice*, nor precluded Plaintiffs from moving for leave to amend their Complaint in the future. Defendant Lansky's motion for a dismissal of Plaintiffs' alter ego claim is inappropriate, premature, and should be denied.

**Defendant Lansky's Motion to Dismiss Should Be Denied Because He Failed to Comply with the Federal Rules**

Though titled a "request," Defendant Lansky's filing is a second motion to dismiss for failure to state a claim. According to LRCiv 12.1(c), no motion to dismiss for failure to state a claim may be considered unless the moving party notifies the opposing party of the issues and intent to file a motion, and certifies to the court that the parties met and were unable to cure any defects. Defendant Lansky filed the motion before this Court without communicating with Plaintiffs and has filed no certification of compliance with LRCiv 12.1. "A motion that does not contain the required certification may be stricken summarily." LRCiv 12.1(c). Because Defendant Lansky did not meet and confer with Plaintiffs, his motion should be summarily denied.

1  Further, Defendant Lansky's motion should be denied because he cites no case law
2  or authority to support his motion to dismiss Plaintiffs' alter ego claim. LRCiv 7.2(b)
3  requires moving parties to "set[ ] forth the points and authorities relied upon in support of
4  the motion." *LaCombe v. Bullhead City Hosp. Corp.*, CV 06-2037-PHX-RCB, 2008 WL
5  216069, at *6 (D. Ariz. Jan. 23, 2008). Defendant Lansky's motion cites no rules or case
6  law and merely refers to a self-serving reading of this Court's Order. The Court's Order
7  never provided for the relief Defendant Lansky now seeks, nor did it order Plaintiffs to
8  amend their Complaint. In fact, the Order simply contains permissive authorization for
9  Plaintiffs to amend the complaint without the necessity of seeking the Court's approval.
10 Nothing in the Order required Plaintiffs to amend the Complaint. Accordingly, Defendant
11 Lansky's motion should be denied.

### Plaintiffs' Alter Ego Claims Should Not Be Dismissed *with* Prejudice

13 Even if the Court finds it appropriate to dismiss Plaintiffs' alter ego claim, Plaintiffs
14 oppose Defendant Lansky's motion that it be dismissed *with* prejudice. Defendant Lansky
15 provides no argument or reasoning why this claim should be dismissed with prejudice.
16 The Ninth Circuit has held that "[c]omplaints may not be dismissed with prejudice
17 unless the allegations of the complaint make clear that plaintiff cannot state a claim." *Orion*
18 *Tire Corp. v. Goodyear Tire & Rubber Co., Inc.*, 268 F.3d 1133, 1137 (9th Cir. 2001).
19 Where a plaintiff is "able to posit possible amendments that would be consistent with the
20 operative complaint and could also possibly state a claim for relief, the complaint should
21 not be dismissed on its face with prejudice." *Id*. Moreover, with regards to a 12(b)(6)
22 motion, courts in this District have considered new facts when determining "whether to
23 grant leave to amend and whether to dismiss with or without prejudice." *Ranch Realty, Inc.*
24 *v. DC Ranch Realty, LLC*, 614 F. Supp. 2d 983, 988 (D. Ariz. 2007) (citing *Orion Tire*
25 *Corp.*, 268 F.3d at 1137 (9th Cir. 2001)).
26 Defendant Lansky ignores this Court's express order that Plaintiffs may amend their
27 Complaint as permitted by Fed.R.Civ.P. 15(a)(2) and (b). Rule 15(b) instructs courts to
28 "freely permit an amendment when doing so will aid in presenting the merits." "This policy

is 'to be applied with extreme liberality.'" *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). A court should not deny leave to amend unless "the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 951 (9th Cir. 2006). Defendant Lansky asks this Court to place the cart before the horse and effectively deny a motion to amend the Complaint that Plaintiffs have not yet made. Due process requires otherwise.

Plaintiffs intend to supplement their prelitigation evidence through discovery. Plaintiffs have not had the opportunity to conduct discovery on Defendant Lansky to determine the validity of his assertions that these payments were properly made or refunded. Prior to the lawsuit, Plaintiffs reviewed certain financial documents pre-litigation from some—but not all—financial institutions in which Defendants have maintained accounts. Plaintiffs have not yet had an opportunity, due to the procedural posture of this case, to obtain further discovery and/or documents from other financial institutions in which Defendants have maintained accounts to understand the full scope of their transactions and financial dealings.

Plaintiffs have a good faith belief that the evidence, when secured and considered in its entirety, will show that piercing the corporate veil is appropriate in this case. However, in order to ensure Plaintiffs meet the pleading threshold underscored by the Court in its order, the Plaintiffs need additional time to conduct discovery.

For instance, in business accounts for Bank of the West and PayPal, there are records of $36,000 in personal PayPal payments, thousands of dollars in payments to the City of Tucson for water, over $200,000 dollars in checks to the US Treasury and State of Arizona for Defendant Lansky's personal taxes, and tens of thousands of dollars to Chrysler. Additionally, the business credit card for Bank of the West was rarely used—though, for two months, it was used at a slew of restaurants in the Tucson area.

Further, Defendant Lansky claims in his motion that "Avid Telecom's accounting records evidence that each of these charges was fully reimbursed by Mr. Lansky

4

contemporaneously with the receipt of each credit card invoice." [Dkt 29, n.11]. However, Defendants have not produced these records or documents to Plaintiffs, nor have they produced records showing reimbursement of the thousands of dollars in checks Defendant Lansky sent from a business bank account to pay the City of Tucson for water and the U.S. Treasury for personal taxes.

Plaintiffs intend to seek documents from the other financial institutions to assess Defendants' business practices.

## Conclusion

Based on the foregoing, this Court should deny Defendant Lansky's motion, or at a minimum, any dismissal should be without prejudice.

RESPECTFULLY SUBMITTED this 5th day of June, 2024.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF INDIANA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | TODD ROKITA<br>Attorney General for the State of Indiana |
| /s/ Alyse Meislik<br>ALYSE MEISLIK<br>DYLAN JONES<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Joseph Yeoman<br>DOUGLAS S. SWETNAM<br>JOSEPH D. YEOMAN<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* |

| | |
|---|---|
| **FOR THE STATE OF NORTH CAROLINA:** | **FOR THE STATE OF OHIO:** |
| JOSHUA H. STEIN<br>Attorney General for the State of North Carolina | DAVE YOST<br>Attorney General for the State of Ohio |
| */s/ Tracy Nayer*<br>TRACY NAYER<br>ASA C. EDWARDS IV<br>Special Deputy Attorneys General<br>DANIELLE WILBURN ALLEN<br>Assistant Attorney General<br>*Attorneys for the State of North Carolina* | */s/ Erin Leahy*<br>ERIN B. LEAHY<br>Senior Assistant Attorney General<br>*Attorney for the State of Ohio* |

***Lead Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, I caused the foregoing, PLAINTIFFS' OPPOSITION TO DEFENDANT LANSKY'S SECOND MOTION TO DISMISS PLAINTIFFS' ALTER EGO CLAIM to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

*/s/ Alyse Meislik*

# LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| Alyse Meislik (AZ No. 024052)<br>Dylan Jones (AZ Bar No. 034185)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax:   (602) 542-4377<br>consumer@azag.gov<br>alyse.meislik@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Asa C. Edwards IV (NC Bar No. 46000)<br>Special Deputy Attorneys General<br>Danielle Wilburn Allen (NC Bar No. 58141)<br>Assistant Attorney General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone: (919) 716-6000<br>Fax:   (919) 716-6050<br>tnayer@ncdoj.gov<br>aedwards@ncdoj.gov<br>dwilburnallen@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Joseph D. Yeoman (IN Bar No. 35668-29)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>           (317) 234-1912 (Yeoman)<br>Fax:   (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>joseph.yeoman@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Senior Assistant Attorney General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730<br>Fax:   (866) 768-2648<br>Erin.Leahy@OhioAGO.gov<br>*Attorney for Plaintiff State of Ohio* |

*Lead Counsel for Plaintiffs*

| | |
|---|---|
| Lindsay D. Barton (AL Bar No. 1165-G00N)<br>Robert D. Tambling (AL Bar No. 6026-N67R)<br>Assistant Attorneys General<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>Phone: (334) 353-2609 (Barton)<br>         (334) 242-7445 (Tambling)<br>Fax:    (334) 353-8400<br>Lindsay.Barton@AlabamaAG.gov<br>Robert.Tambling@AlabamaAG.gov<br>*Attorneys for Plaintiff State of Alabama*<br><br>Amanda Wentz (AR Bar No. 2021066)<br>Assistant Attorney General<br>Office of Attorney General Tim Griffin<br>323 Center St., Ste. 200<br>Little Rock, AR 72201<br>Phone: (501) 682-1178<br>Fax:    (501) 682-8118<br>Amanda.wentz@arkansasag.gov<br>*Attorney for Plaintiff State of Arkansas* | Nicklas A. Akers (CA Bar No. 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. 244395)<br>Supervising Deputy Attorney General<br>Timothy D. Lundgren (CA Bar No. 254596)<br>Rosailda Perez (CA Bar No. 284646)<br>Michelle Burkart (CA Bar No. 234121)<br>Deputy Attorneys General<br>Office of the California Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Phone: (415) 510-3364 (Akers)<br>         (213) 269-6348 (Eskandari)<br>         (213) 269-6355 (Lundgren)<br>         (213) 269-6612 (Perez)<br>         (213) 269-6357 (Burkart)<br>Fax:    (916) 731-2146<br>nicklas.akers@doj.ca.gov<br>bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov<br>rosailda.perez@doj.ca.gov<br>michelle.burkart@doj.ca.gov<br>*Attorneys for Plaintiff People of the State of California*<br><br>Michel Singer Nelson (CO Bar No. 19779)<br>Assistant Attorney General II<br>Bianca Feierstein (CO Bar No. 56653)<br>Assistant Attorney General<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6220 (Singer Nelson)<br>         (720) 508-6246 (Feierstein)<br>michel.singernelson@coag.gov<br>bianca.feierstein@coag.gov<br>*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811 (Costa)
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Adam Teitelbaum (DC Bar No. 1015715)
Director, Office of Consumer Protection
Assistant Attorney General
D.C. Office of the Attorney General
Office of Consumer Protection
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 741-0764
Adam.Teitelbaum@dc.gov
*Attorney for Plaintiff District of Columbia*

Patrick Crotty (FL Bar No. 108541)
Senior Assistant Attorney General
Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
patrick.crotty@myfloridalegal.com
miles.vaughn@myfloridalegal.com
*Attorneys for Plaintiff Ashley Moody, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

| | | |
|---|---|---|
| 1 | Stephanie N. Guyon (ID Bar No. 5989) | Sarah M. Dietz (KS Bar No. 27457) |
| | Deputy Attorney General | Assistant Attorney General |
| 2 | Idaho Attorney General's Office | Office of the Kansas Attorney General |
| 3 | P.O. Box 83720 | 120 SW 10th Avenue |
| | Boise, ID 83720-0010 | Topeka, KS 66612 |
| 4 | Phone: (208) 334-4135 | Phone: (785) 296-3751 |
| 5 | Fax:    (208) 334-4151 | Fax:    (785) 291-3699 |
| | stephanie.guyon@ag.idaho.gov | sarah.dietz@ag.ks.gov |
| 6 | *Attorney for Plaintiff State of Idaho* | *Attorney for Plaintiff State of Kansas* |
| 7 | | |
| | Philip Heimlich (IL Bar No. 6286375) | Jacob P. Ford (KY Bar No. 95546) |
| 8 | Assistant Attorney General | Assistant Attorney General |
| 9 | Elizabeth Blackston (IL Bar No. 6228859) | Office of the Attorney General, |
| | Consumer Fraud Bureau Chief | Commonwealth of Kentucky |
| 10 | Office of the Illinois Attorney General | 1024 Capital Center Drive, Ste. 200 |
| | 500 S. Second Street | Frankfort, KY 40601 |
| 11 | Springfield, IL 62791 | Phone: (502) 871-2044 |
| 12 | Phone: (217) 782-4436 | jacobp.ford@ky.gov |
| | philip.heimlich@ilag.gov | *Attorney for Plaintiff Commonwealth of* |
| 13 | elizabeth.blackston@ilag.gov | *Kentucky* |
| 14 | *Attorneys for Plaintiff People of the State of Illinois* | |
| 15 | | Cathryn E. Gits (LA Bar No. 35144) |
| | | Assistant Attorney General |
| 16 | Benjamin Bellus (IA Bar No. AT0000688) | Office of the Attorney General Liz Murrill |
| | William Pearson (IA Bar No. AT0012070) | 1885 North Third St. |
| 17 | Assistant Attorneys General | Baton Rouge, LA 70802 |
| 18 | Office of the Iowa Attorney General | Phone: (225) 326-6414 |
| | 1305 E. Walnut St. | Fax:    (225) 326-6499 |
| 19 | Des Moines, IA 50319 | gitsc@ag.louisiana.gov |
| | Phone: (515) 242-6536 (Bellus) | *Attorney for Plaintiff State of Louisiana* |
| 20 |          (515) 242-6773 (Pearson) | |
| 21 | Fax:    (515) 281-6771 | Laura Lee Barry Womack (ME Bar No. 010110) |
| 22 | Benjamin.Bellus@ag.iowa.gov | Assistant Attorney General |
| | William.Pearson@ag.iowa.gov | Office of the Maine Attorney General |
| 23 | *Attorneys for Plaintiff State of Iowa* | 6 State House Station |
| 24 | | Augusta, ME 04333 |
| | | Phone: (207) 626-8800 |
| 25 | | Lauralee.barrywommack@maine.gov |
| 26 | | *Attorney for Plaintiff Aaron M. Frey, Attorney General* |
| 27 | | |
| 28 | | |

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417 (Ziperman)
Fax:     (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Elizabeth Cho (MA Bar No. 672556)
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2608
Fax:     (617) 727-5765
Elizabeth.Cho@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:     (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Emily Morgan (MS Bar No. 106675)
Special Assistant Attorneys General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258 (Rankin)
            (601) 359-3820 (Morgan)
james.rankin@ago.ms.gov
emily.morgan@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Michael Schwalbert (MO Bar No. 63299)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:     (314) 340-7891
michael.schwalbert@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General*

Anna Schneider (MT Bar No. 13963)
Bureau Chief
Andrew Butler (MT Bar No. 53936812)
Assistant Attorney General
Montana Attorney General's Office
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Phone: (406) 444-4500
Anna.schneider@mt.gov
Andrew.butler@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:     (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
33 Capitol St.
Concord, NH 03301-6397
Phone: (603) 271-1139
Fax:     (603) 271-2110
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Deepta Janardhan (NJ Bar No. 309022020)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax:     (973) 648-4887
Deepta.Janardhan@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Julie Ann Meade (NM Bar No. 8143)
Assistant Attorney General
State of New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 490-4058
Fax:     (505) 490-4883
jmeade@nmag.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

| | |
|---|---|
| Glenna Goldis (NY Bar No. 4868600)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (646)856-3697<br>Glenna.goldis@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>Consumer Protection Division<br>100 SW Market St.<br>Portland, OR 97201<br>Phone: (971) 673-1880<br>Fax:    (971) 673-1884<br>jordan.m.roberts@doj.state.or.us<br>*Attorney for Plaintiff State of Oregon* |
| Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:    (701) 328-5568<br>ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota* | Brandon J. Bingle (PA Bar No. 209133)<br>Senior Deputy Attorney General<br>Office of Attorney General Michelle A. Henry<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001<br>Phone: (814) 878-5858<br>Fax:    (717) 705-3795<br>bbingle@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General Michelle A. Henry* |
| Caleb J. Smith (OK Bar No. 33613)<br>Assistant Attorney General<br>Office of the Oklahoma Attorney General<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Phone: (918) 581-2230<br>Fax:    (405) 522-0085<br>Caleb.Smith@oag.ok.gov<br>*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* | Stephen N. Provazza (RI Bar No. 10435)<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400, ext. 2476<br>Fax:    (401) 222-1766<br>sprovazza@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha* |

| | | |
|---|---|---|
| 1 | Kristin Simons (SC Bar No. 74004) | Kevin McLean (UT Bar No. 16101) |
| | Senior Assistant Attorney General | Assistant Attorney General |
| 2 | Danielle Robertson (SC Bar No. 105846) | Utah Attorney General's Office |
| 3 | Assistant Attorney General | 160 East 300 South, 5th Floor |
| | South Carolina Attorney General's Office | P.O. Box 140872 |
| 4 | P.O. Box 11549 | Salt Lake City, UT 84114-0872 |
| | Columbia, SC 29211-1549 | Phone: (801) 366-0310 |
| 5 | Phone: (803) 734-6134 (Simons) | Fax:    (801) 366-0315 |
| 6 |         (803) 734-8044 (Robertson) | kmclean@agutah.gov |
| | ksimmons@scag.gov | *Attorney for Plaintiff Utah Division of* |
| 7 | danirobertson@scag.gov | *Consumer Protection* |
| 8 | *Attorneys for Plaintiff State of South* | |
| | *Carolina* | Jill Abrams (VT Bar No. 5222) |
| 9 | | Office of the Vermont Attorney General |
| 10 | Austin C. Ostiguy (TN Bar No. 040301) | 109 State Street |
| | Tyler T. Corcoran (TN Bar No. 038887) | Montpelier, VT 05609-1001 |
| 11 | Assistant Attorneys General | Phone: (802) 828-5947 (Renner) |
| 12 | Office of the Tennessee Attorney General |         (802) 828-3171 (Main office) |
| | P.O. Box 20207 | Fax:    (802) 304-1014 |
| 13 | Nashville, TN 37202 | Jill.Abrams@vermont.gov |
| 14 | Phone: (615) 532-7271 (Ostiguy) | *Attorney for Plaintiff State of Vermont, pro* |
| | (615) 770-1714 (Corcoran) | *hac vice pending* |
| 15 | Fax:    (615) 532-2910 | |
| 16 | austin.ostiguy@ag.tn.gov | Geoffrey L. Ward (VA Bar No. 89818) |
| | tyler.corcoran@ag.tn.gov | Senior Assistant Attorney General |
| 17 | *Attorneys for Plaintiff State of Tennessee* | Office of the Attorney General of Virginia |
| 18 | | 202 N. Ninth St. |
| | David Shatto (Fed. Bar No. 3725697; TX | Richmond, VA 23219 |
| 19 | Bar No. 24104114) | Phone: (804) 371-0871 |
| 20 | Assistant Attorney General | Fax:    (804) 786-0122 |
| | Attorney General for the State of Texas | gward@oag.state.va.us |
| 21 | Office of the Attorney General | *Attorney for Plaintiff Commonwealth of* |
| 22 | P.O. Box 12548 (MC-010) | *Virginia, ex rel. Jason S. Miyares,* |
| | Austin, TX 78711 | *Attorney General* |
| 23 | Phone: (512) 463-2185 | |
| | Fax:    (512) 473-9125 | |
| 24 | David.Shatto@oag.texas.gov | |
| 25 | *Attorney for Plaintiff State of Texas* | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Mina Shahin (WA Bar No. 46661) | Ashley T. Wentz (WV Bar No. 13486) |
| 2 | Alexandra Kory (WA Bar No. 49889)<br>Assistant Attorneys General | Assistant Attorney General<br>West Virginia Attorney General's Office |
| 3 | Washington State Attorney General's Office | Consumer Protection/Antitrust Division<br>P.O. Box 1789 |
| 4 | 800 Fifth Avenue, Suite 2000 | Charleston, WV 25326 |
| 5 | Seattle, WA 98104<br>Phone: (206) 326-5485 (Shahin) | Phone: (304) 558-8986<br>Fax:    (304) 558-0184 |

Mina Shahin (WA Bar No. 46661)
Alexandra Kory (WA Bar No. 49889)
Assistant Attorneys General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 326-5485 (Shahin)
        (206) 516-2997 (Kory)
Fax:    (206) 464-6451
Mina.Shahin@atg.wa.gov
Alexandra.Kory@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
myszkowskiga@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Benjamin M. Peterson (WY Bar No. 8-6513)
Assistant Attorney General
Wyoming Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-8240
Fax:    (307) 777-3435
benjamin.peterson2@wyo.gov
*Attorney for Plaintiff State of Wyoming*