KRISTIN K. MAYES
Attorney General of Arizona
(Firm State Bar No. 14000)
Alyse Meislik (AZ Bar 024052)
Dylan Jones (AZ Bar No. 034185)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
consumer@azag.gov

*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>Defendants. | No.: CV-23-00233-TUC-CKJ<br><br>**PARTIES' SUPPLEMENTAL JOINT RULE 26(f) REPORT** |

Pursuant to this Court's August 22, 2024 Order [Dkt 84], Plaintiffs and Defendants (the "Parties") submit the following Supplemental Joint Rule 26 Report case management plan supplementing the Parties' Joint Rule 26 Report and Discovery Plan [Dkt 79] outlining the Plaintiffs' intended discovery, its necessary scope and time constraints.

The Lead Plaintiff States in this matter are the States of Arizona, Indiana, North Carolina, and Ohio. Counsel for the Lead Plaintiff States represent the position of all Plaintiff States.

## I. NATURE OF THE CASE AND BASES OF CLAIMS

Plaintiffs filed this action against Michael D. Lansky, L.L.C., dba Avid Telecom (Defendant Avid Telecom), Michael D. Lansky, individually and as Chief Executive Officer (Defendant Lansky), and Stacey Reeves, individually and as Vice President of Operations and Sales, (collectively "Defendants"). All Plaintiffs joined Counts I through V of the Complaint, which alleged violations of the Telemarketing Sales Rule ("TSR"), 16 C.F.R. § 310 *et seq.*; the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.* and its implementing rule, 47 C.F.R. § 64.1200; and the Truth in Caller ID Act ("TCIA"), 47 U.S.C. § 227(e) and its implementing rule, 47 C.F.R. § 64.1604. Eleven Plaintiffs alleged violations of certain state laws that protect consumers against unfair and deceptive trade practices, including unfair, deceptive, abusive and illegal telemarketing practices.

The Parties previously outlined the nature of the case, the specific counts and the elements of proof for each count in the Parties' Joint Rule 26(f) Report [Dkt 79, 79-1, 79-2], as well as in Plaintiffs' Case Management Plan [Dkt 89] and Defendants' Case Management Plan [Dkt 96].

## II. PARTIES' PLANS FOR DISCOVERY

Plaintiffs described their plans for discovery in detail in Sections II and III of Plaintiffs' Case Management Plan [Dkt 89].

Defendants described their plans for discovery in Section II of Defendants' Case Management Plan [Dkt 96].

## III. JOINT PROPOSED MODIFICATIONS TO DISCOVERY LIMITATIONS

Plaintiffs served their initial Fed. R. Civ. P. 26(a)(1) disclosures and filed the Notice of Initial Disclosure on September 6, 2024.

Defendants filed their Fed. R. Civ. P. 26(a)(1) disclosures on September 6, 2024. Plaintiffs notified Defendants on October 4, 2024 that Defendants' initial disclosures failed to include disclosures required pursuant to Rule 26(1)(A)(ii) - providing "a copy—or a description by category and location—of all documents, electronically stored information,

and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment." Plaintiffs followed up by email on October 17, October 25, and October 28 but did not receive a response. On October 31, 2024, counsel for Defendants responded to Plaintiffs' October 28 email stating that Defendants will provide supplemental disclosures on or before Monday, November 3, 2024.

The Parties discussed changes to the limitations on discovery imposed by Fed. R. Civ. P. 26(b)(2) and were not able to reach an agreement.

**A.** Interrogatories: Neither party is requesting a modification to the number of interrogatories allowed under Fed. R. Civ. 33 of 25 interrogatories per party. However, the Parties disagree on how this rule should be interpreted:

- o Plaintiffs and Defendants interpret the rule to mean each party may serve 25 interrogatories on any other party, meaning each Plaintiff State may serve 25 interrogatories and each Defendant may serve 25 interrogatories on each Plaintiff State.[1]

The Parties agree that either may seek to expand or reduce the interrogatory limitations through later stipulation of the Parties or by individual motion to the Court as necessary.

**B.** Depositions: The Parties propose a modification to Fed. Rule Civ. P. 30, but do not agree on the modification.

- o Plaintiffs propose 20 depositions per side. Plaintiffs have identified anticipated depositions in Section IV(B) of Plaintiffs' Case Management Plan [Dkt 89].
- o Defendants propose 40 fact depositions per side. Defendants provide that 18 of Defendants' 40 depositions would be of Plaintiff States, the

---

[1] Plaintiffs were uncertain at the time of filing as to Defendants' position on the interrogatory limitations as our prior conversations on October 31 and November 1 were inconsistent with the written edits received from Defendants at 3:01p.m. (MST) on November 1. Lead Plaintiff States made several attempts to reach Defendants' counsel for clarification but did not receive a response prior to filing. As such, Plaintiffs are including the last tracked changes version received to which Defendants' counsel provided permission for Plaintiffs' counsel to file.

>remaining 22 would be taken up by customers, vendors, carriers, officials at the Industry Traceback Group, the FCC, and various state regulatory and law enforcement agencies. Defendants have identified anticipated depositions in Section III(B)-(C) of Defendants' Case Management Plan [Dkt 95].

The Parties agree that either may seek to expand or reduce the deposition limitations through later stipulation of the Parties or by individual motion to the Court as necessary.

**C.** The Parties previously agreed to request the production of electronically stored information ("ESI"). The Parties agree that ESI should be produced in its native format in connection with individual discovery requests as set forth in Fed. R. Civ. P. 33 and 34, and that the Parties should confer as to any ESI that requires special consideration. The Parties shall meet and confer regarding any specific ESI needs and disputes before seeking involvement of the Court.

**D.** The Parties agree that two weeks following the Court's entry of the Case Scheduling Order, the Parties shall submit a proposed protective order for the Court's review setting forth procedures governing assertions of privilege or other applicable protection from disclosure. The Parties previously agreed to confer prior to bringing any attorney-client privilege, work product, or other discovery issues or disputes to the Court.

**E.** Except where noted below, the Parties agree to propose the following case schedule:

>i. <u>Initial disclosures</u> required by Fed. R. Civ. P. 26(a)(l) were exchanged by the Parties on September 6, 2024 as described above.
>
>ii. <u>Addition of parties or amending complaint</u> – 60 days following the entry of the Case Scheduling Order.
>
>iii. <u>Completion of discovery</u>:
>The Parties believe that, due to the voluminous facts and the complexity of the legal issues in the case as set out in their respective Case

Management Plans [Dkts 89 and 94], more than 180 days will be needed for discovery.

- o The Parties agree to the completion of discovery 11 months following the entry of the Case Scheduling Order.

iv. <u>Disclosure of initial expert testimony and rebuttal expert testimony pursuant to Fed. R. Civ. P. 26(a)(2)</u>:

- Disclosure of initial expert testimony:
    - o The Parties agree to the disclosure of initial expert testimony 9 months following the entry of the Case Scheduling Order;
- Expert discovery:
    - o The Parties agree discovery is to be issued within 15 days of initial expert testimony.
    - o Responses are due within 30 days of initial expert testimony.
    - o Depositions are to be completed within 45 days of initial expert testimony.
- Disclosure of rebuttal expert testimony:
    - o The Parties agree to 60 days following the disclosure of initial expert testimony.

v. <u>Disclosure of witness list</u>:
- o The Parties agree to 21 days prior to trial.

vi. <u>Filing dispositive motions</u>:
- o The Parties agree to 60 days after the close of discovery.

vii. <u>Filing pre-trial statements</u>:
- o The Parties agree to 21 days before trial.

viii. <u>Filing of settlement status report</u>:
- o The Parties agree to 21 days after the end of discovery.

**F.** <u>Evidentiary Hearings</u>: The Parties anticipate evidentiary hearings may be required, such as a hearing to exclude unqualified expert or scientific evidence under the *Daubert* standard or to admit certain categories of evidence. The Parties agree that evidentiary hearings, if necessary, should be requested by motion or otherwise set by subsequent order of this Court, and should be held sometime after expert reports are exchanged.

**G.** <u>Trial Preparation</u>:
- The Parties anticipate being ready for trial within 14-15 months after the entry of the Case Scheduling Order;
- <u>The Plaintiffs' Position</u>: Plaintiffs anticipate being ready for trial 60 days following the issuances of the Court's orders on dispositive motions.
- <u>The Defendants' position</u>: Defendants anticipate being ready for trial 90 days following the issuances of the Court's orders on dispositive motions.
- The Plaintiffs anticipate needing 20 trial days. If the Parties can agree to stipulate to the authenticity of records produced by record custodians, and to the admissibility of deposition designations for consumers and some other witnesses, the Plaintiffs believe the estimated length of the trial can be shortened to 10 to 12 days.
- Defendants anticipate needing 20 trial days.

Each party reserves the right to seek an extension of the trial date based on the progress of discovery, including the cooperation of third-party witnesses.

RESPECTFULLY SUBMITTED this 1st day of November, 2024.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JOSHUA H. STEIN<br>Attorney General for the State of North Carolina |
| /s/ Alyse Meislik<br>ALYSE MEISLIK<br>DYLAN JONES<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ASA C. EDWARDS IV<br>Special Deputy Attorneys General<br>DANIELLE WILBURN ALLEN<br>Assistant Attorney General<br>*Attorneys for the State of North Carolina* |
| **FOR THE STATE OF INDIANA:** | **FOR THE STATE OF OHIO:** |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglass Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin Leahy<br>ERIN B. LEAHY<br>Senior Assistant Attorney General<br>*Attorney for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**FOR DEFENDANTS MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM, MICHAEL D. LANSKY AND STACEY REEVES:**

 /s/ Neil Ende (signed with permission)
Neil S. Ende
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
nende@tlgdc.com
Phone: (202) 895-1707
Fax:    (202) 478-5074


 /s/ Greg Taylor (signed with permission)
Greg Taylor
*(Pro Hac Vice forthcoming)*
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
gtaylor@tlgdc.com
Phone: (202) 895-1707
Fax:    (202) 478-5074

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2024, I caused the foregoing **PARTIES' SUPPLEMENTAL JOINT RULE 26(f) REPORT** to be filed and served upon Defendants electronically via the Court's CM/ECF system to their counsel of record.

*Nyla Hunsinger*

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| Alyse Meislik (AZ No. 024052)<br>Dylan Jones (AZ Bar No. 034185)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-3725<br>Fax:    (602) 542-4377<br>consumer@azag.gov<br>alyse.meislik@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Asa C. Edwards IV (NC Bar No. 46000)<br>Special Deputy Attorneys General<br>Danielle Wilburn Allen (NC Bar No. 58141)<br>Assistant Attorney General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:   (919) 716-6000<br>Fax:      (919) 716-6050<br>tnayer@ncdoj.gov<br>aedwards@ncdoj.gov<br>dwilburnallen@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>            (317) 232-7751 (Martindale)<br>Fax:    (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Senior Assistant Attorney General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730<br>Fax:    (866) 768-2648<br>Erin.Leahy@OhioAGO.gov<br>*Attorney for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

10

| | | |
|---|---|---|
| 1 | Lindsay D. Barton (AL Bar No. 1165-G00N) | Nicklas A. Akers (CA Bar No. 211222) |
| 2 | Robert D. Tambling (AL Bar No. 6026-N67R) | Senior Assistant Attorney General |
| 3 | Assistant Attorneys General | Bernard A. Eskandari (CA Bar No. 244395) |
| 4 | Office of the Alabama Attorney General | Supervising Deputy Attorney General |
| 5 | 501 Washington Avenue | Timothy D. Lundgren (CA Bar No. 254596) |
| 6 | Montgomery, Alabama 36130 | Rosailda Perez (CA Bar No. 284646) |
| 7 | Phone: (334) 353-2609 (Barton)         (334) 242-7445 (Tambling) | Michelle Burkart (CA Bar No. 234121) Deputy Attorneys General |
| 8 | Fax:    (334) 353-8400 Lindsay.Barton@AlabamaAG.gov | Office of the California Attorney General 300 S. Spring St., Suite 1702 |
| 9 | Robert.Tambling@AlabamaAG.gov | Los Angeles, CA 90013 |
| 10 | *Attorneys for Plaintiff State of Alabama* | Phone: (415) 510-3364 (Akers) |
| 11 | Amanda Wentz (AR Bar No. 2021066) |         (213) 269-6348 (Eskandari)         (213) 269-6355 (Lundgren) |
| 12 | Assistant Attorney General |         (213) 269-6612 (Perez) |
| 13 | Office of Attorney General Tim Griffin 323 Center St., Ste. 200 |         (213) 269-6357 (Burkart) |
| 14 | Little Rock, AR 72201 | Fax:    (916) 731-2146 |
| 15 | Phone: (501) 682-1178 Fax:    (501) 682-8118 | nicklas.akers@doj.ca.gov bernard.eskandari@doj.ca.gov timothy.lundgren@doj.ca.gov rosailda.perez@doj.ca.gov |
| 16 | Amanda.wentz@arkansasag.gov *Attorney for Plaintiff State of Arkansas* | michelle.burkart@doj.ca.gov |
| 17 | | *Attorneys for Plaintiff People of the State of California* |
| 18 | | |
| 19 | | Michel Singer Nelson (CO Bar No. 19779) |
| 20 | | Assistant Attorney General II Colorado Office of the Attorney General |
| 21 | | Ralph L. Carr Judicial Building 1300 Broadway, 10th Floor |
| 22 | | Denver, CO 80203 |
| 23 | | Phone: (720) 508-6220 michel.singernelson@coag.gov |
| 24 | | *Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
mailto:brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Adam Teitelbaum (DC Bar No. 1015715)
Director, Office of Consumer Protection
Assistant Attorney General
D.C. Office of the Attorney General
Office of Consumer Protection
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 741-0764
Adam.Teitelbaum@dc.gov
*Attorney for Plaintiff District of Columbia*

Patrick Crotty (FL Bar No. 108541)
Senior Assistant Attorney General
Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
patrick.crotty@myfloridalegal.com
miles.vaughn@myfloridalegal.com
*Attorneys for Plaintiff Ashley Moody, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Attorney General of the State of Georgia
2 Martin Luther King Jr. Drive, SE, Ste. 356
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332)<br>*(Pro Hac Vice motion forthcoming)*<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457)<br>Assistant Attorneys General<br>Consumer Protection Section<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612<br>Phone: (785) 296-3751<br>Fax:    (785) 291-3699<br>Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov<br>*Attorneys for Plaintiff State of Kansas* |
| Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General<br>Elizabeth Blackston (IL Bar No. 6228859)<br>Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62791<br>Phone: (217) 782-4436<br>philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov<br>*Attorneys for Plaintiff People of the State of Illinois* | Jacob P. Ford (KY Bar No. 95546)<br>Assistant Attorney General<br>Office of the Attorney General,<br>Commonwealth of Kentucky<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Phone: (502) 871-2044<br>jacobp.ford@ky.gov<br>*Attorney for Plaintiff Commonwealth of Kentucky* |
| Benjamin Bellus (IA Bar No. AT0000688)<br>William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Phone: (515) 242-6536 (Bellus)<br>           (515) 242-6773 (Pearson)<br>Fax:    (515) 281-6771<br>Benjamin.Bellus@ag.iowa.gov<br>William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General<br>Office of the Attorney General Liz Murrill<br>1885 North Third St.<br>Baton Rouge, LA 70802<br>Phone: (225) 326-6164<br>Fax:    (225) 326-6499<br>WilliamsZ@ag.louisiana.gov<br>*Attorney for Plaintiff State of Louisiana* |

| | |
|---|---|
| Brendan O'Neil (ME Bar No. 009900)<br>Assistant Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Phone: (207) 626-8800<br>Fax:     (207) 624-7730<br>brendan.oneil@maine.gov<br>*Attorney for Plaintiff State of Maine* | Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:     (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* |
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:     (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:     (617) 727-5765<br>mailto:Carol.Guerrero@mass.gov<br>*Attorney for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Jessica D. Jasper (MS Bar No. 106305)<br>*(Pro Hac Vice motion forthcoming)*<br>Special Assistant Attorneys General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258 (Rankin)<br>           (601) 359-3800 (Jasper)<br>james.rankin@ago.ms.gov<br>jessica.jasper@ago.ms.gov<br>*Attorneys for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |

Michael Schwalbert (MO Bar No. 63299)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax: (314) 340-7891
michael.schwalbert@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General*

Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Andrew Butler (MT Bar No. 53936812)
Assistant Attorney General
Montana Attorney General's Office
Office of Consumer Protection
555 Fuller Avenue
Helena, MT 59601
Phone: (406) 444-4500
Anna.schneider@mt.gov
Andrew.butler@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax: (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax: (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
33 Capitol St.
Concord, NH 03301-6397
Phone: (603) 271-1139
Fax: (603) 271-2110
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Deepta Janardhan (NJ Bar No. 309022020)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax: (973) 648-4887
Deepta.Janardhan@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Julie Sakura (NM Bar No. 19253)
Assistant Attorney General
State of New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 859-8074
Fax:     (505) 490-4883
jsakura@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Robert J. Carlson (OK Bar No. 19312)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (918) 581-2384
Fax:     (405) 522-0085
Robert.Carlson@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General Michelle A. Henry*

| | | |
|---|---|---|
| 1 | Stephen N. Provazza (RI Bar No. 10435) | David Shatto (Fed. Bar No. 3725697; TX |
| 2 | Special Assistant Attorney General | Bar No. 24104114) |
| | Rhode Island Office of the Attorney | Assistant Attorney General |
| 3 | General | Attorney General for the State of Texas |
| 4 | 150 S. Main Street | Office of the Attorney General |
| | Providence, RI 02903 | P.O. Box 12548 (MC-010) |
| 5 | Phone: (401) 274-4400, ext. 2476 | Austin, TX 78711 |
| 6 | Fax:     (401) 222-1766 | Phone: (512) 463-2185 |
| | sprovazza@riag.ri.gov | Fax:     (512) 473-9125 |
| 7 | *Attorney for Plaintiff State of Rhode* | David.Shatto@oag.texas.gov |
| 8 | *Island, by Attorney General Peter* | *Attorney for Plaintiff State of Texas* |
| | *Neronha* | |
| 9 | | Kevin McLean (UT Bar No. 16101) |
| 10 | Kristin Simons (SC Bar No. 74004) | Assistant Attorney General |
| | Senior Assistant Attorney General | Utah Attorney General's Office |
| 11 | Danielle Robertson (SC Bar No. 105846) | 160 East 300 South, 5th Floor |
| 12 | Assistant Attorney General | P.O. Box 140872 |
| | South Carolina Attorney General's Office | Salt Lake City, UT 84114-0872 |
| 13 | P.O. Box 11549 | Phone: (801) 366-0310 |
| 14 | Columbia, SC 29211-1549 | Fax:     (801) 366-0315 |
| | Phone: (803) 734-6134 (Simons) | kmclean@agutah.gov |
| 15 |            (803) 734-8044 (Robertson) | *Attorney for Plaintiff Utah Division of* |
| 16 | mailto:ksimons@scag.gov | *Consumer Protection* |
| | danirobertson@scag.gov | |
| 17 | *Attorneys for Plaintiff State of South* | Jill Abrams (VT Bar No. 4944) |
| | *Carolina* | *(Pro Hac Vice motion forthcoming)* |
| 18 | | Office of the Vermont Attorney General |
| 19 | Austin C. Ostiguy (TN Bar No. 040301) | 109 State Street |
| | Tyler T. Corcoran (TN Bar No. 038887) | Montpelier, VT 05609-1001 |
| 20 | Assistant Attorneys General | Phone: (802) 828-3171 |
| 21 | Office of the Tennessee Attorney General | Fax:     (802) 304-1014 |
| | P.O. Box 20207 | Jill.Abrams@vermont.gov |
| 22 | Nashville, TN 37202 | *Attorney for Plaintiff State of Vermont* |
| | Phone: (615) 532-7271 (Ostiguy) | |
| 23 |            (615) 770-1714 (Corcoran) | |
| 24 | Fax:     (615) 532-2910 | |
| | austin.ostiguy@ag.tn.gov | |
| 25 | tyler.corcoran@ag.tn.gov | |
| 26 | *Attorneys for Plaintiff State of Tennessee* | |
| 27 | | |
| 28 | | |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:   (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Alexandra Kory (WA Bar No. 49889)
Mina Shahin (WA Bar No. 46661)
Assistant Attorneys General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 516-2997 (Kory)
       (206) 326-5485 (Shahin)
Fax:   (206) 464-6451
Alexandra.Kory@atg.wa.gov
Mina.Shahin@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:   (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:   (608) 294-2907
myszkowskiga@doj.state.wi.us
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7-5338)
*(Pro Hac Vice motion forthcoming)*
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Office of the Attorney General
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*