KRISTIN K. MAYES
Attorney General of Arizona
(Firm State Bar No. 14000)
Alyse Meislik (AZ Bar 024052)
Dylan Jones (AZ Bar No. 034185)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
consumer@azag.gov

*Lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | No.: CV-23-00233-TUC-CKJ <br><br> **PARTIES' CORRECTED SUPPLEMENTAL JOINT RULE 26(f) REPORT** |

Pursuant to this Court's August 22, 2024 Order [Dkt 84], Plaintiffs and Defendants (the "Parties") submit the following Supplemental Joint Rule 26 Report case management plan supplementing the Parties' Joint Rule 26 Report and Discovery Plan [Dkt 79] outlining the Plaintiffs' intended discovery, its necessary scope and time constraints.

The Lead Plaintiff States in this matter are the States of Arizona, Indiana, North Carolina, and Ohio. Counsel for the Lead Plaintiff States represent the position of all Plaintiff States.

## I. NATURE OF THE CASE AND BASES OF CLAIMS

Plaintiffs filed this action against Michael D. Lansky, L.L.C., dba Avid Telecom (Defendant Avid Telecom), Michael D. Lansky, individually and as Chief Executive Officer (Defendant Lansky), and Stacey Reeves, individually and as Vice President of Operations and Sales, (collectively "Defendants"). All Plaintiffs joined Counts I through V of the Complaint, which alleged violations of the Telemarketing Sales Rule ("TSR"), 16 C.F.R. § 310 *et seq.*; the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.* and its implementing rule, 47 C.F.R. § 64.1200; and the Truth in Caller ID Act ("TCIA"), 47 U.S.C. § 227(e) and its implementing rule, 47 C.F.R. § 64.1604. Eleven Plaintiffs alleged violations of certain state laws that protect consumers against unfair and deceptive trade practices, including unfair, deceptive, abusive and illegal telemarketing practices.

The Parties previously outlined the nature of the case, the specific counts and the elements of proof for each count in the Parties' Joint Rule 26(f) Report [Dkt 79, 79-1, 79-2], as well as in Plaintiffs' Case Management Plan [Dkt 89] and Defendants' Case Management Plan [Dkt 96].

## II. PARTIES' PLANS FOR DISCOVERY

Plaintiffs described their plans for discovery in detail in Sections II and III of Plaintiffs' Case Management Plan [Dkt 89].

Defendants described their plans for discovery in Section II of Defendants' Case Management Plan [Dkt 96].

## III. JOINT PROPOSED MODIFICATIONS TO DISCOVERY LIMITATIONS

Plaintiffs served their initial Fed. R. Civ. P. 26(a)(1) disclosures and filed the Notice of Initial Disclosure on September 6, 2024.

Defendants filed their Fed. R. Civ. P. 26(a)(1) disclosures on September 6, 2024. Plaintiffs notified Defendants on October 4, 2024 that Defendants' initial disclosures failed to include disclosures required pursuant to Rule 26(1)(A)(ii) - providing "a copy—or a description by category and location—of all documents, electronically stored information,

and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment." Plaintiffs followed up by email on October 17, October 25, and October 28 but did not receive a response. On October 31, 2024, counsel for Defendants responded to Plaintiffs' October 28 email stating that Defendants will provide supplemental disclosures on or before Monday, November 3, 2024. On November 4, Defendants' counsel sent a follow up email indicating the revised initial disclosures would likely be provided by November 6.

The Parties discussed changes to the limitations on discovery imposed by Fed. R. Civ. P. 26(b)(2) and were not able to reach an agreement as to the number of depositions.

**A.** Interrogatories: Neither party is requesting a modification to the number of interrogatories allowed under Fed. R. Civ. 33 of 25 interrogatories per party. The Parties agree that either may seek to expand or reduce the interrogatory limitations through later stipulation of the Parties or by individual motion to the Court as necessary.

**B.** Depositions: The Parties propose a modification to Fed. Rule Civ. P. 30, but do not agree on the modification.

- o Plaintiffs propose 20 depositions per side. Plaintiffs have identified anticipated depositions in Section IV(B) of Plaintiffs' Case Management Plan [Dkt 89].
- o Defendants propose 40 fact depositions per side. Defendants provide that 18 of Defendants' 40 depositions would be of Plaintiff States, the remaining 22 would be taken up by customers, vendors, carriers, officials at the Industry Traceback Group, the FCC, and various state regulatory and law enforcement agencies. Defendants have identified anticipated depositions in Section III(B)-(C) of Defendants' Case Management Plan [Dkt 95].

The Parties agree that either may seek to expand or reduce the deposition limitations through later stipulation of the Parties or by individual motion to the Court as necessary.

**C.** The Parties previously agreed to request the production of electronically stored information ("ESI"). The Parties agree that ESI should be produced in its native format in connection with individual discovery requests as set forth in Fed. R. Civ. P. 33 and 34, and that the Parties should confer as to any ESI that requires special consideration. The Parties shall meet and confer regarding any specific ESI needs and disputes before seeking involvement of the Court.

**D.** The Parties agree that two weeks following the Court's entry of the Case Scheduling Order, the Parties shall submit a proposed protective order for the Court's review setting forth procedures governing assertions of privilege or other applicable protection from disclosure. The Parties previously agreed to confer prior to bringing any attorney-client privilege, work product, or other discovery issues or disputes to the Court.

**E.** Except where noted below, the Parties agree to propose the following case schedule:

  i. <u>Initial disclosures</u> required by Fed. R. Civ. P. 26(a)(l) were exchanged by the Parties on September 6, 2024 as described above.

  ii. <u>Addition of parties or amending complaint</u> – 60 days following the entry of the Case Scheduling Order.

  iii. <u>Completion of discovery</u>:
    The Parties believe that, due to the voluminous facts and the complexity of the legal issues in the case as set out in their respective Case Management Plans [Dkts 89 and 94], more than 180 days will be needed for discovery.
    o The Parties agree to the completion of discovery 11 months following the entry of the Case Scheduling Order.

  iv. <u>Disclosure of initial expert testimony and rebuttal expert testimony pursuant to Fed. R. Civ. P. 26(a)(2)</u>:
    - Disclosure of initial expert testimony:
      o The Parties agree to the disclosure of initial expert testimony 9 months following the entry of the Case Scheduling Order;

- Expert discovery:
    - The Parties agree discovery is to be issued within 15 days of initial expert testimony.
    - Responses are due within 30 days of initial expert testimony.
    - Depositions are to be completed within 45 days of initial expert testimony.
- Disclosure of rebuttal expert testimony:
    - The Parties agree to 60 days following the disclosure of initial expert testimony.
  v. <u>Disclosure of witness list</u>:
    - The Parties agree to 21 days prior to trial.
  vi. <u>Filing dispositive motions</u>:
    - The Parties agree to 60 days after the close of discovery.
  vii. <u>Filing pre-trial statements</u>:
    - The Parties agree to 21 days before trial.
  viii. <u>Filing of settlement status report</u>:
    - The Parties agree to 21 days after the end of discovery.

**F.** <u>Evidentiary Hearings</u>: The Parties anticipate evidentiary hearings may be required, such as a hearing to exclude unqualified expert or scientific evidence under the *Daubert* standard or to admit certain categories of evidence. The Parties agree that evidentiary hearings, if necessary, should be requested by motion or otherwise set by subsequent order of this Court, and should be held sometime after expert reports are exchanged.

**G.** <u>Trial Preparation</u>:
- The Parties anticipate being ready for trial within 14-15 months after the entry of the Case Scheduling Order;
- <u>The Plaintiffs' Position:</u> Plaintiffs anticipate being ready for trial 60 days following the issuances of the Court's orders on dispositive motions.

- o <u>The Defendants' position</u>: Defendants anticipate being ready for trial 90 days following the issuances of the Court's orders on dispositive motions.
- o The Plaintiffs anticipate needing 20 trial days. If the Parties can agree to stipulate to the authenticity of records produced by record custodians, and to the admissibility of deposition designations for consumers and some other witnesses, the Plaintiffs believe the estimated length of the trial can be shortened to 10 to 12 days.
- o Defendants anticipate needing 20 trial days.

Each party reserves the right to seek an extension of the trial date based on the progress of discovery, including the cooperation of third-party witnesses.

RESPECTFULLY SUBMITTED this 4th day of November, 2024.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JOSHUA H. STEIN<br>Attorney General for the State of North Carolina |
| <u>Alyse Meislik</u><br>ALYSE MEISLIK<br>DYLAN JONES<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | <u>Tracy Nayer</u><br>TRACY NAYER<br>ASA C. EDWARDS IV<br>Special Deputy Attorneys General<br>DANIELLE WILBURN ALLEN<br>Assistant Attorney General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| <u>Douglas S. Swetnam</u><br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | <u>Erin B. Leahy</u><br>ERIN B. LEAHY<br>Senior Assistant Attorney General<br>*Attorney for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**FOR DEFENDANTS MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM, MICHAEL D. LANSKY AND STACEY REEVES:**

s/ Neil S. Ende (with permission)
Neil S. Ende
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
nende@tlgdc.com
Phone: (202) 895-1707
Fax:    (202) 478-5074


s/ Greg Taylor (with permission)
Greg Taylor
*(Pro Hac Vice forthcoming)*
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
gtaylor@tlgdc.com
Phone: (202) 895-1707
Fax:    (202) 478-5074

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4th, 2024, I caused the foregoing **PARTIES' CORRECTED SUPPLEMENTAL JOINT RULE 26(f) REPORT** to be filed and served upon Defendants electronically via the Court's CM/ECF system to their counsel of record.

<u>Erin B. Leahy</u>
Erin B. Leahy
*Attorney for Plaintiff*
*State of Ohio*

# LIST OF PLAINTIFFS' COUNSEL

Alyse Meislik (AZ No. 024052)
Dylan Jones (AZ Bar No. 034185)
Assistant Attorneys General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:   (602) 542-4377
consumer@azag.gov
alyse.meislik@azag.gov
*Attorneys for Plaintiff State of Arizona*

Douglas S. Swetnam (IN Bar No. 15860-49)
Thomas L. Martindale (IN Bar No. 29706-64)
Deputy Attorneys General
Office of the Indiana Attorney General Todd Rokita
Indiana Govt. Center South, 5th Fl.
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6294 (Swetnam)
         (317) 232-7751 (Martindale)
Fax:   (317) 232-7979
douglas.swetnam@atg.in.gov
thomas.martindale@atg.in.gov
*Attorneys for Plaintiff State of Indiana*

Tracy Nayer (NC Bar No. 36964)
Asa C. Edwards IV (NC Bar No. 46000)
Special Deputy Attorneys General
Danielle Wilburn Allen (NC Bar No. 58141)
Assistant Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:      (919) 716-6050
tnayer@ncdoj.gov
aedwards@ncdoj.gov
dwilburnallen@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

Erin B. Leahy (OH Bar No. 0069509)
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730
Fax:    (866) 768-2648
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
323 Center St., Ste. 200
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
Amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Michelle Burkart (CA Bar No. 234121)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
       (213) 269-6357 (Burkart)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
michelle.burkart@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

| | |
|---|---|
| Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)<br>Assistant Attorney General<br>Office of the Connecticut Attorney General William Tong<br>165 Capitol Avenue, Suite 4000<br>Hartford, CT 06106<br>Phone: (860) 808-5400<br>Fax:     (860) 808-5593<br>mailto:brendan.flynn@ct.gov<br>*Attorney for Plaintiff State of Connecticut* | Patrick Crotty (FL Bar No. 108541)<br>Senior Assistant Attorney General<br>Miles Vaughn (FL Bar No. 1032235)<br>Assistant Attorney General<br>Office of the Florida Attorney General<br>Consumer Protection Division<br>3507 E. Frontage Rd, Suite 325<br>Tampa, FL 33607<br>Phone: (813) 287-7950<br>Fax:     (813) 281-5515<br>patrick.crotty@myfloridalegal.com<br>miles.vaughn@myfloridalegal.com<br>*Attorneys for Plaintiff Ashley Moody, Attorney General of the State of Florida* |
| Ryan Costa (DE Bar No. 5325)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Fax:     (302) 577-6499<br>Ryan.costa@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | David A. Zisook (GA Bar No. 310104)<br>Senior Assistant Attorney General<br>Office of the Attorney General of the State of Georgia<br>2 Martin Luther King Jr. Drive, SE, Ste. 356<br>Atlanta, GA 30334<br>Phone: (404) 458-4294<br>Fax:     (404) 464-8212<br>dzisook@law.ga.gov<br>*Attorney for Plaintiff State of Georgia* |
| Adam Teitelbaum (DC Bar No. 1015715)<br>Director, Office of Consumer Protection<br>Assistant Attorney General<br>D.C. Office of the Attorney General<br>Office of Consumer Protection<br>400 6th Street NW, 10th Floor<br>Washington, DC 20001<br>Phone: (202) 741-0764<br>Adam.Teitelbaum@dc.gov<br>*Attorney for Plaintiff District of Columbia* | Christopher J.I. Leong (HI Bar No. 9662)<br>Deputy Attorney General<br>Hawaii Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>Phone: (808) 586-1180<br>Fax:     (808) 586-1205<br>christopher.ji.leong@hawaii.gov<br>*Attorney for Plaintiff State of Hawaii* |

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332) *(Pro Hac Vice motion forthcoming)* Consumer Protection Division Chief Idaho Attorney General's Office P.O. Box 83720 Boise, ID 83720-0010 Phone: (208) 334-4114 james.simeri@ag.idaho.gov *Attorney for Plaintiff State of Idaho* | Nicholas C. Smith (KS Bar No. 29742) Sarah M. Dietz (KS Bar No. 27457) Assistant Attorneys General Consumer Protection Section Office of the Kansas Attorney General 120 SW 10th Avenue, 2nd Floor Topeka, KS 66612 Phone: (785) 296-3751 Fax:     (785) 291-3699 Nicholas.Smith@ag.ks.gov sarah.dietz@ag.ks.gov *Attorneys for Plaintiff State of Kansas* |
| Philip Heimlich (IL Bar No. 6286375) Assistant Attorney General Elizabeth Blackston (IL Bar No. 6228859) Consumer Fraud Bureau Chief Office of the Illinois Attorney General 500 S. Second Street Springfield, IL 62791 Phone: (217) 782-4436 philip.heimlich@ilag.gov elizabeth.blackston@ilag.gov *Attorneys for Plaintiff People of the State of Illinois* | Jacob P. Ford (KY Bar No. 95546) Assistant Attorney General Office of the Attorney General, Commonwealth of Kentucky 1024 Capital Center Drive, Ste. 200 Frankfort, KY 40601 Phone: (502) 871-2044 jacobp.ford@ky.gov *Attorney for Plaintiff Commonwealth of Kentucky* |
| Benjamin Bellus (IA Bar No. AT0000688) William Pearson (IA Bar No. AT0012070) Assistant Attorneys General Office of the Iowa Attorney General 1305 E. Walnut St. Des Moines, IA 50319 Phone: (515) 242-6536 (Bellus)        (515) 242-6773 (Pearson) Fax:    (515) 281-6771 Benjamin.Bellus@ag.iowa.gov William.Pearson@ag.iowa.gov *Attorneys for Plaintiff State of Iowa* | ZaTabia N. Williams (LA Bar No. 36933) Assistant Attorney General Office of the Attorney General Liz Murrill 1885 North Third St. Baton Rouge, LA 70802 Phone: (225) 326-6164 Fax:     (225) 326-6499 WilliamsZ@ag.louisiana.gov *Attorney for Plaintiff State of Louisiana* |

Brendan O'Neil (ME Bar No. 009900)
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
*Attorney for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
*Attorney for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Jessica D. Jasper (MS Bar No. 106305)
*(Pro Hac Vice motion forthcoming)*
Special Assistant Attorneys General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258 (Rankin)
       (601) 359-3800 (Jasper)
james.rankin@ago.ms.gov
jessica.jasper@ago.ms.gov
*Attorneys for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

| | |
|---|---|
| Michael Schwalbert (MO Bar No. 63299)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>815 Olive Street, Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 340-6816<br>Fax:   (314) 340-7891<br>michael.schwalbert@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General* | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:   (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |
| Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel<br>Andrew Butler (MT Bar No. 53936812)<br>Assistant Attorney General<br>Montana Attorney General's Office<br>Office of Consumer Protection<br>555 Fuller Avenue<br>Helena, MT 59601<br>Phone: (406) 444-4500<br>Anna.schneider@mt.gov<br>Andrew.butler@mt.gov<br>*Attorneys for Plaintiff State of Montana* | Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>33 Capitol St.<br>Concord, NH 03301-6397<br>Phone: (603) 271-1139<br>Fax:   (603) 271-2110<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* |
| Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:   (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | Deepta Janardhan (NJ Bar No. 309022020)<br>Jeffrey Koziar (NJ Bar No. 015131999)<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (973) 648-7819<br>Fax:   (973) 648-4887<br>Deepta.Janardhan@law.njoag.gov<br>Jeff.koziar@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* |

Julie Sakura (NM Bar No. 19253)
Assistant Attorney General
State of New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 859-8074
Fax:     (505) 490-4883
jsakura@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Robert J. Carlson (OK Bar No. 19312)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (918) 581-2384
Fax:     (405) 522-0085
Robert.Carlson@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.state.or.us
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General Michelle A. Henry*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
Danielle Robertson (SC Bar No. 105846)
Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134 (Simons)
       (803) 734-8044 (Robertson)
mailto:ksimons@scag.gov
danirobertson@scag.gov
*Attorneys for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
Fax:    (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:    (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Kevin McLean (UT Bar No. 16101)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (801) 366-0310
Fax:    (801) 366-0315
kmclean@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

Jill Abrams (VT Bar No. 4944)
*(Pro Hac Vice motion forthcoming)*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-3171
Fax:    (802) 304-1014
Jill.Abrams@vermont.gov
*Attorney for Plaintiff State of Vermont*

| | |
|---|---|
| Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 N. Ninth St.<br>Richmond, VA 23219<br>Phone: (804) 371-0871<br>Fax:     (804) 786-0122<br>gward@oag.state.va.us<br>*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General* | Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:     (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. Patrick Morrisey, Attorney General* |
| Alexandra Kory (WA Bar No. 49889)<br>Mina Shahin (WA Bar No. 46661)<br>Assistant Attorneys General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 516-2997 (Kory)<br>          (206) 326-5485 (Shahin)<br>Fax:     (206) 464-6451<br>Alexandra.Kory@atg.wa.gov<br>Mina.Shahin@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* | Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:     (608) 294-2907<br>myszkowskiga@doj.state.wi.us<br>*Attorney for Plaintiff State of Wisconsin*<br><br>Cameron W. Geeting (WY Bar No. 7-5338)<br>*(Pro Hac Vice motion forthcoming)*<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Office of the Attorney General<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |