# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-23-00233-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Michael D Lansky LLC, et al., | |
| Defendants. | |

The motion is unopposed and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Unopposed Motion for the Entry of Protective Order (Doc. 107) is GRANTED, and the Protective Order shall be simultaneously entered.

Dated this 10th day of March, 2025.

_____
Honorable Cindy K. Jorgenson
United States District Judge