# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **State of Arizona,** *ex rel.* **Kristin K. Mayes, Attorney General,** *et al.,* ) ) ) **Plaintiffs.** ) ) v. ) ) **Michael D. Lansky, L.L.C., dba Avid Telecom,** ) *et al.,* ) ) **Defendants.** ) | NO. 4:23-cv-00233-EJM<br><br><br><br><br>NOTICE OF<br>WITHDRAWAL OF<br>APPEARANCE FOR<br>ROBERT J. CARLSON |

The State of Oklahoma, ex rel. Gentner Drummond, Attorney General, (the "State"), hereby gives notice that Robert J. Carlson, due to his departure from the Attorney General's office, is withdrawing from the representation of the State in this matter. Deputy Attorney General Stephanie Powers will represent the Plaintiff State of Oklahoma, and Oklahoma will not be without representation in this matter.

Dated this 2nd day of April, 2025

           **GENTNER DRUMMOND**
           **ATTORNEY GENERAL**
           **FOR THE STATE OF OKLAHOMA**

           By: /s/ Stephanie Powers
                Stephanie Powers (OK Bar No. 22892)
                Office of the Oklahoma Attorney General
                313 N.E. 21st Street
                Oklahoma City, OK  73105
                Email: Stephanie.Powers@oag.ok.gov
                Telephone:  (405) 522-3412
                Attorney for Plaintiff State of Oklahoma

## CERTIFICATE OF SERVICE

I certify that on April 2, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/EFC System for filing, and which will be sent electronically to all registered CM/EFC participants as identified on this Notice of Electronic Filing.

                          /s/ Stephanie Powers