Billy Jimenez
408 Galisteo St.,
Santa Fe NM 87501
State Bar No. 144627
Federal Bar No. 15226
BJimenez@nmdoj.gov
505-527-2694
*Counsel for Plaintiff State of New Mexico*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel, Kristin M. Mayes, Attorney General, et al., <br><br> Plaintiff's <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom, et al., <br><br> Defendants. | Case No. 4:23-cv-00233-EJM <br><br><br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

    NOTICE IS HEREBY GIVEN, that Billy Jimenez is substituted in the place of Julie Sakura as counsel for Plaintiff, State of New Mexico, in the above-captioned matter. The State of New Mexico respectfully requests that the Clerk of the Court withdrawals Julie Sakura as counsel.

    Dated this 3rd day of April 2025.

    RAUL TORREZ
    ATTORNEY GENERAL
    FOR THE STATE OF MEXICO

    *By: /s/ Billy Jimenez*
    Billy Jimenez
    New Mexico Department of Justice
    408 Galisteo St., Santa Fe NM 87501
    Email: Bjimenez@nmdoj.gov
    Telephone:505-527-2694
    Attorney for Plaintiff State of New Mexico
    Pro Hac Vice Admitted

CERTIFICATE OF SERVICE

I certify that on March 27, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/EFC participants as identified on this Notice of Electronic Filing.

*/s/ Billy Jimenez*