1  NICHOLAS W. BROWN
   Attorney General of Washington
2
3  Mina Shahin (admitted *pro hac vice*)
   Assistant Attorney General
   Office of the Attorney General of Washington
4  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104
5  206-464-7744
   Mina.Shahin@atg.wa.gov
6
   *Attorney for Plaintiff State of Washington*
7

8              THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF ARIZONA

10 | State of Arizona, *ex rel.* Kristin K.      | No. 4:23-cv-00233-EJM
   | Mayes, Attorney General; *et al.*,         |
11 |                                            |
12 |                    Plaintiffs,             | **NOTICE OF WITHDRAWAL**
   |                                            | **OF APPEARANCE**
13 |      v.                                    |
   |                                            |
14 | Michael D. Lansky, L.L.C.,                 |
   | dba Avid Telecom, *et al*.                 |
15 |                                            |
   |                    Defendants.             |

1

The State of Washington ex rel. Nicholas W. Brown, Attorney General ("Washington State"), hereby gives notice that Mina Shahin is withdrawing from the representation of the Washington State in this matter. Assistant Attorney General Alexandra Kory will continue to represent Plaintiff Washington State and Washington State will not be without representation in this matter.

DATED this 30th day of April, 2025.

>NICHOLAS W. BROWN
>Attorney General
>
>*s/Mina Shahin*
>MINA SHAHIN, WSBA #46661
>Assistant Attorney General
>Attorneys for Plaintiff, State of Washington
>800 Fifth Avenue, Suite 2000
>Seattle, WA 98104
>206-464-7744
>Mina.Shahin@atg.wa.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

    DATED this 30th day of April, 2025, at Seattle, Washington.

*s/Mina Shahin*
MINA SHAHIN
Assistant Attorney General