Luke Hawley (MO Bar #73749)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7981
luke.hawley@ago.mo.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) No: CV-23-00233-TUC-CKJ |
| v. | ) |
| | ) |
| Michael D. Lansky, | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
|   *dba* Avid Telecom, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

NOTICE IS HEREBY GIVEN, that Luke Hawley is substituted in the place of Michael Schwalbert as counsel for Plaintiff, State of Missouri, in the above-captioned matter. The State of Missouri respectfully requests that the Clerk of the Court withdraw Michael Schwalbert as counsel in this matter.

        **ANDREW BAILEY**
        Attorney General for the State of Missouri

        */s/   Luke Hawley*
        Luke Hawley (MO Bar #73749)
        Assistant Attorney General
        812 Olive Street, Suite 200
        St. Louis, MO 63101
        luke.hawley@ago.mo.gov
        Phone:   (314) 340-6816
        Fax:     (314) 340-7981
        *Counsel for Plaintiff State of Missouri, Pro Hac Vice*

- 2 -

CERTIFICATE OF SERVICE

    I certify that on May 20, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing, which will be sent electronically to all registered CM/ECF participants as identified on this Notice of Electronic Filing.

*/s/   Luke Hawley*