KRISTIN K. MAYES
Attorney General of Arizona
(Firm State Bar No. 14000)
John Raymond Dillon IV (AZ No. 036796)
Laura Dilweg (AZ No. 036066)
Alyse Meislik (AZ No. 024052)
Dylan Jones (AZ Bar No. 034185)
Sarah Pelton (AZ Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov
*Counsel for Plaintiff State of Arizona*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, *et al.*, | Case No.: 4:23-cv-00233-CKJ |
| Plaintiffs, | **APPEARANCE OF COUNSEL** |
| v. | |
| Michael D. Lansky, L.L.C., dba Avid Telecom, an Arizona limited liability company; | |
| Michael D. Lansky, individually as a Member/Manager/Chief Executive Officer of Michael D. Lansky, L.L.C., dba Avid Telecom; and | |
| Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky, L.L.C., dba Avid Telecom, | |
| Defendants. | |

Assistant Attorney General John Raymond Dillon IV respectfully notifies the Clerk of Court and all parties of record, that I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for the State of Arizona.

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

**KRISTIN K. MAYES**
**Attorney General**

 /s/ *John Raymond Dillon IV*
John Raymond Dillon IV (AZ No. 36796)
Laura Dilweg (AZ No. 036066)
Alyse Meislik (AZ No. 024052)
Dylan Jones (AZ Bar No. 034185)
Sarah Pelton (AZ Bar No. 039633)
Assistant Attorneys General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax: (602) 542-4377
consumer@azag.gov
john.dillonIV@azag.gov
laura.dilweg@azag.gov
alyse.meislik@azag.gov
dylan.jones@azag.gov
sarah.pelton@azag.gov
*Attorneys for Plaintiff State of Arizona*

**CERTIFICATE OF SERVICE**

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5(a), I hereby certify that on May 27, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

*/s/ John Raymond Dillon IV*