DAVE YOST
Ohio Attorney General
Erin B. Leahy (OH Bar No. 0069509)
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730
Fax:    (866) 768-2648
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

*Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al., | NO.: CV-23-00233-TUC-CKJ |
| Plaintiffs, | |
| v. | |
| Michael D. Lansky, L.L.C., dba Avid Telecom; et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER GOVERNING THE PRODUCTION OF ESI AND HARD COPY DOCUMENTS

Plaintiffs respectfully move, pursuant to Fed. R. Civ. P. 26(c), for entry of an order governing the production of electronically stored information ("ESI") and hard copy documents. The proposed order is attached as Exhibit A. Plaintiffs attempted to meet and confer with Defendants on many occasions as outlined herein but Defendants have failed to respond.

1    The Plaintiffs, 49 state attorneys general, filed this case against the Defendants

2  Michael D. Lansky, L.C.C., dba Avid Telecom ("Avid"), Michael Lansky ("Lansky") and

3  Stacey   Reeves ("Reeves") (collectively, "Defendants") on May 23, 2023, alleging

4  violations of the Telemarketing and Consumer Fraud and Abuse Act, the Telemarketing

5  Sales Rule, the Telephone Consumer Protection Act, the Truth in CallerID Act, and certain

6  state consumer protection statutes. On May 8, 2024, this Court granted in part and denied

7  in part Defendants' motions relating to the case and ordered them to file an Answer by June

8  14, 2024. The parties took part in Settlement Conferences on December 4, 2024, and

9  February 10, 2025, but were unable to reach an agreement to resolve the matter.

10    Defendants served Plaintiffs with requests for production of documents ("RPDs" or

11  "Defendants' Demands") and requests for admissions on December 31, 2024. The demands

12  were directed to the Lead Plaintiff States of Arizona, Indiana, North Carolina and Ohio, as

13  well as to Plaintiffs that brought state law claims including California, Florida, Indiana,

14  Maryland, Nevada, New York, North Carolina, North Dakota, Rhode Island, Washington

15  and Wisconsin.[1] Responses were due February 3, 2025. With Defendants' agreement to a

16  short extension, Plaintiffs provided written objections and responses to Defendants'

17  requests on February 7, 2025 along with a partial production of documents ("Plaintiffs'

18  Responses"). (Exhibit B, Plaintiffs' Responses to Defendants' RPDs). Plaintiffs'

19  Responses indicated that certain responsive documents were being withheld from

20  production at that time and would be produced within a reasonable time following entry of

21  a protective order and an agreement on the production of electronically stored information.

22    Plaintiffs filed an unopposed motion for the entry of a protective order on March 4,

23  2025 (ECF No. 107). The Court granted the motion and a protective order was entered on

24  March 11, 2025. (ECF Nos. 108 and 109).

25    Plaintiff specifically raised the need for an ESI protocol as early as February 3, 2025

26  in a communication to Defendants' counsel regarding Plaintiffs' responses to Defendants'

27  Requests. (Exhibit C, Email string including February 3, 2025). Plaintiffs' written

28

[1] The Defendants' demands were served on a total of thirteen of forty-nine Plaintiffs: eleven states that brought state law claims, two of which are also included in the Lead Plaintiffs group.

objections and responses to Defendants' Requests for Document Production memorialized Plaintiffs' position that the parties needed to meet and confer regarding a protocol for production of ESI. (Exhibit B at pp. 6, 33, 34, 36, 37). Plaintiffs attempted to schedule a meet and confer with Defendants regarding a protective order and an ESI protocol on several occasions between February 14 to February 26 but were unsuccessful. (Exhibit D, Email string February 3 to February 26).

The Plaintiffs drafted an ESI protocol and sent it to Defendants on April 15, 2025 for review. (Exhibit E, Email string February 21 to May 5 at p. 4-5). Having received no response, Plaintiffs sent a follow up email on April 28. (*Id.* at p.4). Counsel responded on April 30 stating only "Please let us know when you are available to discuss." (*Id.* at p. 3-4). Plaintiffs responded on April 30 offering to meet and confer the following day, May 1. (*Id.* at p. 2-3). Defendants' counsel responded and requested availability to meet and confer for the following week. (*Id.* at p. 2). Plaintiffs again responded on April 30 and offered to meet and confer the following week on May 8. (*Id.* at p. 1-2). Having received no response, Plaintiffs followed up on May 5 attempting to confirm the offer to meet on May 8. (*Id.* at p. 1). Defendants' counsel responded declining the May 8 call and requested availability for the following week. (*Id.* at p. 1). On May 5, Plaintiffs sent options for times to meet on May 13. (*Id.* at p. 1).

On May 7, Defendants' counsel, Neil Ende, sent an email indicating his co-counsel, Greg Taylor was out of the office for the next week and potentially also out the beginning of the following week. In response, Plaintiffs sent availability to meet and confer on May 13, May 14, May 15, and May 16. (Exhibit F, Email string May 7 to May 12). Defendants' counsel did not respond.

On May 19, Defendants' counsel responded to Plaintiffs' April 28 follow-up indicating he had been out of the office and requested "a few days to clear the backlog". Plaintiffs responded on May 20 and offered options for times to meet and confer on May 21 and 22. (Exhibit G, Email string Feb. 21 to May 20).

Neither of Defendants' counsel, Neil Ende or Greg Taylor, responded to Plaintiffs' last attempts to schedule a meet and confer for May 21 or May 22. They have provided no comments or feedback whatsoever on the ESI protocol sent to them on April 15, 2025.

Given the Defendants' lack of response, Plaintiffs seek the entry of an order outlining an ESI protocol so that Plaintiffs may complete their discovery production. Plaintiffs want to produce records without concerns that disputes over ESI protocols could result in having to reproduce records or time-consuming back and forth communications that could have been avoided. Plaintiffs also seek the ESI protocol to avoid any further delays in production of Defendants' discovery.

Defendants' RFPs to thirteen Plaintiffs instructed Plaintiffs to produce ESI on "DVD". Plaintiffs objected to the instruction in their written responses and agreed to meet and confer. (Exhibit B at p. 6). Defendants have not responded. Plaintiffs produced approximately 739 MB of ESI with its initial responses via secure file transfer rather than copied to DVD. The Defendants have not objected. However, Plaintiffs have at least 7 terabytes of ESI yet to produce which would be the equivalent of over 1,500 DVDs. Setting aside the antiquated nature of the request for production of ESI on DVDs, an order establishing a protocol for production of ESI would also address other common issues such as categories of ESI that are presumed to be inaccessible and not discoverable, specific requirements for file formats to ensure ESI is produced in a reasonably usable form, methods for applying redactions with annotations as to the basis for the redaction, requirement for native format on certain ESI, use of search terms and filters, standards for deduplication, and incorporation of the confidentiality designations pursuant to the Protective Order (Dkt. 109).

By providing guidance in advance of production, an ESI protocol will facilitate and expedite the flow of information between the parties and help to streamline any disputes that may arise. Defendants have not objected to any of the substantive provisions outlined in the proposed Order despite having received it on April 15, 2025.

For the foregoing reasons, Plaintiffs request their motion for the entry of an order governing the production of ESI be granted.

1

RESPECTFULLY SUBMITTED this 18th day of June, 2025.

2

3    **FOR THE STATE OF ARIZONA:**          **FOR THE STATE OF NORTH**
                                              **CAROLINA:**
4

5    KRISTIN K. MAYES                        JEFF JACKSON
     Attorney General for the State of Arizona   Attorney General for the State of North
6                                             Carolina

7    /s/ John Raymond Dillon IV              /s/ Tracy Nayer
     John Raymond Dillon IV (AZ State Bar    TRACY NAYER
8    No. 036796)                             ROCHELLE SPARKO
     Laura Dilweg (AZ State Bar No. 036066)  Special Deputy Attorneys General
9    Sarah Pelton (AZ State Bar No. 039633)  *Attorneys for the State of North Carolina*
10   Assistant Attorneys General
     *Attorneys for the State of Arizona*
11

12

13   **FOR THE STATE OF INDIANA:**          **FOR THE STATE OF OHIO:**

14
     TODD ROKITA                             DAVE YOST
15   Attorney General for the State of Indiana   Attorney General for the State of Ohio

16

17   /s/ Douglas S. Swetnam                  /s/ Erin Leahy
     DOUGLAS S. SWETNAM                      ERIN B. LEAHY
18   THOMAS L. MARTINDALE                    Senior Assistant Attorney General
     Deputy Attorneys General                *Attorney for the State of Ohio*
19   *Attorneys for the State of Indiana*

20

21

22                        ***Lead Counsel for Plaintiffs***

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on June 18, 2025, I caused the foregoing Plaintiffs' Motion

3 for the Entry of an Order Governing the Production of ESI and Hard Copy Documents to

4 be filed and served electronically via the Court's CM/ECF system upon counsel of record.

5

6                                        /s/ Erin B. Leahy

7                                        Erin B. Leahy (OH Bar 0059609)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**LIST OF PLAINTIFFS' COUNSEL**

2

3   John Raymond Dillon IV (AZ Bar
    No. 036796)
4   Sarah Pelton (AZ Bar No. 039633)
    Dylan Jones (AZ Bar No. 034185)
5   Laura Dilweg (AZ No. 036066)
    Alyse Meislik (AZ No. 024052)
6   Assistant Attorneys General
7   Arizona Attorney General's Office
    2005 North Central Avenue
8   Phoenix, AZ 85004
    Phone: (602) 542-8018
9   Fax:    (602) 542-4377
10  john.dillonIV@azag.gov
    sarah.pelton@azag.gov
11  dylan.jones@azag.gov
12  laura.dilweg@azag.gov
    alyse.meislik@azag.gov
13  *Attorneys for Plaintiff State of Arizona*
14
    Douglas S. Swetnam (IN Bar No. 15860-
15  49)
16  Thomas L. Martindale (IN Bar No. 29706-
    64)
17  Deputy Attorneys General
18  Office of the Indiana Attorney General
    Todd Rokita
19  Indiana Govt. Center South, 5th Fl.
20  302 W. Washington St.
    Indianapolis, IN 46204-2770
21  Phone: (317) 232-6294 (Swetnam)
22          (317) 232-7751 (Martindale)
    Fax:    (317) 232-7979
23  douglas.swetnam@atg.in.gov
24  thomas.martindale@atg.in.gov
    *Attorneys for Plaintiff State of Indiana*
25

Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:     (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Attorneys for Plaintiff State of North
Carolina*

Erin B. Leahy (OH Bar No. 0069509)
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730
Fax:    (866) 768-2648
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

26                   ***Lead Counsel for Plaintiffs***

27

28

7

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
           (334) 242-7445 (Tambling)
Fax:     (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:     (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
           (213) 269-6348 (Eskandari)
           (213) 269-6355 (Lundgren)
           (213) 269-6612 (Perez)
Fax:     (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545,
CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney
General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
miles.vaughn@myfloridalegal.com
*Attorney for Plaintiff James Uthmeier,*
*Attorney General of the State of Florida*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Adam Teitelbaum (DC Bar No. 1015715)
Director, Office of Consumer Protection
Assistant Attorney General
D.C. Office of the Attorney General
Office of Consumer Protection
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 741-0764
Adam.Teitelbaum@dc.gov
*Attorney for Plaintiff District of Columbia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney
General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
*(Pro Hac Vice motion forthcoming)*
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State
of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
        (515) 242-6773 (Pearson)
Fax:    (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jacob P. Ford (KY Bar No. 95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of
Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of
the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Massachusetts Office of the Attorney
General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
Carol.Guerrero@mass.gov
*Attorney for Plaintiff Commonwealth of
Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the
State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota,
by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Jessica D. Jasper (MS Bar No. 106305)
*(Pro Hac Vice motion forthcoming)*
Special Assistant Attorneys General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258 (Rankin)
            (601) 359-3800 (Jasper)
james.rankin@ago.ms.gov
jessica.jasper@ago.ms.gov
*Attorneys for Plaintiff Lynn Fitch,
Attorney General State of Mississippi*

Luke Hawley (MO Bar No. 73749)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
luke.hawley@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex.
rel. Andrew Bailey, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior
Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:    (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorney General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (973) 648-7819
Fax:    (973) 648-4887
Jeff.koziar@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*

Billy Jimenez (NM Bar No. 144627)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 527-2694
Fax:    (505) 490-4883
Bjimenez@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

12

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar
No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North
Dakota*

Stephanie Powers (OK Bar No. 22892)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-3412
Fax:     (405) 522-0085
Stephanie.Powers@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex
rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of
Pennsylvania by Attorney General David
W. Sunday, Jr.*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:     (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode
Island, by Attorney General Peter
Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
Danielle Robertson (SC Bar No. 105846)
Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134 (Simons)
           (803) 734-8044 (Robertson)
ksimons@scag.gov
danirobertson@scag.gov
*Attorneys for Plaintiff State of South
Carolina*

13

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
        (615) 770-1714 (Corcoran)
Fax:     (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX
Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:     (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Kevin McLean (UT Bar No. 16101)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (801) 366-0310
Fax:     (801) 366-0315
kmclean@agutah.gov
*Attorney for Plaintiff Utah Division of
Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:     (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of
Virginia, ex rel. Jason S. Miyares,
Attorney General*

Alexandra Kory (WA Bar No. 49889)
Assistant Attorney General
Washington State Attorney General's
Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 516-2997
Fax:     (206) 464-6451
Alexandra.Kory@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West*
*Virginia ex rel. John B. McCuskey,*
*Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7-5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Office of the Attorney General
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*