## Erin Leahy

| | |
|---|---|
| **From:** | Erin Leahy |
| **Sent:** | Monday, May 12, 2025 1:55 PM |
| **To:** | Neil Ende; Greg Taylor |
| **Cc:** | Nayer, Tracy; Sparko, Rochelle; Martindale, Thomas L; Swetnam, Douglas; Dilweg, Laura; Pelton, Sarah; Dylan Jones (Dylan.Jones@azag.gov); Meislik, Alyse; John.DillonIV@azag.gov; Michel Singer Nelson |
| **Subject:** | RE: Meet and Confer |
| **Importance:** | High |

Neil and Greg,

Here are additional times of availability for meet and confer on the ESI for this week:

5/13 – 2:00pm - 3:30pm
5/14- 1:30pm - 3:30pm
5/15- 12:00pm - 2:00pm
5/16- 12:30pm – 3:00pm

All times are Eastern time zone.

Please let us know what works for you.



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

-----Original Message-----
From: Erin Leahy
Sent: Wednesday, May 7, 2025 10:23 AM
To: Neil Ende <nende@tlgdc.com>
Cc: Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@NCDOJ.GOV>; Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Swetnam, Douglas <douglas.swetnam@atg.in.gov>; Dilweg, Laura <Laura.Dilweg@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>; Dylan Jones (Dylan.Jones@azag.gov) <Dylan.Jones@azag.gov>; Meislik, Alyse <Alyse.Meislik@azag.gov>; John.DillonIV@azag.gov; Michel Singer Nelson

<michel.singernelson@coag.gov>
Subject: RE: Meet and Confer

Thank you Neil for letting us know.  We will send additional dates and times for a meet and confer.

Please send us the discovery responses for Avid Telecom and Stacey Reeves today.  You attached three copies of only the Lansky responses to your email last Friday.

Thank you.

Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov


Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.



-----Original Message-----
From: Neil Ende <nende@tlgdc.com>
Sent: Wednesday, May 7, 2025 10:16 AM
To: Erin Leahy <erin.leahy@OhioAGO.gov>
Subject: Meet and Confer

Just a heads up that Greg is in the hospital for the rest of this week and,  potentially the beginning of next week, so, we would like to schedule the meeting confer for the week after next. I am in a bit of cover/catch-up mode while he is out of action.

He is OK, but we all had a bit of a scare.

Please let us know what days work best for you and your team.

Thx!

(I am sending this email voice to text while I am on the road, so, please forgive the fact that it is only being sent to you).

Neil S. Ende
Managing Partner
Technology Law Group
202.256.0120

TLG Conference Bridge:
703.229.6741, PIN: 854#

Sent from my iPhone