DAVE YOST
Ohio Attorney General
Erin B. Leahy (OH Bar No. 0069509)
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, Ohio 43215
Phone: (614) 752-4730
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

*Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>　　Defendants. | NO. CV-23-00233-TUC-CKJ<br><br>**PLAINTIFFS' SETTLEMENT STATUS REPORT** |

　　　　Pursuant to the Case Management Scheduling Order (Dkt. 102) in the above--captioned matter, the Plaintiffs submit this Plaintiffs' Settlement Status Report. In support of this Plaintiffs' Settlement Status Report, the Plaintiffs state as follows:

　　　　1.　　The Court referred this case for a settlement conference with Magistrate Judge Maria S. Aguilera in its August 22, 2024 Order. (Dkt. 84)

　　　　2.　　On December 4, 2024, the parties attended a Settlement Conference before Magistrate Judge Aguilera. (Dkt. 91, 101)

3. A settlement was not reached at the December 2024 Settlement Conference. The parties felt progress was made with the assistance of the Court. Therefore, a continued settlement conference was set by Court order for February 10, 2025. (Dkt. 101, 104)

4. On February 10, 2025, the parties attended the continued Settlement Conference before Magistrate Judge Aguilera. A settlement was not reached. (Dkt. 106)

5. On February 14, February 24, February 28, March 6, March 10, May 19, May 27 and July 1, 2025, the parties exchanged emails related to settlement but have thus far failed to reach an agreement as to the terms of any potential settlement.

6. As of the date of this filing, the Plaintiffs intend to continue in good faith to negotiate the terms of a potential settlement as to all Defendants.

7. The parties are currently engaging in discovery pursuant to the Case Management Scheduling Order. (Dkt. 102)

8. On Thursday, June 26, 2025, counsel for Plaintiffs sent an email to Defendants' counsel including a proposed Joint Settlement Status Report. In this email, Plaintiffs' counsel requested permission to file the Joint Settlement Status Report on behalf of the parties. Plaintiffs' counsel received a "read receipt" on Sunday, June 29, 2025.

9. On July 1, 2025, Defendants' counsel sent an email around 1:00 p.m. (AZ time) to Plaintiffs' counsel referencing a settlement communication and acknowledged reading Plaintiffs' proposed Joint Settlement Status Report. However, Defendants' counsel did not provide any edits to the draft or consent to the filing of the Plaintiffs' draft. Around 1:45 p.m. (AZ time), Plaintiffs' counsel replied to the email seeking a response to the Plaintiffs' proposed draft joint report and indicated that if a response wasn't received, Plaintiffs would proceed with the filing of a Plaintiffs Status Report. Around 3:00 p.m. (AZ time), Defendants' Counsel responded again but again did not provide any specific edits or indicate whether Defendants consented to the filing of Plaintiffs' draft. Around 3:30 p.m. (AZ time), Plaintiffs' counsel again responded seeking to confirm proposed language for the joint status report and whether Defendants' counsel consented to Plaintiffs' signing the joint pleading on their behalf. Again, Plaintiffs' counsel indicated in the communication

that Plaintiffs would proceed with filing a Plaintiffs' Status Report if a timely response was not received. As of the date and time of this filing, Plaintiffs have not received a response from Defendants' counsel on the proposed language for the Joint Settlement Status Report or whether Defendants' counsel consented to its filing. As such, this Status Report is filed on behalf of the Plaintiffs.

10. Pursuant to the Case Management Scheduling Order, the parties or the Plaintiffs will file a subsequent Settlement Status Report in three months, on or before October 1, 2025. Should this matter be resolved through settlement, the parties will advise this Court within ten days of settlement.

*The remainder of this page is intentionally left blank.*

RESPECTFULLY SUBMITTED this 1st day of July, 2025.

**FOR THE STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General for the State of Arizona

/s/ John Raymond Dillon IV
JOHN RAYMOND DILLON IV
SARAH PELTON
DYLAN JONES
LAURA DILWEG
ALYSE MEISLIK
Assistant Attorneys General
*Attorneys for the State of Arizona*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
THOMAS L. MARTINDALE
Deputy Attorneys General
*Attorneys for the State of Indiana*

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General for the State of North Carolina

/s/ Tracy Nayer
TRACY NAYER
ROCHELLE SPARKO
Special Deputy Attorneys General
*Attorneys for the State of North Carolina*

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

/s/ Erin Leahy
ERIN B. LEAHY
Senior Assistant Attorney General
*Attorney for the State of Ohio*

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2025, I caused the foregoing Plaintiffs' Settlement Status Report to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Erin B. Leahy
Erin B. Leahy (OH Bar 0059609)

2

# LIST OF PLAINTIFFS' COUNSEL

John Raymond Dillon IV (AZ Bar No. 036796)
Sarah Pelton (AZ Bar No. 039633)
Dylan Jones (AZ Bar No. 034185)
Laura Dilweg (AZ No. 036066)
Alyse Meislik (AZ No. 024052)
Assistant Attorneys General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-8018
Fax:    (602) 542-4377
john.dillonIV@azag.gov
sarah.pelton@azag.gov
mailto:dylan.jones@azag.gov
laura.dilweg@azag.gov
alyse.meislik@azag.gov
*Attorneys for Plaintiff State of Arizona*

Douglas S. Swetnam (IN Bar No. 15860-49)
Thomas L. Martindale (IN Bar No. 29706-64)
Deputy Attorneys General
Office of the Indiana Attorney General Todd Rokita
Indiana Govt. Center South, 5th Fl.
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6294 (Swetnam)
       (317) 232-7751 (Martindale)
Fax:   (317) 232-7979
douglas.swetnam@atg.in.gov
thomas.martindale@atg.in.gov
*Attorneys for Plaintiff State of Indiana*

Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:    (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

Erin B. Leahy (OH Bar No. 0069509)
Senior Assistant Attorney General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730
Fax:   (866) 768-2648
Erin.Leahy@OhioAGO.gov
*Attorney for Plaintiff State of Ohio*

*Lead Counsel for Plaintiffs*

3

| | |
|---|---|
| Lindsay D. Barton (AL Bar No. 1165-G00N)<br>Robert D. Tambling (AL Bar No. 6026-N67R)<br>Assistant Attorneys General<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>Phone: (334) 353-2609 (Barton)<br>         (334) 242-7445 (Tambling)<br>Fax:    (334) 353-8400<br>Lindsay.Barton@AlabamaAG.gov<br>Robert.Tambling@AlabamaAG.gov<br>*Attorneys for Plaintiff State of Alabama*<br><br>Amanda Wentz (AR Bar No. 2021066)<br>Assistant Attorney General<br>Office of Attorney General Tim Griffin<br>101 West Capitol Avenue<br>Little Rock, AR 72201<br>Phone: (501) 682-1178<br>Fax:    (501) 682-8118<br>amanda.wentz@arkansasag.gov<br>*Attorney for Plaintiff State of Arkansas* | Nicklas A. Akers (CA Bar No. 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. 244395)<br>Supervising Deputy Attorney General<br>Timothy D. Lundgren (CA Bar No. 254596)<br>Rosailda Perez (CA Bar No. 284646)<br>Deputy Attorneys General<br>Office of the California Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Phone: (415) 510-3364 (Akers)<br>         (213) 269-6348 (Eskandari)<br>         (213) 269-6355 (Lundgren)<br>         (213) 269-6612 (Perez)<br>Fax:    (916) 731-2146<br>nicklas.akers@doj.ca.gov<br>bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov<br>rosailda.perez@doj.ca.gov<br>*Attorneys for Plaintiff People of the State of California*<br><br>Michel Singer Nelson (CO Bar No. 19779)<br>Assistant Attorney General II<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6220<br>michel.singernelson@coag.gov<br>*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |

| | | |
|---|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) | Miles Vaughn (FL Bar No. 1032235) |
| 2 | Assistant Attorney General | Assistant Attorney General |
| 3 | Office of the Connecticut Attorney General William Tong | Office of the Florida Attorney General Consumer Protection Division |
| 4 | 165 Capitol Avenue, Suite 4000 | 3507 E. Frontage Rd, Suite 325 |
| 5 | Hartford, CT 06106 | Tampa, FL 33607 |

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
mailto:brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
miles.vaughn@myfloridalegal.com
*Attorney for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
*(Pro Hac Vice motion forthcoming)*
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
        (515) 242-6773 (Pearson)
Fax:    (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jacob P. Ford (KY Bar No. 95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Jessica D. Jasper (MS Bar No. 106305)
*(Pro Hac Vice motion forthcoming)*
Special Assistant Attorneys General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258 (Rankin)
           (601) 359-3800 (Jasper)
james.rankin@ago.ms.gov
jessica.jasper@ago.ms.gov
*Attorneys for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Luke Hawley (MO Bar No. 73749)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
luke.hawley@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

| | |
|---|---|
| Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:    (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | Jeffrey Koziar (NJ Bar No. 015131999)<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (973) 648-7819<br>Fax:    (973) 648-4887<br>mailto:Jeff.koziar@law.njoag.gov<br>*Attorney for Plaintiff State of New Jersey* |
| Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:    (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* | Billy Jimenez (NM Bar No. 144627)<br>Assistant Attorney General<br>New Mexico Department of Justice<br>408 Galisteo St.<br>Santa Fe, New Mexico 87501<br>Phone: (505) 527-2694<br>Fax:    (505) 490-4883<br>Bjimenez@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* |
| Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>Phone: (603) 271-1139<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* | Glenna Goldis (NY Bar No. 4868600)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (646) 856-3697<br>Glenna.goldis@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* |

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Stephanie Powers (OK Bar No. 22892)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-3412
Fax:    (405) 522-0085
Stephanie.Powers@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
Danielle Robertson (SC Bar No. 105846)
Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134 (Simons)
        (803) 734-8044 (Robertson)
mailto:ksimons@scag.gov
danirobertson@scag.gov
*Attorneys for Plaintiff State of South Carolina*

| | | |
|---|---|---|
| 1 | Austin C. Ostiguy (TN Bar No. 040301) | James Layman (VT Bar No. 5236) |
| 2 | Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General | Office of the Vermont Attorney General<br>109 State Street |
| 3 | Office of the Tennessee Attorney General<br>P.O. Box 20207 | Montpelier, VT 05609-1001<br>Phone: (802) 828-2315 |
| 4 | Nashville, TN 37202 | Fax:    (802) 304-1014 |
| 5 | Phone: (615) 532-7271 (Ostiguy)<br>         (615) 770-1714 (Corcoran) | James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |
| 6 | Fax:    (615) 532-2910 | |
| 7 | austin.ostiguy@ag.tn.gov<br>tyler.corcoran@ag.tn.gov | Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General |
| 8 | *Attorneys for Plaintiff State of Tennessee* | Office of the Attorney General of Virginia<br>202 N. Ninth St. |
| 9 | David Shatto (Fed. Bar No. 3725697; TX | Richmond, VA 23219 |
| 10 | Bar No. 24104114)<br>Assistant Attorney General | Phone: (804) 371-0871<br>Fax:    (804) 786-0122 |
| 11 | Attorney General for the State of Texas | gward@oag.state.va.us |
| 12 | Office of the Attorney General<br>P.O. Box 12548 (MC-010) | *Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares,* |
| 13 | Austin, TX 78711 | *Attorney General* |
| 14 | Phone: (512) 463-2185<br>Fax:    (512) 473-9125 | Alexandra Kory (WA Bar No. 49889) |
| 15 | David.Shatto@oag.texas.gov | Assistant Attorney General |
| 16 | *Attorney for Plaintiff State of Texas* | Washington State Attorney General's Office |
| 17 | Kevin McLean (UT Bar No. 16101) | 800 Fifth Avenue, Suite 2000 |
| 18 | Assistant Attorney General<br>Utah Attorney General's Office | Seattle, WA 98104<br>Phone: (206) 516-2997 |
| 19 | 160 East 300 South, 5th Floor | Fax:    (206) 464-6451 |
| 20 | P.O. Box 140872<br>Salt Lake City, UT 84114-0872 | Alexandra.Kory@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* |
| 21 | Phone: (801) 366-0310 | |
| 22 | Fax:    (801) 366-0315 | |
| | kmclean@agutah.gov | |
| 23 | *Attorney for Plaintiff Utah Division of* | |
| 24 | *Consumer Protection* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

10

| | |
|---|---|
| Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:     (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General* | Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:     (608) 294-2907<br>gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin*<br><br>Cameron W. Geeting (WY Bar No. 7-5338)<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Office of the Attorney General<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |