IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>　　　　　Defendants. | No. CIV 23-233-TUC-CKJ<br><br>**ORDER** |

The Court directed her law clerk to informally advise counsel to confer and consult regarding discovery disputes (and the potential need to file motions to compel) raised by Plaintiffs. *See* LRCiv 7.2(j). The law clerk asked to be notified if counsel did not confer and consult. The Court has been advised the parties have not conferred and consulted regarding the discovery dispute raised by Plaintiffs.

Accordingly, IT IS ORDERED:

1. The parties/counsel must consult and make sincere efforts to resolve the dispute on or before July 11, 2025. This requires, at a minimum if counsel's schedules do not permit consultation during that time period, of counsel agreeing to the date of the initial consultation by the end of the week July 11, 2025.

2. Counsel shall notify the Court if such consultation/scheduling has not occurred on or before July 11, 2025.

. . . . .

3. The failure to participate in consulting and making sincere efforts to resolve the discovery disputes may result in the imposition of sanctions.

DATED this 1st day of July, 2025.

_____
Cindy K. Jorgenson
United States District Judge