Neil S. Ende, Esq.
nende@tlgdc.com
Technology Law Group, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC  20015
Telephone: (202) 895-1707
Facsimile: (202) 478-5074
Attorneys for Michael D. Lansky, LLC
 dba Avid Telecom
Michael D. Lansky and Stacey S. Reeves

# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, et al.,<br><br>            Defendants. | NO. 4:23-CV-00233-TUC-CKJ<br><br>**DEFENDANTS' CONSENT MOTION RE: ORDER ON PROTOCOL GOVERNING ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS**<br><br>**(Assigned to the Hon. Cindy K. Jorgenson)** |

## DEFENDANTS' CONSENT

Defendants, through counsel, state they have no objection to the Proposed Motion on *Order On Protocol Governing Electronically Stored Information and Hard Copy Documents*, as filed with the Court June 18, 2025, and do hereby consent to the same.

Dated:  July 3, 2025

*Technology Law Group, LLC*

/s/ Neil S. Ende
_____
Neil S. Ende
*(Pro Hac Vice)*
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC  20015
nende@tlgdc.com

202-895-1707

*Attorneys for Defendants*

## CERTIFICATE OF MAILING

I, Neil S. Ende, do hereby certify a true and correct copy of the foregoing was emailed to the Lead States as identified by Plaintiffs, this 3rd day of July 2025.

/s/ Neil S. Ende

Neil S. Ende