|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF ARIZONA | |

State of Arizona, ex rel. Kristin K. Mayes )
Attorney General et al. )
)
        Plaintiffs )
)
v. )   Case No. 4:23-cv-00233-EJM
)
Michael D. Lansky, LLC, dba )
Avid Telecom, an Arizona )
Limited Liability Company; )
)
Michel D. Lansky, individually )
As a Member/Manager/Chief )
Executive Officer of Michael D. )
Lansky, LLC dba Avid Telecom; )
and )
)
Stacey S. Reeves, individually as )
a Manager/Vice President of )
Michael D. Lansky LLC dba )
Avid Telecom )
)
        Defendants. )

## **[PROPOSED] ORDER**

Having considered the Motion to Revise, opposition and reply pleadings, the Scheduling Order is hereby revised to provide as follows:

    a. Defendants shall be allowed to propound both written discovery on *all* Plaintiffs;

    b. Defendants shall be allowed to propound oral discovery on *all* 49 Plaintiffs

    c. The limits on written discovery shall be revised such that each party may propound up to twenty-five (25) interrogatories on each other named party.

d. In terms of party depositions, the FRCP limit on depositions shall be revised such that Defendants may take a single deposition of each named Plaintiff and Plaintiffs may take the deposition of each named Defendant.

e. Plaintiffs, as a group, and Defendants, as a group, shall each be allowed up to 25 non-party depositions.

Dated: _____

3