IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,<br><br>      Plaintiffs,<br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>      Defendants. | No. CIV 23-233-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Motion to Revise Discovery Schedule Pursuant to Rule 54(b) (Doc. 121). The Court has reviewed the brief and determined the Motion does not present a discovery dispute as referenced by the Court's Case Management Scheduling Order (Doc. 102, § E.4) ("Pursuant to Local Rule 7.2(j), parties must personally consult and make a sincere effort to resolve a discovery dispute before seeking the Court's assistance. If the parties are unable to resolve a discovery dispute, the parties shall notify the Court ... Written briefs shall be filed only at the direction of the Court."). The Court, therefore, accepts the Motion to Revise Discovery Schedule Pursuant to Rule 54(b). Following the time for filing a response and a reply, the Court will consider the Motion.

IT IS SO ORDERED.

DATED this 1st day of August, 2025.

_____
Cindy K. Jorgenson
United States District Judge