UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, LLC, dba Avid Telecom, et al.,<br><br>       Defendants. | Case No.: 4:23-CV-00233-EJM<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STATE OF SOUTH CAROLINA** |

    Pursuant to Local Civil Rule 83.3 of the United States District Court for the District of Arizona, I, Danielle A. Robertson move the Court to withdraw as Counsel for the Plaintiff State of South Carolina. I am transferring from the Consumer Protection and Antitrust Division of the South Carolina Attorney General's Office to the Securities Enforcement Division and will no longer be staffed to this matter.

    Plaintiff State of South Carolina will continue to be represented by Kristin M. Simons, whom has been admitted *pro hac vice* in this matter.

Dated: August 7, 2025

                                        Respectfully submitted,

                                        **FOR PLAINTIFF STATE OF SOUTH CAROLINA**

                                        ALAN M. WILSON
                                        ATTORNEY GENERAL OF SOUTH CAROLINA

                                        */s/ Danielle A. Robertson*
                                        ALAN M. WILSON
                                        Attorney General of South Carolina

W. JEFFREY YOUNG
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Deputy Attorney General
SJones@scag.gov
KRISTIN M. SIMONS
Senior Assistant Attorney General
KSimons@scag.gov
(Admitted *Pro Hac Vice*)
DANIELLE A. ROBERTSON
Assistant Attorney General
DaniRobertson@scag.gov
(Admitted *Pro Hac Vice*)

OFFICE OF THE ATTORNEY GENERAL OF
SOUTH CAROLINA
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-0274

*Attorneys for Plaintiff State of South Carolina*