**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I caused a true and correct copy of this Motion to Withdraw to be served on all counsel of record using the Court's CM/ECF filing system.

                                              /s/ Danielle A. Robertson
                                              DANIELLE A. ROBERTSON
                                              Assistant Attorney General