UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, LLC, dba Avid Telecom, et al.,<br><br>Defendants. | Case No.: 4:23-CV-00233-EJM<br><br>**PROPOSED ORDER** |

The Motion of Danielle A. Robertson to withdraw as Counsel for the Plaintiff State of South Carolina in the above-captioned matter is granted.

IT IS SO ORDERED!

DATED this _____ day of _____, 2025.