IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,<br><br>    Plaintiffs,<br>    v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>    Defendants. | No. CIV 23-233-TUC-CKJ<br><br>**ORDER** |

The Court has reviewed and considered the Motion to Withdraw as Counsel for Plaintiff State of South Carolina (Doc. 123). Pursuant to LRCiv 83.3 the Court will grant the motion.

Accordingly, IT IS ORDERED the Motion to Withdraw as Counsel for Plaintiff State of South Carolina (Doc. 123) is GRANTED and Danielle A. Robertson is withdrawn as Counsel for the Plaintiff State of South Carolina in the above-captioned matter.

DATED this 7th day of August, 2025.

_____
Cindy K. Jorgenson
United States District Judge