```
1  NICHOLAS W. BROWN
   Attorney General of Washington
2  Zorba Leslie (admitted *pro hac vice*)
   Assistant Attorney General
3  Office of the Attorney General of Washington
   800 Fifth Avenue, Suite 2000
4  Seattle, WA 98104
   206-340-6787
5  Zorba.Leslie@atg.wa.gov
   *Attorney for Plaintiff State of Washington*
6
```

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*, | No. 4:23-cv-00233-TUC-CKJ |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Michael D. Lansky, L.L.C., dba Avid Telecom, *et al*. | |
| Defendants. | |

1

TO THE CLERK AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83.3(b)(4), that Zorba Leslie is substituted as counsel for Plaintiff, the State of Washington in the above-captioned matter. The State of Washington respectfully requests that the Clerk of the Court terminate Alexandra Kory as counsel.

Respectfully submitted this 11th day of August, 2025.

NICHOLAS W. BROWN
Attorney General

*s/ Zorba Leslie*
ZORBA LESLIE, WSBA #58523
Assistant Attorney General
Attorneys for Plaintiff, State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-340-6787
Zorba.Leslie@atg.wa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

DATED this 11th day of August, 2025, at Seattle, Washington.

*s/ Zorba Leslie*
ZORBA LESLIE
Assistant Attorney General