JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:      (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>Defendants. | NO. 4:23-cv-00233-TUC-CKJ<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FED. R. CIV. P. 5(d)(1)(A) DISCOVERY REQUESTS AND RESPONSES SERVED BETWEEN FEBRUARY 7, 2025, AND AUGUST 19, 2025** |

Pursuant to LRCiv 5.2, Plaintiffs respectfully submit the following notice and chronology of all discovery requests and responses issued by Plaintiffs pursuant to Fed. R. Civ. P. 5(d)(1)(A) and served on Defendants as of the day of this filing, both before and after the Protective Order and ESI Protocol were entered[1] by the Court:

---

[1] The Protective Order (Doc. 109) was entered on March 11, 2025. The Order on Protocol Governing Electronically Stored Information and Hard Copy Documents ("ESI Protocol") (Doc. 120) was entered on July 10, 2025.

- On February 7, 2025, Plaintiffs served (by email) Plaintiff States' Responses and Objections to Defendants' First Request For Production of Documents served by Defendants Michael D. Lansky LLC, dba Avid Telecom ("Avid Telecom"), Michael D. Lansky, and Stacey S. Reeves on December 31, 2024;
- On February 7, 2025, Plaintiffs served (by email) Plaintiff States' Objections and Answers to Defendants' First Request For Admissions served by Defendants[2] on December 31, 2024;
- On February 7, 2025, Plaintiffs served (by email) Volume AGTF_VOL001 Document Production (Bates Nos. between AGTF_000000001 and AGTF_000000980) to Defendants' First Request For Production of Documents;
- On February 21, 2025, Plaintiffs served (by email) Plaintiffs' First Rule 34 Requests For Production to Michael D. Lansky, L.L.C., dba Avid Telecom;
- On March 6, 2025, Plaintiffs served (by email) Plaintiffs' First Rule 34 Requests For Production to Michael D. Lansky;
- On March 6, 2025, Plaintiffs served (by email) Plaintiffs' First Rule 34 Requests For Production to Stacey S. Reeves;
- On April 16, 2025, Plaintiffs served Defendants (by email) with Plaintiffs' Notices of Issuance of Rule 45 Subpoenas, which subpoenas were issued to each of the following:
    - American Express;
    - Bank of America, N.A.;

---

[2] Plaintiffs note that this set of Requests for Admission served by Defendants contained numerous errors. For example, the requests: (1) were said to be issued by "Defendant, Dollar Phone Access, Inc." rather than Defendants Michael D. Lansky LLC, dba Avid Telecom, Michael D. Lansky, and/or Stacey S. Reeves; (2) were dated December 12, 2024, but served on December 31, 2024; and (3) included a certificate of service that was said to have issued the foregoing "Second Request for Production of Documents" on December 8, 2015, rather than a First Request for Admissions issued on December 31, 2024. The definitions in this set of Requests for Admission also improperly define "You" as "Southwestern Bell," rather than the Plaintiffs in the present case.

- o Bill.com;
- o BMO Bank, N.A., f/k/a Bank of the West;
- o JP Morgan Chase Bank, N.A.;
- o PayPal, Inc./Venmo;
- o Wise US, Inc.;
- o Wells Fargo Bank, N.A.;
- o Stripe Payments Company;
- o Achieva Credit Union;
- o PNC Bank, N.A.;
- o Space Coast Credit Union;
- o USAA Federal Savings Bank;
- o Alliant Credit Union;
- o Citibank NA;
- o Hughes Federal Credit Union;
- o Tucson Federal Credit Union;
- o U.S. Bank NA; and
- o Vantage West Credit Union;
- On May 23, 2025, Plaintiff State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;
- On May 23, 2025, Plaintiff Office of the Maryland Attorney General served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;
- On May 23, 2025, Plaintiff State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General served (by email) its Response to Defendants Michael D.

Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 23, 2025, Plaintiff State of Wisconsin served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 27, 2025, Plaintiff the People of the State of California served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 27, 2025, Plaintiff the People of the State of New York by Letitia James, the Attorney General of the State of New York served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 27, 2025, Plaintiff State of Ohio served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 28, 2025, Plaintiff State of North Carolina, *ex rel.* Jeff Jackson, Attorney General served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 29, 2025, Plaintiff State of Florida served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's

and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On May 29, 2025, Plaintiff State of Indiana, *ex rel.* Todd Rokita, Attorney General served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On June 2, 2025, Plaintiff State of Rhode Island, *ex rel.* Attorney General Peter F. Neronha served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On June 4, 2025, Plaintiff State of Washington served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On June 5, 2025, Plaintiff State of Nevada served (by email) its Response to Defendants Michael D. Lansky, LLC's, dba Avid Telecom, Michael D. Lansky's and Stacey Reeves's Notice of Rule 30(B)(6) Deposition, which notice was served by Defendants on April 22, 2025;

- On July 11, 2025, Plaintiffs served Defendants (by email) with Plaintiffs' Notice of Issuance of Rule 45 Subpoena, which subpoena was issued to Copyright Assured Legal Services, LP dba Dawood & Dawood;

- On July 22, 2025, Plaintiffs served (by email) Volume AGTF_VOL002 Document Production[3] (Bates Nos. between AGTF_000000983 and AGTF_000143507) to Defendants' First Request For Production of Documents;

---

[3] Plaintiffs' document production resumed on July 22, 2025, after entry of the Protective Order and ESI Protocol.

5

- On July 25, 2025, Plaintiffs served (by email and FedEx) Volume AGTF_VOL003 Document Production (Bates Nos. between AGTF_000143509 and AGTF_000143639) to Defendants' First Request For Production of Documents;
- On August 5, 2025, Plaintiffs served (by email) Volume AGTF_VOL004 Document Production (Bates Nos. between AGTF_000143640 and AGTF_000151612) to Defendants' First Request For Production of Documents;
- On August 5, 2025, Plaintiffs served (by email) Plaintiff States' Written Response to Defendants' July 17, 2025 Objections to (1) Plaintiffs' States' Objections and Answers to Defendants' First Request For Admissions; (2) Plaintiff States' Responses and Objections to Defendants' First Request For Production of Documents; and (3) Plaintiffs' responses to Defendants' Rule 30(b)(6) notices; and
- On August 19, 2025, Plaintiffs served Defendants (by email) with Plaintiffs' Notices of Issuance of Rule 45 Subpoenas, which subpoenas were issued to each of the following:
    - USTelecom-The Broadband Association's Industry Traceback Group; and
    - CalPrivate Bank.

RESPECTFULLY SUBMITTED this 20th day of August, 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>DYLAN JONES<br>LAURA DILWEG<br>ALYSE MEISLIK<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| **FOR THE STATE OF INDIANA:** | **FOR THE STATE OF OHIO:** |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin Leahy<br>ERIN B. LEAHY<br>Senior Assistant Attorney General<br>*Attorney for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS' FED. R. CIV. P. 5(d)(1)(A) DISCOVERY REQUESTS AND RESPONSES SERVED BETWEEN FEBRUARY 7, 2025, AND AUGUST 19, 2025** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Tracy Nayer
Special Deputy Attorney General
Counsel for the Plaintiff State of North Carolina

## LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) <br> Sarah Pelton (AZ Bar No. 039633) <br> Dylan Jones (AZ Bar No. 034185) <br> Laura Dilweg (AZ No. 036066) <br> Alyse Meislik (AZ No. 024052) <br> Assistant Attorneys General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-8018 <br> Fax:   (602) 542-4377 <br> john.dillonIV@azag.gov <br> sarah.pelton@azag.gov <br> mailto:dylan.jones@azag.gov <br> laura.dilweg@azag.gov <br> alyse.meislik@azag.gov <br> *Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964) <br> Rochelle Sparko (NC Bar No. 38528) <br> Special Deputy Attorneys General <br> North Carolina Department of Justice <br> Consumer Protection Division <br> P.O. Box 629 <br> Raleigh, North Carolina 27602 <br> Phone:  (919) 716-6000 <br> Fax:     (919) 716-6050 <br> tnayer@ncdoj.gov <br> rsparko@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) <br> Thomas L. Martindale (IN Bar No. 29706-64) <br> Deputy Attorneys General <br> Office of the Indiana Attorney General Todd Rokita <br> Indiana Govt. Center South, 5th Fl. <br> 302 W. Washington St. <br> Indianapolis, IN 46204-2770 <br> Phone: (317) 232-6294 (Swetnam) <br>            (317) 232-7751 (Martindale) <br> Fax:     (317) 232-7979 <br> douglas.swetnam@atg.in.gov <br> thomas.martindale@atg.in.gov <br> *Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509) <br> Senior Assistant Attorney General <br> Office of Attorney General Dave Yost <br> 30 East Broad Street, 14th Fl. <br> Columbus, OH 43215 <br> Phone: (614) 752-4730 <br> Erin.Leahy@OhioAGO.gov <br> *Attorney for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

| | |
|---|---|
| Lindsay D. Barton (AL Bar No. 1165-G00N)<br>Robert D. Tambling (AL Bar No. 6026-N67R)<br>Assistant Attorneys General<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>Phone: (334) 353-2609 (Barton)<br>         (334) 242-7445 (Tambling)<br>Fax:    (334) 353-8400<br>Lindsay.Barton@AlabamaAG.gov<br>Robert.Tambling@AlabamaAG.gov<br>*Attorneys for Plaintiff State of Alabama*<br><br>Amanda Wentz (AR Bar No. 2021066)<br>Assistant Attorney General<br>Office of Attorney General Tim Griffin<br>101 West Capitol Avenue<br>Little Rock, AR 72201<br>Phone: (501) 682-1178<br>Fax:    (501) 682-8118<br>amanda.wentz@arkansasag.gov<br>*Attorney for Plaintiff State of Arkansas* | Nicklas A. Akers (CA Bar No. 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. 244395)<br>Supervising Deputy Attorney General<br>Timothy D. Lundgren (CA Bar No. 254596)<br>Rosailda Perez (CA Bar No. 284646)<br>Deputy Attorneys General<br>Office of the California Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Phone: (415) 510-3364 (Akers)<br>         (213) 269-6348 (Eskandari)<br>         (213) 269-6355 (Lundgren)<br>         (213) 269-6612 (Perez)<br>Fax:    (916) 731-2146<br>nicklas.akers@doj.ca.gov<br>bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov<br>rosailda.perez@doj.ca.gov<br>*Attorneys for Plaintiff People of the State of California*<br><br>Michel Singer Nelson (CO Bar No. 19779)<br>Assistant Attorney General II<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6220<br>michel.singernelson@coag.gov<br>*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |

| | |
|---|---|
| Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)<br>Assistant Attorney General<br>Office of the Connecticut Attorney General William Tong<br>165 Capitol Avenue, Suite 4000<br>Hartford, CT 06106<br>Phone: (860) 808-5400<br>Fax:    (860) 808-5593<br>mailto:brendan.flynn@ct.gov<br>*Attorney for Plaintiff State of Connecticut* | Miles Vaughn (FL Bar No. 1032235)<br>Assistant Attorney General<br>Office of the Florida Attorney General<br>Consumer Protection Division<br>3507 E. Frontage Rd, Suite 325<br>Tampa, FL 33607<br>Phone: (813) 287-7950<br>Fax:    (813) 281-5515<br>miles.vaughn@myfloridalegal.com<br>*Attorney for Plaintiff James Uthmeier, Attorney General of the State of Florida* |
| Ryan Costa (DE Bar No. 5325)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Fax:    (302) 577-6499<br>Ryan.costa@delaware.gov<br>*Attorney for Plaintiff State of Delaware* | David A. Zisook (GA Bar No. 310104)<br>Senior Assistant Attorney General<br>Office of the Georgia Attorney General<br>40 Capitol Square SW<br>Atlanta, GA 30334<br>Phone: (404) 458-4294<br>Fax:    (404) 464-8212<br>dzisook@law.ga.gov<br>*Attorney for Plaintiff State of Georgia* |
| Laura C. Beckerman (DC Bar No. 1008120)<br>Senior Trial Counsel<br>Public Advocacy Division<br>D.C. Office of the Attorney General<br>400 6th Street NW, 10th Floor<br>Washington, DC 20001<br>Phone: (202) 655-7906<br>Laura.Beckerman@dc.gov<br>*Attorney for Plaintiff District of Columbia* | Christopher J.I. Leong (HI Bar No. 9662)<br>Deputy Attorney General<br>Hawaii Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>Phone: (808) 586-1180<br>Fax:    (808) 586-1205<br>christopher.ji.leong@hawaii.gov<br>*Attorney for Plaintiff State of Hawaii* |
| | James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* |

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
       (515) 242-6773 (Pearson)
Fax:   (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jacob P. Ford (KY Bar No. 95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:   (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:   (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

| | |
|---|---|
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:     (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:     (617) 727-5765<br>mailto:Carol.Guerrero@mass.gov<br>Michael.Turi@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |
| Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:     (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* | Luke Hawley (MO Bar No. 73749)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>815 Olive Street, Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 340-6816<br>Fax:     (314) 340-7891<br>luke.hawley@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General* |

| | | |
|---|---|---|
| 1 | Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General | Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General |
| 2 | Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel | New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau |
| 3 | Montana Attorney General's Office<br>Office of Consumer Protection | 1 Granite Place South<br>Concord, NH 03301 |
| 4 | 215 North Sanders Street | Phone: (603) 271-1139 |
| 5 | P.O. Box 200151<br>Helena, MT 59620-0151 | Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* |
| 6 | Phone: (406) 444-4500<br>Brent.mead2@mt.gov | |
| 7 | Anna.schneider@mt.gov<br>*Attorneys for Plaintiff State of Montana* | Jeffrey Koziar (NJ Bar No. 015131999)<br>Deputy Attorney General |
| 8 | | New Jersey Office of the Attorney General<br>Division of Law |
| 9 | Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General | 124 Halsey Street<br>Newark, NJ 07101 |
| 10 | Office of the Attorney General Michael T. Hilgers | Phone: (973) 648-7819<br>Fax: (973) 648-4887 |
| 11 | 2115 State Capitol Building<br>Consumer Protection Division | mailto:Jeff.koziar@law.njoag.gov<br>*Attorney for Plaintiff State of New Jersey* |
| 12 | Lincoln, NE 68509<br>Phone: (402) 471-1279 | |
| 13 | Fax: (402) 471-4725 | Billy Jimenez (NM Bar No. 144627)<br>Assistant Attorney General |
| 14 | gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | New Mexico Department of Justice<br>408 Galisteo St. |
| 15 | | Santa Fe, New Mexico 87501 |
| 16 | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General | Phone: (505) 527-2694<br>Fax: (505) 490-4883 |
| 17 | Office of the Nevada Attorney General<br>Bureau of Consumer Protection | Bjimenez@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* |
| 18 | 100 North Carson Street<br>Carson City, NV 89701-4717 | |
| 19 | Phone: (775) 684-1164<br>Fax: (775) 684-1299 | |
| 20 | MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* | |

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Stephanie Powers (OK Bar No. 22892)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-3412
Fax:    (405) 522-0085
Stephanie.Powers@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
Fax:   (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:   (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:   (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:   (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:   (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

| | |
|---|---|
| Zorba Leslie (WA Bar No. 58523)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 340-6787<br>Fax:    (206) 464-6451<br>zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* | Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:    (608) 294-2907<br>gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin* |
| Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:    (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General* | Cameron W. Geeting (WY Bar No. 7-5338)<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Office of the Attorney General<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |