1  JEFF JACKSON
   Attorney General for the State of North Carolina
2  Tracy Nayer (NC Bar No. 36964)
   Rochelle Sparko (NC Bar No. 38528)
3  Special Deputy Attorneys General
4  North Carolina Department of Justice
   Consumer Protection Division
5  P.O. Box 629
6  Raleigh, North Carolina 27602
   Phone:  (919) 716-6000
7  Fax:      (919) 716-6050
8  tnayer@ncdoj.gov
   rsparko@ncdoj.gov
9  *Lead Counsel for Plaintiffs*

10

11            IN THE UNITED STATES DISTRICT COURT

12              FOR THE DISTRICT OF ARIZONA

13

14                                              NO. 4:23-cv-00233-TUC-CKJ

15  State of Arizona, *ex rel.* Kristin K. Mayes,
    Attorney General; et al.,
16                                              NOTICE OF SERVICE OF
            Plaintiffs,                         PLAINTIFFS' FIRST RULE 36
17                                              REQUESTS FOR ADMISSION
       v.                                       TO DEFENDANT STACEY S.
18                                              REEVES
    Michael D. Lansky, L.L.C., dba Avid
19  Telecom; et al.,
20          Defendants.
21

22

23        In accordance with LRCiv 5.2, Plaintiffs notice the Court that the undersigned

24  served counsel for Defendants with Plaintiffs' First Rule 36 Requests For Admission to

25  Defendant Stacey S. Reeves in accordance with Rules 5(b)(1), 5(b)(2)(E), and 36(a) of the

26  Fed. R. Civ. P.

27

28

RESPECTFULLY SUBMITTED this 20th day of August, 2025.

**FOR THE STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General for the State of Arizona

/s/ John Raymond Dillon IV
JOHN RAYMOND DILLON IV
SARAH PELTON
DYLAN JONES
LAURA DILWEG
ALYSE MEISLIK
Assistant Attorneys General
*Attorneys for the State of Arizona*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
THOMAS L. MARTINDALE
Deputy Attorneys General
*Attorneys for the State of Indiana*

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General for the State of North Carolina

/s/ Tracy Nayer
TRACY NAYER
ROCHELLE SPARKO
Special Deputy Attorneys General
*Attorneys for the State of North Carolina*

**FOR THE STATE OF OHIO:**

DAVE YOST
Attorney General for the State of Ohio

/s/ Erin Leahy
ERIN B. LEAHY
Senior Assistant Attorney General
*Attorney for the State of Ohio*

***Lead Counsel for Plaintiffs***

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on August 20, 2025, I caused the foregoing **NOTICE OF**

3  **SERVICE OF PLAINTIFFS' FIRST RULE 36 REQUESTS FOR ADMISSION TO**

4  **DEFENDANT STACEY S. REEVES** to be filed and served electronically via the Court's

5  CM/ECF system upon counsel of record.

6

7                                          /s/ Tracy Nayer
                                           Special Deputy Attorney General
8                                          Counsel for the Plaintiff State of North Carolina

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**LIST OF PLAINTIFFS' COUNSEL**

2

3  John Raymond Dillon IV (AZ Bar            Tracy Nayer (NC Bar No. 36964)
   No. 036796)                               Rochelle Sparko (NC Bar No. 38528)
4  Sarah Pelton (AZ Bar No. 039633)          Special Deputy Attorneys General
   Dylan Jones (AZ Bar No. 034185)           North Carolina Department of Justice
5  Laura Dilweg (AZ No. 036066)              Consumer Protection Division
   Alyse Meislik (AZ No. 024052)             P.O. Box 629
6  Assistant Attorneys General               Raleigh, North Carolina 27602
7  Arizona Attorney General's Office         Phone:  (919) 716-6000
   2005 North Central Avenue                 Fax:    (919) 716-6050
8  Phoenix, AZ 85004                         tnayer@ncdoj.gov
9  Phone: (602) 542-8018                     rsparko@ncdoj.gov
   Fax:   (602) 542-4377                     *Attorneys for Plaintiff State of North*
10 john.dillonIV@azag.gov                    *Carolina*
11 sarah.pelton@azag.gov
   dylan.jones@azag.gov                      Erin B. Leahy (OH Bar No. 0069509)
12 laura.dilweg@azag.gov                     Senior Assistant Attorney General
   alyse.meislik@azag.gov                    Office of Attorney General Dave Yost
13 *Attorneys for Plaintiff State of Arizona* 30 East Broad Street, 14th Fl.
14                                           Columbus, OH 43215
   Douglas S. Swetnam (IN Bar No. 15860-     Phone: (614) 752-4730
15 49)                                       Fax:    (866) 768-2648
   Thomas L. Martindale (IN Bar No. 29706-   Erin.Leahy@OhioAGO.gov
16 64)                                       *Attorney for Plaintiff State of Ohio*
17 Deputy Attorneys General
18 Office of the Indiana Attorney General
   Todd Rokita
19 Indiana Govt. Center South, 5th Fl.
20 302 W. Washington St.
   Indianapolis, IN 46204-2770
21 Phone: (317) 232-6294 (Swetnam)
           (317) 232-7751 (Martindale)
22 Fax:    (317) 232-7979
23 douglas.swetnam@atg.in.gov
24 thomas.martindale@atg.in.gov
   *Attorneys for Plaintiff State of Indiana*
25

26                          ***Lead Counsel for Plaintiffs***

27

28

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
            (334) 242-7445 (Tambling)
Fax:     (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:     (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
            (213) 269-6348 (Eskandari)
            (213) 269-6355 (Lundgren)
            (213) 269-6612 (Perez)
Fax:     (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Miles Vaughn (FL Bar No. 1032235)
Assistant Attorney General
Office of the Florida Attorney General
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
miles.vaughn@myfloridalegal.com
*Attorney for Plaintiff James Uthmeier, Attorney General of the State of Florida*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State
of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
        (515) 242-6773 (Pearson)
Fax:    (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jacob P. Ford (KY Bar No. 95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of
Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Luke Hawley (MO Bar No. 73749)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
luke.hawley@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Andrew Bailey, Attorney General*

8

| | | |
|---|---|---|
| 1 | Brent Mead (MT Bar No. 68035000) | Mary F. Stewart (NH Bar No. 10067) |
| | Deputy Solicitor General | Assistant Attorney General |
| 2 | Anna Schneider (MT Bar No. 13963) | New Hampshire Department of Justice |
| | Special Assistant Attorney General, Senior | Office of the Attorney General |
| 3 | Counsel | Consumer Protection and Antitrust Bureau |
| 4 | Montana Attorney General's Office | 1 Granite Place South |
| | Office of Consumer Protection | Concord, NH 03301 |
| 5 | 215 North Sanders Street | Phone: (603) 271-1139 |
| 6 | P.O. Box 200151 | Mary.F.Stewart@doj.nh.gov |
| | Helena, MT 59620-0151 | *Attorney for Plaintiff State of New* |
| 7 | Phone: (406) 444-4500 | *Hampshire* |
| 8 | Brent.mead2@mt.gov | |
| | Anna.schneider@mt.gov | Jeffrey Koziar (NJ Bar No. 015131999) |
| 9 | *Attorneys for Plaintiff State of Montana* | Deputy Attorney General |
| 10 | | New Jersey Office of the Attorney General |
| | Gary E. Brollier (NE Bar No. 19785) | Division of Law |
| 11 | Assistant Attorney General | 124 Halsey Street |
| 12 | Office of the Attorney General Michael T. | Newark, NJ 07101 |
| | Hilgers | Phone: (973) 648-7819 |
| 13 | 2115 State Capitol Building | Fax:    (973) 648-4887 |
| 14 | Consumer Protection Division | Jeff.koziar@law.njoag.gov |
| | Lincoln, NE 68509 | *Attorney for Plaintiff State of New Jersey* |
| 15 | Phone: (402) 471-1279 | |
| 16 | Fax:    (402) 471-4725 | Billy Jimenez (NM Bar No. 144627) |
| | gary.brollier@nebraska.gov | Assistant Attorney General |
| 17 | *Attorney for Plaintiff State of Nebraska* | New Mexico Department of Justice |
| 18 | | 408 Galisteo St. |
| | Michelle C. Badorine (NV Bar No. 13206) | Santa Fe, New Mexico 87501 |
| 19 | Senior Deputy Attorney General | Phone: (505) 527-2694 |
| 20 | Office of the Nevada Attorney General | Fax:    (505) 490-4883 |
| | Bureau of Consumer Protection | Bjimenez@nmdoj.gov |
| 21 | 100 North Carson Street | *Attorney for Plaintiff Raúl Torrez, New* |
| 22 | Carson City, NV 89701-4717 | *Mexico Attorney General* |
| | Phone: (775) 684-1164 | |
| 23 | Fax:    (775) 684-1299 | |
| 24 | MBadorine@ag.nv.gov | |
| | *Attorney for Plaintiff State of Nevada* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney*
*General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar
No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North*
*Dakota*

Stephanie Powers (OK Bar No. 22892)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522-3412
Fax:    (405) 522-0085
Stephanie.Powers@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex*
*rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of*
*Pennsylvania by Attorney General David*
*W. Sunday, Jr.*

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode*
*Island, by Attorney General Peter*
*Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
        (615) 770-1714 (Corcoran)
Fax:    (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:    (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:    (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:    (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

1

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General

2

Washington State Attorney General's
Office

3

800 Fifth Avenue, Suite 2000

4

Seattle, WA 98104
Phone: (206) 340-6787

5

Fax:     (206) 464-6451

6

zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

7

8

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General

9

West Virginia Attorney General's Office

10

Consumer Protection/Antitrust Division
P.O. Box 1789

11

Charleston, WV 25326
Phone: (304) 558-8986

12

Fax:     (304) 558-0184

13

Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West*

14

*Virginia ex rel. John B. McCuskey,*

15

*Attorney General*

16

17

18

19

20

21

22

23

24

25

26

27

28

Gregory A. Myszkowski (WI Bar No.
1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No.
7-5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Office of the Attorney General
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*