**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
LAURA ELAINE DILWEG (BAR NO. 036066)
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, AZ 85004-1545
Telephone: (602) 542-5487
Facsimile: (602) 542-4377
Email: consumer@azag.gov
*Attorneys for the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, *ex rel.* KRISTIN K. MAYES, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM, AN ARIZONA LIMITED LIABILITY COMPANY; ET AL.,<br><br>Defendants. | Case No.: 4:23-cv-00233<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

The undersigned hereby gives notice that Laura Elaine Dilweg is withdrawing as counsel for Plaintiff State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General. Ms. Dilweg is leaving her employment at the Office of the Arizona Attorney General on August 29, 2025. The State of Arizona will continue to be represented by Alyse Meislik and John Raymond Dillon IV of the Office of the Arizona Attorney General.

RESPECTFULLY SUBMITTED this 27th day of August, 2025.

**KRISTIN K. MAYES**
**Attorney General**

Laura Elaine Dilweg, Section Chief
John Raymond Dillon IV
Sarah Pelton
Dylan Jones
Alyse Meislik
Assistant Attorneys General
Attorneys for the State of Arizona

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I caused the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

*/s/ Donna Jeffrey*
Donna Jeffrey