Exhibit I

**Declaration of Greg Taylor, Esq.**

<u>Declaration of Greg L. Taylor, Esq.</u>

1. My name is Greg L. Taylor and I am over 21 years of age. I have personal knowledge of the facts set forth herein.

2. I was admitted to the practice of law in April 2000.

3. I am an experienced federal court litigator.

4. I have been directly involved in many meet and confer communications.

5. I appeared on behalf of Defendants in the telephonic meet and confer that occurred on or about July 15, 2025. I was the only attorney present on behalf of Defendants.

6. Counsel to Plaintiffs representing Lead States and States with State Law Claims were present during the call.

7. Plaintiffs immediately took control of the call, essentially preventing me from having substantive input on any of the meet and confer issues.

8. Plaintiffs refused to provide substantive responses to the meet and confer issues of concern to Defendants, instead demanding repeatedly to know why I insisted on having all parties attend.

9. For example, Plaintiffs refused to engage substantively as to why they were refusing to designate 30(b)(6) witnesses.

10. Plaintiffs' refusal to engage and their tactic of "overspeaking" continued for approximately 20 minutes.

11. Rather than allow the process to deteriorate further, I terminated the call reserving all rights.

12. The concerns arising from this meet and confer session have led Defendants

to advise Plaintiffs that all future meet and confer engagements will occur only in writing.

I declare the foregoing is true and correct to the best of my knowledge.

Date: August 27, 2025                    _____
                                                          Greg L. Taylor