IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>Michael D. Lansky, L.L.C., dba Avid Telecom; *et al.*,<br><br>　　　　Defendants. | No. CIV 23-233-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Motion for Leave (Doc. 136) filed by Defendants Michael D. Lansly, *et al* ("Avid"). Avid seeks leave to file a reply two days past the deadline. The Motion indicates Plaintiffs do not take a position on the issue.

Plaintiffs' response was filed on August 14, 2025, and Avid asserts it incorrectly calculated a ten (10) day reply deadline of August 28, 2025. However, a ten (10) day reply deadline would have been August 25, 2025. *See* Fed.R.Civ.P. 6(a)(1) ("When the period is stated in days . . . count every day, including intermediate Saturdays, Sundays, and legal holidays; and include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."). With a seven (7) day reply deadline, the reply was due on August 21, 2025.

. . . . .

1   Nonetheless, the Court will grant this request, *see e.g., Pincay v. Andrews*, 389 F.3d
2   853, 858 (9th Cir. 2004) (discussing excusable neglect), and accepts the Reply (Doc. 137).
3   Accordingly, IT IS ORDERED the Motion for Leave (Doc. 136) is GRANTED and
4   the Court accepts the Reply (Doc. 137).
5   DATED this 28th day of August, 2025.

_____
Cindy K. Jorgenson
United States District Judge