# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **State of Arizona,** *ex rel.* **Kristin K. Mayes, Attorney General,** *et al.*, | NO. 4:23-cv-00233-TUC-CKJ |
| **Plaintiffs.** | |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE FOR STEPHANIE POWERS** |
| **Michael D. Lansky, L.L.C., dba Avid Telecom,** *et al.*, | |
| **Defendants.** | |

The State of Oklahoma, ex rel. Gentner Drummond, Attorney General, (the "State"), hereby gives notice that Stephanie Powers, is withdrawing from the representation of the State in this matter. Assistant Attorney General Sylvia Lanfair will represent the Plaintiff State of Oklahoma, and Oklahoma will not be without representation in this matter.

Dated this 2nd day of September, 2025

> **GENTNER DRUMMOND**
> **ATTORNEY GENERAL**
> **FOR THE STATE OF OKLAHOMA**
>
> By: /s/ Sylvia Lanfair
> Sylvia Lanfair (OK Bar No. 30144)
> Office of the Oklahoma Attorney General
> 313 N.E. 21st Street
> Oklahoma City, OK  73105
> Email: Sylvia.Lanfair@oag.ok.gov
> Telephone: (405) 522-8129
> Attorney for Plaintiff State of Oklahoma

## CERTIFICATE OF SERVICE

I certify that on September 2, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/EFC System for filing, and which will be sent electronically to all registered CM/EFC participants as identified on this Notice of Electronic Filing.

/s/ Sylvia Lanfair