# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>    Defendants. | NO. CV-23-00233-TUC-CKJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83.3(b)(4), that Sean P. Saval is substituted as counsel for Plaintiff, State of Florida, in the above-captioned matter.

The current e-mail address of the substituting attorney is:

Sean.Saval@myfloridalegal.com

The current address of the substituting attorney is:

Office of the Attorney General
State of Florida
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Road, Suite 325
Tampa, Florida 33607

The State of Florida respectfully requests that the Clerk of the Court terminate Miles Vaughn as counsel of record.

1

Respectfully submitted this September 5, 2025.

          **JAMES UTHMEIER**
          **Attorney General of Florida**

          */s/ Sean P. Saval*
          Sean P. Saval (FL Bar No.: 96500)
          Sr. Assistant Attorney General
          Office of the Attorney General
          State of Florida
          Department of Legal Affairs
          Consumer Protection Division
          3507 E. Frontage Road, Suite 325
          Tampa, Florida 33607
          Phone: (813) 287-7950
          Fax:    (813) 281-5515
          Sean.Saval@myfloridalegal.com

## CERTIFICATE OF SERVICE

I certify that on September 5, 2025, I electronically transmitted the forgoing document to the Clerk of Court using the CM/ECF System for filing, and which will be sent electronically to all counsel of record.

          */s/ Sean P. Saval*
          Sean P. Saval
          Sr. Assistant Attorney General