Eliot Gusdorf (MO Bar #73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7981
eliot.gusdorf@ago.mo.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) No: CV-23-00233-TUC-CKJ |
| v. | ) |
| | ) |
| Michael D. Lansky, | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
|   *dba* Avid Telecom, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

NOTICE IS HEREBY GIVEN, that Eliot Gusdorf is substituted in the place of Luke Hawley as counsel for Plaintiff, State of Missouri, in the above-captioned matter. The State of Missouri respectfully requests that the Clerk of the Court withdraw Luke Hawley as counsel in this matter.

                                            **ANDREW BAILEYs**
                                            Attorney General for the State of Missouri

                                            */s/   Eliot Gusdorf*
                                            Eliot Gusdorf (MO Bar #73225)
                                            Assistant Attorney General
                                            812 Olive Street, Suite 200
                                            St. Louis, MO 63101
                                            eliot.gusdorf@ago.mo.gov
                                            Phone:   (314) 340-6816
                                            Fax:      (314) 340-7981
                                            *Counsel for Plaintiff State of Missouri, Pro Hac Vice*

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on September 12, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing, which will be sent electronically to all registered CM/ECF participants as identified on this Notice of Electronic Filing.

                */s/   Eliot Gusdorf*