# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>　　　Defendants. | NO. CV-23-00233-TUC-CKJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83.3(b)(4), that Michael P. Roland is substituted as counsel for Plaintiff, State of Florida, in the above-captioned matter.

The current e-mail address of the substituting attorney is:

　　Michael.Roland@myfloridalegal.com

The current address of the substituting attorney is:

　　Office of the Attorney General
　　State of Florida
　　Department of Legal Affairs
　　Consumer Protection Division
　　PL-01 The Capitol
　　Tallahassee, Florida 32399

The State of Florida respectfully requests that the Clerk of the Court terminate Patrick C. Crotty as counsel of record.

Respectfully submitted this 15th of September 2025.

        **JAMES UTHMEIER**
        **Attorney General of State Florida**

        */s/ Michael P. Roland*
        Michael P. Roland (FL Bar No.: 44856)
        Assistant Bureau Chief, Tallahassee
        Office of the Attorney General
        State of Florida
        Consumer Protection Division
        PL-01 The Capitol
        Tallahassee, Florida 32399
        Phone: (850) 414-3859
        michael.roland@myfloridalegal.com

## CERTIFICATE OF SERVICE

I certify that on September 15th, 2025, I electronically transmitted the forgoing document to the Clerk of Court using the CM/ECF System for filing, and which will be sent electronically to all counsel of record.

        */s/ Michael P. Roland*
        Michael P. Roland
        Assistant Bureau Chief, Tallahassee