DAVE YOST
Ohio Attorney General
Erin B. Leahy (OH Bar No. 0069509)
Emily G. Dietz (OH Bar No. 0104729)
Assistant Attorneys General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730 (Leahy)
         (614) 466-3493 (Dietz)
Erin.Leahy@OhioAGO.gov
Emily.Dietz@OhioAGO.gov
Attorneys for Plaintiff State of Ohio
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. 4:23-cv-00233-TUC-CKJ <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE FURTHER SUPPLEMENTAL MOTION TO DISMISS (DOC. 150)** |

Plaintiffs respectfully file this Response in Opposition to Defendants' Motion for Leave to File Further Supplemental Motion to Dismiss. (Doc. 150). For the reasons set forth below, the Court should deny Defendants' motion and strike the contemporaneously filed Supplement to Defendants' Motion to Dismiss. (Doc. 151).

**I.     Defendants cannot supplement a motion that has already been adjudicated; accordingly, Defendants' Motion for Leave to Supplement should be denied.**

Before filing an answer in this case, Defendants filed a Motion to Dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. (Doc. 39). After briefing, this Court issued an Order denying Defendants' Motion to Dismiss. (Doc. 64). Now, Defendants ask this Court for leave to supplement their denied Motion. (Doc. 150).

Defendants seek to further brief this Court on an issue this Court has already decided, with the aim of convincing this Court to withdraw its previous decision and issue a contrary one. Defendants argue that such relief is justified because of an intervening change in the controlling law. The proper vehicle for such a request is a motion for reconsideration. *See* LRCiv. 7.2(g); *see also Kona Enters. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) ("[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." (quotations and citation omitted)).

Because Defendants impermissibly attempt to supplement the briefing on an issue that has been conclusively decided, this Court should deny the Motion for Leave to Supplement (Doc. 150) and strike the contemporaneously filed Supplement (Doc. 151).

**II.    If this Court considers Defendants' Motion for Leave and corresponding Supplement to be a motion for reconsideration, this Court should deny the same as procedurally and substantively deficient.**

Even if the Court construes Defendants' Motion for Leave and corresponding Supplement as a motion for reconsideration of this Court's May 8, 2024 Order (Doc. 64), the Court should still deny it.

Motions for reconsideration may not be used to raise arguments for the first time. *See Kona Enters.*, 229 F.3d at 890 (A motion for reconsideration "may *not* be used to raise arguments…for the first time when they could reasonably have been raised earlier in the litigation." (emphasis original)). In their Motion for Leave and corresponding Supplement,

2

1  Defendants argue that, as a general rule, corporate officers cannot be held personally liable
2  under the Telephone Consumer Protection Act ("TCPA"); Defendants did not include this
3  argument in their original Motion to Dismiss (Doc. 39). Defendants' Motion to Dismiss
4  argued only that these specific Defendants could not be held personally liable, as Defendant
5  Reeves was purportedly an independent contractor and the Complaint did not plead
6  sufficient facts to pierce the corporate veil as to Defendant Lansky. (Doc. 39 at 11-12, 14-
7  15). Defendants raised the general argument—that no corporate officer could be personally
8  liable under the TCPA—for the first time in their "Supplement to Defendants' Motion to
9  Dismiss" (Doc. 62), which was submitted after the close of briefing on the Motion to
10 Dismiss. Finding that it contained inappropriate additional argument, this Court struck
11 Defendants' Supplement. (Doc. 64, at 21).
12     With this incorrectly-styled motion for reconsideration, Defendants are again
13 attempting to "supplement" their Motion to Dismiss with the argument that the TCPA does
14 not provide for personal liability against corporate officers. But a motion for
15 reconsideration is not the place for Defendants to raise an argument not included in their
16 Motion to Dismiss. Should the Court consider the Motion for Leave to Supplement as a
17 motion for reconsideration, this Court should deny Defendants' Motion as it contains
18 inappropriate legal argument not included in its original Motion to Dismiss.
19     Additionally, Defendants' Motion is untimely. Absent good cause, this District's
20 Local Rules require that motions for reconsideration be filed no later than 14 days after the
21 filing of the challenged Order. LRCiv. 7.2(g)(2). Defendants' Motion was filed 492 days
22 after the Court's Order. Defendants attempt to justify the delay by arguing that the Motion
23 is supported by two recent U.S. Supreme Court cases, concerning judicial treatment of
24 agency interpretation of ambiguous statutes. But Defendants' cited cases would not alter
25 the outcome of the motion to dismiss that they are, in the most generous possible reading,
26 asking this Court to reconsider. Defendants' Motion fails to identify any instance in this
27 Court's Order where the Court references an obligation to defer to a federal agency's
28 interpretation of the TCPA regarding the liability of corporate officers. In fact, the Court

found that it was precluded from granting the Motion to Dismiss by questions of fact relevant to determining vicarious liability and individual liability. (*Id*. at 16 and 20-21.).

Plaintiffs are prepared to file a response expanding on these and other reasons for denial. However, Plaintiffs recognize that LRCiv. 7.2(g)(2) limits responses to motions for reconsideration to those ordered by the Court. Accordingly, Plaintiffs will provide further argument only at this Court's request.

**III.   Conclusion**

As additional briefing on a previously decided motion is improper, this Court should deny Defendants' Motion for Leave for file Further Supplemental Motion to Dismiss (Doc. 150) and strike the contemporaneously filed Supplement (Doc. 151).

If, in the alternative, this Court considers Defendants' Motion for Leave and corresponding Supplement as a motion for reconsideration, this Court should deny it as procedurally and substantively deficient.

RESPECTFULLY SUBMITTED this 26th day of September, 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF INDIANA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | TODD ROKITA<br>Attorney General for the State of Indiana |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV (AZ Bar No. 036796)<br>SARAH PELTON (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone:  (602) 542-8018<br>Fax:      (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for the State of Arizona* | /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM (IN Bar No. 15860-49)<br>THOMAS L. MARTINDALE (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>             (317) 232-7751 (Martindale)<br>Fax:    (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for the State of Indiana* |

| | | |
|---|---|---|
| 1 | **FOR THE STATE OF NORTH CAROLINA:** | **FOR THE STATE OF OHIO:** |
| 2 | | |
| | JEFF JACKSON | DAVE YOST |
| 3 | Attorney General for the State of North Carolina | Attorney General for the State of Ohio |
| 4 | | |
| | | /s/ Erin B. Leahy |
| 5 | /s/ Tracy Nayer | ERIN B. LEAHY (OH Bar No. 0069509) |
| | TRACY NAYER (NC Bar No. 36964) | EMILY G. DIETZ (OH Bar No. 0104729) |
| 6 | ROCHELLE SPARKO (NC Bar No. 38528) | Assistant Attorneys General |
| 7 | Special Deputy Attorneys General | Office of Attorney General Dave Yost |
| | North Carolina Department of Justice | 30 East Broad Street, 14th Fl. |
| 8 | Consumer Protection Division | Columbus, OH 43215 |
| 9 | P.O. Box 629 | Phone: (614) 752-4730 (Leahy) |
| | Raleigh, North Carolina 27602 | (614) 466-3493 (Dietz) |
| 10 | Phone:   (919) 716-6400 | Erin.Leahy@OhioAGO.gov |
| 11 | Fax:       (919) 716-6050 | Emily.Dietz@OhioAGO.gov |
| | tnayer@ncdoj.gov | *Attorneys for the State of Ohio* |
| 12 | rsparko@ncdoj.gov | |
| 13 | *Attorneys for the State of North Carolina* | |

***Lead Counsel for Plaintiffs***

**STEVE MARSHALL**
**Attorney General of Alabama**

/s/ Lindsay D. Barton
Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ Amanda Wentz
Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

**ROB BONTA**
**Attorney General of California**

/s/ Nicklas A. Akers
Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

**PHILIP J. WEISER**
**Attorney General of Colorado**

/s/ Michel Singer Nelson
Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**WILLIAM TONG**
**Attorney General of Connecticut**

/s/ Brendan T. Flynn
Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
miles.vaughn@myfloridalegal.combrendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

**KATHY JENNINGS**
**Attorney General of Delaware**

/s/ Ryan Costa
Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

**BRIAN C. SCHWALB**
**Attorney General of District of Columbia**

/s/ Laura C. Beckerman
Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

**JAMES UTHMEIER**
**Attorney General of Florida**

/s/ Sean P. Saval
Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

**CHRISTOPHER M. CARR**
Attorney General of Georgia

/s/ David A. Zisook
David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

**ANNE E. LOPEZ**
Attorney General of Hawaii

/s/ Christopher J.I. Leong
Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

**RAÚL R. LABRADOR**
Attorney General of Idaho

/s/ James J. Simeri
James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

**KWAME RAOUL**
Attorney General of Illinois

/s/ Philip Heimlich
Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

**BRENNA BIRD**
Attorney General of Iowa

/s/ Benjamin Bellus
Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
          (515) 242-6773 (Pearson)
Fax:    (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

**KRIS W. KOBACH**
**Attorney General of Kansas**

/s/ Nicholas C. Smith
Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**

/s/ Jacob P. Ford
Jacob P. Ford (KY Bar No.95546)
Assistant Attorney General
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 871-2044
jacobp.ford@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

**LIZ MURRILL**
**Attorney General of Louisiana**

/s/ ZaTabia N. Williams
ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

**AARON M. FREY**
**Attorney General of Maine**

/s/ Brendan O'Neil
Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

| | | |
|---|---|---|
| 1 | **ANTHONY G. BROWN**<br>**Attorney General of Maryland** | **DANA NESSEL**<br>**Attorney General of Michigan** |
| 2 | | |
| 3 | /s/ Philip Ziperman<br>Philip Ziperman (Fed. Bar No. 12430) | /s/ Kathy P. Fitzgerald<br>Kathy P. Fitzgerald (MI Bar No. P31454) |
| 4 | Deputy Counsel | Michael S. Hill (MI Bar No. P73084) |
| 5 | Office of the Attorney General<br>200 St. Paul Place | Assistant Attorneys General<br>Michigan Department of Attorney General |
| 6 | Baltimore, MD 21202 | Corporate Oversight Division |
| 7 | Phone: (410) 576-6417<br>Fax:    (410) 576-6566 | P.O. Box 30736<br>Lansing, MI 48909 |
| 8 | pziperman@oag.state.md.us | Phone: (517) 335-7632 |
| 9 | *Attorney for Plaintiff Maryland Office of the Attorney General* | Fax:    (517) 335-6755<br>fitzgeraldk@michigan.gov |
| 10 | | Hillm19@michigan.gov |
| 11 | **ANDREA JOY CAMPBELL**<br>**Attorney General of Massachusetts** | *Attorneys for Plaintiff People of the State of Michigan* |
| 12 | | |
| 13 | /s/ Carol Guerrero<br>Carol Guerrero (MA Bar No. 705419) | **KEITH ELLISON**<br>**Attorney General of Minnesota** |
| 14 | Assistant Attorney General | |
| 15 | Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection | /s/ Bennett Hartz<br>Bennett Hartz (MN Bar No. 0393136) |
| 16 | Division | Assistant Attorney General |
| 17 | Massachusetts Office of the Attorney<br>General | Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200 |
| 18 | One Ashburton Place, 18th Floor<br>Boston, MA 02108 | Saint Paul, MN 55404<br>Phone: (651) 757-1235 |
| 19 | Phone: (617) 963-2783 | bennett.hartz@ag.state.mn.us |
| 20 | Fax:    (617) 727-5765<br>Carol.Guerrero@mass.gov | *Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| 21 | Michael.Turi@mass.gov | |
| 22 | *Attorneys for Plaintiff Commonwealth of Massachusetts* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| **LYNN FITCH**<br>**Attorney General of Mississippi**<br><br>/s/ James M. Rankin<br>James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*<br><br>**CATHERINE L. HANAWAY**<br>**Attorney General of Missouri**<br><br>/s/ Eliot Gusdorf<br>Eliot Gusdorf (MO Bar No. 73225)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>815 Olive Street, Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 340-6816<br>Fax:     (314) 340-7891<br>eliot.gusdorf@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General* | **AUSTIN KNUDSEN**<br>**Attorney General of Montana**<br><br>/s/ Brent Mead<br>Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General<br>Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel<br>Montana Attorney General's Office<br>Office of Consumer Protection<br>215 North Sanders Street<br>P.O. Box 200151<br>Helena, MT 59620-0151<br>Phone: (406) 444-4500<br>Brent.mead2@mt.gov<br>Anna.schneider@mt.gov<br>*Attorneys for Plaintiff State of Montana*<br><br>**MICHAEL T. HILGERS**<br>**Attorney General of Nebraska**<br><br>/s/ Gary E. Brollier<br>Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:     (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* |

| | |
|---|---|
| **AARON D. FORD**<br>**Attorney General of Nevada**<br><br>/s/ Michelle C. Badorine<br>Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:    (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada*<br><br>**JOHN M. FORMELLA**<br>**Attorney General of New Hampshire**<br><br>/s/ Mary F. Stewart<br>Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>Phone: (603) 271-1139<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* | **MATTHEW J. PLATKIN**<br>**Attorney General of New Jersey**<br><br>/s/ Blair Gerold<br>Blair Gerold (NJ Bar No. 294602019)<br>Jeffrey Koziar (NJ Bar No. 015131999)<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (609) 696-5363 (Gerold)<br>            (973) 648-7819 (Koziar)<br>Fax:    (973) 648-3879 (Gerold)<br>            (973) 648-4887 (Koziar)<br>Blair.Gerold@law.njoag.gov<br>Jeff.koziar@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey*<br><br>**RAÚL TORREZ**<br>**Attorney General of New Mexico**<br><br>/s/ Billy Jimenez<br>Billy Jimenez (NM Bar No. 144627)<br>Assistant Attorney General<br>New Mexico Department of Justice<br>408 Galisteo St.<br>Santa Fe, New Mexico 87501<br>Phone: (505) 527-2694<br>Fax:    (505) 490-4883<br>Bjimenez@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* |

| | |
|---|---|
| **LETITIA JAMES**<br>**Attorney General of New York**<br><br>/s/ Glenna Goldis<br>Glenna Goldis (NY Bar No. 4868600)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (646) 856-3697<br>Glenna.goldis@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | **GENTNER DRUMMOND**<br>**Attorney General of Oklahoma**<br><br>/s/ Sylvia Lanfair<br>Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General<br>Office of the Oklahoma Attorney General<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Phone: (405) 522-8129<br>Fax:    (405) 522-0085<br>sylvia.lanfair@oag.ok.gov<br>*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| **DREW H. WRIGLEY**<br>**Attorney General of North Dakota**<br><br>/s/ Elin S. Alm<br>Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:    (701) 328-5568<br>ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota* | **DAN RAYFIELD**<br>**Attorney General of Oregon**<br><br>/s/ Jordan M. Roberts<br>Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>Consumer Protection Division<br>100 SW Market St.<br>Portland, OR 97201<br>Phone: (971) 673-1880<br>Fax:    (971) 673-1884<br>jordan.m.roberts@doj.oregon.gov<br>*Attorney for Plaintiff State of Oregon* |

**DAVID W. SUNDAY, JR.**
**Attorney General of Pennsylvania**

/s/ Mark W Wolfe
Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

**PETER F. NERONHA**
**Attorney General of Rhode Island**

/s/ Stephen N. Provazza
Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

**ALAN WILSON**
**Attorney General of South Carolina**

/s/ Kristin Simons
Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

**JONATHAN SKRMETTI**
**Attorney General of Tennessee**

/s/ Austin C. Ostiguy
Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
Fax:    (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

| | | |
|---|---|---|
| 1 | **KEN PAXTON**<br>**Attorney General of Texas** | **CHARITY R. CLARK**<br>**Attorney General of Vermont** |
| 2 | | |
| 3 | /s/ David Shatto<br>David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)<br>Assistant Attorney General<br>Attorney General for the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548 (MC-010)<br>Austin, TX 78711<br>Phone: (512) 463-2185<br>Fax:    (512) 473-9125<br>David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* | /s/ James Layman<br>James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>Phone: (802) 828-2315<br>Fax:    (802) 304-1014<br>James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont*<br><br>**JASON S. MIYARES**<br>**Attorney General of Virginia**<br><br>/s/ Geoffrey L. Ward<br>Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 N. Ninth St.<br>Richmond, VA 23219<br>Phone: (804) 371-0871<br>Fax:    (804) 786-0122<br>gward@oag.state.va.us<br>*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*<br><br>**NICHOLAS W. BROWN**<br>**Attorney General of Washington**<br><br>/s/ Zorba Leslie<br>Zorba Leslie (WA Bar No. 58523)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 340-6787<br>Fax:    (206) 464-6451<br>zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* |
| 11 | **DEREK E. BROWN**<br>**Attorney General of Utah** | |
| 13 | /s/ Alexandra Butler<br>Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General<br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br>Phone: (385) 910-5533<br>Fax:    (801) 366-0315<br>alexandrabutler@agutah.gov<br>*Attorney for Plaintiff Utah Division of Consumer Protection* | |

| | |
|---|---|
| **JOHN B. MCCUSKEY**<br>**Attorney General of West Virginia**<br><br>/s/ Ashley T. Wentz<br>Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:    (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General* | **BRIDGET HILL**<br>**Attorney General of Wyoming**<br><br>/s/ Cameron W. Geeting<br>Cameron W. Geeting (WY Bar No. 7-5338)<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Office of the Attorney General<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |

**JOSHUA L. KAUL**
**Attorney General of Wisconsin**

/s/ Gregory A. Myszkowski
Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I caused the foregoing Plaintiffs' Response in Opposition to Defendants' Motion for Leave to File Further Supplemental Motion to Dismiss to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

*/s/ Emily G. Dietz*
Emily G. Dietz (OH Bar No. 0104729)
Counsel for Plaintiff State of Ohio