1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8   State of Arizona, *ex rel.* Kristin K.          )
    Mayes, Attorney General; *et al.*,              )
9                                                    )
                Plaintiffs,                          )   No. CIV 23-233-TUC-CKJ
10      v.                                           )
                                                     )         **ORDER**
11  Michael D. Lansky, L.L.C., dba Avid              )
    Telecom; *et al.*,                              )
12                                                   )
                Defendants.                          )
13  _____ )

14          Pending before the Court is the Motion for Extension of Time (Doc. 161) filed by

15  Defendants Michael D. Lansky, *et al* ("Avid").  Avid requests an additional 30 days to

16  submit their Notice of Initial Expert Testimony.  Additionally, Avid states Plaintiffs have

17  not consented to the request.  In light of the current deadline, the Court finds it appropriate

18  to address the Motion despite the time for Defendants to file a response having not passed,

19          The Court recognizes the granting of Avid's request will affect other case

20  management deadlines.  However, after reviewing the Motion, the Court finds good cause

21  exists to grant the request.

22          Accordingly, IT IS ORDERED:

23          1.      The Motion for Extension of Time (Doc. 161) is GRANTED.

24          2.      The case management deadlines are extended as follows:

25                  a.      Notice of Defendants' initial expert testimony pursuant to Federal Rule

26                          26(a)(2) shall take place on or before October 29, 2025. Notice of

27                          rebuttal expert testimony shall be completed on or before November

28                          17, 2025.

b.  All discovery, including depositions of parties and witnesses, shall be completed by December 8, 2025.

c.  Dispositive motions shall be filed on or before January 12, 2026.

d.  The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before January 30, 2026.

3.  All other deadlines and requirements of the case management order shall remain in full force and effect.

DATED this 30th day of September, 2025.

Cindy K. Jorgenson
United States District Judge