JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Fax:    (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. 4:23-cv-00233-TUC-CKJ <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' DISCOVERY REQUESTS AND RESPONSES SERVED BETWEEN SEPTEMBER 26, 2025, AND OCTOBER 10, 2025** |

Pursuant to LRCiv 5.2, Plaintiffs notice the Court that, between September 26, 2025, and October 10, 2025, Plaintiffs served counsel for Defendants with each of the following in accordance with Rule 5(b)(1) and (b)(2)(E) of the Fed. R. Civ. P.:

- On September 26, 2025, Plaintiffs served Defendants with Plaintiffs' Notices of Issuance of Rule 45 Subpoenas, which subpoenas were issued to each of the following:
    - Contact Center Specialists, LLC;
    - Great Lakes Communication; and
    - Vultik, Inc.
- On September 29, 2025, Plaintiffs served Defendants with Plaintiffs' Notices of Issuance of Rule 45 Subpoenas, which subpoenas were issued to each of the following:
    - USTelecom–The Broadband Association's Industry Traceback Group (2 subpoenas issued); and
    - Mobi Telecom, LLC / Virtual Telecom
- On October 10, 2025, Plaintiffs served Defendants with 36 Plaintiffs' Joint Objections and Answers to Defendants' First Request For Admissions;
- On October 10, 2025, Plaintiffs served Defendants with 36 Plaintiffs' Joint Responses and Objections to Defendants' First Request For Production of Documents;
- On October 10, 2025, Plaintiffs served Defendants with 36 Plaintiffs' Joint Responses and Objections to Defendants' Second Request For Production of Documents;
- On October 10, 2025, Plaintiffs served Defendants with Plaintiffs' Joint Responses and Objections to Defendants' Third Request For Production of Documents;
- On October 10, 2025, Plaintiffs served Defendants with Plaintiffs' Volume AGTF_VOL009 Document Production (Bates Nos. between and including AGTF_000155452 and AGTF_000156344);

- On October 10, 2025, Plaintiffs served Defendants with an index referencing previously produced documents that were identified as responsive to Defendants' First Request For Production of Documents issued upon 36 Plaintiffs;
- On October 10, 2025, Plaintiffs served Defendants with an index referencing previously produced documents that were identified as responsive to Defendants' Second Request For Production of Documents issued upon 26 of 36 Plaintiffs;
- On October 10, 2025, Plaintiffs served Defendants with an index referencing previously produced documents that were identified as responsive to Defendants' Second Request For Production of Documents issued upon 10 of 36 Plaintiffs; and
- On October 10, 2025, Plaintiffs served Defendants with an index referencing previously produced documents that were identified as responsive to Defendants' Third Request For Production of Documents issued upon 36 Plaintiffs.

*The remainder of this page is intentionally left blank.*

RESPECTFULLY SUBMITTED this 10th day of October, 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

**Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS' DISCOVERY REQUESTS AND RESPONSES SERVED BETWEEN SEPTEMBER 26, 2025, AND OCTOBER 10, 2025** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Tracy Nayer
Special Deputy Attorney General
Counsel for the Plaintiff State of North Carolina

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) <br> Sarah Pelton (AZ Bar No. 039633) <br> Assistant Attorneys General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-8018 <br> Fax:   (602) 542-4377 <br> john.dillonIV@azag.gov <br> sarah.pelton@azag.gov <br> *Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964) <br> Rochelle Sparko (NC Bar No. 38528) <br> Special Deputy Attorneys General <br> North Carolina Department of Justice <br> Consumer Protection Division <br> P.O. Box 629 <br> Raleigh, North Carolina 27602 <br> Phone:  (919) 716-6000 <br> Fax:     (919) 716-6050 <br> tnayer@ncdoj.gov <br> rsparko@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) <br> Thomas L. Martindale (IN Bar No. 29706-64) <br> Deputy Attorneys General <br> Office of the Indiana Attorney General Todd Rokita <br> Indiana Govt. Center South, 5th Fl. <br> 302 W. Washington St. <br> Indianapolis, IN 46204-2770 <br> Phone: (317) 232-6294 (Swetnam) <br>            (317) 232-7751 (Martindale) <br> Fax:     (317) 232-7979 <br> douglas.swetnam@atg.in.gov <br> thomas.martindale@atg.in.gov <br> *Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509) <br> Emily G. Dietz (OH Bar No. 0104729) <br> Assistant Attorneys General <br> Office of Attorney General Dave Yost <br> 30 East Broad Street, 14th Fl. <br> Columbus, OH 43215 <br> Phone: (614) 752-4730 (Leahy) <br>            (614) 466-3493 (Dietz) <br> Erin.Leahy@OhioAGO.gov <br> Emily.Dietz@OhioAGO.gov <br> *Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

| | |
|---|---|
| Lindsay D. Barton (AL Bar No. 1165-G00N)<br>Robert D. Tambling (AL Bar No. 6026-N67R)<br>Assistant Attorneys General<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br>Phone: (334) 353-2609 (Barton)<br>         (334) 242-7445 (Tambling)<br>Fax:    (334) 353-8400<br>Lindsay.Barton@AlabamaAG.gov<br>Robert.Tambling@AlabamaAG.gov<br>*Attorneys for Plaintiff State of Alabama*<br><br>Amanda Wentz (AR Bar No. 2021066)<br>Assistant Attorney General<br>Office of Attorney General Tim Griffin<br>101 West Capitol Avenue<br>Little Rock, AR 72201<br>Phone: (501) 682-1178<br>Fax:    (501) 682-8118<br>amanda.wentz@arkansasag.gov<br>*Attorney for Plaintiff State of Arkansas* | Nicklas A. Akers (CA Bar No. 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. 244395)<br>Supervising Deputy Attorney General<br>Timothy D. Lundgren (CA Bar No. 254596)<br>Rosailda Perez (CA Bar No. 284646)<br>Deputy Attorneys General<br>Office of the California Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Phone: (415) 510-3364 (Akers)<br>         (213) 269-6348 (Eskandari)<br>         (213) 269-6355 (Lundgren)<br>         (213) 269-6612 (Perez)<br>Fax:    (916) 731-2146<br>nicklas.akers@doj.ca.gov<br>bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov<br>rosailda.perez@doj.ca.gov<br>*Attorneys for Plaintiff People of the State of California*<br><br>Michel Singer Nelson (CO Bar No. 19779)<br>Assistant Attorney General II<br>Colorado Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6220<br>michel.singernelson@coag.gov<br>*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General* |

| | | |
|---|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) | Sean P. Saval (FL Bar No. 96500) Sr. Assistant Attorney General |
| 2 | Assistant Attorney General | Michael P. Roland (FL Bar No. 44856) |
| 3 | Office of the Connecticut Attorney General William Tong | Assistant Attorney General Office of the Florida Attorney General |
| 4 | 165 Capitol Avenue, Suite 4000 | Department of Legal Affairs |
| 5 | Hartford, CT 06106 Phone: (860) 808-5400 | Consumer Protection Division 3507 E. Frontage Rd, Suite 325 |
| 6 | Fax: (860) 808-5593 | Tampa, FL 33607 |
| 7 | brendan.flynn@ct.gov *Attorney for Plaintiff State of Connecticut* | Phone: (813) 287-7950 Fax: (813) 281-5515 |
| 8 | | Sean.Saval@myfloridalegal.com |
| 9 | Ryan Costa (DE Bar No. 5325) Deputy Attorney General | michael.roland@myfloridalegal.com Zivile.Rimkevicius@myfloridalegal.com |
| 10 | Delaware Department of Justice | *Attorneys for Plaintiff James Uthmeier,* |
| 11 | 820 N. French Street, 5th Floor Wilmington, DE 19801 | *Attorney General of the State of Florida* |
| 12 | Phone: (302) 683-8811 Fax: (302) 577-6499 | David A. Zisook (GA Bar No. 310104) Senior Assistant Attorney General |
| 13 | Ryan.costa@delaware.gov | Office of the Georgia Attorney General |
| 14 | *Attorney for Plaintiff State of Delaware* | 40 Capitol Square SW Atlanta, GA 30334 |
| 15 | Laura C. Beckerman (DC Bar No. 1008120) | Phone: (404) 458-4294 Fax: (404) 464-8212 |
| 16 | Senior Trial Counsel | dzisook@law.ga.gov |
| 17 | Public Advocacy Division D.C. Office of the Attorney General | *Attorney for Plaintiff State of Georgia* |
| 18 | 400 6th Street NW, 10th Floor | Christopher J.I. Leong (HI Bar No. 9662) |
| 19 | Washington, DC 20001 Phone: (202) 655-7906 | Deputy Attorney General Hawaii Department of the Attorney |
| 20 | Laura.Beckerman@dc.gov | General |
| 21 | *Attorney for Plaintiff District of Columbia* | 425 Queen Street Honolulu, HI 96813 |
| 22 | | Phone: (808) 586-1180 |
| 23 | | Fax: (808) 586-1205 christopher.ji.leong@hawaii.gov |
| 24 | | *Attorney for Plaintiff State of Hawaii* |

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
         (515) 242-6773 (Pearson)
Fax:    (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:    (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*


| | |
|---|---|
| Brendan O'Neil (ME Bar No. 009900)<br>Michael Devine (ME Bar No. 005048)<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Phone: (207) 626-8800<br>Fax:    (207) 624-7730<br>brendan.oneil@maine.gov<br>michael.devine@maine.gov<br>*Attorneys for Plaintiff State of Maine* | Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:    (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* |
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:    (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:    (617) 727-5765<br>Carol.Guerrero@mass.gov<br>Michael.Turi@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |

| | | |
|---|---|---|
| 1 | Eliot Gusdorf (MO Bar No. 73225)<br>Assistant Attorney General | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General |
| 2 | Office of the Missouri Attorney General | Office of the Nevada Attorney General |
| 3 | 815 Olive Street, Suite 200<br>St. Louis, MO 63101 | Bureau of Consumer Protection<br>100 North Carson Street |
| 4 | Phone: (314) 340-6816 | Carson City, NV 89701-4717 |
| 5 | Fax: (314) 340-7891<br>eliot.gusdorf@ago.mo.gov | Phone: (775) 684-1164<br>Fax: (775) 684-1299 |
| 6 | *Attorney for Plaintiff State of Missouri, ex.* | MBadorine@ag.nv.gov |
| 7 | *rel. Catherine L. Hanaway, Attorney General* | *Attorney for Plaintiff State of Nevada* |
| 8 | | Mary F. Stewart (NH Bar No. 10067) |
| 9 | Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General | Assistant Attorney General<br>New Hampshire Department of Justice |
| 10 | Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior | Office of the Attorney General<br>Consumer Protection and Antitrust Bureau |
| 11 | Counsel | 1 Granite Place South |
| 12 | Montana Attorney General's Office<br>Office of Consumer Protection | Concord, NH 03301<br>Phone: (603) 271-1139 |
| 13 | 215 North Sanders Street | Mary.F.Stewart@doj.nh.gov |
| 14 | P.O. Box 200151<br>Helena, MT 59620-0151 | *Attorney for Plaintiff State of New Hampshire* |
| 15 | Phone: (406) 444-4500 | |
| 16 | Brent.mead2@mt.gov<br>Anna.schneider@mt.gov | Blair Gerold (NJ Bar No. 294602019)<br>Jeffrey Koziar (NJ Bar No. 015131999) |
| 17 | *Attorneys for Plaintiff State of Montana* | Deputy Attorneys General |
| 18 | | New Jersey Office of the Attorney General<br>Division of Law |
| 19 | Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General | 124 Halsey Street |
| 20 | Office of the Attorney General Michael T.<br>Hilgers | Newark, NJ 07101<br>Phone: (609) 696-5363 (Gerold) |
| 21 | 2115 State Capitol Building | (973) 648-7819 (Koziar) |
| 22 | Consumer Protection Division<br>Lincoln, NE 68509 | Fax: (973) 648-3879 (Gerold)<br>(973) 648-4887 (Koziar) |
| 23 | Phone: (402) 471-1279 | Blair.Gerold@law.njoag.gov |
| 24 | Fax: (402) 471-4725<br>gary.brollier@nebraska.gov | Jeff.koziar@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* |
| 25 | *Attorney for Plaintiff State of Nebraska* | |

| | | |
|---|---|---|
| 1 | Billy Jimenez (NM Bar No. 144627)<br>Assistant Attorney General | Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General |
| 2 | New Mexico Department of Justice<br>408 Galisteo St. | Office of the Oklahoma Attorney General<br>313 N.E. 21st St. |
| 3 | Santa Fe, New Mexico 87501 | Oklahoma City, OK 73105 |
| 4 | Phone: (505) 527-2694 | Phone: (405) 522- 8129 |
| 5 | Fax:     (505) 490-4883<br>Bjimenez@nmdoj.gov | Fax:     (405) 522-0085<br>sylvia.lanfair@oag.ok.gov |
| 6 | *Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* | *Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| 7 | | |
| 8 | Glenna Goldis (NY Bar No. 4868600)<br>Assistant Attorney General | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General |
| 9 | Office of the New York State Attorney General | Oregon Department of Justice<br>Consumer Protection Division |
| 10 | 28 Liberty Street | 100 SW Market St. |
| 11 | New York, NY 10005 | Portland, OR 97201 |
| 12 | Phone: (646) 856-3697<br>Glenna.goldis@ag.ny.gov | Phone: (971) 673-1880<br>Fax:     (971) 673-1884 |
| 13 | *Attorney for Plaintiff Office of the Attorney General of the State of New York* | jordan.m.roberts@doj.oregon.gov<br>*Attorney for Plaintiff State of Oregon* |
| 14 | | |
| 15 | Elin S. Alm (ND Bar No. 05924) | Mark W Wolfe (PA Bar No. 327807) |
| 16 | Christopher Glenn Lindblad (ND Bar No. 06480) | Deputy Attorney General<br>Pennsylvania Office of Attorney General |
| 17 | Assistant Attorneys General | Strawberry Square, 15th Floor |
| 18 | Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division | Harrisburg, PA 17120-0001<br>Phone: (717) 772-3558 |
| 19 | 1720 Burlington Drive, Suite C | Fax:     (717) 705-3795 |
| 20 | Bismarck, ND 58504-7736<br>Phone: (701) 328-5570 | mwolfe@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of* |
| 21 | Fax:     (701) 328-5568 | *Pennsylvania by Attorney General David W. Sunday, Jr.* |
| 22 | ealm@nd.gov<br>clindblad@nd.gov | |
| 23 | *Attorneys for Plaintiff State of North Dakota* | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Stephen N. Provazza (RI Bar No. 10435)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax:    (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
Fax:   (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:   (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:   (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:   (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:     (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:     (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7-5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Office of the Attorney General
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*