JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:      (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., <br><br>  Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br>  Defendants. | NO. 4:23-cv-00233-TUC-CKJ <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' SECOND REQUESTS FOR ADMISSION TO DEFENDANTS MICHAEL D. LANSKY, STACEY S. REEVES, AND MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM** |

Pursuant to LRCiv 5.2, Plaintiffs notice the Court that, on this day, Plaintiffs served counsel of record for Defendants with the following in accordance with Rule 5(b)(1) and (b)(2)(E) of the Fed. R. Civ. P.:

- Plaintiffs' Second Requests For Admission to Defendants Michael D. Lansky, Stacey S. Reeves, and Michael D. Lansky, L.L.C., dba Avid Telecom.

RESPECTFULLY SUBMITTED this 17th day of October, 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

***Lead Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS' SECOND REQUESTS FOR ADMISSION TO DEFENDANTS MICHAEL D. LANSKY, STACEY S. REEVES, AND MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Tracy Nayer
Special Deputy Attorney General
Counsel for the Plaintiff State of North Carolina

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796)<br>Sarah Pelton (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax:   (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Rochelle Sparko (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:  (919) 716-6000<br>Fax:     (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>            (317) 232-7751 (Martindale)<br>Fax:     (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Emily G. Dietz (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730 (Leahy)<br>            (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

| | | |
|---|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) | Sean P. Saval (FL Bar No. 96500) |
| 2 | Assistant Attorney General | Sr. Assistant Attorney General |
| 3 | Office of the Connecticut Attorney General William Tong | Michael P. Roland (FL Bar No. 44856) Assistant Attorney General |
| 4 | 165 Capitol Avenue, Suite 4000 | Office of the Florida Attorney General Department of Legal Affairs |
| 5 | Hartford, CT 06106 Phone: (860) 808-5400 | Consumer Protection Division 3507 E. Frontage Rd, Suite 325 |
| 6 | Fax:    (860) 808-5593 | Tampa, FL 33607 |
| 7 | brendan.flynn@ct.gov *Attorney for Plaintiff State of Connecticut* | Phone: (813) 287-7950 Fax:    (813) 281-5515 |
| 8 | | Sean.Saval@myfloridalegal.com |
| 9 | Ryan Costa (DE Bar No. 5325) Deputy Attorney General | michael.roland@myfloridalegal.com Zivile.Rimkevicius@myfloridalegal.com |
| 10 | Delaware Department of Justice | *Attorneys for Plaintiff James Uthmeier,* |
| 11 | 820 N. French Street, 5th Floor Wilmington, DE 19801 | *Attorney General of the State of Florida* |
| 12 | Phone: (302) 683-8811 Fax:    (302) 577-6499 | David A. Zisook (GA Bar No. 310104) Senior Assistant Attorney General |
| 13 | Ryan.costa@delaware.gov | Office of the Georgia Attorney General |
| 14 | *Attorney for Plaintiff State of Delaware* | 40 Capitol Square SW Atlanta, GA 30334 |
| 15 | Laura C. Beckerman (DC Bar No. 1008120) | Phone: (404) 458-4294 Fax:    (404) 464-8212 |
| 16 | Senior Trial Counsel | dzisook@law.ga.gov |
| 17 | Public Advocacy Division D.C. Office of the Attorney General | *Attorney for Plaintiff State of Georgia* |
| 18 | 400 6th Street NW, 10th Floor | Christopher J.I. Leong (HI Bar No. 9662) |
| 19 | Washington, DC 20001 Phone: (202) 655-7906 | Deputy Attorney General Hawaii Department of the Attorney |
| 20 | Laura.Beckerman@dc.gov | General |
| 21 | *Attorney for Plaintiff District of Columbia* | 425 Queen Street Honolulu, HI 96813 |
| 22 | | Phone: (808) 586-1180 |
| 23 | | Fax:    (808) 586-1205 |
| 24 | | christopher.ji.leong@hawaii.gov *Attorney for Plaintiff State of Hawaii* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457) |
| 2 | Idaho Attorney General's Office | Assistant Attorneys General |
| 3 | P.O. Box 83720<br>Boise, ID 83720-0010 | Consumer Protection Section<br>Office of the Kansas Attorney General |
| 4 | Phone: (208) 334-4114 | 120 SW 10th Avenue, 2nd Floor |
| 5 | james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* | Topeka, KS 66612<br>Phone: (785) 296-3751 |
| 6 | | Fax:   (785) 291-3699 |
| 7 | Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General | Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov |
| 8 | Elizabeth Blackston (IL Bar No. 6228859) | *Attorneys for Plaintiff State of Kansas* |
| 9 | Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General | Jonathan E. Farmer (KY Bar No. 91999) |
| 10 | 500 S. Second Street<br>Springfield, IL 62791 | Deputy Executive Director of Consumer<br>Protection |
| 11 | Phone: (217) 782-4436 | Office of the Attorney General of |
| 12 | philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov | Kentucky<br>1024 Capital Center Drive, Ste. 200 |
| 13 | *Attorneys for Plaintiff People of the State* | Frankfort, KY 40601 |
| 14 | *of Illinois* | Phone: (502) 696-5448<br>Fax:   (502) 573-8317 |
| 15 | Benjamin Bellus (IA Bar No. AT0000688) | Jonathan.Farmer@ky.gov |
| 16 | William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General | *Attorney for Plaintiff Commonwealth of*<br>*Kentucky* |
| 17 | Office of the Iowa Attorney General | |
| 18 | 1305 E. Walnut St.<br>Des Moines, IA 50319 | ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General |
| 19 | Phone: (515) 242-6536 (Bellus) | Office of the Attorney General Liz Murrill |
| 20 | (515) 242-6773 (Pearson)<br>Fax:   (515) 281-6771 | 1885 North Third St.<br>Baton Rouge, LA 70802 |
| 21 | Benjamin.Bellus@ag.iowa.gov | Phone: (225) 326-6164 |
| 22 | William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | Fax:   (225) 326-6499<br>WilliamsZ@ag.louisiana.gov |
| 23 | | *Attorney for Plaintiff State of Louisiana* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Eliot Gusdorf (MO Bar No. 73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:   (314) 340-7891
eliot.gusdorf@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:   (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:   (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363 (Gerold)
       (973) 648-7819 (Koziar)
Fax:   (973) 648-3879 (Gerold)
       (973) 648-4887 (Koziar)
Blair.Gerold@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Billy Jimenez (NM Bar No. 144627)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 527-2694
Fax:    (505) 490-4883
Bjimenez@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:    (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Consumer Protection Division
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

| | |
|---|---|
| Stephen N. Provazza (RI Bar No. 10435)<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400, ext. 2476<br>Fax:   (401) 222-1766<br>sprovazza@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha* | David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)<br>Assistant Attorney General<br>Attorney General for the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548 (MC-010)<br>Austin, TX 78711<br>Phone: (512) 463-2185<br>Fax:   (512) 473-9125<br>David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General<br>South Carolina Attorney General's Office<br>P.O. Box 11549<br>Columbia, SC 29211-1549<br>Phone: (803) 734-6134<br>mailto:ksimons@scag.gov<br>*Attorney for Plaintiff State of South Carolina* | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General<br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br>Phone: (385) 910-5533<br>Fax:   (801) 366-0315<br>alexandrabutler@agutah.gov<br>*Attorney for Plaintiff Utah Division of Consumer Protection* |
| Austin C. Ostiguy (TN Bar No. 040301)<br>Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy)<br>       (615) 770-1714 (Corcoran)<br>Fax:   (615) 532-2910<br>austin.ostiguy@ag.tn.gov<br>tyler.corcoran@ag.tn.gov<br>*Attorneys for Plaintiff State of Tennessee* | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>Phone: (802) 828-2315<br>Fax:   (802) 304-1014<br>James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:     (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:     (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*