1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7                 **DISTRICT OF ARIZONA**
8
9

10  State of Arizona, *ex rel.* Kristin K. Mayes,
11  Attorney General; *et al.*,
                                                    NO. 4:23-cv-00233-TUC-CKJ
12          Plaintiffs;

13          v.                                      [proposed] **ORDER**

14  Michael D. Lansky, L.L.C., dba Avid Telecom;
    *et al.*,
15
            Defendants.
16

17

18          Pending  before  the  Court  is  the  **EXPEDITED  JOINT  MOTION  FOR**

19  **EXTENSION OF CASE MANAGEMENT DEADLINES** [Doc. ____) filed on behalf

20  of all Parties.  The Parties request an additional 90 days to allow (a) the resolution of the

21  ongoing discovery disputes and (b) the Parties to prepare for, schedule, and conduct

22  depositions of the Parties, experts, and witnesses in this matter.  All Parties have

23  consented to the request and agree that, other than notices of deposition, no new Party

24  discovery will be served without leave from the Court.

25          After reviewing the Motion, the Court finds good cause exists to grant the request.

26

27

28

–1–

Accordingly, IT IS ORDERED:

1.    The EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES (Doc. ____) is GRANTED.

2.    The case management deadlines are extended as follows:

   a.    The completion of any outstanding discovery requests, the resolution of all remaining discovery disputes, and all depositions of the Parties, experts, and witnesses shall be completed by Monday, March 9, 2026.

   b.    Dispositive motions shall be filed on or before Monday, April 13, 2026.

   c.    The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before Friday, May 1, 2026.

3.    All other deadlines and requirements of the case management order shall remain in full force and effect.