IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*,<br><br>   Plaintiffs;<br><br>   v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; *et al.*,<br><br>   Defendants. | No. CV 23-00233-TUC-CKJ (MAA)<br><br>**ORDER** |

Pending before the Court is the **EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** (Doc. 178) filed on behalf of all Parties. The Parties request an additional 90 days to allow (a) the resolution of the ongoing discovery disputes and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter. All Parties have consented to the request and agree that, other than notices of deposition, no new Party discovery will be served without leave from the Court.

After reviewing the Motion, the Court finds good cause exists to grant the request.

–1–

Accordingly, IT IS ORDERED:

1. The EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES (Doc. 178) is GRANTED.

2. The case management deadlines are extended as follows:

   a. The completion of any outstanding discovery requests, the resolution of all remaining discovery disputes, and all depositions of the Parties, experts, and witnesses shall be completed by Monday, March 9, 2026.

   b. Dispositive motions shall be filed on or before Monday, April 13, 2026.

   c. The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before Friday, May 1, 2026.

3. All other deadlines and requirements of the case management order shall remain in full force and effect.

Dated this 13th day of November, 2025.

Honorable Michael A. Ambri
United States Magistrate Judge