**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,<br><br>  Plaintiffs,<br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>  Defendants. | CV 23-00233-TUC-CKJ (MAA)<br><br>**ORDER** |

IT IS ORDERED setting a telephonic status conference before Magistrate Judge Michael A. Ambri on Monday, November 24, 2025 at 10:00 a.m. Counsel shall be prepared to discuss the status of discovery, any discovery issues that have arisen since the Court's orders dated October 24, 2025 [Docs. 169 and 170], and the parties' proposals for the orderly resolution of discovery issues.

The call-in number for the conference is as follows:

1-855-244-8681  /  Access code:  2313 799 3220

Dated this 18th day of November, 2025.

*/s/ Michael A. Ambri*

Honorable Michael A. Ambri
United States Magistrate Judge