Anthony Juzaitis
408 Galisteo St.,
Santa Fe NM 87501
NM State Bar No. 164428
Federal Bar No. 25446
AJuzaitis@nmdoj.gov
505-651-7565
*Counsel for Plaintiff State of New Mexico*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel, Kristin M. Mayes, Attorney General, et al., <br><br> Plaintiff's <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom, et al., <br><br> Defendants. | Case No. 4:23-cv-00233-EJM <br><br><br><br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

NOTICE IS HEREBY GIVEN, that Anthony Juzaitis is substituted in the place of Billy Jimenez as counsel for Plaintiff, State of New Mexico, in the above-captioned matter. The State of New Mexico respectfully requests that the Clerk of the Court withdraw Billy Jimenez as counsel.

Dated this 26th day of November 2025.

                RAUL TORREZ
                ATTORNEY GENERAL
                FOR THE STATE OF MEXICO

                *By: /s/ Anthony Juzaitis*
                Anthony Juzaitis
                New Mexico Department of Justice
                408 Galisteo St., Santa Fe NM 87501
                Email: Ajuzaitis@nmdoj.gov
                Telephone:505-651-7565
                Attorney for Plaintiff State of New Mexico
                Pro Hac Vice Admitted

CERTIFICATE OF SERVICE

I certify that on November 26, 2025, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/EFC participants as identified on this Notice of Electronic Filing.

/s/ Anthony Juzaitis