JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Fax: (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>　　Defendants. | NO. 4:23-cv-00233-TUC-CKJ<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES SERVED ON NOVEMBER 26, 2025** |

　　Pursuant to LRCiv 5.2, Plaintiffs notice the Court that, on November 26, 2025, Plaintiffs served counsel of record for Defendants with the following in accordance with Rule 5(b)(1) and (b)(2)(E) of the Fed. R. Civ. P.:

- Plaintiffs served Defendants with Plaintiffs' Volume AGTF_VOL011 Document Production (between and including Bates Nos. AGTF_000156631 and AGTF_000160909);
- In accordance with the Magistrate's October 24, 2025 Order[1] (Doc.170), Plaintiffs served Defendants with Plaintiff States' Supplemental Objections and Answers to Defendants' First Request for Admissions served upon the Lead and State Claims State Plaintiffs; and
- In accordance with the Magistrate's October 24, 2025 Order (Doc.170), Plaintiffs served Defendants with Plaintiffs' Joint Supplemental Objections and Answers to Defendants' First Request for Admissions served upon the 36 Non-Lead and Non-State Claims State Plaintiffs.

---

[1] Pursuant to the Magistrate's October 24, 2025 Order (Doc. 170), on November 26, 2025, Plaintiffs also provided Defendants' counsel with Plaintiffs' assessment of statutory damages and/or civil penalties in light of the information available to Plaintiffs. Per the Court's Order, the information included was provided "in sufficient detail so as to enable each of the multiple Defendants in this case to understand the contours of [their] potential exposure and make informed decisions as to settlement and discovery." This information was sent to counsel by email, with delivery confirmation and read receipts requested, but was not sent with an accompanying Certificate of Service.

RESPECTFULLY SUBMITTED this 1st day of December, 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, I caused the foregoing **NOTICE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES SERVED ON NOVEMBER 26, 2025** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

<u>/s/ Tracy Nayer</u>
Special Deputy Attorney General
Counsel for the Plaintiff State of North Carolina

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) <br> Sarah Pelton (AZ Bar No. 039633) <br> Assistant Attorneys General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-8018 <br> Fax:    (602) 542-4377 <br> john.dillonIV@azag.gov <br> sarah.pelton@azag.gov <br> *Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964) <br> Rochelle Sparko (NC Bar No. 38528) <br> Special Deputy Attorneys General <br> North Carolina Department of Justice <br> Consumer Protection Division <br> P.O. Box 629 <br> Raleigh, North Carolina 27602 <br> Phone:  (919) 716-6000 <br> Fax:     (919) 716-6050 <br> tnayer@ncdoj.gov <br> rsparko@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) <br> Thomas L. Martindale (IN Bar No. 29706-64) <br> Deputy Attorneys General <br> Office of the Indiana Attorney General Todd Rokita <br> Indiana Govt. Center South, 5th Fl. <br> 302 W. Washington St. <br> Indianapolis, IN 46204-2770 <br> Phone: (317) 232-6294 (Swetnam) <br>             (317) 232-7751 (Martindale) <br> Fax:     (317) 232-7979 <br> douglas.swetnam@atg.in.gov <br> thomas.martindale@atg.in.gov <br> *Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509) <br> Emily G. Dietz (OH Bar No. 0104729) <br> Assistant Attorneys General <br> Office of Attorney General Dave Yost <br> 30 East Broad Street, 14th Fl. <br> Columbus, OH 43215 <br> Phone: (614) 752-4730 (Leahy) <br>             (614) 466-3493 (Dietz) <br> Erin.Leahy@OhioAGO.gov <br> Emily.Dietz@OhioAGO.gov <br> *Attorneys for Plaintiff State of Ohio* |

**Lead Counsel for Plaintiffs**

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

| | | |
|---|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) | Sean P. Saval (FL Bar No. 96500) Sr. Assistant Attorney General |
| 2 | Assistant Attorney General | Michael P. Roland (FL Bar No. 44856) |
| 3 | Office of the Connecticut Attorney General William Tong | Assistant Attorney General Office of the Florida Attorney General |
| 4 | 165 Capitol Avenue, Suite 4000 | Department of Legal Affairs |
| 5 | Hartford, CT 06106 Phone: (860) 808-5400 | Consumer Protection Division 3507 E. Frontage Rd, Suite 325 |
| 6 | Fax:    (860) 808-5593 | Tampa, FL 33607 |
| 7 | brendan.flynn@ct.gov *Attorney for Plaintiff State of Connecticut* | Phone: (813) 287-7950 Fax:    (813) 281-5515 |
| 8 | | Sean.Saval@myfloridalegal.com |
| 9 | Ryan Costa (DE Bar No. 5325) Deputy Attorney General | michael.roland@myfloridalegal.com Zivile.Rimkevicius@myfloridalegal.com |
| 10 | Delaware Department of Justice | *Attorneys for Plaintiff James Uthmeier,* |
| 11 | 820 N. French Street, 5th Floor Wilmington, DE 19801 | *Attorney General of the State of Florida* |
| 12 | Phone: (302) 683-8811 Fax:    (302) 577-6499 | David A. Zisook (GA Bar No. 310104) Senior Assistant Attorney General |
| 13 | Ryan.costa@delaware.gov | Office of the Georgia Attorney General |
| 14 | *Attorney for Plaintiff State of Delaware* | 40 Capitol Square SW Atlanta, GA 30334 |
| 15 | Laura C. Beckerman (DC Bar No. 1008120) | Phone: (404) 458-4294 Fax:    (404) 464-8212 |
| 16 | Senior Trial Counsel | dzisook@law.ga.gov |
| 17 | Public Advocacy Division D.C. Office of the Attorney General | *Attorney for Plaintiff State of Georgia* |
| 18 | 400 6th Street NW, 10th Floor | Christopher J.I. Leong (HI Bar No. 9662) |
| 19 | Washington, DC 20001 Phone: (202) 655-7906 | Deputy Attorney General Hawaii Department of the Attorney |
| 20 | Laura.Beckerman@dc.gov | General |
| 21 | *Attorney for Plaintiff District of Columbia* | 425 Queen Street Honolulu, HI 96813 |
| 22 | | Phone: (808) 586-1180 |
| 23 | | Fax:    (808) 586-1205 christopher.ji.leong@hawaii.gov |
| 24 | | *Attorney for Plaintiff State of Hawaii* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457)<br>Assistant Attorneys General<br>Consumer Protection Section<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612<br>Phone: (785) 296-3751<br>Fax:    (785) 291-3699<br>Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov<br>*Attorneys for Plaintiff State of Kansas* |
| Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General<br>Elizabeth Blackston (IL Bar No. 6228859)<br>Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62791<br>Phone: (217) 782-4436<br>philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov<br>*Attorneys for Plaintiff People of the State of Illinois* | Jonathan E. Farmer (KY Bar No. 91999)<br>Deputy Executive Director of Consumer Protection<br>Office of the Attorney General of Kentucky<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Phone: (502) 696-5448<br>Fax:    (502) 573-8317<br>Jonathan.Farmer@ky.gov<br>*Attorney for Plaintiff Commonwealth of Kentucky* |
| Benjamin Bellus (IA Bar No. AT0000688)<br>William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Phone: (515) 242-6536 (Bellus)<br>         (515) 242-6773 (Pearson)<br>Fax:    (515) 281-6771<br>Benjamin.Bellus@ag.iowa.gov<br>William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General<br>Office of the Attorney General Liz Murrill<br>1885 North Third St.<br>Baton Rouge, LA 70802<br>Phone: (225) 326-6164<br>Fax:    (225) 326-6499<br>WilliamsZ@ag.louisiana.gov<br>*Attorney for Plaintiff State of Louisiana* |

| | | |
|---|---|---|
| 1 | Brendan O'Neil (ME Bar No. 009900) | Kathy P. Fitzgerald (MI Bar No. P31454) |
| | Michael Devine (ME Bar No. 005048) | Michael S. Hill (MI Bar No. P73084) |
| 2 | Assistant Attorneys General | Assistant Attorneys General |

1  Brendan O'Neil (ME Bar No. 009900)          Kathy P. Fitzgerald (MI Bar No. P31454)
   Michael Devine (ME Bar No. 005048)          Michael S. Hill (MI Bar No. P73084)
2  Assistant Attorneys General                 Assistant Attorneys General
   Office of the Maine Attorney General        Michigan Department of Attorney General
3  6 State House Station                       Corporate Oversight Division
4  Augusta, ME 04333                           P.O. Box 30736
   Phone: (207) 626-8800                       Lansing, MI 48909
5  Fax:   (207) 624-7730                       Phone: (517) 335-7632
                                               Fax:   (517) 335-6755
6  brendan.oneil@maine.gov                     fitzgeraldk@michigan.gov
   michael.devine@maine.gov                    Hillm19@michigan.gov
7  *Attorneys for Plaintiff State of Maine*    *Attorneys for Plaintiff People of the*
8                                              *State of Michigan*
   Philip Ziperman (Fed. Bar No. 12430)
9  Deputy Counsel
   Office of the Attorney General              Bennett Hartz (MN Bar No. 0393136)
10 200 St. Paul Place                          Assistant Attorney General
11 Baltimore, MD 21202                         Office of the Minnesota Attorney General
                                               445 Minnesota Street, Suite 1200
12 Phone: (410) 576-6417                       Saint Paul, MN 55404
   Fax:   (410) 576-6566                       Phone: (651) 757-1235
13 pziperman@oag.state.md.us
   *Attorney for Plaintiff Maryland Office of* bennett.hartz@ag.state.mn.us
14 *the Attorney General*                      *Attorney for Plaintiff State of Minnesota,*
15                                             *by its Attorney General, Keith Ellison*

16 Carol Guerrero (MA Bar No. 705419)
   Assistant Attorney General                  James M. Rankin (MS Bar No. 102332)
17 Michael N. Turi (MA Bar No. 706205)         Special Assistant Attorney General
   Deputy Chief, Consumer Protection           Mississippi Attorney General's Office
18 Division                                    P.O. Box 220
19 Massachusetts Office of the Attorney        Jackson, MS 39205
   General                                     Phone: (601) 359-4258
20 One Ashburton Place, 18th Floor             james.rankin@ago.ms.gov
21 Boston, MA 02108                            *Attorney for Plaintiff Lynn Fitch,*
   Phone: (617) 963-2783                       *Attorney General State of Mississippi*
22 Fax:   (617) 727-5765
23 mailto:Carol.Guerrero@mass.gov
   Michael.Turi@mass.gov
24 *Attorneys for Plaintiff Commonwealth of*
25 *Massachusetts*

26
27
28

                                              9

Eliot Gusdorf (MO Bar No. 73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
eliot.gusdorf@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:    (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:    (973) 648-3879
Blair.Gerold@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Billy Jimenez (NM Bar No. 144627)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 527-2694
Fax:     (505) 490-4883
Bjimenez@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:     (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

Stephen N. Provazza (RI Bar No. 10435)
Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
Phone: (401) 274-4400, ext. 2476
Fax: (401) 222-1766
sprovazza@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
Fax: (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax: (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax: (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax: (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:     (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:     (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:     (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:     (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*