KRISTIN K. MAYES
Attorney General of Arizona
(Firm AZ State Bar No. 14000)
John Raymond Dillon IV (AZ State Bar No. 036796)
Sarah Pelton (AZ State Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov
Counsel for Plaintiff State of Arizona

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*, <br><br> Defendants. | CASE NO.: 4:23-cv-00233-TUC-CKJ (MAA) <br><br> **PLAINTIFFS' MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** |

Pursuant to Rule 36(a)(6) of the Federal Rules of Civil Procedure, Plaintiff States (collectively, "Plaintiffs"), respectfully request the Court to determine the sufficiency of certain answers and objections from Defendants Michael D. Lansky, L.L.C. dba Avid Telecom ("Avid Telecom"), Stacey S. Reeves ("Reeves"), and Michael D. Lansky ("Lansky"), collectively, "Defendants", in response to Plaintiffs' Second Set of Requests for Admission (the "Requests").

This Motion is supported by the following Memorandum of Points and Authorities, the Declaration of Sarah Pelton and the exhibits attached thereto, any oral argument that may be heard on this issue, all other pleadings and papers on file in this action, and any other evidence that may be presented to the Court.

**GOOD FAITH CONSULTATION CERTIFICATE**

In accordance with Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.2(j), undersigned counsel represents that prior to filing the instant Motion, Plaintiffs attempted to personally confer with Defendants' counsel regarding their failure to respond to Plaintiffs' Requests, but to no avail. *See* Declaration of Sarah Pelton ("Pelton Decl."), dated December 18, 2025 at ¶¶ 6-8, Ex. C. Accordingly, Plaintiffs were left with no alternative other than to file and serve this Motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Plaintiffs brought this lawsuit to protect consumers from Defendants' illegal telemarketing and robocall schemes. As set forth in the Complaint, Defendants are in the business of providing Voice over Internet Protocol ("VoIP") services, facilitating or initiating robocalls, and/or helping others make illegal robocalls – in violation of multiple state and federal laws.

On October 17, 2025, Plaintiffs served Defendants with the Requests seeking admission of relevant and admissible evidence in Defendants' knowledge related to Plaintiffs' causes of action under the Telemarketing and Consumer Fraud and Abuse Prevention Act, the Telemarketing Sales Rules, the Telephone Consumer Protection Act, the Truth in Caller ID Act, as well as other state and federal laws, and Defendants' claimed defenses thereto. *See* Pelton Decl. at ¶ 3, Ex. A.

Defendants served their responses on November 16, 2025. *Id.* at ¶ 4, Ex. B. However, in violation of Rule 36, Defendants' responses were insufficient. Accordingly, Plaintiffs request the Court to determine the sufficiency of Defendants' responses.

**II.   RELEVANT FACTS**

On or around October 17, 2025, Plaintiffs served Defendants with the Requests pursuant to Rule 36 of the Federal Rules of Civil Procedure. *See* Pelton Decl. at ¶ 3, Ex. A.

1  The Requests sought relevant discovery regarding matters at the heart of the Complaint
2  and Defendants' defenses thereto, namely admissions concerning Defendants' business of
3  facilitating, initiating, and/or helping others make illegal robocalls; Defendants' business
4  records evidencing illegal telemarketing and robocalling activity; Defendants' purposeful
5  failure to implement any mitigating or corrective measures to prevent the perpetration of
6  illegal telemarketing and robocalling activity; and the monies and compensation
7  Defendants earned through their illegal telemarketing and robocalling activity. *Id*. at Ex.
8  A.

9  Defendants served their responses on November 16, 2025. *Id.* at ¶ 4, Ex. B.

10  On or around November 25, 2025, the Court held a telephonic conference on the
11  status of the parties' discovery disputes. Plaintiffs asserted that from their initial review of
12  Defendants' responses, there were several issues present that were also observed in
13  Defendants' responses to Plaintiffs' First RFAs, namely that the responses were evasive
14  and had unsubstantiated relevance objections. *Id.* at ¶ 5.

15  On or around December 9, 2025, the parties held a meet and confer. During the
16  meeting, Plaintiffs raised the deficiencies in Defendants' responses again – that they were
17  evasive and failed to elaborate on relevance objections. *Id.* at ¶ 6.  Plaintiffs followed up
18  with defense counsel after the meet and confer with an itemized list of the deficiencies. *Id.*
19  at ¶ 7, Ex. C. Defense counsel acknowledged receipt of the email, but have not responded
20  to the substance of Plaintiffs' concerns. *Id.* at ¶ 8.

21  Plaintiffs attempted multiple times to clear up this issue with Defendants to no avail.
22  Accordingly, left with no other alternative, Plaintiffs were forced to file and serve the
23  instant motion.

## III. ARGUMENT

### A. Defendants' Responses Are Evasive and Contain Improper Objections, Making Them Insufficient under the Federal Rules of Civil Procedure.

#### 1. Defendants' Responses Are Insufficient Because They are Evasive, Qualified, and Based on an Unreasonable Reading of Plaintiffs' Actual Request.

Defendants' responses are insufficient under the Federal Rules because they evade the central ask of the Request and unilaterally qualify responses on Defendants' unreasonable understanding of Plaintiffs' Requests. Federal Rule of Civil Procedure 36 requires the answering party to respond in one of three ways to a Request for Admission: (1) admit the Request; (2) deny the Request; or (3) explain "why the answering party is unable to admit or deny the matter." Fed. R. Civ. P. 36(a)(4); *see also AmeriPride Servs., Inc. v. Valley Indus. Servs., Inc.*, No. CIV 2:00-cv-0113-LKK-JFM, 2011 WL 1321873, at *2 (E.D. Cal. Apr. 1, 2011). Rule 36 serves to expedite matters for trial by "establishing certain material facts as true and thus narrowing the range of issues[.]" *Asea, Inc. v. Southern Pac. Transp. Co.*, 669 F.2d 1242, 1245 (9th Cir. 1981). "A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest." Fed. R. Civ. P. 36(a)(4).

Requests for admission should not focus on evasion and word play. *Marchand v. Mercy Med. Ctr.*, 22 F.3d 933, 936 (9th Cir. 1994) ("Parties may not view requests for admission as a mere procedural exercise requiring minimally acceptable conduct."). When the purpose and significance of a request are reasonably clear, courts do not permit denials based on an overly technical reading of the request. *Holmgren v. State Farm Mut. Auto. Ins. Co.*, 976 F.2d 573, 580 (9th Cir. 1992) ("[E]pistemological doubts speak highly of [a party's] philosophical sophistication, but poorly of its respect for Rule 36(a)."); *see also U.S. ex rel. Englund v. Los Angeles Cty.*, 235 F.R.D. 675, 684 (E.D. Cal. 2006) ("[A] party who is unable to agree with the exact wording of the request for admission should agree to

an alternate wording or stipulation."). Further, evasive denials, or responses that do "not set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter, may be deemed an admission." *Asea, Inc.*, 669 F.2d at 1245.

Here, a majority, if not the entirety, of Defendants' responses are deficient under Rule 36 because they (1) explicitly premise each response on stated objections, and (2) improperly introduce unsupported opinions about observance of industry standards of care.

Specifically, Defendants' responses to Request Nos. 3-7, 15-19, 23-38, 40, 42-46, and 51 show a troubling pattern of avoiding the substance of each Request in a way that renders the response unusable. To illustrate, Defendants' response to Request 17 does not answer the entirety of the Request. Request 17 asks whether Sumco Enterprise was a customer of Defendant Avid Telecom's VoIP service <u>or DID product</u> (emphasis added), but Defendants' response only addresses Avid Telecom's VoIP service. As another example, Request 23 asked whether Defendant Avid Telecom received a Traceback from the ITG related to a call from one of Avid Telecom's customers. Defendants' response did not acknowledge a Traceback or the ITG in its response and added unnecessary, self-serving narrative that Avid Telecom complied with industry standards.

### 2. **Defendants' Responses Include Improper Relevance Objections.**

In its responses, Defendants stated Request Nos. 8-9, 12, and 47 are irrelevant, and refused to provide responses on that basis. But Rule 36 requires any party objecting to a Request for Admission to state "[t]he grounds for objecting[.]" Fed. R. Civ. P. 36(a)(5). Relevance objections must set forth an "explanation or argument why the requested [discovery is] not relevant", or they will be deemed improper. *A. Farber & Partners, Inc. v. Garber*, 234 F.R.D. 186, 188 (C.D. Cal. 2006); *see also Big City Dynasty v. FP Holdings, L.P.*, 336 F.R.D. 507, 510 (D. Nev. 2020) ("The party resisting discovery must specifically detail the reasons why each request is irrelevant or otherwise objectionable, and may not rely on boilerplate, generalized, conclusory, or speculative arguments.").

Defendants' deliberate efforts to evade and alter the substance of the Requests propounded upon them are improper and in direct violation of Rule 36 of the Federal Rules of Civil Procedure. Rule 36(a)(4) requires Defendants to admit or specifically deny each Request or state in detail why they cannot, which Defendants failed to do, instead relying on improper objections and qualifications. Consequently, Plaintiffs request the Court order Defendants to strike the responses to the certain aforementioned Requests and order Defendants to serve new responses.

## IV.   CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request the Court to order Defendants to strike the responses to Request Nos. 3-7, 8-9, 12, 15-19, 23-38, 40, 42-47, and 51 and order Defendants to serve new responses to Plaintiffs' Second Set of Requests for Admission.

RESPECTFULLY SUBMITTED this 18th day of December, 2025.

**FOR THE STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General for the State of Arizona

/s/ John Raymond Dillon IV
JOHN RAYMOND DILLON IV
SARAH PELTON
Assistant Attorneys General
*Attorneys for the State of Arizona*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
THOMAS L. MARTINDALE
Deputy Attorneys General
*Attorneys for the State of Indiana*

| | | |
|---|---|---|
| 1 | **FOR THE STATE OF NORTH CAROLINA:** | FOR THE STATE OF OHIO: |
| 2 | JEFF JACKSON | DAVE YOST |
| 3 | Attorney General for the State of North Carolina | Attorney General for the State of Ohio |
| 4 | | /s/ Erin B. Leahy |
| 5 | /s/ Tracy Nayer | ERIN B. LEAHY |
| 6 | TRACY NAYER<br>ROCHELLE SPARKO | EMILY G. DIETZ<br>Assistant Attorneys General |
| 7 | Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* | *Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I caused the foregoing **PLAINTIFFS' MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Sarah Pelton
Assistant Attorney General
Counsel for the Plaintiff State of Arizona

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) | Tracy Nayer (NC Bar No. 36964) |
| Sarah Pelton (AZ Bar No. 039633) | Rochelle Sparko (NC Bar No. 38528) |
| Assistant Attorneys General | Special Deputy Attorneys General |
| Arizona Attorney General's Office | North Carolina Department of Justice |
| 2005 North Central Avenue | Consumer Protection Division |
| Phoenix, AZ 85004 | P.O. Box 629 |
| Phone: (602) 542-8018 | Raleigh, North Carolina 27602 |
| Fax:   (602) 542-4377 | Phone:  (919) 716-6000 |
| john.dillonIV@azag.gov | Fax:    (919) 716-6050 |
| sarah.pelton@azag.gov | tnayer@ncdoj.gov |
| *Attorneys for Plaintiff State of Arizona* | rsparko@ncdoj.gov |
| | *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) | |
| Thomas L. Martindale (IN Bar No. 29706-64) | Erin B. Leahy (OH Bar No. 0069509) |
| Deputy Attorneys General | Emily G. Dietz (OH Bar No. 0104729) |
| Office of the Indiana Attorney General Todd Rokita | Assistant Attorneys General |
| Indiana Govt. Center South, 5th Fl. | Office of Attorney General Dave Yost |
| 302 W. Washington St. | 30 East Broad Street, 14th Fl. |
| Indianapolis, IN 46204-2770 | Columbus, OH 43215 |
| Phone: (317) 232-6294 (Swetnam) | Phone: (614) 752-4730 (Leahy) |
|           (317) 232-7751 (Martindale) |            (614) 466-3493 (Dietz) |
| Fax:    (317) 232-7979 | Erin.Leahy@OhioAGO.gov |
| douglas.swetnam@atg.in.gov | Emily.Dietz@OhioAGO.gov |
| thomas.martindale@atg.in.gov | *Attorneys for Plaintiff State of Ohio* |
| *Attorneys for Plaintiff State of Indiana* | |

*Lead Counsel for Plaintiffs*

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
       (515) 242-6773 (Pearson)
Fax:   (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:   (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:   (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Eliot Gusdorf (MO Bar No. 73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:    (314) 340-7891
eliot.gusdorf@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:    (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:    (973) 648-3879
Blair.Gerold@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 651-7565
Fax:     (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:     (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

| | | |
|---|---|---|
| 1 | Stephen N. Provazza (RI Bar No. 10435) | David Shatto (Fed. Bar No. 3725697; TX |
| | Assistant Attorney General | Bar No. 24104114) |
| 2 | Rhode Island Office of the Attorney | Assistant Attorney General |
| 3 | General | Attorney General for the State of Texas |
| | 150 S. Main Street | Office of the Attorney General |
| 4 | Providence, RI 02903 | P.O. Box 12548 (MC-010) |
| | Phone: (401) 274-4400, ext. 2476 | Austin, TX 78711 |
| 5 | Fax:    (401) 222-1766 | Phone: (512) 463-2185 |
| 6 | sprovazza@riag.ri.gov | Fax:    (512) 473-9125 |
| | *Attorney for Plaintiff State of Rhode* | David.Shatto@oag.texas.gov |
| 7 | *Island* | *Attorney for Plaintiff State of Texas* |
| 8 | | |
| 9 | Kristin Simons (SC Bar No. 74004) | Alexandra Butler (UT Bar No. 19238) |
| | Senior Assistant Attorney General | Assistant Attorney General |
| 10 | South Carolina Attorney General's | Utah Attorney General's Office |
| | Office | 160 East 300 South, 5th Floor |
| 11 | P.O. Box 11549 | P.O. Box 140872 |
| 12 | Columbia, SC 29211-1549 | Salt Lake City, UT 84114-0872 |
| | Phone: (803) 734-6134 | Phone: (385) 910-5533 |
| 13 | mailto:ksimons@scag.gov | Fax:    (801) 366-0315 |
| 14 | *Attorney for Plaintiff State of South* | alexandrabutler@agutah.gov |
| | *Carolina* | *Attorney for Plaintiff Utah Division of* |
| 15 | | *Consumer Protection* |
| 16 | Austin C. Ostiguy (TN Bar No. 040301) | |
| | Tyler T. Corcoran (TN Bar No. 038887) | James Layman (VT Bar No. 5236) |
| 17 | Assistant Attorneys General | Office of the Vermont Attorney General |
| 18 | Office of the Tennessee Attorney | 109 State Street |
| | General | Montpelier, VT 05609-1001 |
| 19 | P.O. Box 20207 | Phone: (802) 828-2315 |
| | Nashville, TN 37202 | Fax:    (802) 304-1014 |
| 20 | Phone: (615) 532-7271 (Ostiguy) | James.Layman@vermont.gov |
| 21 | (615) 770-1714 (Corcoran) | *Attorney for Plaintiff State of Vermont* |
| | Fax:    (615) 532-2910 | |
| 22 | austin.ostiguy@ag.tn.gov | |
| 23 | tyler.corcoran@ag.tn.gov | |
| | *Attorneys for Plaintiff State of Tennessee* | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 N. Ninth St.<br>Richmond, VA 23219<br>Phone: (804) 371-0871<br>Fax:    (804) 786-0122<br>gward@oag.state.va.us<br>*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General* | Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:    (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General* |
| Zorba Leslie (WA Bar No. 58523)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 340-6787<br>Fax:    (206) 464-6451<br>zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* | Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:    (608) 294-2907<br>gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin* |
| | Cameron W. Geeting (WY Bar No. 7--5338)<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |