KRISTIN K. MAYES
Attorney General of Arizona
(Firm AZ State Bar No. 14000)
John Raymond Dillon IV (AZ State Bar No. 036796)
Sarah Pelton (AZ State Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov

Counsel for Plaintiff State of Arizona

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*,<br><br>  Defendants. | CASE NO.: 4:23-cv-00233- TUC-CKJ (MAA)<br><br>**DECLARATION OF SARAH PELTON IN SUPPORT OF THE STATE OF ARIZONA, *EX REL*. KRISTIN K. MAYES, ATTORNEY GENERAL'S MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' ANSWERS AND OBJECTIONS TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** |

1. I am an Assistant Attorney General in the Civil Litigation Division at the Arizona Attorney General's Office, counsel of record for Plaintiff State of Arizona, *ex rel.* Kristin K. Mayes, and a lead state for the Plaintiff States ("Plaintiffs"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion to Determine the Sufficiency of Defendants' Avid Telecom, Michael Lansky, and Stacey S. Reeves

("Defendants"), Answers and Objections to Plaintiffs' Second Set of Requests for Admission (the "Motion").

3. On or around October 17, 2025, Plaintiffs served their First Set of Requests for Admission on the Defendants (the "Requests"). Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Requests.

4. Defendants submitted their responses on November 16, 2025. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' responses.

5. On or around November 25, 2025, the Court held a telephonic conference on the status of the parties' discovery disputes. Plaintiffs asserted that from their initial review of Defendants' responses, there were several issues present that were also observed in Defendants' responses to Plaintiffs' First RFAs, namely that the responses were evasive and had unsubstantiated relevance objections.

6. On or around December 9, 2025, the parties held a meet and confer. During the meeting, Plaintiffs raised the deficiencies in Defendants' responses again – that they were evasive nature and failed to elaborate on their relevancy objections.

7. On or around December 9, 2025, I sent an email to defense counsel following up on the meet and confer with an itemized list of the deficiencies in Defendants' responses. Attached hereto as **Exhibit C** is a true and correct copy of my December 9, 2025 email.

8. On or around December 9, 2025, defense counsel acknowledged receipt of my December 9, 2025 email, but have not yet responded to Plaintiffs' concerns.

9. Plaintiffs attempted to meet and confer on this issue to no avail. Thus, Plaintiffs had no choice but to draft and file the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2025 at Phoenix, Arizona.

// // // // //

2

| | |
|---|---|
| 1 | */s/   Sarah Pelton*  |
| 2 | Sarah Pelton (AZ State Bar No. 039633)<br>Counsel for Plaintiff State of Arizona |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I caused the foregoing **DECLARATION OF SARAH PELTON IN SUPPORT OF THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, ATTORNEY GENERAL'S MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' ANSWERS AND OBJECTIONS TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Sarah Pelton
Assistant Attorney General
Counsel for the Plaintiff State of Arizona

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) | Tracy Nayer (NC Bar No. 36964) |
| Sarah Pelton (AZ Bar No. 039633) | Rochelle Sparko (NC Bar No. 38528) |
| Assistant Attorneys General | Special Deputy Attorneys General |
| Arizona Attorney General's Office | North Carolina Department of Justice |
| 2005 North Central Avenue | Consumer Protection Division |
| Phoenix, AZ 85004 | P.O. Box 629 |
| Phone: (602) 542-8018 | Raleigh, North Carolina 27602 |
| Fax:    (602) 542-4377 | Phone:  (919) 716-6000 |
| john.dillonIV@azag.gov | Fax:      (919) 716-6050 |
| sarah.pelton@azag.gov | tnayer@ncdoj.gov |
| *Attorneys for Plaintiff State of Arizona* | rsparko@ncdoj.gov |
| | *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) | |
| Thomas L. Martindale (IN Bar No. 29706-64) | Erin B. Leahy (OH Bar No. 0069509) |
| Deputy Attorneys General | Emily G. Dietz (OH Bar No. 0104729) |
| Office of the Indiana Attorney General Todd Rokita | Assistant Attorneys General |
| Indiana Govt. Center South, 5th Fl. | Office of Attorney General Dave Yost |
| 302 W. Washington St. | 30 East Broad Street, 14th Fl. |
| Indianapolis, IN 46204-2770 | Columbus, OH 43215 |
| Phone: (317) 232-6294 (Swetnam) | Phone: (614) 752-4730 (Leahy) |
|            (317) 232-7751 (Martindale) |            (614) 466-3493 (Dietz) |
| Fax:    (317) 232-7979 | Erin.Leahy@OhioAGO.gov |
| douglas.swetnam@atg.in.gov | Emily.Dietz@OhioAGO.gov |
| thomas.martindale@atg.in.gov | *Attorneys for Plaintiff State of Ohio* |
| *Attorneys for Plaintiff State of Indiana* | |

***Lead Counsel for Plaintiffs***

| | | |
|---|---|---|
| 1 | Lindsay D. Barton (AL Bar No. 1165-G00N) | Nicklas A. Akers (CA Bar No. 211222) |

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
    (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
    (213) 269-6348 (Eskandari)
    (213) 269-6355 (Lundgren)
    (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
       (515) 242-6773 (Pearson)
Fax:   (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:   (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:   (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

18

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Eliot Gusdorf (MO Bar No. 73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:     (314) 340-7891
eliot.gusdorf@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:     (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:     (973) 648-3879
Blair.Gerold@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

| | |
|---|---|
| Anthony Juzaitis (NM Bar No. 164428)<br>Assistant Attorney General<br>New Mexico Department of Justice<br>408 Galisteo St.<br>Santa Fe, New Mexico 87501<br>Phone: (505) 651-7565<br>Fax:     (505) 490-4883<br>Ajuzaitis@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* | Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General<br>Office of the Oklahoma Attorney General<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Phone: (405) 522- 8129<br>Fax:     (405) 522-0085<br>mailto:sylvia.lanfair@oag.ok.gov<br>*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| Glenna Goldis (NY Bar No. 4868600)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (646) 856-3697<br>Glenna.goldis@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>Economic Justice Section<br>100 SW Market St.<br>Portland, OR 97201<br>Phone: (971) 673-1880<br>Fax:     (971) 673-1884<br>jordan.m.roberts@doj.oregon.gov<br>*Attorney for Plaintiff State of Oregon* |
| Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:     (701) 328-5568<br>mailto:ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota* | Mark W Wolfe (PA Bar No. 327807)<br>Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001<br>Phone: (717) 772-3558<br>Fax:     (717) 705-3795<br>mwolfe@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.* |

| | | |
|---|---|---|
| 1 | Stephen N. Provazza (RI Bar No. 10435)<br>Assistant Attorney General | David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114) |
| 2 | Rhode Island Office of the Attorney General | Assistant Attorney General<br>Attorney General for the State of Texas |
| 3 | 150 S. Main Street | Office of the Attorney General |
| 4 | Providence, RI 02903 | P.O. Box 12548 (MC-010) |
| 5 | Phone: (401) 274-4400, ext. 2476<br>Fax:    (401) 222-1766 | Austin, TX 78711<br>Phone: (512) 463-2185 |
| 6 | sprovazza@riag.ri.gov | Fax:    (512) 473-9125 |
| 7 | *Attorney for Plaintiff State of Rhode Island* | David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| 8 | | |
| 9 | Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General |
| 10 | South Carolina Attorney General's Office | Utah Attorney General's Office<br>160 East 300 South, 5th Floor |
| 11 | P.O. Box 11549 | P.O. Box 140872 |
| 12 | Columbia, SC 29211-1549<br>Phone: (803) 734-6134 | Salt Lake City, UT 84114-0872<br>Phone: (385) 910-5533 |
| 13 | mailto:ksimons@scag.gov | Fax:    (801) 366-0315 |
| 14 | *Attorney for Plaintiff State of South Carolina* | alexandrabutler@agutah.gov |
| 15 | | *Attorney for Plaintiff Utah Division of Consumer Protection* |
| 16 | Austin C. Ostiguy (TN Bar No. 040301) | |
| 17 | Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General |
| 18 | Office of the Tennessee Attorney General | 109 State Street<br>Montpelier, VT 05609-1001 |
| 19 | P.O. Box 20207 | Phone: (802) 828-2315 |
| 20 | Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy) | Fax:    (802) 304-1014<br>James.Layman@vermont.gov |
| 21 | (615) 770-1714 (Corcoran)<br>Fax:    (615) 532-2910 | *Attorney for Plaintiff State of Vermont* |
| 22 | austin.ostiguy@ag.tn.gov | |
| 23 | tyler.corcoran@ag.tn.gov | |
| 24 | *Attorneys for Plaintiff State of Tennessee* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General | Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General |
| 2 | Office of the Attorney General of Virginia | West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division |
| 3 | 202 N. Ninth St. | P.O. Box 1789 |
| 4 | Richmond, VA 23219<br>Phone: (804) 371-0871 | Charleston, WV 25326<br>Phone: (304) 558-8986 |
| 5 | Fax:    (804) 786-0122 | Fax:    (304) 558-0184 |
| 6 | gward@oag.state.va.us | Ashley.T.Wentz@wvago.gov |
| 7 | *Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares,* | *Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey,* |
| 8 | *Attorney General* | *Attorney General* |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*