**Exhibit IV**

**<u>Response of Defendants for First Request for Admission sent to Plaintiffs on</u>**

**<u>September 24, 2025.</u>**

Greg TaylorFriday, December 19, 2025 at 4:21:59 PM Central Standard Time

| | |
|---|---|
| **Subject:** | [AZ v/ Avid Telecom] Reeves RFA responses (corrected) |
| **Date:** | Wednesday, September 24, 2025 at 11:55:46 AM Central Daylight Time |
| **From:** | Greg Taylor <gtaylor@tlgdc.com> |
| **To:** | Nayer, Tracy <Tnayer@ncdoj.gov> |
| **CC:** | Alyse.Meislik@azag.gov <Alyse.Meislik@azag.gov>, Douglas Swetnam (IN AG) (douglas.swetnam@atg.in.gov) <douglas.swetnam@atg.in.gov>, Dylan.Jones@azag.gov <Dylan.Jones@azag.gov>, Emily Dietz (OH AG) (Emily.Dietz@OhioAGO.gov) <Emily.Dietz@OhioAGO.gov>, Erin Leahy (OH AG) (erin.leahy@ohioago.gov) <erin.leahy@ohioago.gov>, Erin Leahy <erin.leahy@ohioago.gov>, John Dillon (AZ AG) (John.DillonIV@azag.gov) <John.DillonIV@azag.gov>, Laura Dilweg (AZ AG) (Laura.Dilweg@azag.gov) <Laura.Dilweg@azag.gov>, Neil Ende <nende@tlgdc.com>, Sarah.Pelton@azag.gov <Sarah.Pelton@azag.gov>, Sparko, Rochelle <rsparko@NCDOJ.GOV>, Thomas Martindale (IN AG) (Thomas.Martindale@atg.in.gov) <Thomas.Martindale@atg.in.gov> |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, Reeves RFA Responses (Final).pdf |

Tracy:

As Neil advised, please find attached the corrected RFA responses for Defendant Reeves. This corrected version does not include the attorney work product like the original version.

Again, we ask pursuant to FRCP 26(b)(5)(B) that all copies of the original Reeves responses be destroyed without review.

Thank you!

Best,
Greg Taylor, of Counsel
Technology Law Group, LLC
80 E. Fifth St. **|** Second Floor **|** Edmond, OK 73034
T: +1 405.896.2266 **|** F: +1 405.701.6174
gtaylor@tlgdc.com **|** Linkedin: Greg Taylor **|** Twitter: @telcoatty





Case 4:23-cv-00233-CKJ-MAA   Document 191-4   Filed 12/19/25   Page 3 of 3

2 of 2