**Exhibit V**

<u>**Supplemental Response of Reeves for Plaintiffs First Request for Admission**</u>

<u>**Sent on December 1, 2025.**</u>

Outlook

## [AZ v Avid Telecom] First Supplemental Response of Defendant Reeves to Plaintiffs' RFA. (As Served 12-01-25)

**From** Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Date** Mon 12/1/2025 5:40 PM
**To** Tnayer@ncdoj.gov <Tnayer@ncdoj.gov>; Alyse.Meislik@azag.gov <Alyse.Meislik@azag.gov>; douglas.swetnam@atg.in.gov <douglas.swetnam@atg.in.gov>; Dylan.Jones@azag.gov <Dylan.Jones@azag.gov>; erin.leahy@OhioAGO.gov <erin.leahy@OhioAGO.gov>; john.DillonIV@azag.gov <john.DillonIV@azag.gov>; Sarah.Pelton@azag.gov <Sarah.Pelton@azag.gov>; Thomas.Martindale@atg.in.gov <Thomas.Martindale@atg.in.gov>; rsparko@ncdoj.gov <rsparko@ncdoj.gov>; lindsay.dawson@AlabamaAG.gov <lindsay.dawson@AlabamaAG.gov>; Robert.Tambling@AlabamaAG.gov <Robert.Tambling@AlabamaAG.gov>; Amanda.wentz@arkansasag.gov <Amanda.wentz@arkansasag.gov>; nicklas.akers@doj.ca.gov <nicklas.akers@doj.ca.gov>; bernard.eskandari@doj.ca.gov <bernard.eskandari@doj.ca.gov>; michelle.burkart@doj.ca.gov <michelle.burkart@doj.ca.gov>; rosailda.perez@doj.ca.gov <rosailda.perez@doj.ca.gov>; timothy.lundgren@doj.ca.gov <timothy.lundgren@doj.ca.gov>; michel.singernelson@coag.gov <michel.singernelson@coag.gov>; brendan.flynn@ct.gov <brendan.flynn@ct.gov>; Ryan.costa@delaware.gov <Ryan.costa@delaware.gov>
**Cc** Neil Ende <nende@tlgdc.com>; Greg Taylor <gtaylor@tlgdc.com>

📎 1 attachment (1 MB)
Reeves RFA Responses (as sent 12-01-2025).pdf;

Attached are the First Supplemental Response of Defendant Reeves to Plaintiffs' First Rule 36 Request for Admissions.

Thank you.

**TECHNOLOGY LAW GROUP**
202.895.1707 (Office)
202.478.5074 (Facsimile)

ATTORNEY-CLIENT PRIVILEGE/CONFIDENTIALITY NOTICE:  This message and any attachments may contain confidential information and may be ATTORNEY CLIENT PRIVILEGED AND/OR constitute ATTORNEY WORK PRODUCT and should not be shared with third parties.  This message is for use by the intended recipient(s) only. If you have received this email in error, do not read the contents and do not share with any third party.  Please notify the sender of the erroneous delivery immediately by reply email and promptly delete this message and all attachments from your system.