JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Fax:    (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*,<br><br>     Defendants. | Case No.: 4:23-cv-00233-TUC-CKJ<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DETERMINE THE SUFFICIENCY OF DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION** |

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Plaintiffs respectfully submit their Reply to Defendants' Response to Plaintiff's Motion to Determine the Sufficiency of Defendants' Response to First Requests for Admission ("Defendants' Response"). Below, Plaintiffs establish that Plaintiffs' attempts to meet and confer met the requirements of Fed. R. Civ. P. 37; that Defendants' untimely responses are admitted by operation of Fed. R. Civ. P. 36, or, in the alternative, that the Court order Defendants to serve new responses without objection; that Defendants' responses are insufficient given the typographical errors and boilerplate objections they contain; and that Defendants' responses are evasive and fail to comply with the requirements of Fed. R. Civ. P. 36.

**II.   ARGUMENT**

**A. Plaintiffs' Made Sufficient Attempts to Meet and Confer with Defense Counsel.**

Fed. R. Civ. P. 37(a)(1) requires that the party bringing a discovery motion certify that they have "in good faith conferred or attempted to confer" with the opposing party. As set out in Plaintiffs' Motion (Doc. 187) and below, Plaintiffs have met this standard.

In accordance with defense counsel's stated preference to meet and confer by written correspondence, on October 17, 2025, Plaintiffs sent defense counsel a detailed, substantive email detailing the deficiencies present in Defendants' responses to Plaintiffs' First Requests for Admission and requesting defense counsel's availability to discuss the issues further by October 22, 2025. (Doc. 187-2, Ex. G). Defense counsel did not respond to this email. (Doc. 187-1, ¶ 9).

At the November 24, 2025, status conference with the Court, Plaintiffs raised the issue of Defendants' deficient responses, summarizing the concerns outlined in the October 17 email and informing the Court that the Defendants had not responded to the email. Defendants' counsel informed the Court that he believed that supplemental responses had been sent approximately one month earlier and that he would follow up.

1       Following the November 24, 2025, status conference, the parties engaged in
2 extensive email communications concerning Defendants' Responses and whether
3 Defendants had in fact supplemented their responses as counsel had represented to the
4 Court. Ultimately, Defendants' counsel acknowledged that no supplemental responses had
5 been sent by any of the Defendants. (*See* Doc. 187-1, ¶¶ 10-18; Doc. 187-2, Ex. I).

6       On December 1, 2025, Defendant Reeves provided a supplemental Response
7 correcting some typographical errors. (*See* Doc 187-1, ¶18; Doc. 187-2, Ex. P) Defense
8 counsel's response to Plaintiffs' substantive concerns came on December 4, 2025, over six
9 weeks after Plaintiffs' initial email. (*See* Doc. 191-3). Rather than agreeing to discuss
10 Plaintiffs' concerns, defense counsel's long-awaited reply flatly denied that Defendants'
11 responses were improper ("Our objections are not 'boilerplate' under that standard."; Doc.
12 191-3, pg. 2) and conditioned their participation in a meet and confer on Plaintiffs'
13 completion of busy work ("If you do so [provide another, more-detailed written description
14 of disputes], we will be pleased to respond at the meet and confer."; Doc. 191-3, pg. 2).

15      Plaintiffs' good-faith attempts to confer with defense counsel, as required by Fed.
16 R. Civ. P. 37, were frustrated by Defendants' lack of meaningful, substantive responses.
17 *See Silver Screen Films Inc. v. Hollywood Media Venture, LLC*, No. 2:22-cv-08901-SB-
18 SSC, 2023 U.S. Dist. LEXIS 203137, at *6 (C.D. Cal. Nov. 9, 2023) (Plaintiff ordered to
19 show cause, where "the Court is especially concerned by the conduct of Plaintiff's counsel,
20 who [] asks the Court to strike the motion…as procedurally improper when he was the one
21 who prevented Defendants' compliance with the Court's rules by not responding to
22 Defendants' attempt to meet and confer.").

23      Additionally, Plaintiffs engaged in substantive correspondence with Defendants
24 concerning the discovery disputes, which satisfies Fed. R. Civ. P. 37's requirements. *See*
25 *Yellowstone Valley Brewing v. Luxco, Inc.*, No. CV 08-40-BLG-RFC-CSO, 2010 U.S. Dist.
26 LEXIS 158224, at *7 (D. Mont. March 25, 2010) (lack of meet and confer call not grounds
27 for denying discovery motion when moving party "pursue[d] detailed, comprehensive
28 correspondence…in an attempt to resolve the discovery issues"). Months before filing this

3

Motion, Plaintiffs presented their substantive issues to Defendants and attempted to schedule a time for the parties to discuss further. Accordingly, Plaintiffs have met their meet and confer obligations under Fed. R. Civ. P. 37.

### B. Defendants' Responses are Untimely and, By Operation of Law, Are Admitted.

If not timely answered, requests for admission are admitted by operation of law. Fed. R. Civ. P. 36(a)(3). Plaintiffs cite *Hadley v. United States* not to equate Defendants' untimeliness with that present in *Hadley*, but for the Ninth Circuit's succinct description of the effect of Fed. R. Civ. P. 36: "Under Rule 36(a) of the Federal Rules of Civil Procedure, if a party fails to answer a request for admissions within 30 days, the requested items are deemed admitted. Any matter thus admitted is conclusively established unless the court on motion permits withdrawal or amendment of the admission." 45 F.3d 1345, 1348 (9th Cir. 1995). Defendants do not deny that their responses were untimely, and they have not moved this Court to withdrawal their admissions. Accordingly, Defendants' Responses to Plaintiffs' First Set of Requests for Admission should be deemed admitted.

### C. Errors and Improper Objections Render Defendants' Untimely Responses Insufficient under the Federal Rules of Civil Procedure

#### 1. Defendants Incorrectly Claim that the Deficiencies in their Responses are Resolved.

Plaintiffs' Motion seeks corrected responses from Defendant Reeves given typographical errors that render them difficult to use for evidentiary or procedural purposes. The request for corrected responses is proper, and Defendants state in their Response to Plaintiffs' Motion that Defendant Reeves' Supplemental Response to Plaintiffs' First Request for Admissions is "devoid of any continuing. . . typographical errors." (D. 191, p. 8) Defendants further state that Defendant Reeves' Supplemental Response to Plaintiffs First Request for Admissions "conformed all of their references and sent back a revised version to Plaintiffs well before this Motion was filed." (D. 191, p. 8)

However, footnote 1 of Plaintiffs' Motion lists 32 Requests for Admission where these purportedly corrected errors persist in Defendant Reeves' Supplemental Responses to Plaintiffs' First Request for Admissions. (Doc. 187, at p. 6) Given that the errors persist though Defendants claim they are resolved, Defendants Reeves' responses remain insufficient under Rule 36 and require Defendant Reeves to serve a new supplemental response with these errors corrected.

## 2. Defendants Misstate the Standard of Review in Discovery Disputes over their Boilerplate Objections.

Defendants incorrectly state that Plaintiffs bear the burden of identifying, "*each objection that they believed were* [sic] *boilerplate (as there were more than on* [sic] *objection to each of the numbered responses) and to explain why they believe each is* boilerplate." D. 191, p. 8 (emphasis in original) As support for their position, Defendants cite two cases, neither of which addresses discovery disputes. One states that the moving party bears the burden in a hearing on an order to show cause why mandamus should not issue. *McDonald v. Harding*, 57 F.2d 119, 124 (9th Cir. 1932). The other finds that a stipulated agreement between the parties places the burden on the party seeking to enforce the agreement, in this case, the Plaintiffs. *Parsons v. Ryan*, 949 F.3d 443, 471 (9th Cir. 2020).

This, however, is a discovery dispute. Plaintiffs seek to have the court rule on the sufficiency of Defendants' responses to Plaintiffs' First Requests for Admissions. In discovery disputes, "the party who resists discovery has the burden to show that discovery should not be allowed, and has the burden of clarifying, explaining, and supporting its objections." *Pellerin v. Wagner*, No. 2:14-CV-02318 JWS, 2016 WL 950792, at *1 (D. Ariz. Mar. 14, 2016) (quoting *DIRECTV, Inc. v. Trone*, 209 F.R.D. 455, 458 (C.D. Cal. 2002)).

Defendants make extensive use of boilerplate relevance and vagueness objections, as well as objections that Plaintiffs' Requests call for legal conclusions. The extensive list

5

of Requests where Defendants make use of these copy and paste objections are found at footnotes 2-10 of Plaintiffs' Motion.

    Defendants' only argument that their objections are not impermissible boilerplate is that Plaintiffs bear the burden of identifying for Defendants each instance of boilerplate before Defendants can be expected to take any action to supplement their responses. This argument must fail, as it is based on an incorrect understanding of the law. Defendants have the burden to show that discovery should not be allowed and they have not met their burden. To the extent that Defendants have withheld admissions or denials based on these objections, their responses are deficient. Plaintiffs ask that Defendants be ordered to supplement their responses.

### D. **Defendants' Responses Do Not Meet the Requirements of Fed. R. Civ. P. 36**

    Defendants' Responses to Plaintiffs First Request for Admissions are evasive, qualified, and fail to meet the requirements set by Federal Rule of Civil Procedure 36. Fed. R. Civ. P. 36(a)(4). Plaintiffs argue that Defendants' responses that do not meet the Rule's requirement in their Motion to Determine the Sufficiency of Defendants' Responses to Plaintiffs' First Request for Admission. Plaintiffs specifically cite Defendants' responses to 32 Requests that do not admit, deny, or specifically state why they cannot do either in footnote 12 of Plaintiffs' Motion (D. 187, p. 11) Defendants only respond specifically to Defendant Lansky's response to Request Nos. 27, 33, Defendant Avid's response to Request No. 68 and Defendants Reeves' supplemented response Nos. 8 and 55.

    Defendants' Responses do not specifically deny all matters not admitted. Instead, nearly all of Defendants' Responses specifically admit a non –responsive matter, qualifying each admission such that it doesn't respond to Plaintiffs' Request or specifically deny part or all of the Request. Such responses are insufficient. *See Blemaster v. Sabo*, No. 2:16-CV-04557 JWS, 2017 WL 4843241, at *2-3 (D. Ariz. Oct. 25, 2017).

    Plaintiffs seek an order that Defendants amend their Responses to Requests where Defendants did not clearly admit, deny, or explain why they could not; and where

6

they specifically admitted to a non-responsive matter, qualifying their responses such that it does not specifically deny some or all of the Request.

### E. CONCLUSION

For the reasons set out in Plaintiffs' motion, Plaintiffs respectfully request judicial relief deeming Defendants' Responses to Plaintiffs' First Requests for Admissions admitted, or, in the alternative, ordering Defendants to supplement their Responses.

RESPECTFULLY SUBMITTED this 29th day of December 2025.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Rochelle Sparko<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796)<br>Sarah Pelton (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax:   (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Rochelle Sparko (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:   (919) 716-6000<br>Fax:      (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>           (317) 232-7751 (Martindale)<br>Fax:     (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Emily G. Dietz (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone:(614) 752-4730 (Leahy)<br>           (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone:(334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone:(501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone:(720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone:(860) 808-5400
Fax:   (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone:(302) 683-8811
Fax:   (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware, ex rel. Kathleen Jennings*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division

D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone:(202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone:(813) 287-7950
Fax:     (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone:(404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone:(808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone:(208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone:(217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone:(515) 242-6536 (Bellus)
           (515) 242-6773 (Pearson)
Fax:     (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone:(785) 296-3751
Fax:    (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone:(502) 696-5448
Fax:    (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone:(225) 326-6164
Fax:    (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone:(207) 626-8800
Fax:    (207) 624-7730

brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone:(410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone:(617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

1  Kathy P. Fitzgerald (MI Bar No. P31454)
   Michael S. Hill (MI Bar No. P73084)
2  Assistant Attorneys General
3  Michigan Department of Attorney General
4  Corporate Oversight Division
   P.O. Box 30736
5  Lansing, MI 48909
6  Phone:(517) 335-7632
   Fax:   (517) 335-6755
7  fitzgeraldk@michigan.gov
8  Hillm19@michigan.gov
   *Attorneys for Plaintiff People of the*
9  *State of Michigan*
10
   Bennett Hartz (MN Bar No. 0393136)
11 Assistant Attorney General
   Office of the Minnesota Attorney General
12 445 Minnesota Street, Suite 1200
13 Saint Paul, MN 55404
   Phone:(651) 757-1235
14 bennett.hartz@ag.state.mn.us
15 *Attorney for Plaintiff State of Minnesota,*
   *by its Attorney General, Keith Ellison*
16
17 James M. Rankin (MS Bar No. 102332)
   Special Assistant Attorney General
18 Mississippi Attorney General's Office
19 P.O. Box 220
   Jackson, MS 39205
20 Phone:(601) 359-4258
21 james.rankin@ago.ms.gov
   *Attorney for Plaintiff Lynn Fitch,*
22 *Attorney General State of Mississippi*
23
   Eliot Gusdorf (MO Bar No. 73225)
24 Assistant Attorney General
25 Office of the Missouri Attorney General
   815 Olive Street, Suite 200
26 St. Louis, MO 63101
   Phone:(314) 340-6816
27 Fax:   (314) 340-7891
28 eliot.gusdorf@ago.mo.gov

*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone:(406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone:(402) 471-1279
Fax:   (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone:(775) 684-1164
Fax:   (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Jeffrey Koziar (NJ Bar No. 015131999)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone:(609) 696-5363
Fax:   (973) 648-3879
Blair.Gerold@law.njoag.gov
Jeff.koziar@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone:(505) 651-7565
Fax:   (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone:(646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone:(701) 328-5570
Fax:   (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone:(405) 522- 8129
Fax:   (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone:(971) 673-1880
Fax:   (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

| | | |
|---|---|---|
|1| Mark W Wolfe (PA Bar No. 327807)<br>Deputy Attorney General | tyler.corcoran@ag.tn.gov<br>*Attorneys for Plaintiff State of Tennessee* |
|2| Pennsylvania Office of Attorney General | David Shatto (Fed. Bar No. 3725697; TX |
|3| Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001 | Bar No. 24104114)<br>Assistant Attorney General |
|4| Phone:(717) 772-3558 | Attorney General for the State of Texas |
|5| Fax:   (717) 705-3795<br>mwolfe@attorneygeneral.gov | Office of the Attorney General<br>P.O. Box 12548 (MC-010) |
|6| *Attorney for Plaintiff Commonwealth of* | Austin, TX 78711 |
|7| *Pennsylvania by Attorney General David*<br>*W. Sunday, Jr.* | Phone:(512) 463-2185<br>Fax:   (512) 473-9125 |
|8| | David.Shatto@oag.texas.gov |
|9| Stephen N. Provazza (RI Bar No. 10435)<br>Assistant Attorney General | *Attorney for Plaintiff State of Texas* |
|10| Rhode Island Office of the Attorney<br>General | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General |
|11| 150 S. Main Street | Utah Attorney General's Office |
|12| Providence, RI 02903<br>Phone:(401) 274-4400, ext. 2476 | 160 East 300 South, 5th Floor<br>P.O. Box 140872 |
|13| Fax:   (401) 222-1766 | Salt Lake City, UT 84114-0872 |
|14| sprovazza@riag.ri.gov | Phone:(385) 910-5533<br>Fax:   (801) 366-0315 |
|15| *Attorney for Plaintiff State of Rhode*<br>*Island* | alexandrabutler@agutah.gov |
|16| | *Attorney for Plaintiff Utah Division of* |
|17| Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General | *Consumer Protection* |
|18| South Carolina Attorney General's Office<br>P.O. Box 11549 | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General |
|19| Columbia, SC 29211-1549 | 109 State Street |
|20| Phone:(803) 734-6134<br>mailto:ksimons@scag.gov | Montpelier, VT 05609-1001<br>Phone:(802) 828-2315 |
|21| *Attorney for Plaintiff State of South* | Fax:   (802) 304-1014 |
|22| *Carolina* | James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |
|23| Austin C. Ostiguy (TN Bar No. 040301) | |
|24| Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General | |
|25| Office of the Tennessee Attorney General<br>P.O. Box 20207 | |
|26| Nashville, TN 37202 | |
|27| Phone:(615) 532-7271 (Ostiguy)<br>        (615) 770-1714 (Corcoran) | |
|28| Fax:   (615) 532-2910<br>austin.ostiguy@ag.tn.gov | |

14

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone:(804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone:(206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone:(304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone:(608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7-5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone:(307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*