KRISTIN K. MAYES
Attorney General of Arizona
(Firm AZ State Bar No. 14000)
John Raymond Dillon IV (AZ State Bar No. 036796)
Sarah Pelton (AZ State Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:    (602) 542-4377
consumer@azag.gov

Counsel for Plaintiff State of Arizona

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*,<br><br>Defendants. | CASE NO.: 4:23-cv-00233-TUC-CKJ (MAA)<br><br>**[ORAL ARGUMENT REQUESTED]**<br><br>**PLAINTIFFS' MOTION TO COMPEL DEFENDANT MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM'S DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff States (collectively, "Plaintiffs"), respectfully request the Court to order Defendant Michael D. Lansky, L.L.C. dba Avid Telecom ("Avid Telecom") to provide requested documents that it has failed to produce under Rule 34(b)(2)(B).

This Motion is supported by the following Memorandum of Points and Authorities, the Declaration of Sarah Pelton and the exhibits attached thereto, any oral argument that

may be heard on this issue, all other pleadings and papers on file in this action, and any other evidence that may be presented to the Court.

**GOOD FAITH CONSULTATION CERTIFICATE**

In accordance with Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.2(j), undersigned counsel represents that prior to filing the instant Motion, Plaintiffs attempted multiple times, in writing and telephonically, to meet and confer with Defendant Avid Telecom's counsel regarding its failure to produce documents in response to Plaintiffs' Requests. Despite Plaintiffs' good faith efforts, Defendant Avid Telecom has still failed to produce the requested documents in accordance with the Court's ESI Order and Rule 34 of the Federal Rules of Civil Procedure. *See* Declaration of Sarah Pelton ("Pelton Decl."), dated December 23, 2025 at ¶¶ 26-27, 35, Ex. Q. Accordingly, Plaintiffs were left with no alternative other than to file and serve this Motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Plaintiffs brought this lawsuit to protect consumers from Defendant Avid Telecom's – and its co-defendants Michael D. Lansky's ("Defendant Lansky") and Stacey S. Reeves' ("Defendant Reeves") – illegal telemarketing and robocall schemes. As set forth in the Complaint, Defendants Avid Telecom, Lansky and Reeves are in the business of providing Voice over Internet Protocol ("VoIP") services, facilitating or initiating robocalls, and/or helping others make illegal robocalls – in violation of multiple state and federal laws.

On February 21, 2025, Plaintiffs served Defendant Avid Telecom with the Requests seeking production of relevant and admissible evidence in Avid Telecom's possession related to Plaintiffs' causes of action under the Telemarketing and Consumer Fraud and Abuse Prevention Act, the Telemarketing Sales Rules, the Telephone Consumer Protection Act, the Truth in Caller ID Act, as well as other state and federal laws, and Defendant Avid Telecom's claimed defenses thereto. *See* Pelton Decl. at ¶ 3, Ex. A.

1  In violation of Rule 34, and despite multiple accommodations by Plaintiffs and the Court to respond, Defendant Avid Telecom failed to produce any documents whatsoever to Plaintiffs' Requests. *Id.* at ¶ 36.

Plaintiffs have met and conferred multiple times – in writing and telephonically – to discuss concerns with Defendant Avid Telecom's lack of production and have made no progress with defense counsel. Defendant Avid Telecom is unwilling to resolve disputes regarding Plaintiffs' written discovery requests without judicial intervention.

Accordingly, Defendant Avid Telecom should be compelled to provide compliant document production in response to Plaintiffs' Requests.

## II. RELEVANT FACTS

On or around February 21, 2025, Plaintiffs served Defendant Avid Telecom with the Requests pursuant to Rule 34 of the Federal Rules of Civil Procedure. *See* Pelton Decl. at ¶ 3, Ex. A. The Requests sought relevant discovery regarding matters at the heart of the Complaint and Defendant Avid Telecom's defenses thereto, namely documents concerning Defendant Avid Telecom's business of facilitating, initiating, and/or helping others make illegal robocalls; Defendant Avid Telecom's business records evidencing illegal telemarketing and robocalling activity; Defendant Avid Telecom's purposeful failure to implement any mitigating or corrective measures to prevent the perpetration of illegal telemarketing and robocalling activity; and the monies and compensation Defendant Avid Telecom earned through its illegal telemarketing and robocalling activity. *Id.* at Ex. A.

Pursuant to Rule 34(b)(2), Defendant Avid Telecom was required to provide responses to Plaintiffs' Requests by March 24, 2025. *See* Fed. R. Civ. P. 34(b)(2) ("The party to whom the request is directed must respond in writing within 30 days after being served"). However, in violation of Rule 34(b)(2), Defendant Avid Telecom failed to provide any responses by the March 24, 2025 statutory deadline. *See* Pelton Decl. at ¶¶ 4-5.

On or around March 26, 2025, Plaintiffs' counsel emailed defense counsel seeking an update on the status of Defendant Avid Telecom's overdue responses. *See* Pelton Decl.

1  at ¶ 6, Ex. B. Defense counsel did not respond to Plaintiffs' March 26, 2025 email
2  correspondence. *Id*. at ¶ 7.

3        On or around March 31, 2025, Plaintiffs' counsel once again emailed defense
4  counsel requesting an update on Defendant Avid Telecom's overdue responses. *See* Pelton
5  Decl. at ¶ 8, Ex. C. That same day, defense counsel responded by apologizing for his "late
6  reply" and requesting an extension to April 30 in order to allow Defendant Avid Telecom
7  to "fully respond" to Plaintiffs' Requests". *Id.* at ¶ 9, Ex. D.

8        The parties subsequently stipulated to an April 30, 2025 deadline for Defendant
9  Avid Telecom to respond to Plaintiffs' Requests. *Id.* at ¶ 10, Ex. E.

10       On or around April 30, 2025, defense counsel emailed Plaintiffs' counsel
11 maintaining that they were "still working on the document responses" and that they were
12 "not sure we will be finished today, but [sic] am sure we will have them completed by
13 COB, Friday [May 2, 2025]." *See* Pelton Decl. at ¶ 11, Ex. F. However, on May 2, 2025,
14 Defendant Avid Telecom once again failed to provide any response to Plaintiffs'
15 Requests.[1]

16       On or around May 7, 2025, Plaintiffs' counsel emailed defense counsel requesting
17 Defendant Avid Telecom's responses to Plaintiffs' Requests. *See* Pelton Decl. at ¶ 13, Ex.
18 I. Defense counsel did not respond to Plaintiffs' May 7, 2025 correspondence. *Id*. at ¶ 14.

19       After hearing nothing further from defense counsel, on or around May 16, 2025,
20 Plaintiffs' counsel sent a meet and confer email correspondence regarding Defendant Avid
21 Telecom's failure to respond to Plaintiffs' Requests. *See* Pelton Decl. at ¶ 15, Ex. J. Once
22 again, defense counsel failed to respond to Plaintiffs' correspondence. *Id*. at ¶ 16.

23       On or around May 27, 2025, Plaintiffs' counsel again emailed defense counsel
24 seeking his availability for a meet and confer regarding Defendant Avid Telecom's failure
25 to respond to Plaintiffs' Requests. Pelton Decl. at ¶ 17, Ex. K. The following day, defense

---

[1] On May 2, 2025, defense counsel served three copies of Defendant Lansky's responses to Plaintiffs' Requests via email. However, responses from Defendants Avid Telecom and Reeves were not included in this email. *See* Pelton Decl. at ¶ 12, Exs. G-H.

counsel emailed Plaintiffs' counsel and stated that he would try to have a "substantive response for you later today or tomorrow." *Id*. at ¶ 18, Ex. L. However, defense counsel never responded to Plaintiffs' meet and confer correspondences. *Id*. at ¶ 19. Eventually, defense counsel sent Plaintiffs "supplemental" responses for Defendant Avid Telecom on July 22, 2025. *Id*. ¶ 30, Exs. S-T.

On or around June 19, 2025, Plaintiffs notified the Court of the dispute regarding Defendant Avid Telecom's failure to response to Plaintiffs' First Set of Requests for Production. Pelton Decl. at ¶ 20. The Court later instructed the parties to meet and confer by June 27, 2025. *Id*. at Ex. M. On or around June 20, 2025, Plaintiffs' counsel emailed defense counsel to schedule a meet and confer. *Id.* at ¶ 21, Ex. N. Defense counsel did not respond to Plaintiffs' correspondence. *Id.* at ¶ 22.

On or around June 30, 2025, Plaintiffs notified the Court of defense counsel's failure to even provide dates of availability to schedule a meet and confer regarding Plaintiffs' disputes. *Id*. at ¶ 23. In a July 1, 2025 Order (Dkt. #118), the Court instructed the parties to meet and confer on or before July 11, 2025. *Id*. at ¶ 24, Ex. O.

On or around July 2, 2025, Plaintiffs emailed defense counsel asking for availability for a meet and confer. The parties scheduled a meet and confer for the following week. Pelton Decl. at ¶ 25, Ex. P.

During the July 9, 2025 meet and confer and in follow-up emails between the parties, defense counsel agreed to provide Defendant Avid Telecom's first written responses and inform Plaintiffs when document production could be expected. *Id.* at ¶ 26-27, Ex. Q. Defense counsel failed to do either by their respective deadlines. *Id.* at ¶ 28.

Defense counsel later acknowledged that three identical Responses were served for all Defendants. *Id.* at ¶ 29, Ex. R. On or around July 22, 2025, defense counsel sent Avid Telecom's supplemental responses to Plaintiffs' First RFPs. *Id.* at ¶ 30, Exs. S-T.

As Plaintiffs' disputes regarding Defendant Avid Telecom's deficient Responses and lack of production remained unresolved, Plaintiffs contacted the Court to request that discovery disputes be referred to a Magistrate. *Id.* at ¶ 31, Ex. U. In its August 11, 2025

5

1  Order (Dkt. #126), the Court set a briefing schedule to allow the parties to present their
2  discovery disputes.
3        On or around August 27, 2025, Plaintiffs filed their opening brief on discovery
4  disputes to the Court. Briefing concluded on or around September 9, 2025. Consequently,
5  the Court authorized Magistrate Judge Ambri to resolve future discovery matters between
6  the parties. *See* Dkt. #159. Later, Judge Ambri entered an Order that, among other things,
7  required Defendants to respond to Plaintiffs' First Set of Requests for Production of
8  Documents and comply with the Court's ESI Order by November 28, 2025. *See* Dkt. #169,
9  Pelton Decl. at Ex. V. The November 28 deadline came and passed with no document
10 production from Defendant Avid Telecom. *See* Pelton Decl. at ¶ 32.
11       On or around December 3, 2025, Plaintiffs emailed defense counsel informing them
12 that Defendants had not met the Court's deadline. *Id.* at ¶ 33, Ex. W. Defense counsel did
13 not respond. *Id.* at ¶ 34.
14       On or around December 9, 2025, the parties participated in a meet and confer.
15 During the meeting, Plaintiffs raised the issue of Defendant Avid Telecom's nonexistent
16 document production. *Id.* at ¶ 35. To date, Defendant Avid Telecom has still not made a
17 production of documents. *Id.* at ¶ 36.
18       Accordingly, left with no other alternative, Plaintiff States were forced to file and
19 serve the instant motion.
20 **III.   ARGUMENT**
21       Good cause exists to compel Defendant Avid Telecom's compliance with its
22 discovery obligations. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, a
23 responding party stating that it will produce documents, must produce responsive
24 documents in its possession, custody and control by no later than the time specified in the
25 requests for production or another reasonable time specified in the response. *See* Fed. R.
26 Civ. P. 34(b)(2)(B).
27       In its July 2025 Supplemental Responses, Defendant Avid Telecom repeatedly
28 asserted that it would "produce any non-privileged, responsive documents in Defendant's

possession, custody or control that are located through a reasonable search of Avid Telecom's files." Pelton Decl. at ¶ 30, Ex. T. Likewise, in their September 2025 responsive discovery brief, Defendant Avid Telecom stated it is not withholding any documents from production. *See* Dkt. #148 at p. 4, n. 3.

It is now December 23, 2025, and in violation of Rule 34(b)(2)(B), Defendant Avid Telecom has failed to produce any responsive documents to Request Nos 2-24, 27-39, 41-42, 44-45, 48-55, 57-60, 64 subsection j, 66, 72, 76, 92-95, 98. Plaintiffs have brought this issue to defense counsel - both in writing and telephonically – multiple times to no avail. *See* Pelton Decl. at ¶¶ 26-27, 35, Ex. Q.

Given the significant delay caused by Defendant Avid Telecom's complete lack of document production, Plaintiffs respectfully request the court to order Defendant Avid Telecom to make an immediate ESI-Order-compliant document production on all of the above-mentioned requests.

## IV.   CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request the Court to order Defendant Avid Telecom to provide ESI Order-compliant document production to Plaintiffs' First Set of Requests for Production of Documents.

// // //

// // //

// // //

// // //

// // //

RESPECTFULLY SUBMITTED this 7th day of January, 2026.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I caused the foregoing **PLAINTIFFS' MOTION TO COMPEL DEFENDANT MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM'S DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Sarah Pelton<br>
Assistant Attorney General<br>
Counsel for the Plaintiff State of Arizona

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796)<br>Sarah Pelton (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax:    (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Rochelle Sparko (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:  (919) 716-6000<br>Fax:     (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>            (317) 232-7751 (Martindale)<br>Fax:     (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Emily G. Dietz (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730 (Leahy)<br>            (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
       (515) 242-6773 (Pearson)
Fax:   (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:   (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:   (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:     (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:     (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:     (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:     (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

Eliot Gusdorf (MO Bar No. 73225)
Assistant Attorney General
Office of the Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (314) 340-6816
Fax:     (314) 340-7891
eliot.gusdorf@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:     (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Zeyad A. Assaf (NJ Bar No. 290002021)
Blair Gerold (NJ Bar No. 294602019)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:     (973) 648-3879
Zeyad.Assaf@law.njoag.gov
Blair.Gerold@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 651-7565
Fax:     (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Glenna Goldis (NY Bar No. 4868600)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (646) 856-3697
Glenna.goldis@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:     (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:     (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:     (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:     (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

| | |
|---|---|
| Stephen N. Provazza (RI Bar No. 10435)<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400, ext. 2476<br>Fax:    (401) 222-1766<br>sprovazza@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island* | David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)<br>Assistant Attorney General<br>Attorney General for the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548 (MC-010)<br>Austin, TX 78711<br>Phone: (512) 463-2185<br>Fax:    (512) 473-9125<br>David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General<br>South Carolina Attorney General's Office<br>P.O. Box 11549<br>Columbia, SC 29211-1549<br>Phone: (803) 734-6134<br>mailto:ksimons@scag.gov<br>*Attorney for Plaintiff State of South Carolina* | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General<br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br>Phone: (385) 910-5533<br>Fax:    (801) 366-0315<br>alexandrabutler@agutah.gov<br>*Attorney for Plaintiff Utah Division of Consumer Protection* |
| Austin C. Ostiguy (TN Bar No. 040301)<br>Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy)<br>            (615) 770-1714 (Corcoran)<br>Fax:    (615) 532-2910<br>austin.ostiguy@ag.tn.gov<br>tyler.corcoran@ag.tn.gov<br>*Attorneys for Plaintiff State of Tennessee* | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>Phone: (802) 828-2315<br>Fax:    (802) 304-1014<br>James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*