**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michael A. Ambri | **Date:** January 12, 2026 |
| **Case Number:** CV-23-00233-TUC-CKJ (MAA) | |
| **Arizona, State of et al v. Michael D Lansky LLC et al** | |

| APPEARANCES: | Plaintiffs' Counsel | Defendant Counsel |
|---|---|---|
| | **Sarah M Pelton** for Arizona Attorney General | **Greg L. Taylor** for Defendants |
| | **Rosilda Perez** for California Attorney General | |
| | **Michel Nelson** for Colorado Attorney General | |
| | **Thomas Martindale and Douglas Scott** for Indiana Attorney General | |
| | **Gregory Myszkowski for** Wisconsin Department of Justice | |
| | **Christopher Lindblad and Elin Alm** for North Dakoka Attorney General | |
| | **Sylvia Lanfair** for Oklahoma Attorney General | |
| | **Erin Leahy and Emily Dietz** for Ohio Attorney General | |
| | **Rochelle Elizabeth Sparko and Tracy Nayer** for North Carolina Department of Justice | |
| | **Jimmy Webbb** for Tennessee Attorney General | |

**TELEPHONIC STATUS HEARING:**

The Court notes this matter has been set to discuss the status of discovery. The Court further notes there have been five discovery motions filed by Plaintiffs', to wit: Plaintiffs' Motions to Determine the Sufficiency of Defendant's Response and Objections to Plaintiff's First and Second Requests for Admission (docs. [187] and [189]) and Motions to Compel (docs. [195], [196], and [197]).

The Court notes Defendants have not filed a response to Plaintiffs' motion regarding second set of requests for admissions (doc. [189]). Defense counsel advises he will check on the status. The Court notes the parties' Joint Settlement Status Report has been received by the Court.

Counsel address the Court regarding the outstanding discovery and the status of follow-up of same. Discussion held. Defense counsel advises he will compile a master list of discovery issues raised by Plaintiffs' counsel in various correspondences and follow up with Plaintiffs' counsel.

Plaintiff counsel makes a record and states a spoliation motion may be forthcoming. Defense counsel makes a record regarding the same.

The Court sets a Telephonic Status Conference for Thursday, January 29, 2026, at 10:00 a.m. before Magistrate Judge Ambri. This is a telephonic Status Conference and counsel shall call the conference line at 1-855-244-8681 and use access code: 2302 283 8515.

**CV-23-00233-TUC-CKJ (MAA)**  January 12, 2026

**Arizona, State of et al v. Michael D Lansky LLC et al**  Page 2 of 2

**Deputy Clerk:** Cynthia Espinoza  
**Recorded By:** Courtsmart

**Status Conference:**  
**52 minutes**  
**Start: 10:22 AM**  
**Stop: 11:14 AM**