PETER F. NERONHA
Rhode Island Office of the Attorney General
Alex M. Carnevale (R.I. Bar #10724)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: 860 287 7156
acarnevale@riag.ri.gov
*Attorney for the State of Rhode Island*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayers, Attorney General, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C. dba Avid Telecom; *et al.*, <br><br> Defendant. | 4:23-cv-00233-TUC-CKJ <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK AND ALL PARTIES OF RECORD:

  Notice is hereby given, pursuant to Local Rule 83.3(b)(4), that Alex Carnevale is substituted as counsel for Plaintiff State of Rhode Island in the above-captioned matter. The State of Rhode Island respectfully requests that the Clerk of Court terminate Stephen N. Provazza as counsel for the State of Rhode Island.

Dated: January 16, 2026        Respectfully submitted,

               *s/ Alex Carnevale*
               Alex M. Carnevale (R.I. Bar No. 10724)
               Special Assistant Attorney General
               Rhode Island Office of the Attorney General
               150 South Main Street
               Providence, RI 02903
               Tel: 860-287-7156
               acarnevale@riag.ri.gov

               *Attorney for the State of Rhode Island*