Greg L. Taylor, Esq.
*gtaylor@tlgdc.com*
Neil S. Ende, Esq.
*nende@tlgdc.com*
Technology Law Group, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
Telephone: (202) 895-1707
Facsimile: (202) 478-5074
Attorneys for Michael D. Lansky, LLC
 *dba* Avid Telecom
Michael D. Lansky and Stacey S. Reeves

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes Attorney General et al. ) ) ) **)** Plaintiffs ) ) v. ) ) Michael D. Lansky, LLC, dba ) Avid Telecom, LLC, an Arizona ) Limited Liability Company; ) ) Michel D. Lansky, individually ) As a Member/Manager/Chief ) Executive Officer of Michael D. ) Lansky, LLC dba Avid Telecom; ) and ) ) Stacey S. Reeves, individually as ) a Manager/Vice President of ) Michael D. Lansky LLC dba ) Avid Telecom ) ) Defendants. ) _____) | Case No. 4:23-cv-00233-EJM |

# DEFENDANTS' NOTICE TO COURT
# FOLLOWING PRE-HEARING CONFERENCE

Defendants and Michael D. Lansky, LLC dba Avid Telecom, LLC, Michael D. Lansky and Stacey S. Reeves (collectively "Defendants"), through undersigned counsel, and pursuant to the instruction of the Magistrate at the December 10, 2026 pre-hearing conference to provide an update regarding Defendants' understanding of Plaintiffs' outstanding discovery issues.  My understanding as to those issues is as follows:

1. During the January 12, 2026 status conference hearing, Greg Taylor, co-counsel for Defendants agreed to provide the Court a list of all known outstanding discovery disputes Plaintiff States have communicated to Defendants.

2. The purpose of this notice is to provide the foregoing information to the Court.

3. The parties held a meet and confer conference December 10, 2026;

4. During the meet and confer, Plaintiffs agreed to provide written notification of discovery disputes with Defendants.

5. Plaintiffs' disputes were set forth in electronic mail messages to Defendants' counsel, Ms. Sarah Pelton, of Arizona, and Ms. Rochelle Sparko, of North Carolina. The emails were sent to Defendants' counsel on December 12th and 17th respectively.

6. Defendants' counsel responded to each of the listed disputes.

7. As the Court is aware, Plaintiffs filed a number of motions seeking the Court's assistance to compel production and what Plaintiffs deem "sufficient" discovery responses. Defendants will respond fully to the allegations in those motions in their responsive pleadings.

8. Defendants are not aware of any other dispute Plaintiff may have with Defendant. The Court will recall that, during the pre-hearing conference, Plaintiffs' refused to provide Defendants and the Court with a list identifying any other disputes.

9. Notwithstanding the previous, Defendants are prepared to meet and confer on all matters.

                                        Respectfully submitted,

                                        */x/ Greg L. Taylor*

                                        _____
                                        Greg L. Taylor
                                        Neil S. Ende
                                        *Pro Hac Vice*
                                        *Counsel to Michael D. Lansky, LLC*
                                        *dba Avid Telecom Michael D.*
                                        *Lansky and Stacey S. Reeves*

Dated:  January 19, 2026