John W. Grantham
Missouri Bar #60556
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone:  (573) 751-3942
Fax:      (573) 751-7948
john.grantham@ago.mo.gov
john.grantham@ago.mo.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | )  No:  CV-23-00233-TUC-CKJ |
| v. | ) |
| | ) |
| Michael D. Lansky, | )  **NOTICE OF SUBSTITUTION OF COUNSEL** |
| *dba* Avid Telecom, *et al.,* | ) |
| | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN, that John Grantham is substituted in the place of Eliot Gusdorf as counsel for Plaintiff, State of Missouri, in the above-captioned matter. The State of Missouri respectfully requests that the Clerk of the Court withdraw Eliot Gusdorf as counsel in this matter.

**CATHERINE L. HANAWAY**
Attorney General for the State of Missouri

/s/   *John W. Grantham*
John W. Grantham
Missouri Bar #60556
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone:   (573) 751-3942
Fax:       (573) 751-7948
john.grantham@ago.mo.gov
*Counsel for Plaintiff State of Missouri, Pro Hac Vice*

CERTIFICATE OF SERVICE

I certify that on January 27, 2026, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing, which will be sent electronically to all registered CM/ECF participants as identified on this Notice of Electronic Filing.

/s/   *John Grantham*