Exhibit II

## **<u>Post Order Emails</u>**

 Outlook

---

**Re: 30(b)(6) Witness Designations**

---

**From** Neil Ende <nende@tlgdc.com>

**Date** Mon 12/1/2025 4:03 PM

**To** Erin Leahy <erin.leahy@OhioAGO.gov>

**Cc** 'Nayer, Tracy' <Tnayer@ncdoj.gov>; Dillon IV, John <John.DillonIV@azag.gov>; 'Martindale, Thomas L' <Thomas.Martindale@atg.in.gov>; 'Sparko, Rochelle' <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Ashley.Taylor@troutman.com <ashley.taylor@troutman.com>; Virginia Bell Flynn (Virginia.Flynn@troutman.com) <virginia.flynn@troutman.com>; Michael.Lacy@troutman.com <Michael.Lacy@troutman.com>; Swetnam, Douglas <douglas.swetnam@atg.in.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Pelton, Sarah <Sarah.Pelton@azag.gov>

---

The Magistrate's Order states that "Plaintiffs shall by November 28, 2025, and to the extent they have not already done so, provide **_discovery._** in accordance with this order."  As witness designations are clearly "discovery", the November 28, 2025, deadline clearly applies to those designations.  Please state if/when each of the lead plaintiff states intend to provide its designation.

Also, you have failed to provide your estimate of damages, which was due on November 28, 2025.  When can we expect to receive that/those numbers?

Thank you.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
_nende@tlgdc.com_
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Erin Leahy <erin.leahy@OhioAGO.gov>
**Date:** Monday, December 1, 2025 at 2:37 PM
**To:** Neil Ende <nende@tlgdc.com>
**Cc:** 'Nayer, Tracy' <Tnayer@ncdoj.gov>, Dillon IV, John <John.DillonIV@azag.gov>, 'Martindale, Thomas L' <Thomas.Martindale@atg.in.gov>, 'Sparko, Rochelle' <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Ashley.Taylor@troutman.com <ashley.taylor@troutman.com>, Virginia Bell Flynn (Virginia.Flynn@troutman.com) <virginia.flynn@troutman.com>, Michael.Lacy@troutman.com <Michael.Lacy@troutman.com>, Swetnam, Douglas <douglas.swetnam@atg.in.gov>, Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>, Pelton, Sarah <Sarah.Pelton@azag.gov>
**Subject:** RE: 30(b)(6) Witness Designations

Neil,

The Court's Order (Doc. 170) said nothing about witness designations being due to Defendants on November 28.

The Court's Order (Doc. 169) did however, order Defendants to provide supplemental responses, documents and indices **by November 28**.  We have not received any of the materials Defendants were ordered to provide by November 28.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Monday, December 1, 2025 2:18 PM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>
**Cc:** 'Nayer, Tracy' <Tnayer@ncdoj.gov>; Dillon IV, John <John.DillonIV@azag.gov>; 'Martindale, Thomas L' <Thomas.Martindale@atg.in.gov>; 'Sparko, Rochelle' <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Ashley.Taylor@troutman.com; Virginia Bell Flynn (Virginia.Flynn@troutman.com) <virginia.flynn@troutman.com>; Michael.Lacy@troutman.com; Swetnam, Douglas <douglas.swetnam@atg.in.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Pelton, Sarah <Sarah.Pelton@azag.gov>
**Subject:** 30(b)(6) Witness Designations
**Importance:** High

Erin:

Good afternoon.

I do not believe that we received the list of AG 30(b)(6) witnesses designations when due on Friday.

Please advise when we can expect to receive them.

Thank you.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
nende@tlgdc.com
202-895-1707 (Office)

202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)