Exhibit IV

## Additional Emails

Outlook

**FW: Further Demand for 30(b)(6) Designations**

| | |
|---|---|
| From | Neil Ende <nende@tlgdc.com> |
| Date | Wed 1/28/2026 9:30 AM |
| To | Hays, Brian <brian.hays@troutman.com>; Brotman, Steven <steven.brotman@troutman.com> |
| Cc | Carr, Jeffrey A. <jeff.carr@troutman.com>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com> |

For our call.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Neil Ende <nende@tlgdc.com>
**Date:** Thursday, January 22, 2026 at 8:10 AM
**To:** Martindale Thomas L <Thomas.Martindale@atg.in.gov>, Leahy Erin <erin.leahy@ohioago.gov>, Nayer Tracy <Tnayer@ncdoj.gov>, Sparko Rochelle <rsparko@ncdoj.gov>, Dietz Emily <Emily.Dietz@ohioago.gov>, Swetnam Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV John <John.DillonIV@azag.gov>, Pelton Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Re: Further Demand for 30(b)(6) Designations

Tom:

To be clear, the categories of persons with knowledge from which we believe you are required to identify, and to designate witnesses include, without limitation, the following:

Assistant Attorneys General and Line Attorneys
· The lawyers actually handling the case day-to-day
· Those who investigated the claims
· Those who drafted the complaint and have knowledge of the allegations
· Investigators who gathered evidence
· Analysts who reviewed documents or data
· Consumer protection staff who handled complaints (in consumer protection cases)
· Anyone who interviewed witnesses or compiled the state's case
Decision-Makers on Key Issues
· Officials who decided to bring the lawsuit
· Division chiefs or bureau heads involved in the decision to sue
Subject Matter Experts
· State employees who analyzed technical aspects of your claims
· Economic analysts who calculated alleged damages

Neil S. Ende
Managing Partner
Technology Law Group
202.256.0120
TLG Conference Bridge:
703.229.6741, PIN: 854#

Sent from my iPhone

On Jan 21, 2026, at 4:22 PM, Neil Ende <nende@tlgdc.com> wrote:

Tom:

Hello.

Respectfully, Plaintiffs have had more than 6 months since the Notices were originally served and nearly three months since the Magistrate issued his Order authorizing Defendants to take 30b6 dispositions on essentially all facts in the complaint. Plaintiffs know or should know (sound familiar?) who their witness(es) are. There is no reason, other than obstinance and an understandable effort to prevent access, that Plaintiffs cannot identify witness by the end of this week.

Plaintiffs' failure to designate represents a continuing and willful violation of the Court's order expressly requiring designation by November 28.

It is Defendants' intention to file a motion for sanctions denying Plaintiffs the right to present any affirmative testimony on any of the designated issues (which sanction is well recognized) if we do not have a complete set of names by COB Friday.

Your cooperation in finally moving this issue to completion is appreciated.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
nende@tlgdc.com
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Date:** Wednesday, January 21, 2026 at 4:09 PM
**To:** Neil Ende <nende@tlgdc.com>, Erin Leahy <erin.leahy@OhioAGO.gov>, Nayer, Tracy <Tnayer@ncdoj.gov>, Sparko, Rochelle <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV, John <John.DillonIV@azag.gov>, Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>
**Subject:** RE: Further Demand for 30(b)(6) Designations

Greetings,

As we have indicated on several occasions, the Lead Plaintiffs and Plaintiffs with state law claims have never refused to be deposed. Our responses will be informed by our review of the newly identified topics. We will not be able to respond before noon on Friday as the Lead Plaintiffs will not have the opportunity to confer this week due to unavailability of counsel. We hope to provide you with a response next week after we've had a chance to meet.

Thank you,
Tom

| | |
|---|---|
| <image001.png><br>**The OAG serves, protects, and defends Hoosiers by championing liberty, justice, and the Rule of Law.** | **Thomas Martindale**<br>Deputy Attorney General<br>Data Privacy & Identity Theft Unit<br>Consumer Protection Division<br>Office of Attorney General Todd Rokita<br>302 West Washington Street, IGCS 5th Floor<br>Indianapolis, IN 46204<br>p: (317)232-7751 │ f: (317)232-7979<br>thomas.martindale@atg.in.gov |

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Tuesday, January 20, 2026 4:26 PM
**To:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>; Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Re: Further Demand for 30(b)(6) Designations

> **EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Tom:

Good afternoon.

We are prepared to extend the date until noon this Friday on the understanding that each of the identified states intends to designate a person knowledgeable for each topic, not merely to assert objections without providing names. Please confirm that is the intention of each identified state.

Thank you.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC

nende@tlgdc.com
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Date:** Tuesday, January 20, 2026 at 3:13 PM
**To:** Neil Ende <nende@tlgdc.com>, Erin Leahy <erin.leahy@OhioAGO.gov>, Nayer, Tracy <Tnayer@ncdoj.gov>, Sparko, Rochelle <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV, John <John.DillonIV@azag.gov>, Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** RE: Further Demand for 30(b)(6) Designations

Greetings,
Plaintiffs' counsel acknowledges receipt of your demand. As this the first time we have seen these revised topics, we will need additional time to review and properly respond. Accordingly, we will not be able to provide you a response by your deadline of noon tomorrow. We will review and provide you with a response in a timely manner.
Thank you,
Tom

<image001.png>
**The OAG serves, protects, and defends Hoosiers by championing liberty, justice, and the Rule of Law.**

# Thomas Martindale
Deputy Attorney General
Data Privacy & Identity Theft Unit
Consumer Protection Division
Office of Attorney General Todd Rokita

302 West Washington Street, IGCS 5th Floor
Indianapolis, IN 46204
p: (317)232-7751 │ f: (317)232-7979
thomas.martindale@atg.in.gov

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Monday, January 19, 2026 5:03 PM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>; Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Further Demand for 30(b)(6) Designations
**Importance:** High

> **EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further

action, before validating its authenticity.

AGs:

In the Magistrate's Order addressing the parties meet and confer pleadings, he ruled that "*defendants are entitled to Rule 30(b)(6) depositions addressing the factual allegations contained in the Complaint*."  Defendants demand, for one final time,  that each of the so-called Lead Plaintiff States and **_each_** of the states with state law claims designate one or more witnesses capable of "*addressing the factual allegations contained in the Complaint*."   Demand is made that **_each_** of these states separately designate one or more such witnesses by no later than noon, Wednesday January 21, 2026.

Without waiving or limiting the language of the Magistrate's order, at a minimum the witnesses designated by each of these states must be capable of testifying about the following specific topics as it relates to his/her state:

1. The allegations of fact set forth in paragraphs 19-88 and 90-630 of the complaint.
2. The allegations of fact set forth in the subparagraph of paragraph 89 of the complaint applicable to the state on whose behalf the witness is appearing.
3. The origin of all data (*e.g.,* a CID, a subpoena, YouMail, an AG Expert Witness) used to calculate the number of calls set forth in the subparagraph of paragraph 89 of the complaint applicable to the state on whose behalf the witness is appearing.
4. Actions taken to confirm that the data associated with each of the calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing is true and correct.
5. Facts supporting the allegation that Lansky knew that the calls transited by Avid Telecom were illegal robocalls.
6. Facts supporting the allegation that Lansky should have known that Lansky knew that the calls transited by Avid Telecom were illegal robocalls.
7. Facts supporting the allegation that Reeves knew that the calls transited by Avid Telecom were illegal robocalls.
8. Facts supporting the allegation that Reeves should have known that the calls transited by Avid Telecom were illegal robocalls.
9. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing contained a pre-recorded message.
10. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing contained a commercial message.
11. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing originated from a predictive dialer (or a similar device).
12. Facts supporting the allegation that Avid Telecom did not block any illegal robocalls.
13. The identity of the person(s) who reviewed the complaint, including the portions setting forth claims arising under federal law, to confirm that: (i) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (ii) the factual contentions have evidentiary support; and (iii) the complaint is not being presented for any improper purpose, such as to harass and/or or needlessly increase the cost of litigation.

We will consider your failure to respond fully to this request by the described time as a further refusal to designate and we will seek relief from the Magistrate

including a preclusion of the right to present affirmative testimony on any designated topic.  See FRCP Rule 37(c)(1).

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
nende@tlgdc.com
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)