LETITIA JAMES
Attorney General
State of New York

Oluwadamilola E. Obaro (admitted *pro hac vice*)
Assistant Attorney General
Office of the New York Attorney General
28 Liberty St
New York, New York 10005
PH: (212) 416-6316
Dami.obaro@ag.ny.gov

*Attorney for Plaintiff People of the State of New York*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al<br><br>Plaintiff,<br><br>v.<br><br>Michael D. Lansky, LLC *dba* Avid Telcom, et al<br><br>Defendant. | CASE NO.: 4:23-CV-00233-CKJ-MAA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT, in accordance with Local Rule 83.3(b)(4), Oluwadamilola E. Obaro is substituted in the place of Glenna Goldis as counsel for Plaintiff, People of the State of New York, in the above-captioned matter. The People of the State of New York respectfully request that the Clerk of the Court terminate Glenna Goldis as counsel.

RESPECTFULLY SUBMITTED this 29th day of January 2026.

                LETITIA JAMES
                Attorney General of the State of New York

                By: ____/s/ *Oluwadamilola E. Obaro*___

                Oluwadamilola E. Obaro
                Assistant Attorney General
                Office of the New York Attorney General
                28 Liberty Street New York, NY 10005
                (212) 416 6316
                Dami.obaro@ag.ny.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I caused the foregoing NOTICE OF SUBSTITUTION to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ *Oluwadamilola E. Obaro*
Oluwadamilola E. Obaro