**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date: January 29, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Present:                              Hon. Michael A. Ambri

Magistrate Courtroom Clerk: ____Silvia Guzman____ Court Reporter: ____CourtSmart____

Attorney for Defendant:                          Greg L. Taylor, Esq.

Attorney for Defendant:                          Steven Brotman, Esq. .

Attorney for Plaintiff AZ Attorney General:    Sarah M. Pelton, Esq.

Attorney for Plaintiff AR Attorney General:    Amanda J. Wentz, Esq.

Attorney for Plaintiff CA Attorney General – Los Angeles   Rosailda Perez, Esq.

Attorney for Plaintiff IN Attorney General:    Douglas Scott Swetnam, Esq.

Attorney for Plaintiff IN Attorney General:    Thomas Lee Martindale, Esq.

Attorney for Plaintiff KS Attorney General:    Nicholas C. Smith, Esq.

Attorney for Plaintiff KS Attorney General:    Sarah M. Dietz, Esq.

Attorney for Plaintiff MI Attorney General:    Kathy P. Fitzgerald, Esq.

Attorney for Plaintiff NC Department of Justice:    Rochelle E. Sparko, Esq.

Attorney for Plaintiff NC Department of Justice:    Tracy Nayer, Esq.

Attorney for Plaintiff ND Attorney General:    Christopher G. Lindblad, Esq.

Attorney for Plaintiff ND Attorney General:    Elin Alm, Esq.

Attorney for Plaintiff OH Attorney General – Columbus   Emily Grace Dietz, Esq.

Attorney for Plaintiff OH Attorney General – Columbus   Erin B. Leahy, Esq.

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY ISSUES**

Attorney Steven Brotman of the Troutman Firm to file a Notice of Appearance on behalf of the defendants. The Court notes that the defendants have not filed responses to the plaintiffs' discovery motions at Documents [189], [196], and [197], and the responses are past due.  Defense counsel to follow up and file adequate motions to extend the deadlines for any responses.  The Court hears from the parties' counsel regarding the status of discovery and ongoing discovery issues, including written discovery responses, indices and 30(b)(6) depositions.  Discussion held.  The Court sets a deadline of February 19, 2026, for the parties to confer and produce indices.  The parties also will confer regarding procedures and deadlines to resolve all outstanding discovery issues and will jointly submit a proposed revised litigation schedule.

A telephonic status conference is scheduled for Thursday, February 19, 2026, at 10:00 a.m. before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.  Defense counsel are reminded that the Court requires the attendance of all counsel necessary to address discovery and timing in this matter.

**SC:  53 minutes**
**tart Time:  10:18 a.m.**
**End Time:  11:10 a.m.**