**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes ) <br> Attorney General et al. ) <br> **)** <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Michael D. Lansky, LLC, dba ) <br> Avid Telecom, an Arizona ) <br> Limited Liability Company; ) <br> ) <br> Michel D. Lansky, individually ) <br> As a Member/Manager/Chief ) <br> Executive Officer of Michael D. ) <br> Lansky, LLC dba Avid Telecom; ) <br> and ) <br> ) <br> Stacey S. Reeves, individually as ) <br> a Manager/Vice President of ) <br> Michael D. Lansky LLC dba ) <br> Avid Telecom ) <br> ) <br> Defendants. ) <br> _____ | Case No. 4:23-cv-00233-EJM |

**[PROPOSED] ORDER**

Having considered the Motion for Reconsideration, opposition, reply, and supplemental pleadings, for good cause shown, all remaining claims of personal liability against Defendants are dismissed with prejudice.

Dated: _____