IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; *et al.*,<br><br>    Defendants. | No. CIV 23-233-TUC-CKJ<br><br>**ORDER** |

On November 20, 2025, this Court ordered Defendants to docket its lodged Supplement to Defendants' Motion to Dismiss as a Motion for Reconsideration on or before November 25, 2025. Further, the Court set filing deadlines for a response and a reply.

Defendants filed their Motion for Reconsideration on February 3, 2026. The Court finds it appropriate to amend the filing deadlines for a response and a reply. Additionally, the Court advises the parties it will also consider the timeliness of the filing of the Motion; if they so choose, the parties may address this issue in their briefs.

Accordingly, IT IS ORDERED any response shall be filed on or before February 20, 2026, and any reply shall be filed on or before March 3, 2026.

DATED this 5th day of February, 2026.

_____
Cindy K. Jorgenson
United States District Judge