JEFF JACKSON
Attorney General of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, NC 27602
Phone: (919) 716-6400
Fax:    (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>Defendants. | NO. 4:23-cv-00233-TUC-CKJ<br><br>**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL (DOC. 204) AND CROSS-MOTION FOR A PROTECTIVE ORDER** |

Plaintiffs, pursuant to LRCiv. 7.2(e)(1), respectfully move the Court for permission to exceed the 17-page limit established by the Local Rules for Plaintiffs' Response to Defendants' Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions (Doc. 204) and Cross-Motion for Protective Order by 3 pages, for a total of 20 pages, excluding

captions, certificates of service, counsels' signature blocks, attachments, and any required statement of facts.

    Plaintiffs have good cause for the requested extension, as Plaintiffs' filing combines both their Response to Defendants' Motion and Plaintiffs' Cross-Motion for a Protective Order. As the Response and Cross-Motion share common facts and are based on the same analysis of Defendants' proposed Fed. R. Civ. P. 30(b)(6) deposition topics, Plaintiffs opted to combine the two for efficiency. However, Plaintiffs are unable to both respond and so move within the 17-page limit. Considering that Defendants' Motion contains a request for sanctions, Plaintiffs will be materially prejudiced if they cannot respond fully.

    Accordingly, Plaintiffs respectfully request that they be permitted to file a 20-page Response to Defendants' Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions (Doc. 204) and Cross-Motion for Protective Order, excluding captions, certificates of service, counsels' signature blocks, attachments, and any required statement of facts.

RESPECTFULLY SUBMITTED this 11th day of February, 2026.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF INDIANA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | TODD ROKITA<br>Attorney General for the State of Indiana |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV (AZ Bar No. 036796)<br>SARAH PELTON (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax: (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for the State of Arizona* | /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM (IN Bar No. 15860-49)<br>THOMAS L. MARTINDALE (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>          (317) 232-7751 (Martindale)<br>Fax: (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for the State of Indiana* |

| FOR THE STATE OF NORTH CAROLINA: | FOR THE STATE OF OHIO: |
|---|---|
| JEFF JACKSON<br>Attorney General for the State of North Carolina | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Tracy Nayer<br>TRACY NAYER (NC Bar No. 36964)<br>ROCHELLE SPARKO (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:  (919) 716-6400<br>Fax:      (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for the State of North Carolina* | /s/ Erin B. Leahy<br>ERIN B. LEAHY (OH Bar No. 0069509)<br>EMILY G. DIETZ (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730 (Leahy)<br>            (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

| | |
|---|---|
| **ROB BONTA**<br>**Attorney General of California**<br><br>/s/ Rosailda Perez<br>Nicklas A. Akers (CA Bar No. 211222)<br>Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. 244395)<br>Supervising Deputy Attorney General<br>Timothy D. Lundgren (CA Bar No. 254596)<br>Rosailda Perez (CA Bar No. 284646)<br>Deputy Attorneys General<br>Office of the California Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Phone:(415) 510-3364 (Akers)<br>         (213) 269-6348 (Eskandari)<br>         (213) 269-6355 (Lundgren)<br>         (213) 269-6612 (Perez)<br>Fax:    (916) 731-2146<br>nicklas.akers@doj.ca.gov<br>bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov<br>rosailda.perez@doj.ca.gov<br>*Attorneys for Plaintiff People of the State of California* | **JAMES UTHMEIER**<br>**Attorney General of Florida**<br><br>/s/ Sean P. Saval<br>Sean P. Saval (FL Bar No. 96500)<br>Sr. Assistant Attorney General<br>Michael P. Roland (FL Bar No. 44856)<br>Assistant Attorney General<br>Office of the Florida Attorney General<br>Department of Legal Affairs<br>Consumer Protection Division<br>3507 E. Frontage Rd, Suite 325<br>Tampa, FL 33607<br>Phone: (813) 287-7950<br>Fax:    (813) 281-5515<br>Sean.Saval@myfloridalegal.com<br>michael.roland@myfloridalegal.com<br>Zivile.Rimkevicius@myfloridalegal.com<br>*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*<br><br>**ANTHONY G. BROWN**<br>**Attorney General of Maryland**<br><br>/s/ Philip Ziperman<br>Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:    (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* |

| | |
|---|---|
| **AARON D. FORD**<br>**Attorney General of Nevada**<br><br>/s/ Michelle C. Badorine<br>Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:   (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada*<br><br>**LETITIA JAMES**<br>**Attorney General of New York**<br><br>/s/ Oluwadamilola E. Obaro<br>Oluwadamilola E. Obaro (NY Bar No. 5558275)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (212) 416-6316<br>dami.obaro@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | **DREW H. WRIGLEY**<br>**Attorney General of North Dakota**<br><br>/s/ Elin S. Alm<br>Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:   (701) 328-5568<br>ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota*<br><br>**PETER F. NERONHA**<br>**Attorney General of Rhode Island**<br><br>/s/ Alex M. Carnevale<br>Alex M. Carnevale (R.I. Bar No. 10724)<br>Special Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Phone: (860) 287-7156<br>acarnevale@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha* |

| | | |
|---|---|---|
| 1 | **NICHOLAS W. BROWN**<br>**Attorney General of Washington** | **JOSHUA L. KAUL**<br>**Attorney General of Wisconsin** |
| 2 | | |
| 3 | /s/ Zorba Leslie<br>Zorba Leslie (WA Bar No. 58523) | /s/ Gregory A. Myszkowski<br>Gregory A. Myszkowski (WI Bar No. 1050022) |
| 4 | Assistant Attorney General | Assistant Attorney General |
| 5 | Washington State Attorney General's Office | Wisconsin Department of Justice |
| 6 | 800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | P.O. Box 7857<br>Madison, WI 53707-7857 |
| 7 | Phone: (206) 340-6787 | Phone: (608) 266-7656 |
| 8 | Fax:    (206) 464-6451 | Fax:    (608) 294-2907 |
| 9 | zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* | gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin* |

*Counsel for Plaintiffs with State Claims*

4

# LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) <br> Sarah Pelton (AZ Bar No. 039633) <br> Assistant Attorneys General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-8018 <br> Fax:   (602) 542-4377 <br> john.dillonIV@azag.gov <br> sarah.pelton@azag.gov <br> *Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964) <br> Rochelle Sparko (NC Bar No. 38528) <br> Special Deputy Attorneys General <br> North Carolina Department of Justice <br> Consumer Protection Division <br> P.O. Box 629 <br> Raleigh, North Carolina 27602 <br> Phone:  (919) 716-6000 <br> Fax:      (919) 716-6050 <br> tnayer@ncdoj.gov <br> rsparko@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) <br> Thomas L. Martindale (IN Bar No. 29706-64) <br> Deputy Attorneys General <br> Office of the Indiana Attorney General Todd Rokita <br> Indiana Govt. Center South, 5th Fl. <br> 302 W. Washington St. <br> Indianapolis, IN 46204-2770 <br> Phone: (317) 232-6294 (Swetnam) <br>           (317) 232-7751 (Martindale) <br> Fax:    (317) 232-7979 <br> douglas.swetnam@atg.in.gov <br> thomas.martindale@atg.in.gov <br> *Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509) <br> Emily G. Dietz (OH Bar No. 0104729) <br> Assistant Attorneys General <br> Office of Attorney General Dave Yost <br> 30 East Broad Street, 14th Fl. <br> Columbus, OH 43215 <br> Phone: (614) 752-4730 (Leahy) <br>            (614) 466-3493 (Dietz) <br> Erin.Leahy@OhioAGO.gov <br> Emily.Dietz@OhioAGO.gov <br> *Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

3

| | | |
|---|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) | Sean P. Saval (FL Bar No. 96500) |
| 2 | Assistant Attorney General | Sr. Assistant Attorney General |
| | Office of the Connecticut Attorney | Michael P. Roland (FL Bar No. 44856) |
| 3 | General William Tong | Assistant Attorney General |
| 4 | 165 Capitol Avenue, Suite 4000 | Office of the Florida Attorney General |
| | Hartford, CT 06106 | Department of Legal Affairs |
| 5 | Phone: (860) 808-5400 | Consumer Protection Division |
| 6 | Fax:   (860) 808-5593 | 3507 E. Frontage Rd, Suite 325 |
| | mailto:brendan.flynn@ct.gov | Tampa, FL 33607 |
| 7 | *Attorney for Plaintiff State of Connecticut* | Phone: (813) 287-7950 |
| 8 | | Fax:   (813) 281-5515 |
| | Ryan Costa (DE Bar No. 5325) | Sean.Saval@myfloridalegal.com |
| 9 | Deputy Attorney General | michael.roland@myfloridalegal.com |
| 10 | Delaware Department of Justice | Zivile.Rimkevicius@myfloridalegal.com |
| | 820 N. French Street, 5th Floor | *Attorneys for Plaintiff James Uthmeier,* |
| 11 | Wilmington, DE 19801 | *Attorney General of the State of Florida* |
| 12 | Phone: (302) 683-8811 | |
| | Fax:   (302) 577-6499 | David A. Zisook (GA Bar No. 310104) |
| 13 | Ryan.costa@delaware.gov | Senior Assistant Attorney General |
| 14 | *Attorney for Plaintiff State of Delaware,* | Office of the Georgia Attorney General |
| | *ex rel. Kathleen Jennings* | 40 Capitol Square SW |
| 15 | | Atlanta, GA 30334 |
| 16 | Laura C. Beckerman (DC Bar No. 1008120) | Phone: (404) 458-4294 |
| | Senior Trial Counsel | Fax:   (404) 464-8212 |
| 17 | Public Advocacy Division | dzisook@law.ga.gov |
| 18 | D.C. Office of the Attorney General | *Attorney for Plaintiff State of Georgia* |
| | 400 6th Street NW, 10th Floor | |
| 19 | Washington, DC 20001 | Christopher J.I. Leong (HI Bar No. 9662) |
| 20 | Phone: (202) 655-7906 | Deputy Attorney General |
| | Laura.Beckerman@dc.gov | Hawaii Department of the Attorney |
| 21 | *Attorney for Plaintiff District of Columbia* | General |
| 22 | | 425 Queen Street |
| | | Honolulu, HI 96813 |
| 23 | | Phone: (808) 586-1180 |
| 24 | | Fax:   (808) 586-1205 |
| | | christopher.ji.leong@hawaii.gov |
| 25 | | *Attorney for Plaintiff State of Hawaii* |
| 26 | | |
| 27 | | |
| 28 | | |

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
       (515) 242-6773 (Pearson)
Fax:   (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:   (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:   (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:   (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

| | |
|---|---|
| Brendan O'Neil (ME Bar No. 009900)<br>Michael Devine (ME Bar No. 005048)<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Phone: (207) 626-8800<br>Fax:     (207) 624-7730<br>brendan.oneil@maine.gov<br>michael.devine@maine.gov<br>*Attorneys for Plaintiff State of Maine* | Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:     (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* |
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:     (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:     (617) 727-5765<br>mailto:Carol.Guerrero@mass.gov<br>Michael.Turi@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |

| | |
|---|---|
| John W. Grantham (MO Bar No. 60556)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Phone: (573) 751-3942<br>Fax:    (573) 751-7948<br>john.grantham@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General* | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:    (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |
| Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General<br>Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel<br>Montana Attorney General's Office<br>Office of Consumer Protection<br>215 North Sanders Street<br>P.O. Box 200151<br>Helena, MT 59620-0151<br>Phone: (406) 444-4500<br>Brent.mead2@mt.gov<br>Anna.schneider@mt.gov<br>*Attorneys for Plaintiff State of Montana* | Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>Phone: (603) 271-1139<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* |
| Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:    (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | Blair Gerold (NJ Bar No. 294602019)<br>Zeyad A. Assaf (NJ Bar No. 290002021)<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (609) 696-5363<br>Fax:    (973) 648-3879<br>Blair.Gerold@law.njoag.gov<br>Zeyad.Assaf@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* |

| | |
|---|---|
| Anthony Juzaitis (NM Bar No. 164428)<br>Assistant Attorney General<br>New Mexico Department of Justice<br>408 Galisteo St.<br>Santa Fe, New Mexico 87501<br>Phone: (505) 651-7565<br>Fax:    (505) 490-4883<br>Ajuzaitis@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* | Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General<br>Office of the Oklahoma Attorney General<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Phone: (405) 522- 8129<br>Fax:    (405) 522-0085<br>mailto:sylvia.lanfair@oag.ok.gov<br>*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| Oluwadamilola E. Obaro (NY Bar No. 5558275)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (212) 416-6316<br>dami.obaro@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>Economic Justice Section<br>100 SW Market St.<br>Portland, OR 97201<br>Phone: (971) 673-1880<br>Fax:    (971) 673-1884<br>jordan.m.roberts@doj.oregon.gov<br>*Attorney for Plaintiff State of Oregon* |
| Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:    (701) 328-5568<br>mailto:ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota* | Mark W Wolfe (PA Bar No. 327807)<br>Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001<br>Phone: (717) 772-3558<br>Fax:    (717) 705-3795<br>mwolfe@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.* |

| | |
|---|---|
| Stephen N. Provazza (RI Bar No. 10435)<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 S. Main Street<br>Providence, RI 02903<br>Phone: (401) 274-4400, ext. 2476<br>Fax:    (401) 222-1766<br>sprovazza@riag.ri.gov<br>*Attorney for Plaintiff State of Rhode Island* | David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)<br>Assistant Attorney General<br>Attorney General for the State of Texas<br>Office of the Attorney General<br>P.O. Box 12548 (MC-010)<br>Austin, TX 78711<br>Phone: (512) 463-2185<br>Fax:    (512) 473-9125<br>David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| Kristin Simons (SC Bar No. 74004)<br>Senior Assistant Attorney General<br>South Carolina Attorney General's Office<br>P.O. Box 11549<br>Columbia, SC 29211-1549<br>Phone: (803) 734-6134<br>mailto:ksimons@scag.gov<br>*Attorney for Plaintiff State of South Carolina* | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General<br>Utah Attorney General's Office<br>160 East 300 South, 5th Floor<br>P.O. Box 140872<br>Salt Lake City, UT 84114-0872<br>Phone: (385) 910-5533<br>Fax:    (801) 366-0315<br>alexandrabutler@agutah.gov<br>*Attorney for Plaintiff Utah Division of Consumer Protection* |
| Austin C. Ostiguy (TN Bar No. 040301)<br>Tyler T. Corcoran (TN Bar No. 038887)<br>Assistant Attorneys General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy)<br>           (615) 770-1714 (Corcoran)<br>Fax:    (615) 532-2910<br>austin.ostiguy@ag.tn.gov<br>tyler.corcoran@ag.tn.gov<br>*Attorneys for Plaintiff State of Tennessee* | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>Phone: (802) 828-2315<br>Fax:    (802) 304-1014<br>James.Layman@vermont.gov<br>*Attorney for Plaintiff State of Vermont* |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7-5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I caused the foregoing Plaintiffs' Motion to Exceed Page Limitations for their Response in Opposition to Defendants' Motion to Compel (Doc. 204) and Cross-Motion for a Protective Order to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Rochelle Sparko

ROCHELLE SPARKO
*Attorney for the State of North Carolina*