# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*, <br><br> Plaintiffs; <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; *et al.*, <br><br> Defendants. | No. CV-23-00233-TUC-CKJ <br><br> **[proposed] ORDER** |

The Court has reviewed and considered Plaintiffs' Motion to Exceed Page Limitations for Their Response in Opposition to Defendants' Motion to Compel and Cross-Motion for a Protective Order (Doc. ___). The Court finds that Plaintiffs have shown good cause and will grant the Motion.

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion to Exceed Page Limitations for Their Response in Opposition to Defendants' Motion to Compel and Cross-Motion for a Protective Order (Doc. ___) is GRANTED. Plaintiffs are permitted to file a 27-page Response in Opposition to Defendants' Motion to Compel and Cross-Motion for a

Protective Order, excluding captions, certificates of service, counsels' signature blocks, attachments, and any required statement of facts.

DATED this ___ day of _____, 2026.

                                                _____
                                                    Honorable Michael A. Ambri
                                                    United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28