Neil S. Ende, Esq.
nende@tlgdc.com
Technology Law Group, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
Telephone: (202) 895-1707
Attorneys for Michael D. Lansky,
Michael D. Lansky, LLC dba Avid Telecom

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes Attorney General et al.<br><br>Plaintiffs<br><br>v.<br><br>Michael D. Lansky, LLC, dba Avid Telecom, an Arizona Limited Liability Company;<br><br>Michel D. Lansky, individually As a Member/Manager/Chief Executive Officer of Michael D. Lansky, LLC dba Avid Telecom; and<br><br>Stacey S. Reeves, individually as a Manager/Vice President of Michael D. Lansky LLC dba Avid Telecom<br><br>Defendants. | Case No. 4:23-cv-00233-EJM |

[PROPOSED ORDER]

Having reviewed the pleadings and for good cause shown:

(1) Defendants' Motion to Strike the Response of Plaintiffs to Defendants Motion to Compel is GRANTED;

(2) Each of the Lead Plaintiff States and each of the states that asserted a state law claim in the complaint is **ORDERED** to designate a witness(es) in response to each of the topics identified by Defendants in Dkt. 204;

(3) Designations are to be made no later than Friday February 20, 2026;

(4) Plaintiffs are to report the names of each person designated to the Court by the close of business on Friday, February 20, 2026; and

(5) Plaintiffs shall all pay the costs incurred by Defendants in pursuit of each of its FRCP Rule 30(b)(6) depositions since the first request was made in 2025.

Dated: _____