DAVE YOST
Erin B. Leahy (OH Bar No. 0069509)
Emily G. Dietz (OH Bar No. 0104729)
Assistant Attorneys General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730 (Leahy)
         (614) 466-3493 (Dietz)
Erin.Leahy@OhioAGO.gov
Emily.Dietz@OhioAGO.gov
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | No. 4:23-cv-00233-TUC-CKJ <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' EXPEDITED MOTION TO STRIKE PLAINTIFF[S'] OVERSIZED RESPONSE TO DEFENDANT[S'] MOTION TO COMPEL DESIGNATION OF 30(b)(6) WITNESSES** |

Plaintiffs respectfully file this Response in Opposition to Defendants' Expedited Motion to Strike Plaintiff's [sic] Oversized Response to Defendant's [sic] Motion to Compel Designation of 30(b)(6) Witnesses ("Motion to Strike," Dkt. 213).

1

## I. Relevant Procedural History

On January 28, 2026, Defendants filed a Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions ("Motion to Compel," Dkt. 204). In the Motion to Compel, Defendants asked this Court, among other things, to impose "the harshest available sanctions" on Plaintiffs. (*Id.*, at 7).

On February 11, 2026, Plaintiffs filed a Motion to Exceed Page Limitations for their Response in Opposition to Defendants' Motion to Compel and Cross-Motion for a Protective Order ("Motion to Exceed," Dkt. 211). In the Motion to Exceed, Plaintiffs asked this Court for permission to exceed LRCiv 7.2(e)(1)'s page limitation for a responsive briefing by 3 pages, excluding captions, certificates of service, counsels' signature blocks, attachments, and any required statement of facts. (*Id.* at 1-2). The Motion to Exceed established that good cause exists for the requested extension, as Plaintiffs' Response to Defendants' Motion to Compel contained a defense against the motion and requested sanctions, as well as a cross-motion for a protective order. (*Id.*). The Motion to Exceed is currently pending.

Also on February 11, 2026, Plaintiffs lodged a Proposed Response to Defendants' Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions and Cross-Motion for Protective Order ("Proposed Response and Cross-Motion," Dkt. 212). The docket text accompanying the Proposed Response and Cross-Motion reads "Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted." (*Id.*). The Proposed Response and Cross-Motion, which is the target of Defendants' present Motion to Strike, is 20 pages long.[1]

---

[1] Defendants' Motion to Strike erroneously asserts that Plaintiffs' Proposed Response and Cross-Motion is 27 pages long. (Dkt. 213, at 2 and 3). However, LRCiv 7.2(e)(1) explicitly provides that the length of a responsive brief is calculated "exclusive of attachments and any required statement of facts." The "Facts and Background" section of Plaintiffs' Proposed Response and Cross-Motion continues until page 8. (Dkt. 212, at Section I).

2

## II. Defendants' Motion Rests on an Incorrect Factual Premise and Should Be Denied.

In their Motion to Strike, Defendants repeatedly state that, in filing their Proposed Response and Cross-Motion, "Plaintiffs did not seek leave to exceed the applicable page limit, nor does the pleading suggest, let alone demonstrate, the existence of good cause." (Dkt. 213, at 2; *see also* pgs. 3, 4, and 5). This is demonstrably false. Plaintiffs filed their Motion to Exceed (Dkt. 211) before lodging their Proposed Response and Cross-Motion (Dkt. 212). Defendants' Motion to Strike fails to acknowledge that filing.

As Defendants' Motion to Strike is based on an incorrect assertion, it should be denied on that basis.

## III. Striking an Entire Response is Unwarranted and Disproportionate.

Even if, *arguendo*, Defendants' Motion to Strike was supported by the record, Defendants seek an extreme remedy: striking Plaintiffs' responsive brief in its entirety would effectually prevent Plaintiffs from responding to Defendants' Motion to Compel, which sought sanctions. To do so based solely on excessive page length—particularly where Plaintiffs requested leave to file the modest extension—is disproportionate, and Defendants' Motion to Strike does not attempt to show that Defendants have suffered prejudice from Plaintiffs' extra three pages.

Motions to strike are generally disfavored by courts, in part because they are frequently used as a delay tactic. *Martinez v. Alltran Fin. LP*, No. CV-18-04815-PHX-DLR, 2019 U.S. Dist. LEXIS 68851, at *7 (D. Ariz. Apr. 23, 2019). Courts generally deny motions to strike absent a showing of prejudice. *See Furst v. Mayne*, No. CV-21-01287-PHX-DLR, 2025 U.S. Dist. LEXIS 262533, at *3 (D. Ariz. Dec. 19, 2025); *Dempsay v. City of Phoenix*, No. CV-22-00503-PHX-DLR, 2023 U.S. Dist. LEXIS 141771, at *1 (D. Ariz. Aug. 14, 2023).

The lack of prejudice suffered by Defendants coupled with courts' disfavor for motions to strike provides another basis to deny Defendants' Motion to Strike.

## IV. Defendants' Motion Improperly Relies on the Arizona Rules of Civil Procedure.

Defendants' Motion to Strike relies in part on the Arizona Rules of Civil Procedure. (Dkt. 213, at 3-4). But "[t]he Federal Rules of Civil Procedure, not the state rules…apply in federal court." *Kentucky Closeouts, LLC v. Sirzan, Inc.*, No. CV-20-02457-PHX-ROS, 2022 U.S. Dist. LEXIS 193764, at *5 (D. Ariz. Jan. 12, 2022) (internal quotation omitted) (citing *Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1125 (9th Cir. 2009)).

In federal court, district court judges have broad discretion when adjudicating motions to strike. *See Furst*, 2025 U.S. Dist. LEXIS 262533, at *3 ("Whether to grant a motion to strike lies within the discretion of the district court.") (internal quotation and citation omitted). As discussed above, because Defendants' Motion to Strike is not supported by the record, rests on false facts, and does not contain a showing of prejudice, this Court should exercise its discretion and deny it.

## V. Defendants' Motion Contains Substantive Argument Inappropriate in a Motion to Strike.

To curb their misuse, LRCiv 7.2(m)(1) sharply limits the situations in which motions to strike may be filed. Under the Local Rule, motions to strike may only be filed regarding submissions that are prohibited by statute, rule, or court order. Similarly, courts have found that disputes concerning "substantial legal issue[s]" are "inappropriate for resolution on a motion to strike." *Krause v. Snohomish Cnty.*, No. 2:25-cv-00130-RAJ, 2025 U.S. Dist. LEXIS 262074, at *6 (W.D. Wash. Dec. 17, 2025).

Notably, Defendants' Motion to Strike does not heed this limitation to procedural argument. It instead reargues the merits of Defendants' underlying Motion to Compel, accusing Plaintiffs of "lawless refusal" to designate witnesses and advancing substantive arguments regarding Fed. R. Civ. P. 30(b)(6)'s obligations. (Dkt. 213, at 3). Those arguments properly belong in a reply brief—not in a separate motion styled as an "expedited" procedural request. To the extent Defendants use the Motion to Strike as a vehicle to advance additional merits arguments, the filing is procedurally improper.

For the multitude of reasons described above, Defendants' Motion to Strike should be DENIED.

RESPECTFULLY SUBMITTED this 18th day of February, 2026.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| FOR THE STATE OF INDIANA: | FOR THE STATE OF OHIO: |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

***Lead Counsel for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I caused the foregoing **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' EXPEDITED MOTION TO STRIKE PLAINTIFF[S'] OVERSIZED RESPONSE TO DEFENDANT[S'] MOTION TO COMPEL DESIGNATION OF 30(b)(6) WITNESSES** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Emily G. Dietz
EMILY G. DIETZ
Assistant Attorney General
Counsel for the Plaintiff State of Ohio

# LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796)<br>Sarah Pelton (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax:   (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Rochelle Sparko (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:  (919) 716-6000<br>Fax:     (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>           (317) 232-7751 (Martindale)<br>Fax:    (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Emily G. Dietz (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730 (Leahy)<br>           (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

| | |
|---|---|
| 1 | Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935) |
| 2 | Assistant Attorney General |
| 3 | Office of the Connecticut Attorney General William Tong |
| 4 | 165 Capitol Avenue, Suite 4000 |
| 5 | Hartford, CT 06106<br>Phone: (860) 808-5400 |
| 6 | Fax: (860) 808-5593 |
| 7 | brendan.flynn@ct.gov<br>*Attorney for Plaintiff State of Connecticut* |

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware, ex rel. Kathleen Jennings*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457)<br>Assistant Attorneys General<br>Consumer Protection Section<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612<br>Phone: (785) 296-3751<br>Fax:    (785) 291-3699<br>Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov<br>*Attorneys for Plaintiff State of Kansas* |
| Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General<br>Elizabeth Blackston (IL Bar No. 6228859)<br>Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62791<br>Phone: (217) 782-4436<br>philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov<br>*Attorneys for Plaintiff People of the State of Illinois* | Jonathan E. Farmer (KY Bar No. 91999)<br>Deputy Executive Director of Consumer Protection<br>Office of the Attorney General of Kentucky<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Phone: (502) 696-5448<br>Fax:    (502) 573-8317<br>Jonathan.Farmer@ky.gov<br>*Attorney for Plaintiff Commonwealth of Kentucky* |
| Benjamin Bellus (IA Bar No. AT0000688)<br>William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Phone: (515) 242-6536 (Bellus)<br>            (515) 242-6773 (Pearson)<br>Fax:    (515) 281-6771<br>Benjamin.Bellus@ag.iowa.gov<br>William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General<br>Office of the Attorney General Liz Murrill<br>1885 North Third St.<br>Baton Rouge, LA 70802<br>Phone: (225) 326-6164<br>Fax:    (225) 326-6499<br>WilliamsZ@ag.louisiana.gov<br>*Attorney for Plaintiff State of Louisiana* |

| | |
|---|---|
| Brendan O'Neil (ME Bar No. 009900)<br>Michael Devine (ME Bar No. 005048)<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Phone: (207) 626-8800<br>Fax:    (207) 624-7730<br>brendan.oneil@maine.gov<br>michael.devine@maine.gov<br>*Attorneys for Plaintiff State of Maine* | Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:    (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* |
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:    (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:    (617) 727-5765<br>mailto:Carol.Guerrero@mass.gov<br>Michael.Turi@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |

John W. Grantham (MO Bar No. 60556)
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3942
Fax:    (573) 751-7948
john.grantham@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General,
Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:    (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Zeyad A. Assaf (NJ Bar No. 290002021)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:    (973) 648-3879
Blair.Gerold@law.njoag.gov
Zeyad.Assaf@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 651-7565
Fax:   (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Oluwadamilola E. Obaro (NY Bar No. 5558275)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6316
dami.obaro@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:   (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:   (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:   (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:   (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

Alex M. Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Phone: (860) 287-7156
acarnevale@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Jimmie B. Webb (TN Bar No. 042680)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
       (615) 532-4223 (Webb)
Fax:   (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
jimmie.webb@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:   (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:   (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:   (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

| | |
|---|---|
| Geoffrey L. Ward (VA Bar No. 89818)<br>Senior Assistant Attorney General<br>Office of the Attorney General of Virginia<br>202 N. Ninth St.<br>Richmond, VA 23219<br>Phone: (804) 371-0871<br>Fax:    (804) 786-0122<br>gward@oag.state.va.us<br>*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General* | Ashley T. Wentz (WV Bar No. 13486)<br>Assistant Attorney General<br>West Virginia Attorney General's Office<br>Consumer Protection/Antitrust Division<br>P.O. Box 1789<br>Charleston, WV 25326<br>Phone: (304) 558-8986<br>Fax:    (304) 558-0184<br>Ashley.T.Wentz@wvago.gov<br>*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General* |
| Zorba Leslie (WA Bar No. 58523)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 340-6787<br>Fax:    (206) 464-6451<br>zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* | Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:    (608) 294-2907<br>gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin* |
| | Cameron W. Geeting (WY Bar No. 7--5338)<br>Senior Assistant Attorney General<br>Consumer Protection and Antitrust Unit<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, Wyoming 82002<br>Phone: (307) 777-3795<br>cameron.geeting1@wyo.gov<br>*Attorney for Plaintiff State of Wyoming* |