1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRISTIN K. MAYES
Attorney General of Arizona
(Firm AZ State Bar No. 14000)
John Raymond Dillon IV (AZ State Bar No. 036796)
Sarah Pelton (AZ State Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:     (602) 542-4377
consumer@azag.gov

Counsel for Plaintiff State of Arizona

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General, *et al.*,

     Plaintiffs,

     v.

Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*,

     Defendants.

CASE NO.:  4:23-cv-00233-TUC-CKJ (MAA)

**[ORAL ARGUMENT REQUESTED]**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT MICHAEL D. LANSKY'S DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

     Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff States (collectively, "Plaintiffs") respectfully request the Court to order Defendant Michael D. Lansky to provide requested documents that he has failed to produce and/or not logged correctly under the Court's ESI Order (Dkt. #120).

     This Reply is supported by the following Memorandum of Points and Authorities, the Declaration of Sarah Pelton and the exhibits attached thereto, and any oral argument that may be heard on this issue.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

**I.    INTRODUCTION**

3

Plaintiffs respectfully submit their Reply to Defendant Michael D. Lansky's

4

("Defendant Lansky") Response ("Response") to Plaintiffs' Motion to Compel Defendant

5

Lansky's Document Production in Response to Plaintiffs' First Set of Requests for

6

Production ("Motion"). Rather than substantively addressing his discovery obligations,

7

Defendant Lansky devotes significant portions of his Response to ad hominem attacks and

8

commentary on the Complaint and Plaintiffs' litigation strategy. But such rhetoric is

9

immaterial to whether Defendant Lansky complied with his obligations under the Federal

10

Rules of Civil Procedure and the Court's ESI Order (Doc. 120).

11

Below, Plaintiffs establish that: (1) Defendant Lansky's response is untimely and

12

thus waived; (2) Defendant Lansky erroneously stated the procedural rules and caselaw

13

applicable to motions to compel; (3) Defendant Lansky admitted his ongoing

14

noncompliance in document production; and (4) Defendant Lansky has not conducted a

15

"reasonable search" for documents as required by Fed. R. Civ. P. 34.

16

17

**II.    ARGUMENT**

18

**A. Defendant Lansky's Untimely Response with no Excusable Neglect**

19

**Operates as Consent to Plaintiffs' Motion.**

20

Plaintiffs filed the Motion on January 7, 2026. Under Local Rule 7.2(c), parties

21

seeking to file a response to a motion must do so within 14 days after service. L.R. Civ.

22

7.2(c). Here, that date was January 21, 2026. Defendant Lansky now comes to the court

23

three weeks after the initial deadline to file a response.  Defendant Lansky does not address

24

the untimeliness of this filing in his Response, nor does he assert that his failure to respond

25

before the deadline was excusable neglect under Rule 6. Fed. R. Civ. P. 6(b)(1)(B). Thus,

26

Plaintiffs request the Court to view Defendant Lansky's failure to respond by the L.R. Civ

27

7.2(c) deadline as his consent to granting Plaintiffs' Motion.

28

**B. The Correct Standards Applicable to Motions to Compel are Not Found in the Arizona Rules of Civil Procedure as Defendant Lansky Suggests.**

Defendant Lansky asserts the "good cause" standard under which this Motion should be judged is found in the Arizona Rules of Civil Procedure. *See* Doc. 210, p. 4, ln. 7-23. As this case was filed in federal district court, the Federal Rules of Civil Procedure and the Local Rules of the District of Arizona apply. *See Arnold & Assocs., Inc. v. Misys Healthcare Sys.,* 275 F. Supp. 2d 1013, n. 9 (D. Ariz. 2003) ("The Federal Rules of Civil Procedure apply irrespective of the source of subject matter jurisdiction, and irrespective of whether the substantive law at issue is state or federal.") (citing *Hanna v. Plumer*, 380 U.S. 460 (1965)). Defense counsel also erroneously cites to caselaw in Arizona *state* courts as persuasive to the case. Federal Rule of Civil Procedure 26(b)(2)(B) governs here:

> ". . .On motion to compel discovery or for a protective order, the party from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). . ."

Fed. R. Civ. P. 26(b)(2)(B). Importantly, Defendant Lansky's Response failed to explain how the information the Plaintiffs seek is not reasonably accessible because of undue burden or cost. As such, Plaintiffs are not required to show good cause.

Defendant Lansky again mistakenly relied on the Arizona Rules of Civil Procedure later in his Response. On page 8, Defendant Lansky stated Plaintiffs are required to provide "a proper reason for the belief of deficient response" pursuant to Ariz. R. Civ. P. 26(d). Doc. 210, pg. 8, ln. 14-15. The Federal Rules of Civil Procedure, which govern here, do not require such a showing.

**C. Defendant Lansky Admitted Noncompliance with Discovery Obligations.**

Defendant Lansky claimed that "Plaintiffs did not request the native format, and thus, without the Requests themselves, there is no obligation." Doc. 210, pg. 5, ln 13-14. However, Defendant Lansky forgets the Court's ESI Order (Dkt 120). Regardless of

3

1   whether the document production was fully compliant with Rule 34's ESI requirements,
2   the ESI Order confers additional obligations on the parties, including requiring the
3   production of documents in their native format. Dkt. 120, B. 2. a. ("To the extent possible,
4   spreadsheet file, including without limitation Microsoft Excel Files (*.xls or *.xlsx) shall
5   be produced in native format."); *see also Plan Pros, Inc. v. Torczon*, No. 8:08CV136, 2009
6   U.S. Dist. LEXIS 92512, at *14-16 (D. Neb. Sept. 18, 2009) (when Quickbooks data was
7   produced in Excel format, motion to compel production of data in original Quickbooks
8   format was granted).  Defendant Lansky's Response also omits Plaintiffs' meet and confer
9   efforts on this issue since filing of the Motion. On January 26, 2026, Plaintiffs requested
10  the native export of the "audit file" and provided a link for instructions on how to provide
11  it. *See* Declaration of Sarah Pelton ("Pelton Decl."), dated February 18, 2026 at ¶ 7, Ex. Z.
12          In his final paragraph, Defendant Lansky noted that "the discovery team" is
13  conducting a "supplemental review" of the document index and will "report what they find
14  to the Court and to Plaintiffs." Doc. 210, pg. 10, ln. 3-6. But this in no way refutes
15  Plaintiffs' assertions that the document indices are deficient – indeed, Defendant Lansky's
16  Response does not attempt to refute *any* of the specifically identified deficiencies in the
17  Motion. Doc. 196, pgs. 6-8. Additionally, the Response attached indices produced on
18  January 7, 2026 but the Defendant failed to inform the Court that three of the four indices
19  provided were sent *after* Plaintiffs filed the motion and failed to inform the Court of
20  Plaintiffs' efforts to  meet and confer regarding errors in those indices. *See* Pelton Decl. at
21  ¶ 3, Exs. U-V. Plaintiffs first notified Defendants on January 9, 2026 with issues on the
22  produced indices. *See* Pelton Decl. at ¶ 4, Ex. W. Defendants responded on January 14,
23  2026. *See* Pelton Decl. at ¶ 5, Ex. X. Plaintiffs emailed Defendants on January 23, 2026
24  with continued concerns regarding the provided indices, including but not limited to the
25  fact that two of the four indices provided do not correspond to the Bates numbers of
26  Defendants' document production. *See* Pelton Decl. at ¶ 6, Ex. Y. Plaintiffs also sent the
27  January 23, 2026 email to counsel of record at Troutman on February 4, 2026 when they
28  asked for outstanding discovery issues. *See* Pelton Decl. at ¶ 8, Ex. AA. No response was
received. *See* Pelton Decl. at ¶ 9.

1    Finally, contrary to defense counsel's hollow protestations, this is not a David and
2    Goliath situation. Defendants apparently do not have such "extremely limited financial
3    resources and staffing" since they have also retained the nationally recognized law firm
4    Troutman Pepper Locke as counsel of record, which has been involved in this case since
5    October 2025. Doc. 210, pg. 3, ln. 17-20. Defendants' extremely limited resources only
6    seem to be an issue when *responding* to discovery rather than serving it. Defendants had
7    abundant resources to serve over 25,000 written discovery demands, at least 29 Rule 45
8    subpoenas to third parties, more than 49 deposition notices and Defendants sought to
9    expand the case management schedule to depose all 49 Plaintiffs. Docs. 121, Motion
10   Denied, Doc. 158.  Rather, Defendant Lansky's conduct of disregarding the ESI Order does
11   not represent "a good faith effort to comply with all applicable rules and orders." Doc. 210,
12   pg. 3, ln. 17-20.

13   **D. Defendant Lansky Has Not Completed the "Reasonable Search" for**
14   **Documents Required by Federal Rule of Civil Procedure 34.**

15   Rule 34 of the Federal Rules of Civil Procedure requires the responding party to
16   produce documents in its "possession, custody, or control." Fed. R. Civ. P. 34(a)(1).
17   Additionally, litigants have a duty to conduct a "reasonable search" for documents in their
18   custody or control. *See A. Farber & Partners, Inc. v. Garber*, 234 F.R.D. 186, 189 (C.D.
19   Cal. 2006) ("[A] party responding to a Rule 34 production request is under an affirmative
20   duty to seek that information reasonably available to it from its employees, agents, or others
21   subject to its control.") (internal quotations omitted). If no responsive documents are found,
22   the responding party "must do more than merely assert that search was conducted with due
23   diligence; rather, [he or] she must briefly describe the search to allow the Court to
24   determine whether it was reasonable." *V5 Techs. v. Switch, Ltd.*, 332 F.R.D. 356, 367 (D.
25   Nev. 2019) (internal quotations omitted). This search is "especially critical in the context
26   of searches for electronically stored information." *Id.*

27   In Defendant Lansky's Response, he asserts that following consultation with a
28   "Senior Discovery Attorney at [the] Troutman law firm," his production and related
     document indices comply with Rule 34. Dkt. 210 at pg. 6, ln. 12-14. Defendant Lansky

1    provided no basis that this consultation actually occurred, as there was no sworn

2    declaration attached to the filing. Defendant Lansky declined to clarify whether the

3    referenced "Senior Discovery Attorney at Troutman" consultations were offered as

4    evidence or attorney argument, despite Plaintiffs' written request for clarification. *See*

5    Pelton Decl., ¶ 10, Exs. BB-CC. Defendant Lansky likewise did not provide a description

6    of the search for the Court to determine whether it was conducted with due diligence.

7    Defendant Lansky's Response cites no declaration, no evidentiary support, and no

8    identification of custodians, systems searched, or methodology. Defendant Lansky's

9    conclusory assertions of a "reasonable search" fall short of his obligation in responding to

10   Requests for Production. Therefore, the Court should treat the statement as unsworn

11   attorney argument and afford it no evidentiary weight.

12        Given the significant delay caused by Defendant Lansky's deficient document

13   production, Plaintiffs respectfully request the Court to order Defendant Lansky to

14   (1) provide an ESI-Order compliant index that encompasses all Requests; and (2) fix all

15   issues with his production identified in the Motion.

16

17   **III.    CONCLUSION**

18        For the reasons set forth above, the Plaintiffs respectfully request the Court to order

19   Defendant Lansky to provide compliant document production to Plaintiffs' First Set of

20   Requests for the Production of Documents and award Plaintiffs attorneys' fees for

21   preparing the Reply due to defense counsel's egregious filings.

22        // // // // // //

23

24        // // // // // //

25

26        // // // // // //

27

28        // // // // // //

6

1
2
3

RESPECTFULLY SUBMITTED this 18th day of February, 2026.

4
5

**FOR THE STATE OF ARIZONA:**

**FOR THE STATE OF NORTH CAROLINA:**

6
7

KRISTIN K. MAYES
Attorney General for the State of Arizona

JEFF JACKSON
Attorney General for the State of North Carolina

8
9
10
11
12

/s/ John Raymond Dillon IV
JOHN RAYMOND DILLON IV
SARAH PELTON
Assistant Attorneys General
*Attorneys for the State of Arizona*

/s/ Tracy Nayer
TRACY NAYER
ROCHELLE SPARKO
Special Deputy Attorneys General
*Attorneys for the State of North Carolina*

13
14

**FOR THE STATE OF INDIANA:**

**FOR THE STATE OF OHIO:**

15
16

TODD ROKITA
Attorney General for the State of Indiana

DAVE YOST
Attorney General for the State of Ohio

17
18
19
20

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
THOMAS L. MARTINDALE
Deputy Attorneys General
*Attorneys for the State of Indiana*

/s/ Erin B. Leahy
ERIN B. LEAHY
EMILY G. DIETZ
Assistant Attorneys General
*Attorneys for the State of Ohio*

21
22

***Lead Counsel for Plaintiffs***

23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I caused the foregoing **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT MICHAEL D. LANSKY'S DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.


/s/ Sarah Pelton
Assistant Attorney General
Counsel for the Plaintiff State of Arizona

10

1

**LIST OF PLAINTIFFS' COUNSEL**

2

3    John Raymond Dillon IV (AZ Bar          Tracy Nayer (NC Bar No. 36964)
     No. 036796)                             Rochelle Sparko (NC Bar No. 38528)
4    Sarah Pelton (AZ Bar No. 039633)        Special Deputy Attorneys General
     Assistant Attorneys General            North Carolina Department of Justice
5    Arizona Attorney General's Office      Consumer Protection Division
6    2005 North Central Avenue              P.O. Box 629
     Phoenix, AZ 85004                       Raleigh, North Carolina 27602
7    Phone: (602) 542-8018                   Phone:  (919) 716-6000
8    Fax:   (602) 542-4377                   Fax:     (919) 716-6050
     john.dillonIV@azag.gov                  tnayer@ncdoj.gov
9    sarah.pelton@azag.gov                   rsparko@ncdoj.gov
10   *Attorneys for Plaintiff State of Arizona*   *Attorneys for Plaintiff State of North
                                             Carolina*
11
     Douglas S. Swetnam (IN Bar No. 15860-
12   49)                                     Erin B. Leahy (OH Bar No. 0069509)
     Thomas L. Martindale (IN Bar No.        Emily G. Dietz (OH Bar No. 0104729)
13   29706-64)                               Assistant Attorneys General
14   Deputy Attorneys General               Office of Attorney General Dave Yost
     Office of the Indiana Attorney General  30 East Broad Street, 14th Fl.
15   Todd Rokita                             Columbus, OH 43215
16   Indiana Govt. Center South, 5th Fl.     Phone: (614) 752-4730 (Leahy)
     302 W. Washington St.                           (614) 466-3493 (Dietz)
17   Indianapolis, IN 46204-2770             Erin.Leahy@OhioAGO.gov
18   Phone: (317) 232-6294 (Swetnam)         Emily.Dietz@OhioAGO.gov
            (317) 232-7751 (Martindale)      *Attorneys for Plaintiff State of Ohio*
19   Fax:     (317) 232-7979
     douglas.swetnam@atg.in.gov
20   thomas.martindale@atg.in.gov
21   *Attorneys for Plaintiff State of Indiana*

22

23                      ***Lead Counsel for Plaintiffs***

24

25

26

27

28

11

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone:  (334) 353-2609 (Barton)
            (334) 242-7445 (Tambling)
Fax:       (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:       (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
            (213) 269-6348 (Eskandari)
            (213) 269-6355 (Lundgren)
            (213) 269-6612 (Perez)
Fax:       (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brendan T. Flynn (Fed. Bar No. ct04545,
CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney
General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:     (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of
Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:     (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware,
ex rel. Kathleen Jennings*

Laura C. Beckerman (DC Bar No.
1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of
Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:     (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier,
Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:     (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No.
9662)
Deputy Attorney General
Hawaii Department of the Attorney
General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:     (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

13

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
          (515) 242-6773 (Pearson)
Fax:     (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:     (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:     (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:     (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

14

| | |
|---|---|
| 1 | Brendan O'Neil (ME Bar No. 009900) | Kathy P. Fitzgerald (MI Bar No. P31454) |

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:     (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:     (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:     (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:     (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John W. Grantham (MO Bar No. 60556)
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3942
Fax:     (573) 751-7948
john.grantham@ago.mo.gov
*Attorney for Plaintiff State of Missouri,*
*ex. rel. Catherine L. Hanaway, Attorney*
*General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General,
Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael
T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:     (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:     (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust
Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New*
*Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Zeyad A. Assaf (NJ Bar No. 290002021)
Deputy Attorneys General
New Jersey Office of the Attorney
General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:     (973) 648-3879
Blair.Gerold@law.njoag.gov
Zeyad.Assaf@law.njoag.gov
*Attorneys for Plaintiff State of New*
*Jersey*

16

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 651-7565
Fax:    (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Oluwadamilola E. Obaro (NY Bar No. 5558275)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6316
dami.obaro@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:    (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

| | |
|---|---|
| 1 | Alex M. Carnevale (R.I. Bar No. 10724) | David Shatto (Fed. Bar No. 3725697; TX |

Alex M. Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Phone: (860) 287-7156
acarnevale@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Jimmie B. Webb (TN Bar No. 042680)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
          (615) 770-1714 (Corcoran)
          (615) 532-4223 (Webb)
Fax:     (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
jimmie.webb@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:     (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:     (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:     (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

18

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*

19