# Exhibit U

**Pelton, Sarah**

---

| | |
|---|---|
| **From:** | Neil Ende <nende@tlgdc.com> |
| **Sent:** | Wednesday, January 7, 2026 2:59 PM |
| **To:** | Sparko, Rochelle; Nayer, Tracy; Erin Leahy (OH AG) (erin.leahy@ohioago.gov); Emily Dietz; Douglas Swetnam (IN AG) (douglas.swetnam@atg.in.gov); Thomas Martindale (IN AG) (Thomas.Martindale@atg.in.gov); Dillon IV, John; Pelton, Sarah |
| **Cc:** | Greg Taylor; Ritesh Warikallamath |
| **Subject:** | Bates RFP Spreadsheet |
| **Attachments:** | RFP Bates List (As Served).pdf |
| | |
| **Importance:** | High |

AGs:

Attached is a spreadsheet showing the Bates number of the documents responsive to each RFP.

As you are aware, this spreadsheet was prepared by our colleagues at Troutman Pepper Locke.

***Please confirm receipt by return email.***

Please direct any questions to me and I will forward them to our colleagues.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Sparko, Rochelle <rsparko@NCDOJ.GOV>
**Date:** Wednesday, December 17, 2025 at 2:38 PM
**To:** Neil Ende <nende@tlgdc.com>, Greg Taylor <gtaylor@tlgdc.com>, Virginia Bell Flynn <virginia.flynn@troutman.com>, Michael.Lacy@troutman.com <michael.lacy@troutman.com>, Taylor, Ashley L. <Ashley.Taylor@troutman.com>
**Cc:** Nayer, Tracy <Tnayer@ncdoj.gov>, Erin Leahy (OH AG) (erin.leahy@ohioago.gov) <erin.leahy@ohioago.gov>, Emily Dietz <emily.dietz@ohioago.gov>, Douglas Swetnam (IN AG) (douglas.swetnam@atg.in.gov) <douglas.swetnam@atg.in.gov>, Thomas Martindale (IN AG) (Thomas.Martindale@atg.in.gov) <Thomas.Martindale@atg.in.gov>, Dillon IV, John <john.dilloniv@azag.gov>, Sarah Pelton (AZ AG) (Sarah.Pelton@azag.gov) <Sarah.Pelton@azag.gov>
**Subject:** [AZ v. Avid Telecom] Meet and Confer Regarding Requests for Admission and Requests for Production

Good afternoon, counsel,

As discussed during last Wednesday's telephonic meet and confer, I write regarding Defendant Lansky's Response to Plaintiffs' First Request for Production of Documents, Defendant Reeves' Supplemental Response

to Plaintiffs' First Request for Production of Documents, Defendant Avid's Response to Plaintiffs' First Request for Production of Documents, and Defendants' Response to Plaintiffs' Second Request for Admissions. Defendants refused to respond to many requests, instead offering to meet and confer. During the telephonic meet and confer on Wednesday, December 10, we did not have time to address each Request to which you did not provide a response. These are addressed in writing below.

Defendants' Responses to Plaintiffs' Second Requests for Admission Nos. 11, 17, 18, 22, and 50 request a meet and confer rather than providing an admission or denial.

Request No. 11-Defendants state that the request is vague or ambiguous. It calls for an admission as to the meaning of a commonly used term in the VoIP industry to avoid putting on a witness to testify to the term at trial.

- Request No. 17-Defendants failed to admit or deny whether Sumco Enterprises was a customer of Defendant Avid's DID product. There is no need to meet and confer on this matter. Defendants should respond.
- Request No. 18- Defendants failed to admit or deny whether Geist Telecom LLC was a customer of Defendant Avid's DID product. There is no need to meet and confer on this matter. Defendants should respond.
- Request No. 22- Defendants refused to admit or deny that Defendant Avid limited its transmission of calls only to called parties served by VoIP Service Providers.
- Request No. 50- Defendants state they do not know what foreign means in context. The dictionary definition of the word will suffice, and Defendants should answer this Request without the need to meet and confer.

Plaintiffs' First Requests for Production of Documents were issued to Defendants in March 2025. Plaintiffs have repeatedly discussed the insufficiency of the responses with Defendants. Currently, Defendant Lansky refuses to produce documents in response to 16 Requests for Production (Nos. 2, 3, 4, 5, 6, 7, 8, 9, 28, 29, 30, 62, 64, 81, 82, and 90), Defendant Reeves to 25 Requests for Production (Nos. 56, 57, 58. 59, 61, 62, 64, 66-80, 85, 87,and 88) , and Defendant Avid to 37 Requests for Production (Nos.25, 26, 40,. 43, 46, 47, 56, 61-65, 67-71, 73-75, 77-91, 96, and 97), seeking instead to meet and confer regarding these 78 Requests. Defendants should respond without further need for discussion, given the clarity of the Requests and the categories of information Plaintiffs seek.

For example:
- Request No. 10 to Defendant Lansky seeks production of his Communications with Avid's Upstream Customers. Defendant Lansky seeks to meet and confer rather than provide the requested Documents.
- Request No. 61 to Defendant Lansky seeks production of Communications with Downstream Providers regarding Tracebacks, Robocalls, Do Not Call Complaints and suspensions, terminations, or threats thereof. In response, Defendant Lansky sought to meet and confer rather than respond.
- Request Nos. 67-80 to Defendant Reeves seek Documents and Communications Relating to her affirmative defenses. Rather than produce documents that support her legal position, Defendant Reeves seeks to meet and confer.
- Request No. 25 to Defendant Avid seeks its policies and procedures Related to terminating Non-Provider Customers who receive a material number of Tracebacks. Defendant Avid refused to provide these documents, seeking instead to meet and confer.

Plaintiffs' guidance provided herein should reduce the number of Requests where further meet and confer is required. Defendants should supplement their responses to the Second Requests for Admission and the First Requests for Production of Documents accordingly.

Respectfully,



**Rochelle Sparko**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
(919) 716-6811
rsparko@ncdoj.gov
Post Office Box 629, Raleigh, NC 27602
114 West Edenton Street, Raleigh, NC 27603
https://ncdoj.gov/
Please note messages to or from this address may be public records.

# Exhibit V

| ProdBeg | ProdEnd | ProdBegAtt | ProdEndAtt | RFP #s |
|---|---|---|---|---|
| REEV000001 | REEV000001 | REEV000001 | REEV000001 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000002 | REEV000002 | REEV000002 | REEV000002 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000003 | REEV000003 | REEV000003 | REEV000003 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000004 | REEV000004 | REEV000004 | REEV000004 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000005 | REEV000005 | REEV000005 | REEV000005 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000006 | REEV000006 | REEV000006 | REEV000006 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV000007 | REEV000007 | REEV000007 | REEV000007 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000008 | REEV000008 | REEV000008 | REEV000008 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000009 | REEV000009 | REEV000009 | REEV000009 | |
| REEV000010 | REEV000010 | REEV000010 | REEV000010 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000011 | REEV000011 | REEV000011 | REEV000011 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV000012 | REEV000012 | REEV000012 | REEV000012 | RFP 1 Avid Request(s) 23-28, 32-39, 60-64;  RFP 1 Lansky Request(s) 14-15, 22-26, 47-52; RFP 1 Reeves Request(s) 14-15, 22-26, 47-52 |
| REEV000013 | REEV000013 | REEV000013 | REEV000013 | RFP 1 Avid Request(s) 23-28, 32-39, 60-64;  RFP 1 Lansky Request(s) 14-15, 22-26, 47-52; RFP 1 Reeves Request(s) 14-15, 22-26, 47-52 |
| REEV000014 | REEV000014 | REEV000014 | REEV000014 | RFP 1 Avid Request(s) 23-28, 32-39, 60-64;  RFP 1 Lansky Request(s) 14-15, 22-26, 47-52; RFP 1 Reeves Request(s) 14-15, 22-26, 47-52 |
| REEV000015 | REEV000015 | REEV000015 | REEV000015 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000016 | REEV000016 | REEV000016 | REEV000016 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000017 | REEV000017 | REEV000017 | REEV000017 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000018 | REEV000018 | REEV000018 | REEV000018 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000019 | REEV000019 | REEV000019 | REEV000019 | |
| REEV000020 | REEV000020 | REEV000020 | REEV000020 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000021 | REEV000021 | REEV000021 | REEV000021 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000022 | REEV000022 | REEV000022 | REEV000022 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000023 | REEV000023 | REEV000023 | REEV000023 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000024 | REEV000024 | REEV000024 | REEV000024 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000025 | REEV000025 | REEV000025 | REEV000025 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000026 | REEV000026 | REEV000026 | REEV000026 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000027 | REEV000027 | REEV000027 | REEV000027 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV000028 | REEV000028 | REEV000028 | REEV000028 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000029 | REEV000029 | REEV000029 | REEV000029 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000030 | REEV000030 | REEV000030 | REEV000030 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000031 | REEV000031 | REEV000031 | REEV000031 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV000032 | REEV000032 | REEV000032 | REEV000032 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000033 | REEV000033 | REEV000033 | REEV000033 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000034 | REEV000034 | REEV000034 | REEV000034 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000035 | REEV000035 | REEV000035 | REEV000035 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000036 | REEV000036 | REEV000036 | REEV000036 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000037 | REEV000037 | REEV000037 | REEV000037 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000038 | REEV000038 | REEV000038 | REEV000038 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000039 | REEV000039 | REEV000039 | REEV000039 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000040 | REEV000040 | REEV000040 | REEV000040 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000041 | REEV000041 | REEV000041 | REEV000041 | RFP 1 Lansky Request(s) 63-64; RFP 1 Reeves Request(s) 63-64 |
| REEV000042 | REEV000042 | REEV000042 | REEV000042 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000043 | REEV000043 | REEV000043 | REEV000043 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000044 | REEV000044 | REEV000044 | REEV000044 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000045 | REEV000045 | REEV000045 | REEV000045 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000046 | REEV000046 | REEV000046 | REEV000046 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000047 | REEV000047 | REEV000047 | REEV000047 | RFP 1 Avid Request(s) 6, 17-22, 60-64, 99; RFP 1 Lansky Request(s) 10-13, 47-52, 90; RFP 1 Reeves Request(s) 10-13, 47-52, 90; RFP2 Request(s) 7 |
| REEV000048 | REEV000048 | REEV000048 | REEV000048 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000049 | REEV000049 | REEV000049 | REEV000049 | RFP 1 Avid Request(s) 74, 93; RFP 1 Lansky Request(s) 62, 81, 109, 104; RFP1 Reeves Request(s) 62, 81, 102 |
| REEV000050 | REEV000050 | REEV000050 | REEV000050 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |

| REEV000051 | REEV000056 | REEV000051 | REEV000056 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
|---|---|---|---|---|
| REEV000057 | REEV000057 | REEV000057 | REEV000058 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000058 | REEV000058 | REEV000057 | REEV000058 | RFP 1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV000059 | REEV000059 | REEV000059 | REEV000059 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000060 | REEV000060 | REEV000060 | REEV000066 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000061 | REEV000066 | REEV000060 | REEV000066 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000067 | REEV000070 | REEV000067 | REEV000070 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000071 | REEV000073 | REEV000071 | REEV000073 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000074 | REEV000081 | REEV000074 | REEV000081 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000082 | REEV000082 | REEV000082 | REEV000082 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000083 | REEV000085 | REEV000083 | REEV000085 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000086 | REEV000086 | REEV000086 | REEV000086 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |

| | | | | |
|---|---|---|---|---|
| REEV000087 | REEV000088 | REEV000087 | REEV000088 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000089 | REEV000089 | REEV000089 | REEV000114 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000090 | REEV000111 | REEV000089 | REEV000114 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000112 | REEV000114 | REEV000089 | REEV000114 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000115 | REEV000116 | REEV000115 | REEV000160 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000117 | REEV000120 | REEV000115 | REEV000160 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000121 | REEV000160 | REEV000115 | REEV000160 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000161 | REEV000162 | REEV000161 | REEV000203 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000163 | REEV000199 | REEV000161 | REEV000203 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000200 | REEV000203 | REEV000161 | REEV000203 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000204 | REEV000205 | REEV000204 | REEV000205 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000206 | REEV000206 | REEV000206 | REEV000212 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000207 | REEV000209 | REEV000206 | REEV000212 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000210 | REEV000212 | REEV000206 | REEV000212 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000213 | REEV000214 | REEV000213 | REEV000214 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000215 | REEV000215 | REEV000215 | REEV000217 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000216 | REEV000216 | REEV000215 | REEV000217 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000217 | REEV000217 | REEV000215 | REEV000217 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000218 | REEV000219 | REEV000218 | REEV000219 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000220 | REEV000221 | REEV000220 | REEV000221 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000222 | REEV000222 | REEV000222 | REEV000225 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000223 | REEV000224 | REEV000222 | REEV000225 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV000225 | REEV000225 | REEV000222 | REEV000225 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000226 | REEV000227 | REEV000226 | REEV000242 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000228 | REEV000229 | REEV000226 | REEV000242 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000230 | REEV000242 | REEV000226 | REEV000242 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000243 | REEV000246 | REEV000243 | REEV000246 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000247 | REEV000257 | REEV000247 | REEV000280 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000258 | REEV000279 | REEV000247 | REEV000280 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000280 | REEV000280 | REEV000247 | REEV000280 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000281 | REEV000291 | REEV000281 | REEV000291 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000292 | REEV000293 | REEV000292 | REEV000293 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000294 | REEV000294 | REEV000294 | REEV000294 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000295 | REEV000297 | REEV000295 | REEV000298 | RFP 1 Avid Request(s) 4; RFP 1 Lansky Request(s) 17-18; RFP 1 Reeves Request(s) 17-18 |
| REEV000298 | REEV000298 | REEV000295 | REEV000298 | |
| REEV000299 | REEV000300 | REEV000299 | REEV000300 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000301 | REEV000301 | REEV000301 | REEV000301 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 92; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 92 |
| REEV000302 | REEV000309 | REEV000302 | REEV000309 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000310 | REEV000312 | REEV000310 | REEV000313 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000313 | REEV000313 | REEV000310 | REEV000313 | |

| | | | | |
|---|---|---|---|---|
| REEV000314 | REEV000315 | REEV000314 | REEV000315 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000316 | REEV000316 | REEV000316 | REEV000326 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000317 | REEV000325 | REEV000316 | REEV000326 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000326 | REEV000326 | REEV000316 | REEV000326 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000327 | REEV000328 | REEV000327 | REEV000328 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000329 | REEV000329 | REEV000329 | REEV000333 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000330 | REEV000332 | REEV000329 | REEV000333 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000333 | REEV000333 | REEV000329 | REEV000333 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000334 | REEV000334 | REEV000334 | REEV000341 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000335 | REEV000340 | REEV000334 | REEV000341 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000341 | REEV000341 | REEV000334 | REEV000341 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000342 | REEV000343 | REEV000342 | REEV000343 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000344 | REEV000345 | REEV000344 | REEV000510 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000346 | REEV000351 | REEV000344 | REEV000510 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000352 | REEV000510 | REEV000344 | REEV000510 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000511 | REEV000511 | REEV000511 | REEV000511 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV000512 | REEV000512 | REEV000512 | REEV000512 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV000513 | REEV000513 | REEV000513 | REEV000520 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000514 | REEV000519 | REEV000513 | REEV000520 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000520 | REEV000520 | REEV000513 | REEV000520 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000521 | REEV000522 | REEV000521 | REEV000652 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000523 | REEV000533 | REEV000521 | REEV000652 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV000534 | REEV000652 | REEV000521 | REEV000652 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV000653 | REEV000654 | REEV000653 | REEV000654 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000655 | REEV000660 | REEV000655 | REEV000661 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000661 | REEV000661 | REEV000655 | REEV000661 | |
| REEV000662 | REEV000663 | REEV000662 | REEV000663 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000664 | REEV000670 | REEV000664 | REEV000670 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV000671 | REEV000678 | REEV000671 | REEV000678 | RFP 1 Avid Request(s) 2-3, 13-16, 29-31, 41-51, 75-76; RFP 1 Lansky Request(s) 1-2, 7-9, 20-21, 27-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 7-9, 20-21, 27-36, 92. 94-95 |
| REEV000679 | REEV000681 | REEV000679 | REEV000681 | RFP 1 Avid Request(s) 2-3, 13-16, 29-31, 41-51, 75-76; RFP 1 Lansky Request(s) 1-2, 7-9, 20-21, 27-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 7-9, 20-21, 27-36, 92. 94-95 |
| REEV000682 | REEV000684 | REEV000682 | REEV002352 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV000685 | REEV001952 | REEV000682 | REEV002352 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |

| | | | | |
|---|---|---|---|---|
| REEV001953 | REEV002352 | REEV000682 | REEV002352 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV002353 | REEV002354 | REEV002353 | REEV002354 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002355 | REEV002360 | REEV002355 | REEV002362 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV002361 | REEV002361 | REEV002355 | REEV002362 | RFP1 Avid Request(s) 2-3, 42-51, 61-62; RFP 1 Lansky Request(s) 1-2, 28-36, 49-50, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 49-50, 92, 94-95 |
| REEV002362 | REEV002362 | REEV002355 | REEV002362 | |
| REEV002363 | REEV002364 | REEV002363 | REEV002364 | RFP 1 Avid Request(s) 60, 65-66; RFP 1 Lansky Request(s) 53-55; 96; RFP 1 Reeves Request(s) 53-55, 96 |
| REEV002365 | REEV002371 | REEV002365 | REEV002372 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002372 | REEV002372 | REEV002365 | REEV002372 | |
| REEV002373 | REEV002376 | REEV002373 | REEV002376 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002377 | REEV002379 | REEV002377 | REEV002379 | RFP 1 Avid Request(s) 2-3, 42-51, 60-64; RFP 1 Lansky Request(s) 1-2, 28-36, 47-52, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 47-52, 92, 94-95, 6 |
| REEV002380 | REEV002380 | REEV002380 | REEV002380 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002381 | REEV002381 | REEV002381 | REEV002381 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002382 | REEV002382 | REEV002382 | REEV002382 | RFP 1 Avid Request(s) 2-3, 42-51, 60, 65-66; RFP 1 Lansky Request(s) 1-2, 28-36, 53-55, 92, 94-96; RFP 1 Reeves Request(s) 1-2, 28-36, 53-55, 92, 94-96 |
| REEV002383 | REEV002392 | REEV002383 | REEV002392 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |

| | | | | |
|---|---|---|---|---|
| REEV002393 | REEV002393 | REEV002393 | REEV002393 | RFP 1 Avid Request(s) 2-3, 6, 17-22, 99; RFP 1 Lansky Request(s) 1-2, 10-13, 90, 92; RFP 1 Reeves Request(s) 1-2, 10-13, 90, 92 |
| REEV002394 | REEV002394 | REEV002394 | REEV002394 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002395 | REEV002395 | REEV002395 | REEV002395 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002396 | REEV002397 | REEV002396 | REEV002397 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002398 | REEV002398 | REEV002398 | REEV002398 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002399 | REEV002399 | REEV002399 | REEV002399 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002400 | REEV002406 | REEV002400 | REEV002406 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002407 | REEV002407 | REEV002407 | REEV002407 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002408 | REEV002409 | REEV002408 | REEV002409 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002410 | REEV002410 | REEV002410 | REEV002410 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002411 | REEV002412 | REEV002411 | REEV002412 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002413 | REEV002413 | REEV002413 | REEV002413 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002414 | REEV002415 | REEV002414 | REEV002415 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002416 | REEV002416 | REEV002416 | REEV002416 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002417 | REEV002417 | REEV002417 | REEV002417 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002418 | REEV002418 | REEV002418 | REEV002418 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002419 | REEV002419 | REEV002419 | REEV002419 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002420 | REEV002420 | REEV002420 | REEV002420 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002421 | REEV002421 | REEV002421 | REEV002421 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002422 | REEV002422 | REEV002422 | REEV002422 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002423 | REEV002423 | REEV002423 | REEV002423 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002424 | REEV002432 | REEV002424 | REEV002432 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002433 | REEV002433 | REEV002433 | REEV002433 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV002434 | REEV002434 | REEV002434 | REEV002434 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002435 | REEV002435 | REEV002435 | REEV002435 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002436 | REEV002436 | REEV002436 | REEV002436 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002437 | REEV002437 | REEV002437 | REEV002437 | RFP 1 Avid Request(s) 23-28, 32-39, 60-64;  RFP 1 Lansky Request(s) 14-15, 22-26, 47-52; RFP 1 Reeves Request(s) 14-15, 22-26, 47-52 |
| REEV002438 | REEV002438 | REEV002438 | REEV002438 | RFP 1 Avid Request(s) 23-28, 32-39, 60-64;  RFP 1 Lansky Request(s) 14-15, 22-26, 47-52; RFP 1 Reeves Request(s) 14-15, 22-26, 47-52 |
| REEV002439 | REEV002439 | REEV002439 | REEV002439 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002440 | REEV002440 | REEV002440 | REEV002440 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002441 | REEV002441 | REEV002441 | REEV002441 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002442 | REEV002442 | REEV002442 | REEV002442 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002443 | REEV002443 | REEV002443 | REEV002443 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002444 | REEV002445 | REEV002444 | REEV002445 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002446 | REEV002446 | REEV002446 | REEV002446 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002447 | REEV002447 | REEV002447 | REEV002447 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002448 | REEV002448 | REEV002448 | REEV002448 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002449 | REEV002449 | REEV002449 | REEV002449 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002450 | REEV002450 | REEV002450 | REEV002450 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002451 | REEV002459 | REEV002451 | REEV002459 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002460 | REEV002460 | REEV002460 | REEV002460 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002461 | REEV002461 | REEV002461 | REEV002461 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002462 | REEV002462 | REEV002462 | REEV002462 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002463 | REEV002464 | REEV002463 | REEV002464 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002465 | REEV002465 | REEV002465 | REEV002465 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002466 | REEV002466 | REEV002466 | REEV002466 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002467 | REEV002467 | REEV002467 | REEV002467 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002468 | REEV002468 | REEV002468 | REEV002468 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002469 | REEV002469 | REEV002469 | REEV002469 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV002470 | REEV002473 | REEV002470 | REEV002473 | RFP 1 Avid Request(s) 2-3, 23-28, 32-39, 42-51; RFP 1 Lansky Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 14-15, 22-26, 28-36, 92, 94-95 |
| REEV002474 | REEV002474 | REEV002474 | REEV002474 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002475 | REEV002475 | REEV002475 | REEV002475 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002476 | REEV002476 | REEV002476 | REEV002476 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002477 | REEV002477 | REEV002477 | REEV002477 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002478 | REEV002478 | REEV002478 | REEV002478 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002479 | REEV002479 | REEV002479 | REEV002479 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002480 | REEV002480 | REEV002480 | REEV002480 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002481 | REEV002481 | REEV002481 | REEV002481 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002482 | REEV002482 | REEV002482 | REEV002482 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002483 | REEV002483 | REEV002483 | REEV002483 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002484 | REEV002484 | REEV002484 | REEV002484 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002485 | REEV002485 | REEV002485 | REEV002485 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002486 | REEV002487 | REEV002486 | REEV002487 | RFP 1 Avid Request(s) 1, 4, 5, 13-16, 29-31, 41, 75-76; RFP 1 Lansky Request(s) 3, 7-9, 16-21, 27; RFP 1 Reeves Request(s) 3, 7-9, 16-21, 27 |
| REEV002488 | REEV002488 | REEV002488 | REEV002488 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002489 | REEV002489 | REEV002489 | REEV002489 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002490 | REEV002490 | REEV002490 | REEV002490 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002491 | REEV002491 | REEV002491 | REEV002491 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002492 | REEV002492 | REEV002492 | REEV002492 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002493 | REEV002493 | REEV002493 | REEV002493 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002494 | REEV002494 | REEV002494 | REEV002494 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002495 | REEV002495 | REEV002495 | REEV002495 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002496 | REEV002496 | REEV002496 | REEV002496 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002497 | REEV002497 | REEV002497 | REEV002497 | RFP 1 Avid Request(s) 23-28, 32-39; RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002498 | REEV002498 | REEV002498 | REEV002498 | RFP 1 Avid Request(s) 23-28, 32-39; RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002499 | REEV002499 | REEV002499 | REEV002499 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002500 | REEV002500 | REEV002500 | REEV002500 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV002501 | REEV002501 | REEV002501 | REEV002501 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002502 | REEV002502 | REEV002502 | REEV002502 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002503 | REEV002503 | REEV002503 | REEV002503 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002504 | REEV002504 | REEV002504 | REEV002504 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002505 | REEV002505 | REEV002505 | REEV002505 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002506 | REEV002506 | REEV002506 | REEV002506 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002507 | REEV002507 | REEV002507 | REEV002507 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002508 | REEV002508 | REEV002508 | REEV002508 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002509 | REEV002509 | REEV002509 | REEV002509 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002510 | REEV002510 | REEV002510 | REEV002510 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002511 | REEV002511 | REEV002511 | REEV002511 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002512 | REEV002512 | REEV002512 | REEV002512 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002513 | REEV002513 | REEV002513 | REEV002513 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002514 | REEV002514 | REEV002514 | REEV002514 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002515 | REEV002515 | REEV002515 | REEV002515 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002516 | REEV002516 | REEV002516 | REEV002516 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002517 | REEV002517 | REEV002517 | REEV002517 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002518 | REEV002518 | REEV002518 | REEV002518 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002519 | REEV002519 | REEV002519 | REEV002519 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002520 | REEV002520 | REEV002520 | REEV002520 | RFP 1 Avid Request(s) 23-28, 32-39;  RFP 1 Lansky Request(s) 14-15, 22-26; RFP 1 Reeves Request(s) 14-15, 22-26 |
| REEV002521 | REEV002521 | REEV002521 | REEV002521 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002522 | REEV002522 | REEV002522 | REEV002522 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002523 | REEV002523 | REEV002523 | REEV002523 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002524 | REEV002524 | REEV002524 | REEV002524 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002525 | REEV002529 | REEV002525 | REEV002529 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002530 | REEV002530 | REEV002530 | REEV002530 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002531 | REEV002531 | REEV002531 | REEV002531 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002532 | REEV002532 | REEV002532 | REEV002532 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV002533 | REEV002533 | REEV002533 | REEV002533 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002534 | REEV002537 | REEV002534 | REEV002537 | RFP 1 Avid Request(s) 7-12, 73; RFP 1 Lansky Request(s) 4-6, 37, 61, 91; RFP 1 Reeves Request(s) 4-6, 37, 61, 91 |
| REEV002538 | REEV002538 | REEV002538 | REEV002538 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002539 | REEV002548 | REEV002539 | REEV002548 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002549 | REEV002549 | REEV002549 | REEV002549 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002550 | REEV002550 | REEV002550 | REEV002550 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002551 | REEV002551 | REEV002551 | REEV002551 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002552 | REEV002552 | REEV002552 | REEV002552 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002553 | REEV002553 | REEV002553 | REEV002553 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002554 | REEV002554 | REEV002554 | REEV002554 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002555 | REEV002555 | REEV002555 | REEV002555 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002556 | REEV002556 | REEV002556 | REEV002556 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002557 | REEV002557 | REEV002557 | REEV002557 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002558 | REEV002558 | REEV002558 | REEV002558 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002559 | REEV002559 | REEV002559 | REEV002559 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002560 | REEV002560 | REEV002560 | REEV002560 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002561 | REEV002561 | REEV002561 | REEV002561 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002562 | REEV002562 | REEV002562 | REEV002562 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002563 | REEV002563 | REEV002563 | REEV002563 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002564 | REEV002564 | REEV002564 | REEV002564 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002565 | REEV002565 | REEV002565 | REEV002565 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002566 | REEV002566 | REEV002566 | REEV002566 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002567 | REEV002567 | REEV002567 | REEV002567 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002568 | REEV002568 | REEV002568 | REEV002568 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002569 | REEV002569 | REEV002569 | REEV002569 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002570 | REEV002570 | REEV002570 | REEV002570 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002571 | REEV002571 | REEV002571 | REEV002571 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002572 | REEV002572 | REEV002572 | REEV002572 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002573 | REEV002573 | REEV002573 | REEV002573 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002574 | REEV002574 | REEV002574 | REEV002574 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |

| | | | | |
|---|---|---|---|---|
| REEV002575 | REEV002575 | REEV002575 | REEV002575 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002576 | REEV002576 | REEV002576 | REEV002576 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002577 | REEV002577 | REEV002577 | REEV002577 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002578 | REEV002578 | REEV002578 | REEV002578 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002579 | REEV002579 | REEV002579 | REEV002579 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002580 | REEV002580 | REEV002580 | REEV002580 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002581 | REEV002581 | REEV002581 | REEV002581 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002582 | REEV002582 | REEV002582 | REEV002582 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002583 | REEV002583 | REEV002583 | REEV002583 | RFP 1 Avid Request(s) 42-51, 60, 65-66; RFP 1 Lansky Request(s) 28-36, 53-55, 94-96; RFP 1 Reeves Request (s) 28-36, 53-55, 94-96 |
| REEV002584 | REEV002584 | REEV002584 | REEV002584 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002585 | REEV002585 | REEV002585 | REEV002585 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002586 | REEV002586 | REEV002586 | REEV002586 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002587 | REEV002587 | REEV002587 | REEV002587 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002588 | REEV002588 | REEV002588 | REEV002588 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002589 | REEV002589 | REEV002589 | REEV002589 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002590 | REEV002590 | REEV002590 | REEV002590 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002591 | REEV002591 | REEV002591 | REEV002591 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002592 | REEV002592 | REEV002592 | REEV002592 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002593 | REEV002593 | REEV002593 | REEV002593 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002594 | REEV002594 | REEV002594 | REEV002594 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002595 | REEV002595 | REEV002595 | REEV002595 | RFP 1 Avid Request(s) 2-3, 6, 17-22, 99; RFP 1 Lansky Request(s) 1-2, 10-13, 90, 92; RFP 1 Reeves Request(s) 1-2, 10-13, 90, 92; |
| REEV002596 | REEV002596 | REEV002596 | REEV002596 | RFP 1 Avid Request(s) 2-3, 42-51; RFP 1 Lansky Request(s) 1-2, 28-36, 92, 94-95; RFP 1 Reeves Request(s) 1-2, 28-36, 92, 94-95 |
| REEV002597 | REEV002597 | REEV002597 | REEV002597 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002598 | REEV002598 | REEV002598 | REEV002598 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002599 | REEV002599 | REEV002599 | REEV002599 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002600 | REEV002600 | REEV002600 | REEV002600 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002601 | REEV002601 | REEV002601 | REEV002601 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002602 | REEV002602 | REEV002602 | REEV002602 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |

| | | | | |
|---|---|---|---|---|
| REEV002603 | REEV002603 | REEV002603 | REEV002603 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002604 | REEV002604 | REEV002604 | REEV002604 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002605 | REEV002605 | REEV002605 | REEV002605 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002606 | REEV002606 | REEV002606 | REEV002606 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002607 | REEV002607 | REEV002607 | REEV002607 | RFP 1 Avid Request(s) 60-64; RFP 1 Lansky Request(s) 47-52; RFP 1 Reeves Request(s) 47-52 |
| REEV002608 | REEV002608 | REEV002608 | REEV002608 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002609 | REEV002609 | REEV002609 | REEV002609 | RFP1 Avid Request(s) 61-62; RFP 1 Lansky Request(s) 49-50; RFP 1 Reeves Request(s) 49-50 |
| REEV002610 | REEV002610 | REEV002610 | REEV002610 | RFP 1 Avid Request(s) 6, 17-22, 99; RFP 1 Lansky Request(s) 10-13, 90; RFP 1 Reeves Request(s) 10-13, 90 |
| REEV002611 | REEV002611 | REEV002611 | REEV002611 | RFP 1 Avid Request(s) 2-3, 77-78; RFP 1 Lansky Request(s) 1-2, 65-66, 92; RFP 1 Reeves Request(s) 1-2, 65-66, 92, 26-29 |
| REEV002612 | REEV002612 | REEV002612 | REEV002612 | RFP 1 Avid Request(s) 1-5, 7-12, 73; RFP 1 Lansky Request(s) 1-6, 16-19, 37, 61, 91-92; RFP 1 Reeves Request(s)1-3, 16-19, 37, 61, 91-92 |

# Exhibit W

**Pelton, Sarah**

| | |
|---|---|
| **From:** | Erin Leahy <erin.leahy@OhioAGO.gov> |
| **Sent:** | Friday, January 9, 2026 2:01 PM |
| **To:** | Neil Ende; Sparko, Rochelle; Nayer, Tracy; Emily Dietz; Douglas Swetnam (IN AG) (douglas.swetnam@atg.in.gov); Thomas Martindale (IN AG) (Thomas.Martindale@atg.in.gov); Dillon IV, John; Pelton, Sarah |
| **Cc:** | Greg Taylor; Ritesh Warikallamath; Carr, Jeffrey A.; Ashley.Taylor@troutman.com; virginia.flynn@troutman.com; Michael.Lacy@troutman.com |
| **Subject:** | RE: Bates RFP Spreadsheet |

Neil,

We have encountered issues with two of the four indices you provided.

List 2 has many beginning bates numbers that are higher than the end bates numbers.

List 3:  List 2 ends with bates 8915 and List 3 starts at 8941.

List 4 has the wrong bates numbers, it appears that an extra 0 was added to the beginning of the bates numbers.  List 4 also does not cover the full ranges of the documents produced to date as bates numbering goes up to 36039.

Please provide corrected versions of the indices.  We would also appreciate your producing all the indices in Excel or csv format so that they are more usable for searching and sorting.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Wednesday, January 7, 2026 5:38 PM
**To:** Sparko, Rochelle <rsparko@NCDOJ.GOV>; Nayer, Tracy <Tnayer@ncdoj.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Douglas Swetnam (IN AG)

(douglas.swetnam@atg.in.gov) <douglas.swetnam@atg.in.gov>; Thomas Martindale (IN AG)
(Thomas.Martindale@atg.in.gov) <Thomas.Martindale@atg.in.gov>; Dillon IV, John <john.dilloniv@azag.gov>; Sarah
Pelton (AZ AG) (Sarah.Pelton@azag.gov) <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Carr, Jeffrey A.
<jeff.carr@troutman.com>
**Subject:** Re: Bates RFP Spreadsheet
**Importance:** High

**PLEASE IGNORE PREVIOUS EMAIL WITH A SINGLE SPREADSHEET ATTACHED.  USE THIS ONE.**

AGs:

Attached are 4 spreadsheets showing the Bates number of the documents responsive to each RFP.

As you are aware, these spreadsheets were prepared by our colleagues at Troutman Pepper Locke.

*Please confirm receipt by return email.*

Please direct any questions to me and I will forward them to our colleagues for response.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Neil Ende <nende@tlgdc.com>
**Date:** Wednesday, January 7, 2026 at 4:59 PM
**To:** Sparko, Rochelle <rsparko@NCDOJ.GOV>, Nayer, Tracy <Tnayer@ncdoj.gov>, Erin Leahy (OH AG)
(erin.leahy@ohioago.gov) <erin.leahy@ohioago.gov>, Emily Dietz <emily.dietz@ohioago.gov>, Douglas
Swetnam (IN AG) (douglas.swetnam@atg.in.gov) <douglas.swetnam@atg.in.gov>, Thomas Martindale (IN AG)
(Thomas.Martindale@atg.in.gov) <Thomas.Martindale@atg.in.gov>, Dillon IV, John <john.dilloniv@azag.gov>,
Sarah Pelton (AZ AG) (Sarah.Pelton@azag.gov) <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Bates RFP Spreadsheet

AGs:

Attached is a spreadsheet showing the Bates number of the documents responsive to each RFP.

As you are aware, this spreadsheet was prepared by our colleagues at Troutman Pepper Locke.

*Please confirm receipt by return email.*

Please direct any questions to me and I will forward them to our colleagues.

Neil S. Ende, Esq.

Managing Partner
Technology Law Group, LLC
_nende@tlgdc.com_
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Sparko, Rochelle <rsparko@NCDOJ.GOV>
**Date:** Wednesday, December 17, 2025 at 2:38 PM
**To:** Neil Ende <nende@tlgdc.com>, Greg Taylor <gtaylor@tlgdc.com>, Virginia Bell Flynn <virginia.flynn@troutman.com>, Michael.Lacy@troutman.com <michael.lacy@troutman.com>, Taylor, Ashley L. <Ashley.Taylor@troutman.com>
**Cc:** Nayer, Tracy <Tnayer@ncdoj.gov>, Erin Leahy (OH AG) (erin.leahy@ohioago.gov) <erin.leahy@ohioago.gov>, Emily Dietz <emily.dietz@ohioago.gov>, Douglas Swetnam (IN AG) (douglas.swetnam@atg.in.gov) <douglas.swetnam@atg.in.gov>, Thomas Martindale (IN AG) (Thomas.Martindale@atg.in.gov) <Thomas.Martindale@atg.in.gov>, Dillon IV, John <john.dilloniv@azag.gov>, Sarah Pelton (AZ AG) (Sarah.Pelton@azag.gov) <Sarah.Pelton@azag.gov>
**Subject:** [AZ v. Avid Telecom] Meet and Confer Regarding Requests for Admission and Requests for Production

Good afternoon, counsel,

As discussed during last Wednesday's telephonic meet and confer, I write regarding Defendant Lansky's Response to Plaintiffs' First Request for Production of Documents, Defendant Reeves' Supplemental Response to Plaintiffs' First Request for Production of Documents, Defendant Avid's Response to Plaintiffs' First Request for Production of Documents, and Defendants' Response to Plaintiffs' Second Request for Admissions. Defendants refused to respond to many requests, instead offering to meet and confer. During the telephonic meet and confer on Wednesday, December 10, we did not have time to address each Request to which you did not provide a response. These are addressed in writing below.

Defendants' Responses to Plaintiffs' Second Requests for Admission Nos. 11, 17, 18, 22, and 50 request a meet and confer rather than providing an admission or denial.
Request No. 11-Defendants state that the request is vague or ambiguous. It calls for an admission as to the meaning of a commonly used term in the VoIP industry to avoid putting on a witness to testify to the term at trial.

- Request No. 17-Defendants failed to admit or deny whether Sumco Enterprises was a customer of Defendant Avid's DID product. There is no need to meet and confer on this matter. Defendants should respond.
- Request No. 18- Defendants failed to admit or deny whether Geist Telecom LLC was a customer of Defendant Avid's DID product. There is no need to meet and confer on this matter. Defendants should respond.
- Request No. 22- Defendants refused to admit or deny that Defendant Avid limited its transmission of calls only to called parties served by VoIP Service Providers.
- Request No. 50- Defendants state they do not know what foreign means in context. The dictionary definition of the word will suffice, and Defendants should answer this Request without the need to meet and confer.

Plaintiffs' First Requests for Production of Documents were issued to Defendants in March 2025. Plaintiffs have repeatedly discussed the insufficiency of the responses with Defendants. Currently, Defendant Lansky

refuses to produce documents in response to 16 Requests for Production (Nos. 2, 3, 4, 5, 6, 7, 8, 9, 28, 29, 30, 62, 64, 81, 82, and 90), Defendant Reeves to 25 Requests for Production (Nos. 56, 57, 58. 59, 61, 62, 64, 66-80, 85, 87,and 88) , and Defendant Avid to 37 Requests for Production (Nos.25, 26, 40,. 43, 46, 47, 56, 61-65, 67-71, 73-75, 77-91, 96, and 97), seeking instead to meet and confer regarding these 78 Requests. Defendants should respond without further need for discussion, given the clarity of the Requests and the categories of information Plaintiffs seek.

For example:

- Request No. 10 to Defendant Lansky seeks production of his Communications with Avid's Upstream Customers. Defendant Lansky seeks to meet and confer rather than provide the requested Documents.
- Request No. 61 to Defendant Lansky seeks production of Communications with Downstream Providers regarding Tracebacks, Robocalls, Do Not Call Complaints and suspensions, terminations, or threats thereof. In response, Defendant Lansky sought to meet and confer rather than respond.
- Request Nos. 67-80 to Defendant Reeves seek Documents and Communications Relating to her affirmative defenses. Rather than produce documents that support her legal position, Defendant Reeves seeks to meet and confer.
- Request No. 25 to Defendant Avid seeks its policies and procedures Related to terminating Non-Provider Customers who receive a material number of Tracebacks. Defendant Avid refused to provide these documents, seeking instead to meet and confer.

Plaintiffs' guidance provided herein should reduce the number of Requests where further meet and confer is required. Defendants should supplement their responses to the Second Requests for Admission and the First Requests for Production of Documents accordingly.

Respectfully,



**Rochelle Sparko**
Special Deputy Attorney General
Consumer Protection Division
North Carolina Department of Justice
(919) 716-6811
rsparko@ncdoj.gov
Post Office Box 629, Raleigh, NC 27602
114 West Edenton Street, Raleigh, NC 27603
https://ncdoj.gov/
Please note messages to or from this address may be public records.

# Exhibit X

**Pelton, Sarah**

| | |
|---|---|
| **From:** | Neil Ende <nende@tlgdc.com> |
| **Sent:** | Wednesday, January 14, 2026 1:46 PM |
| **To:** | Erin Leahy; Sparko, Rochelle; Tracy Nayer; Swetnam, Douglas; Martindale, Thomas L; Emily Dietz; Dillon IV, John; Pelton, Sarah |
| **Cc:** | Greg Taylor; Ritesh Warikallamath |
| **Subject:** | FW: Bates RFP Spreadsheet |
| **Attachments:** | RFP Bates List2 (As Served).xlsx  -  Read-Only.pdf; RFP Bates List3 (As Served).xlsx  -  Read-Only.pdf; RFP Bates List4 (As Served).xlsx  -  Read-Only.pdf |

| | |
|---|---|
| **Importance:** | High |

Ms. Fritsch's responses to the issues that you raised are presented below:

List 2 has many beginning bates numbers that are higher than the end bates numbers.

<span style="color:red">In reviewing this index, I don't find the issue that the AG notes.  It's possible that because the 2nd column wasn't large enough when the PDF created that they don't realize the last number of the bates has wrapped around the line.  I ran a formula down the original excel version to look for numbers where column A was larger than column B and did not find any that met that criteria.</span>

List 3:  List 2 ends with bates 8915 and List 3 starts at 8941.

<span style="color:red">List 2 does end with 8915 and List 3 starts with 8941.  That is the way the production files received ended and started.  The gap must have been created by NextPoint if those ending and start bates are correct.</span>

List 4 has the wrong bates numbers, it appears that an extra 0 was added to the beginning of the bates numbers.  List 4 also does not cover the full ranges of the documents produced to date as bates numbering goes up to 36039.

<span style="color:red">List 4 does not have the wrong bates numbers.  All the Lansky bates numbers contain 9 digits.  The third production ends with LANSKY000277098 and the fourth production begins with LANSKY000277099.  There does appear to be error in the ProdEndAtt column for a significant number of documents in this production.  A snapshot of the issue for the last 15 documents of this production is below (see chart). I checked the original load file from the received production file and the error appears there, so it was created by NextPoint. I'm working on a complete listing of the documents affected.</span>

<span style="color:red">The last production Troutman is aware of is the 11/21/2025 production.  The last number in that production is LANSKY000284640.  It is not clear why the AG has a bates number going up to 36039 as this would be lower than the bates provided if all digits (excluding leading zeros are included).</span>

| ProdBeg | ProdEnd | ProdBegAtt | ProdEndAtt |
|---|---|---|---|
| LANSKY000284610 | LANSKY000284610 | LANSKY000284610 | LANSKY000277213 |
| LANSKY000284611 | LANSKY000284612 | LANSKY000284611 | LANSKY000280532 |
| LANSKY000284613 | LANSKY000284614 | LANSKY000284613 | LANSKY000280533 |
| LANSKY000284615 | LANSKY000284616 | LANSKY000284615 | LANSKY000280534 |
| LANSKY000284617 | LANSKY000284618 | LANSKY000284617 | LANSKY000280535 |
| LANSKY000284619 | LANSKY000284620 | LANSKY000284619 | LANSKY000280536 |

| | | | |
|---|---|---|---|
| LANSKY000284621 | LANSKY000284622 | LANSKY000284621 | LANSKY000280537 |
| LANSKY000284623 | LANSKY000284624 | LANSKY000284623 | LANSKY000280538 |
| LANSKY000284625 | LANSKY000284626 | LANSKY000284625 | LANSKY000280540 |
| LANSKY000284628 | LANSKY000284629 | LANSKY000284628 | LANSKY000280539 |
| LANSKY000284630 | LANSKY000284631 | LANSKY000284630 | LANSKY000280201 |
| LANSKY000284632 | LANSKY000284633 | LANSKY000284632 | LANSKY000280202 |
| LANSKY000284634 | LANSKY000284635 | LANSKY000284634 | LANSKY000280203 |
| LANSKY000284636 | LANSKY000284637 | LANSKY000284636 | LANSKY000280205 |
| LANSKY000284638 | LANSKY000284640 | LANSKY000284638 | LANSKY000280208 |

I understand that Ms. Fritsch is continuing to review certain of these issues.  We will supplement when the review is complete.

Ms. Fritsch continues to advise that they spreadsheet provided by the AGs is of no value.  Demand is renewed that the AGs produce spreadsheets that conform to the process applied by Defendants, including with respect to each of the above issues.

# Exhibit Y

**Pelton, Sarah**

| | |
|---|---|
| **From:** | Erin Leahy <erin.leahy@OhioAGO.gov> |
| **Sent:** | Friday, January 23, 2026 12:23 PM |
| **To:** | Neil Ende; Sparko, Rochelle; Tracy Nayer; Swetnam, Douglas; Martindale, Thomas L; Emily Dietz; Dillon IV, John; Pelton, Sarah |
| **Cc:** | Greg Taylor; Ritesh Warikallamath; crystal.fritsch@troutman.com; Ashley.Taylor@troutman.com; Virginia Bell Flynn (Virginia.Flynn@troutman.com); Michael.Lacy@troutman.com |
| **Subject:** | RE: Bates RFP Spreadsheet |
| **Attachments:** | AZ v. Avid Telecom - Plaintiffs' Index to RFP Responses; Lansky_List_2.csv; RFP Bates List4 (As Served).xlsx  -  Read-Only.pdf |

Neil,

Thank you for the interim response regarding Defendants' indices for the RFP responses. We continue to have several concerns, which are outlined below.

First, Defendants have failed to provide any indices that identify documents produced that are responsive to the Plaintiffs' 2nd and 3rd Requests for Production to Defendants. There only a handful of references to any of Defendants' Responses to the 2nd RFPs across all four indices and no references at all to Defendants' Responses to the 3rd RFPs. Please provide indices for Defendants' Responses to the 2nd and 3rd RFPs.

Second, your email below attached 3 pdf copies of the indices with no explanation as to whether or how they differ from the indices provided in your previous email. The metadata for these 3 new pdfs is different than the ones initially provided. The problems previously identified with List 2 and List 4 are still present. Please explain how these indices differ, if at all, so that we may get some use out of them in the interim while waiting for final versions. **Also, we reiterate our request for you to provide the *most current* versions of each of the spreadsheets in Excel or csv format.** There is absolutely no reason for you to convert the spreadsheets to pdf as it only makes them less usable for searching and wastes the time of all parties when we need to address issues resulting from poorly formatted conversions as noted by Plaintiffs as well as Ms. Fritsch below.

We appreciated Ms. Fritsch's comments about the indices. We shared her comments with our Litigation Support team and provide additional information below as to our remaining concerns with the lists provided.

List 2:
Upon further review of List 2, we determined that all four columns on List 2 do not match the Bates numbering associated with the Lansky Amended Production we received on 9/15/2025. An excel file is attached which provides information on the Bates numbers associated with the production Plaintiffs. As you can see, the Bates numbers ranges are not the same as your List 2, including the fact that even the Bates prefix "LANKSY" does not match what the Bates prefix – on your List 2 which is "LANSKY". Our production does include documents labeled for the Bates numbers ranging 8916 through 8940. It appears that the production files your firm sent to Ms. Fritsch for Lansky Amended Production from 9/15/2025 are not identical to the document production provided to Plaintiffs.

List 4
The Bates numbers on List 4 are not correct in that sporadically throughout List 4 there are missing digits at the end of the Bates number. We initially thought the error was caused by the addition of an extra "0". Rather, it appears the error in the number of digits is that the last digit is cut off. It could be a simple error due to the manner in which the list was converted to pdf. Again, please provide the list in Excel format. I am attaching List 4 from your January 14 email. The first line on page 1 is an example of the missing digit at the end of the Bates number.

Ms. Fritsch's comment below acknowledges a numbering issue with the ProdEndAtt column of List 4 but we have not received a corrected version.

Please disregard the concern noted about the index not going up to the full range of the Bates numbering on List 4. It is correct that the last document produced to Plaintiffs is LANSKY000284640.

Lists 2, 3 and 4:
Our Litigation Support Unit also determined the problem we initially noted associated with List 2 where some of the BegBates numbers were higher than the EndBates number affects Lists 2, 3 and 4 as it is a problem present in all three Lansky document productions. It related to documents with family associations so the numbering anomalies were not limited to Columns A and B. From what our Litigation Support staff can determine, the problem appears to exist in all three document productions for Lansky wherein the family associations are flawed in that the parent/child relationship parents appear to be inversed with the child document (an attachment to an email) identified as the primary document and the email (parent) identified as the secondary document. Additionally, all three Lansky document productions failed to comply with the ESI Order's Appendix section A.4 which requires family associated documents to be grouped together and produced consecutively so that associated documents follow one another in the Bates numbering. We are open to hearing any solutions Defendants can offer to remedy those errors.

Plaintiffs' Document Indices
Your response below references a renewed demand that "AGs produce spreadsheets that conform to the process applied by Defendants". As we've already brought to your attention on December 12, 2026, Plaintiffs indices **are formatted in the same manner as Defendants' lists**. They both similarly list the range of bates numbers in the first columns then identity the Request(s) to which the document is responsive in the next column. That is the manner in which they are designed to be produced from common e-discovery platforms like, Everlaw, utilized by Plaintiffs and apparently also by NextPoint, used by the Defendants. Additionally, Plaintiffs produced indices shortly after each of our document productions. We have been waiting for up to 6 months for indices that should have accompanied Defendants' document productions.

Additionally, in the email you sent on Wednesday, January 21 to Tom Martindale, you indicated that you raised the index concern at the December 10 meet and confer, and that we failed to respond. That is not the case as we did response, and quite promptly, on December 12. Another copy of the email is attached.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Wednesday, January 14, 2026 3:46 PM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Tracy Nayer <tnayer@ncdoj.gov>; Swetnam, Douglas <douglas.swetnam@atg.in.gov>; Martindale, Thomas L <thomas.martindale@atg.in.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; John Dillon (AZ AG) (John.DillonIV@azag.gov) <john.dilloniv@azag.gov>; Pelton, Sarah <sarah.pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** FW: Bates RFP Spreadsheet
**Importance:** High

Ms. Fritsch's responses to the issues that you raised are presented below:

List 2 has many beginning bates numbers that are higher than the end bates numbers.

<span style="color:red">In reviewing this index, I don't find the issue that the AG notes.  It's possible that because the 2nd column wasn't large enough when the PDF created that they don't realize the last number of the bates has wrapped around the line.  I ran a formula down the original excel version to look for numbers where column A was larger than column B and did not find any that met that criteria.</span>

List 3:  List 2 ends with bates 8915 and List 3 starts at 8941.

<span style="color:red">List 2 does end with 8915 and List 3 starts with 8941.  That is the way the production files received ended and started.  The gap must have been created by NextPoint if those ending and start bates are correct.</span>

List 4 has the wrong bates numbers, it appears that an extra 0 was added to the beginning of the bates numbers.  List 4 also does not cover the full ranges of the documents produced to date as bates numbering goes up to 36039.

<span style="color:red">List 4 does not have the wrong bates numbers.  All the Lansky bates numbers contain 9 digits.  The third production ends with LANSKY000277098 and the fourth production begins with LANSKY000277099.  There does appear to be error in the ProdEndAtt column for a significant number of documents in this production.  A snapshot of the issue for the last 15 documents of this production is below (see chart). I checked the original load file from the received production file and the error appears there, so it was created by NextPoint. I'm working on a complete listing of the documents affected.</span>

<span style="color:red">The last production Troutman is aware of is the 11/21/2025 production.  The last number in that production is LANSKY000284640.  It is not clear why the AG has a bates number going up to 36039 as this would be lower than the bates provided if all digits (excluding leading zeros are included).</span>

| ProdBeg | ProdEnd | ProdBegAtt | ProdEndAtt |
|---|---|---|---|
| LANSKY000284610 | LANSKY000284610 | LANSKY000284610 | LANSKY000277213 |
| LANSKY000284611 | LANSKY000284612 | LANSKY000284611 | LANSKY000280532 |
| LANSKY000284613 | LANSKY000284614 | LANSKY000284613 | LANSKY000280533 |
| LANSKY000284615 | LANSKY000284616 | LANSKY000284615 | LANSKY000280534 |
| LANSKY000284617 | LANSKY000284618 | LANSKY000284617 | LANSKY000280535 |
| LANSKY000284619 | LANSKY000284620 | LANSKY000284619 | LANSKY000280536 |
| LANSKY000284621 | LANSKY000284622 | LANSKY000284621 | LANSKY000280537 |
| LANSKY000284623 | LANSKY000284624 | LANSKY000284623 | LANSKY000280538 |
| LANSKY000284625 | LANSKY000284626 | LANSKY000284625 | LANSKY000280540 |
| LANSKY000284628 | LANSKY000284629 | LANSKY000284628 | LANSKY000280539 |

| LANSKY000284630 | LANSKY000284631 | LANSKY000284630 | LANSKY000280201 |
| LANSKY000284632 | LANSKY000284633 | LANSKY000284632 | LANSKY000280202 |
| LANSKY000284634 | LANSKY000284635 | LANSKY000284634 | LANSKY000280203 |
| LANSKY000284636 | LANSKY000284637 | LANSKY000284636 | LANSKY000280205 |
| LANSKY000284638 | LANSKY000284640 | LANSKY000284638 | LANSKY000280208 |

I understand that Ms. Fritsch is continuing to review certain of these issues.  We will supplement when the review is complete.

Ms. Fritsch continues to advise that they spreadsheet provided by the AGs is of no value.  Demand is renewed that the AGs produce spreadsheets that conform to the process applied by Defendants, including with respect to each of the above issues.

# Exhibit Z

## Pelton, Sarah

| | |
|---|---|
| **From:** | Pelton, Sarah |
| **Sent:** | Monday, January 26, 2026 4:18 PM |
| **To:** | Neil Ende; gtaylor@tlgdc.com; Ashley.Taylor@troutman.com; Virginia.Flynn@troutman.com; Michael.Lacy@troutman.com |
| **Cc:** | Nayer, Tracy; Erin Leahy; Martindale, Thomas L; Dillon IV, John; Sparko, Rochelle; Emily Dietz |
| **Subject:** | AZ v. Avid Telecom - Plaintiffs' Outstanding Discovery Issues |

| Tracking: | **Recipient** | **Read** |
|---|---|---|
| | Neil Ende | |
| | gtaylor@tlgdc.com | |
| | Ashley.Taylor@troutman.com | |
| | Virginia.Flynn@troutman.com | |
| | Michael.Lacy@troutman.com | |
| | Nayer, Tracy | |
| | Erin Leahy | |
| | Martindale, Thomas L | |
| | Dillon IV, John | Read: 1/26/2026 4:32 PM |
| | Sparko, Rochelle | |
| | Emily Dietz | |

Neil, Greg,

Your assertion to the court that there are only two outstanding discovery issues as of 1/19/26 is not true. As a courtesy, Plaintiffs have combed through emails and other communications to show you what you missed. They include:

1. Plaintiffs *still* have not received document indices from Defendants in response to Plaintiffs' First, Second and Third RFPs. Plaintiffs first outlined these concerns in an email on 7/21/25 with respect to the first production received from Def. Reeves, and again on 8/13/25 and in the discovery briefing on 8/27/25.  In the Court's Order on 10/14/25, Defendants were ordered to provide such document indexing by 11/28/25.  Plaintiffs further communicated with Defendants on the lack of complete indices on 12/3/25, 12/10/25, 12/12/25, 1/9/26, and 1/23/26.

2. Defendants failed to produce the purported supplemental responses to Plaintiffs' First RFAs that Greg represented to the Court in the 11/24/25 Court conference were actually served on Plaintiffs for either Defendant Avid Telecom or Defendant Lansky. An email outlining this concern was sent 12/9/25.

3. Defendants failed to send Plaintiffs supplemented versions of their second RFA responses that were promised via email on 1/11/26.

4. Defendants failed to file a Notice of Appearance on behalf of Troutman Pepper Locke, notwithstanding representations that such an appearance would be filed and the firm's substantial involvement in day-to-day litigation and settlement negotiations.

5. Regarding Avid's policies and procedures, at the 12/10/25 meet and confer, Plaintiffs explained that the responsive documents they received had metadata showing they were created in August 2022, 2023, and 2025. Plaintiffs inquired as to whether Defendants had policies and procedures that existed during other times relevant to this case, which dates from May 2018 through the present. Defense counsel stated they were going to go back to the clients, convey Plaintiffs' request to them, and respond to Plaintiffs as to the outcome of that conversation.

1

6. Regarding Avid's ledgers, at the 12/10/25 meet and confer, Plaintiffs requested documents with contemporaneous metadata. Defendants produced recently created Excel files rather than the native data, which is required by the terms of the ESI Order. Defense counsel stated they were happy to "take a look back" at this. Plaintiffs have not received a response. Since the meet and confer, Plaintiffs have determined that the native export is called an "audit file." *See* https://quickbooks.intuit.com/learn-support/en-us/help-article/audit-log/use-audit-log-quickbooks-online/L2WoVnW6I_US_en_US and https://quickbooks.intuit.com/learn-support/en-us/reports-and-accounting/audit-log-in-desktop-pro/00/1348618

7. Regarding Avid's account ledgers, Defendants have not produced ledgers for 2019 or 2020. Defense counsel agreed to follow up on those at the 12/10/25 meet and confer. Plaintiffs have not heard back on this issue.

8. Regarding categories of documents requested by Plaintiffs and not produced by Defendants, defense counsel agreed at the 12/10/25 meet and confer to go back to the client to specifically request they provide these documents. Plaintiffs have not received any follow up. These categories of documents include account history logs and documents including Skype communications related to some of Avid's largest customers, Virtual Telecom/Mobi/Geist, and John Spiller.

9. Regarding discovery responses, Avid's Supplemental Response to Plaintiffs' First Request for Production of Documents, and Defendants' Response to Plaintiffs' Second Requests for Admission are unsigned. Defense counsel committed to replacing those responses. Plaintiffs have not received replacement responses.

Thanks,
Sarah



**Sarah Pelton**
Assistant Attorney General
Antitrust & Privacy Unit

Arizona Attorney General Kris Mayes
2005 N. Central Ave.
Phoenix, AZ 85004
Desk: (602) 542-8018
Sarah.Pelton@azag.gov
http://www.azag.gov

# Exhibit AA

**Pelton, Sarah**

| | |
|---|---|
| **From:** | Erin Leahy <erin.leahy@OhioAGO.gov> |
| **Sent:** | Wednesday, February 4, 2026 9:45 AM |
| **To:** | Brotman, Steven; Martindale, Thomas L; Neil Ende |
| **Cc:** | Nayer, Tracy; Sparko, Rochelle; Emily Dietz; Swetnam, Douglas; Dillon IV, John; Pelton, Sarah; Greg Taylor; Ritesh Warikallamath; Taylor, Ashley L.; Hays, Brian |
| **Subject:** | RE: Request for Meet and Confer Call |
| **Attachments:** | AZ v. Avid Telecom - Plaintiffs' Outstanding Discovery Issues; AZ v. Avid Telecom - Plaintiffs' Disputes as to Defendants' Interrogatory Responses; RE: [AZ et al v Avid Telecom et al] Ponzio production ; RE Bates RFP Spreadsheet..msg; RE: Bates RFP Spreadsheet |

Hi Steve,

Thank you for your email and your willingness to address outstanding discovery issues.  While we are hoping that current counsel of record will provide you with the records to bring you up to speed, I am attaching several of the most recent communications on outstanding issues.

As to the proposed dates, we are available as follows:
2/11: Any time after 1:00PM
2/12: 3PM
2/13: 10AM (Weds or Thurs are preferable)

It is our understanding from you at the status conference that both you and Brian would be filing notices of appearance.  When will those appearances be filed?

We look forward to working with you.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Brotman, Steven <Steven.Brotman@troutman.com>
**Sent:** Tuesday, February 3, 2026 6:03 PM

**To:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Neil Ende <nende@tlgdc.com>
**Cc:** Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz
<Emily.Dietz@OhioAGO.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>; Swetnam, Douglas
<Douglas.Swetnam@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>;
Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Taylor, Ashley L.
<Ashley.Taylor@troutman.com>; Hays, Brian <Brian.Hays@troutman.com>
**Subject:** RE: Request for Meet and Confer Call

> You don't often get email from steven.brotman@troutman.com. Learn why this is important

Tom,

As for proposed dates for a meeting, I propose as follows (all times Eastern):

2/11: Any time after 12:00PM
2/12: 10 AM, 3PM
2/13: 10AM

I'm working on having a revised index completed before then, but I don't necessarily want to wait until next week to start working on whatever else is needed.

During the status conference, there was a discussion about amended discovery responses.  Can you send me a list of discovery responses for which you are seeking amended responses?

Thank you,

**Steven Brotman**
**Associate**
**troutman pepper locke**
Direct: 561.820.0214
steven.brotman@troutman.com

---

**From:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Sent:** Monday, February 2, 2026 4:20 PM
**To:** Brotman, Steven <Steven.Brotman@troutman.com>; Neil Ende <nende@tlgdc.com>
**Cc:** Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz
<Emily.Dietz@OhioAGO.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>; Swetnam, Douglas
<Douglas.Swetnam@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>;
Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Taylor, Ashley L.
<Ashley.Taylor@troutman.com>; Hays, Brian <Brian.Hays@troutman.com>
**Subject:** RE: Request for Meet and Confer Call

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender
> (look at the actual email address) and confirm the content is safe.

Good afternoon, Steven,

As Erin indicated below, as Defendants filed a Motion to Compel regarding deposition topics, a Meet and Confer on this issue, in our opinion, is not appropriate at this time.  Plaintiffs are currently drafting a response to file with the Court.

As to meeting regarding the indices, discovery responses and overall schedule, Plaintiffs agree that setting a time to discuss would be appropriate. Please let us know your availability for dates after Wednesday February 11th.  Additionally, would you prefer to circulate a draft Motion to Extend Deadlines for Plaintiffs to review, or would you prefer Plaintiffs circulate a draft for your review?

Thank you in advance,
Tom



**The OAG serves, protects, and defends Hoosiers by championing liberty, justice, and the Rule of Law.**

### Thomas Martindale
Deputy Attorney General
Data Privacy & Identity Theft Unit
Consumer Protection Division
Office of Attorney General Todd Rokita
302 West Washington Street, IGCS 5th Floor
Indianapolis, IN 46204
p: (317)232-7751 │f: (317)232-7979
thomas.martindale@atg.in.gov

---

**From:** Brotman, Steven <Steven.Brotman@troutman.com>
**Sent:** Saturday, January 31, 2026 2:19 PM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>; Neil Ende <nende@tlgdc.com>; Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Cc:** Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Attorney McFarlane (WI AG <mcfarlanele@doj.state.wi.us>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>; Lindblad, Christopher <clindblad@nd.gov>; Alm, Elin S. <ealm@nd.gov>; Jane Azia (NY AG <jane.azia@ag.ny.gov>; Lewis Beilin (WI AG <beilinlw@doj.state.wi.us>; Michelle C. Badorine <MBadorine@ag.nv.gov>; Michelle Burkart (CA AG <Michelle.Burkart@doj.ca.gov>; Myszkowski, Gregory A. <gregory.myszkowski@wisdoj.gov>; Nick Akers (CA <Nicklas.Akers@doj.ca.gov>; Nicole Raisbeck (WI AG <nicole.raisbeck@wisconsin.gov>; Ziperman, Philip <pziperman@oag.state.md.us>; Raquel Y. Fulghum <rfulghum@ag.nv.gov>; Rosailda Perez <Rosailda.Perez@doj.ca.gov>; Samantha B. Feeley <SFeeley@ag.nv.gov>; Sarah Rice (RI AG <srice@riag.ri.gov>; Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Timothy Lundgren <timothy.lundgren@doj.ca.gov>; Victoria Butler <Victoria.Butler@myfloridalegal.com>; Ziwei Zheng <Zzheng@ag.nv.gov>; Henry Johnson <Henry.johnson@myfloridalegal.com>; Sean Saval <Sean.Saval@myfloridalegal.com>; Michael Roland <Michael.Roland@myfloridalegal.com>; Leslie, Zorba (ATG) <zorba.leslie@atg.wa.gov>; Alex Carnevale <acarnevale@riag.ri.gov>; Zivile Rimkevicius <Zivile.Rimkevicius@myfloridalegal.com>; Jackson, Deandre (ATG) <deandre.jackson@atg.wa.gov>; michelle.baczkowski <michelle.baczkowski@atg.wa.gov>; Dami.Obaro@ag.ny.gov; Taylor, Ashley L. <Ashley.Taylor@troutman.com>; Hays, Brian <Brian.Hays@troutman.com>
**Subject:** RE: Request for Meet and Confer Call

This is the first time you received an email from this sender (Steven.Brotman@troutman.com). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

**EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hi Erin,

I think it does make send for a meet and confer on the deposition topics.  Obviously whatever disputes still remain will need to be fully-briefed, but I'm sure there are topics on which we'll be able to agree.

We also need to discuss the overall schedule, and outstanding written discovery responses, and the parties' dispute over the indices.  Could you please provide a few dates/times you are available next week to discuss these items?

Thank you,

**Steven Brotman**
**Associate**
**troutman pepper locke**
Direct: 561.820.0214
steven.brotman@troutman.com

---

**From:** Erin Leahy <erin.leahy@OhioAGO.gov>
**Sent:** Thursday, January 29, 2026 3:32 PM
**To:** Neil Ende <nende@tlgdc.com>; Martindale Thomas L <Thomas.Martindale@atg.in.gov>
**Cc:** Nayer Tracy <Tnayer@ncdoj.gov>; Sparko Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV John <John.DillonIV@azag.gov>; Pelton Sarah <Sarah.Pelton@azag.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Attorney McFarlane (WI AG <mcfarlanele@doj.state.wi.us>; Bernard (Barney) Eskandari (CA <Bernard.Eskandari@doj.ca.gov>; Christopher (Chris) Lindblad (ND AG <clindblad@nd.gov>; Elin Alm (ND AG <ealm@nd.gov>; Jane Azia (NY AG <jane.azia@ag.ny.gov>; Lewis Beilin (WI AG <beilinlw@doj.state.wi.us>; Michelle Badorine (NV AG <mbadorine@ag.nv.gov>; Michelle Burkart (CA AG <Michelle.Burkart@doj.ca.gov>; gregory.myszkowski@wisdoj.gov; Nick Akers (CA <Nicklas.Akers@doj.ca.gov>; Nicole Raisbeck (WI AG <nicole.raisbeck@wisconsin.gov>; Phil Ziperman (MD AG <pziperman@oag.state.md.us>; Raquel Fulghum (NV AG <rfulghum@ag.nv.gov>; Rosailda Perez (CA AG <rosailda.perez@doj.ca.gov>; Samantha (Sam) Feeley (NV AG <SFeeley@ag.nv.gov>; Sarah Rice (RI AG <srice@riag.ri.gov>; Thomas Martindale (IN AG <Thomas.Martindale@atg.in.gov>; timothy.lundgren@doj.ca.gov; Victoria Butler (FL AG <Victoria.Butler@myfloridalegal.com>; Ziwei Zheng (FL AG <zzheng@ag.ny.gov>; Henry Johnson (FL AG <Henry.Johnson@myfloridalegal.com>; Sean Saval (FL AG <Sean.Saval@myfloridalegal.com>; Michael Roland (FL AG <Michael.Roland@myfloridalegal.com>; Leslie, Zorba (ATG <zorba.leslie@atg.wa.gov>; Alex Carnevale <acarnevale@riag.ri.gov>; Zivile.Rimkevicius@myfloridalegal.com; Jackson, Deandre (ATG <deandre.jackson@atg.wa.gov>; Paules, Michelle (ATG <michelle.baczkowski@atg.wa.gov>; Dami.Obaro@ag.ny.gov; Taylor, Ashley L. <Ashley.Taylor@troutman.com>; Hays, Brian <Brian.Hays@troutman.com>; Brotman, Steven <Steven.Brotman@troutman.com>
**Subject:** RE: Request for Meet and Confer Call

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Neil,

At today's Court conference that you did not attend, Judge Ambri acknowledged receiving the MTC and said he would look for Plaintiffs' forthcoming response to that motion. That should moot the need for further discussion at this time as to topics without the Court's insight and intervention.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Thursday, January 29, 2026 8:58 AM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>; Martindale Thomas L <Thomas.Martindale@atg.in.gov>
**Cc:** Nayer Tracy <Tnayer@ncdoj.gov>; Sparko Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV John <John.DillonIV@azag.gov>; Pelton Sarah <Sarah.Pelton@azag.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>; Attorney McFarlane (WI AG <mcfarlanele@doj.state.wi.us>; Bernard (Barney) Eskandari (CA <Bernard.Eskandari@doj.ca.gov>; Christopher (Chris) Lindblad (ND AG <clindblad@nd.gov>; Elin Alm (ND AG <ealm@nd.gov>; Jane Azia (NY AG <jane.azia@ag.ny.gov>; Lewis Beilin (WI AG <beilinlw@doj.state.wi.us>; Michelle Badorine (NV AG <mbadorine@ag.nv.gov>; Michelle Burkart (CA AG <Michelle.Burkart@doj.ca.gov>; gregory.myszkowski@wisdoj.gov>; Nick Akers (CA <Nicklas.Akers@doj.ca.gov>; Nicole Raisbeck (WI AG <nicole.raisbeck@wisconsin.gov>; Phil Ziperman (MD AG <pziperman@oag.state.md.us>; Raquel Fulghum (NV AG <rfulghum@ag.nv.gov>; Rosailda Perez (CA AG <rosailda.perez@doj.ca.gov>; Samantha (Sam) Feeley (NV AG <SFeeley@ag.nv.gov>; Sarah Rice (RI AG <srice@riag.ri.gov>; Thomas Martindale (IN AG <Thomas.Martindale@atg.in.gov>; timothy.lundgren@doj.ca.gov>; Victoria Butler (FL AG <Victoria.Butler@myfloridalegal.com>; Ziwei Zheng (NV AG <zzheng@ag.nv.gov>; Henry Johnson (FL AG <Henry.Johnson@myfloridalegal.com>; Sean Saval (FL AG <Sean.Saval@myfloridalegal.com>; Michael Roland (FL AG <Michael.Roland@myfloridalegal.com>; Leslie, Zorba (ATG <zorba.leslie@atg.wa.gov>; Alex Carnevale <acarnevale@riag.ri.gov>; Zivile.Rimkevicius@myfloridalegal.com>; Jackson, Deandre (ATG <deandre.jackson@atg.wa.gov>; Paules, Michelle (ATG <michelle.baczkowski@atg.wa.gov>; Dami.Obaro@ag.ny.gov>; Ashley.Taylor@troutman.com; Brian Hays <brian.hays@troutman.com>; Brotman, Steven <steven.brotman@troutman.com>
**Subject:** Re: Request for Meet and Confer Call

Erin:

Good morning.

We are pleased to meet and confer on each of the open issues set forth in Plaintiffs' and Defendants recent email exchanges.  Please advise as to Plaintiffs' availability next week.

You are advised that, going forward, the following counsel from Troutman Pepper should be copied on all communications:  Brian Hayes (brian.hayes@troutman.com) and Steven Brotman (steven.brotman@troutman.com).  Ms. Flynn and Mr. Lacy of the Troutman firm are no longer involved as counsel in this case.  Also, please be sure that you cc: Mr. Taylor and Mr. Warikallamath of Technology Law Group on all emails.

Thank you.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Erin Leahy <erin.leahy@OhioAGO.gov>
**Date:** Wednesday, January 28, 2026 5:33 PM
**To:** Neil Ende <nende@tlgdc.com>, Martindale Thomas L <Thomas.Martindale@atg.in.gov>
**Cc:** Nayer Tracy <Tnayer@ncdoj.gov>, Sparko Rochelle <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Swetnam Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV John <John.DillonIV@azag.gov>, Pelton Sarah <Sarah.Pelton@azag.gov>, Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>, Attorney McFarlane (WI AG <mcfarlanele@doj.state.wi.us>, Bernard (Barney) Eskandari (CA <Bernard.Eskandari@doj.ca.gov>, Christopher (Chris) Lindblad (ND AG <clindblad@nd.gov>, Douglas Swetnam (IN AG <Douglas.Swetnam@atg.in.gov>, Elin Alm (ND AG <ealm@nd.gov>, Jane Azia (NY AG <jane.azia@ag.ny.gov>, Lewis Beilin (WI AG <beilinlw@doj.state.wi.us>, Michelle Badorine (NV AG <mbadorine@ag.nv.gov>, Michelle Burkart (CA AG <Michelle.Burkart@doj.ca.gov>, gregory.myszkowski@wisdoj.gov <gregory.myszkowski@wisdoj.gov>, Nayer, Tracy <Tnayer@ncdoj.gov>, Nick Akers (CA <Nicklas.Akers@doj.ca.gov>, Nicole Raisbeck (WI AG <nicole.raisbeck@wisconsin.gov>, Phil Ziperman (MD AG <pziperman@oag.state.md.us>, Raquel Fulghum (NV AG <rfulghum@ag.nv.gov>, Rosailda Perez (CA AG <rosailda.perez@doj.ca.gov>, Samantha (Sam) Feeley (NV AG <SFeeley@ag.nv.gov>, Sarah Rice (RI AG <srice@riag.ri.gov>, Sparko, Rochelle <rsparko@ncdoj.gov>, Thomas Martindale (IN AG <Thomas.Martindale@atg.in.gov>, timothy.lundgren@doj.ca.gov <timothy.lundgren@doj.ca.gov>, Victoria Butler (FL AG <Victoria.Butler@myfloridalegal.com>, Ziwei Zheng (NV AG <zzheng@ag.nv.gov>, Henry Johnson (FL AG <Henry.Johnson@myfloridalegal.com>, Sean Saval (FL AG <Sean.Saval@myfloridalegal.com>, Michael Roland (FL AG <Michael.Roland@myfloridalegal.com>, Victoria Butler (FL AG <Victoria.Butler@myfloridalegal.com>, Leslie, Zorba (ATG <zorba.leslie@atg.wa.gov>, Alex Carnevale <acarnevale@riag.ri.gov>, Zivile.Rimkevicius@myfloridalegal.com <Zivile.Rimkevicius@myfloridalegal.com>, Jackson, Deandre (ATG <deandre.jackson@atg.wa.gov>, Paules, Michelle (ATG <michelle.baczkowski@atg.wa.gov>, Dami.Obaro@ag.ny.gov <Dami.Obaro@ag.ny.gov>, Ashley.Taylor@troutman.com <ashley.taylor@troutman.com>, Virginia Bell Flynn (Virginia.Flynn@troutman.com) <virginia.flynn@troutman.com>, Michael.Lacy@troutman.com

<Michael.Lacy@troutman.com>
**Subject:** RE: Request for Meet and Confer Call

CounseL

We are writing to meet and confer on the topics identified in your January 19 email and the Rule 30(b)(6) deposition notices served on January 22, 2026 to the Lead Plaintiff States and the States with state law claims. As you have requested in repeated communications, we provide our objections in writing.  Due to time constraints as a result of when we received the notices, Plaintiffs provide the attached objections but reserve the rights of any Plaintiff State that may wish to revise or supplement the response no later than Wednesday, February, 4, 2026.

Our responses are attached.  We are willing to meet and confer further on these topics.

Sincerely,



Erin B. Leahy
Senior Assistant Attorney General
Consumer Protection Section
Office of Ohio Attorney General Dave Yost
30 East Broad St., 14th Floor
Columbus, Ohio 43215

Office number: 614-752-4730
Erin.Leahy@OhioAGO.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Thursday, January 22, 2026 5:24 PM
**To:** Martindale Thomas L <Thomas.Martindale@atg.in.gov>
**Cc:** Erin Leahy <erin.leahy@OhioAGO.gov>; Nayer Tracy <Tnayer@ncdoj.gov>; Sparko Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV John <John.DillonIV@azag.gov>; Pelton Sarah <Sarah.Pelton@azag.gov>; Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Request for Meet and Confer Call

AGs:

Good afternoon.

We'd like to set a time for a meet and confer call addressing the issues we set forth in our email yesterday. We'd like that call to occur prior to the next pre-hearing conference.

Please let us know when you're available.

Thank you.

Neil S. Ende
Managing Partner
Technology Law Group
202.256.0120
TLG Conference Bridge:
703.229.6741, PIN: 854#


Sent from my iPhone


On Jan 22, 2026, at 12:15 PM, Martindale, Thomas L <Thomas.Martindale@atg.in.gov> wrote:

Greetings, Neil,

The Lead Plaintiffs and the Plaintiffs with state law claims have never objected to Rule 30(b)(6) depositions. The difficulty in this process has been Defendants' failure to properly identify relevant topics that comport with Fed Civ P. Rules 26 and 30 and other applicable state and federal laws and Defendants' failure to respond to our timely and proper objections on those topics. All Plaintiffs sent timely written objections to the topics identified in the April 2025 Notices and received no substantive responses to our topic objections. We have engaged a number of times to meet/confer in writing and by telephone on the topics and were advised that you would provide revised topics. In its October, 2024 Order, the Court **AGREED** with our objections to the original topics and limited the deposition topics to factual allegations contained in the Complaint. Six months after receiving Plaintiffs' written objections on the topics, Defendants provided their first revised topics on November 24, 2025. On December 10, 2025, we again engaged to meet/confer as to the overly broad designation of all factual allegations of the Complaint and were advised again that you would provide revised topics with greater detail within a day or two. Nearly six weeks later, you identified revised topics on January 19. We have requested a reasonable amount of time to review those topics and provide a response. The review of the topics involves more than simply coming up with the names of witnesses who may have knowledge of facts. Your threats to seek sanctions and exclusion of evidence if Plaintiffs fail to respond in less than two business days, and now as revised below, to less than 3.5 business days is wholly unreasonable.

We will provide a more comprehensive response after we have fully reviewed the topics you identified and have had a chance to confer next week. If you choose to seek Court intervention prior to the parties fully engaging in a meet and confer on the revised topics, that is your prerogative. We will respond accordingly.

Thank you,
Tom



## Thomas Martindale
Deputy Attorney General
Data Privacy & Identity Theft Unit
Consumer Protection Division
Office of Attorney General Todd Rokita
302 West Washington Street, IGCS 5th Floor
Indianapolis, IN 46204
p: (317)232-7751 |f: (317)232-7979
thomas.martindale@atg.in.gov

**The OAG serves, protects, and defends
Hoosiers by championing liberty, justice, and
the Rule of Law.**

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Wednesday, January 21, 2026 4:23 PM
**To:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>;
Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz
<Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV, John
<John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>
**Subject:** Re: Further Demand for 30(b)(6) Designations
**Importance:** High

> **EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking
> links, opening attachments or taking further action, before validating its authenticity.

Tom:

Hello.

Respectfully, Plaintiffs have had more than 6 months since the Notices were originally served
and nearly three months since the Magistrate issued his Order authorizing Defendants to take
30b6 dispositions on essentially all facts in the complaint.  Plaintiffs know or should know
(sound familiar?) who their witness(es) are.  There is no reason, other than obstinance and an
understandable effort to prevent access, that Plaintiffs cannot identify witness by the end of
this week.

Plaintiffs' failure to designate represents a continuing and willful violation of the Court's order expressly requiring designation by November 28.

It is Defendants' intention to file a motion for sanctions denying Plaintiffs the right to present any affirmative testimony on any of the designated issues (which sanction is well recognized) if we do not have a complete set of names by COB Friday.

Your cooperation in finally moving this issue to completion is appreciated.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Date:** Wednesday, January 21, 2026 at 4:09 PM
**To:** Neil Ende <nende@tlgdc.com>, Erin Leahy <erin.leahy@OhioAGO.gov>, Nayer, Tracy <Tnayer@ncdoj.gov>, Sparko, Rochelle <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV, John <John.DillonIV@azag.gov>, Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>
**Subject:** RE: Further Demand for 30(b)(6) Designations
Greetings,

As we have indicated on several occasions, the Lead Plaintiffs and Plaintiffs with state law claims have never refused to be deposed. Our responses will be informed by our review of the newly identified topics. We will not be able to respond before noon on Friday as the Lead Plaintiffs will not have the opportunity to confer this week due to unavailability of counsel. We hope to provide you with a response next week after we've had a chance to meet.

Thank you,
Tom



**Thomas Martindale**
Deputy Attorney General
Data Privacy & Identity Theft Unit
Consumer Protection Division
Office of Attorney General Todd Rokita
302 West Washington Street, IGCS 5th Floor
Indianapolis, IN 46204
p: (317)232-7751 │f: (317)232-7979
thomas.martindale@atg.in.gov

**The OAG serves, protects, and defends Hoosiers by championing liberty, justice, and the Rule of Law.**

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Tuesday, January 20, 2026 4:26 PM
**To:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Erin Leahy <erin.leahy@OhioAGO.gov>; Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Dillon IV, John <John.DillonIV@azag.gov>; Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Re: Further Demand for 30(b)(6) Designations

> **EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Tom:

Good afternoon.

We are prepared to extend the date until noon this Friday on the understanding that each of the identified states intends to designate a person knowledgeable for each topic, not merely to assert objections without providing names. Please confirm that is the intention of each identified state.

Thank you.

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)

11

202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

---

**From:** Martindale, Thomas L <Thomas.Martindale@atg.in.gov>
**Date:** Tuesday, January 20, 2026 at 3:13 PM
**To:** Neil Ende <nende@tlgdc.com>, Erin Leahy <erin.leahy@OhioAGO.gov>, Nayer, Tracy <Tnayer@ncdoj.gov>, Sparko, Rochelle <rsparko@ncdoj.gov>, Emily Dietz <Emily.Dietz@OhioAGO.gov>, Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>, Dillon IV, John <John.DillonIV@azag.gov>, Pelton, Sarah <Sarah.Pelton@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>, Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** RE: Further Demand for 30(b)(6) Designations

Greetings,

Plaintiffs' counsel acknowledges receipt of your demand. As this the first time we have seen these revised topics, we will need additional time to review and properly respond. Accordingly, we will not be able to provide you a response by your deadline of noon tomorrow. We will review and provide you with a response in a timely manner.

Thank you,
Tom



**Thomas Martindale**
Deputy Attorney General
Data Privacy & Identity Theft Unit
Consumer Protection Division
Office of Attorney General Todd Rokita
302 West Washington Street, IGCS 5th Floor
Indianapolis, IN 46204
p: (317)232-7751 |f: (317)232-7979
thomas.martindale@atg.in.gov

**The OAG serves, protects, and defends Hoosiers by championing liberty, justice, and the Rule of Law.**

---

**From:** Neil Ende <nende@tlgdc.com>
**Sent:** Monday, January 19, 2026 5:03 PM
**To:** Erin Leahy <erin.leahy@OhioAGO.gov>; Nayer, Tracy <Tnayer@ncdoj.gov>; Sparko, Rochelle <rsparko@ncdoj.gov>; Emily Dietz <Emily.Dietz@OhioAGO.gov>; Swetnam, Douglas <Douglas.Swetnam@atg.in.gov>; Martindale, Thomas L <Thomas.Martindale@atg.in.gov>; Dillon IV,

John <John.DillonIV@azag.gov>
**Cc:** Greg Taylor <gtaylor@tlgdc.com>; Ritesh Warikallamath <rwarikallamath@tlgdc.com>
**Subject:** Further Demand for 30(b)(6) Designations
**Importance:** High

> **EXTERNAL EMAIL:** This email was sent from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

AGs:

In the Magistrate's Order addressing the parties meet and confer pleadings, he ruled that "*defendants are entitled to Rule 30(b)(6) depositions addressing the factual allegations contained in the Complaint*."  Defendants demand, for one final time,  that each of the so-called Lead Plaintiff States and **_each_** of the states with state law claims designate one or more witnesses capable of "*addressing the factual allegations contained in the Complaint*."  Demand is made that **_each_** of these states separately designate one or more such witnesses by no later than noon, Wednesday January 21, 2026.

Without waiving or limiting the language of the Magistrate's order, at a minimum the witnesses designated by each of these states must be capable of testifying about the following specific topics as it relates to his/her state:

1. The allegations of fact set forth in paragraphs 19-88 and 90-630 of the complaint.
2. The allegations of fact set forth in the subparagraph of paragraph 89 of the complaint applicable to the state on whose behalf the witness is appearing.
3. The origin of all data (*e.g.,* a CID, a subpoena, YouMail, an AG Expert Witness) used to calculate the number of calls set forth in the subparagraph of paragraph 89 of the complaint applicable to the state on whose behalf the witness is appearing.
4. Actions taken to confirm that the data associated with each of the calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing is true and correct.
5. Facts supporting the allegation that Lansky knew that the calls transited by Avid Telecom were illegal robocalls.
6. Facts supporting the allegation that Lansky should have known that Lansky knew that the calls transited by Avid Telecom were illegal robocalls.

7. Facts supporting the allegation that Reeves knew that the calls transited by Avid

   Telecom were illegal robocalls.

8. Facts supporting the allegation that Reeves should have known that the calls transited

   by Avid Telecom were illegal robocalls.
9. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing contained a pre-recorded message.
10. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing contained a commercial message.
11. Facts supporting the allegation that each of the individual calls referenced in the subparagraph of paragraph 89 of the complaint on whose behalf the witness is appearing originated from a predictive dialer (or a similar device).
12. Facts supporting the allegation that Avid Telecom did not block any illegal robocalls.

13. The identity of the person(s) who reviewed the complaint, including the portions setting forth claims arising under federal law, to confirm that: (i) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (ii) the factual contentions have evidentiary support; and (iii) the complaint is not being presented for any improper purpose, such as to harass and/or or needlessly increase the cost of litigation.

We will consider your failure to respond fully to this request by the described time as a further refusal to designate and we will seek relief from the Magistrate including a preclusion of the right to present affirmative testimony on any designated topic.  See FRCP Rule 37(c)(1).

Neil S. Ende, Esq.
Managing Partner
Technology Law Group, LLC
*nende@tlgdc.com*
202-895-1707 (Office)
202-256-0120 (Mobile)
703-229-6741 PIN 854# (Voice Conference Bridge)

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit https://protect.checkpoint.com/v2/r01/____www.troutman.com____.YzJ1OnN0YXRlb2ZpbmRpYW5hOmM6bzplZWE1ZWRiODA0YjE2MDdiY2MzOGZkOGFlNmJhNTY0OTo3OmJjYmI6NmFmZDlhYjZmNzI3NGQyNDRlMWY4YmEwYWQzMWRkZjllMzRmMzBmYWZjYjU0Yzg1M2JlZTBkZmUwNDA3ZGkyYzp0OkY6Tg. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (https://protect.checkpoint.com/v2/r01/____www.troutman.com/offices/london.html____.YzJ1OnN0YXRlb2ZpbmRpYW5hOmM6bzplZWE1ZWRiODA0YjE2MDdiY2MzOGZkOGFlNmJhNTY0OTo3OjEwNDk6OTE5MTRiZDQ3NDI1ODI3OGVmNmRkZjExOGQzYmQ1ZTJhYTk5ZDZmMzk4ZmRlZjA4ZmNhMjM5ZTNlYjEwODJjZTp0OkY6Tg) for regulatory information.

# Exhibit BB

**Pelton, Sarah**

| | |
|---|---|
| **From:** | Dillon IV, John |
| **Sent:** | Thursday, February 12, 2026 4:24 PM |
| **To:** | 'brian.hays@troutman.com'; 'ashley.taylor@troutman.com'; 'steven.brotman@troutman.com'; 'Virginia Bell Flynn (Virginia.Flynn@troutman.com)' |
| **Cc:** | Pelton, Sarah; 'Michel Singer Nelson'; 'Tracy Nayer'; 'Martindale, Thomas L'; 'Sparko, Rochelle'; 'Erin Leahy'; 'Emily Dietz' |
| **Subject:** | CV 23-233 Arizona, et al., v Lansky, et al. |
| **Attachments:** | 2026-02-12 - Correspondence Re Defendants' Responses to Plaintiffs' Motions to Compel.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'brian.hays@troutman.com' | |
| | 'ashley.taylor@troutman.com' | |
| | 'steven.brotman@troutman.com' | |
| | 'Virginia Bell Flynn (Virginia.Flynn@troutman.com)' | |
| | Pelton, Sarah | Delivered: 2/12/2026 4:25 PM |
| | 'Michel Singer Nelson' | |
| | 'Tracy Nayer' | |
| | 'Martindale, Thomas L' | |
| | 'Sparko, Rochelle' | |
| | 'Erin Leahy' | |
| | 'Emily Dietz' | |

Counsel,

Please see the attached correspondence.

Regards,

**John Raymond Dillon IV**
Senior Litigation Counsel



Arizona Attorney General Kris Mayes
2005 N. Central Ave.
Phoenix, AZ 85004
Desk: 602-542-7732
John.DillonIV@azag.gov
http://www.azag.gov

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including information that may be protected through an attorney-client privilege. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# Exhibit CC



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**CONSUMER PROTECTION & ADVOCACY SECTION**
**CONSUMER LITIGATION UNIT**

**KRIS MAYES**
**ATTORNEY GENERAL**

**JOHN RAYMOND DILLON IV**
**SENIOR LITIGATION COUNSEL**
**DIRECT PHONE NO. (602) 542-7732**
**JOHN.DILLONIV@AZAG.GOV**

February 12, 2026

**SENT VIA EMAIL:**
Bryan Hays
brian.hays@troutman.com
Steven Brotman
steven.brotman@troutman.com
Troutman Pepper Locke
111 South Wacker Drive
Suite 4100
Chicago, IL 60606

Ashley Taylor
ashley.taylor@troutman.com
Virginia Bell Flynn
virginia.flynn@troutman.com

Re:    Defendants' Responses to Plaintiffs' Motions to Compel Further Responses to
       Plaintiffs' First Set of Requests for Production of Documents

Counsel,

We write regarding Defendants Michael Lansky's ("Lansky") and Stacey Reeves' ("Reeves")
(collectively, "Defendants") Responses to Plaintiffs' Motions to Compel Further Responses to
Plaintiffs' First Set of Requests for Production (the "Responses"), filed on February 11, 2026.

In their Responses, Defendants represent that, following consultation with a "Senior Discovery
Attorney at [the] Troutman law firm," Defendants' production and related document indices
comply with Rule 34 of the Federal Rules of Civil Procedure and the Court's ESI Order. *See*
Dkt. 209 at p. 6, lines 12-16; *see also* Dkt. 210 at p. 6, lines 12-17.

This representation is presented as a factual justification for denying Plaintiffs' Motions. Yet no
declaration, affidavit, evidentiary citation, or identification of the referenced "Senior Discovery
Attorney" from the Troutman Law Firm accompanies it. As written, the Court is asked to accept
an unsworn assertion regarding the Troutman Law Firm and Defendants' compliance with Rule
34 and the Court's ESI Order. To the extent Defendants intend this representation to serve as
factual support for their asserted compliance, Plaintiffs are entitled to understand whether it is
being offered as argument of counsel or as evidentiary support, and to seek appropriate
clarification of the factual basis underlying that representation.

State of Arizona v. Avid Telecom, et al.
February 12, 2026
Page 2

Accordingly, please confirm the following no later than Tuesday, February 17, 2026:

1. Identify the "Senior Discovery Attorney at [the] Troutman law firm" referenced in Defendants' Responses.

2. Confirm whether Defendants intend to rely on that individual's consultation, analysis, or conclusions as evidentiary support for their asserted compliance with Rule 34 and the Court's ESI Order.

3. To the extent Defendants are relying on that consultation as substantive support for compliance, confirm whether Defendants will: (a) produce the non-privileged factual materials underlying those representations; (b) provide a sworn declaration setting forth the factual basis for concluding that the production and indices comply with Rule 34 and the Court's ESI Order, including identification of custodians searched, systems queried, search methodologies employed, and confirmation of completeness; and (c) make the referenced Senior Troutman attorney available for examination as to non-privileged factual matters placed at issue by Defendants' February 11 filing.

4. If Defendants do not intend to rely on the referenced consultation as evidentiary support, please state unequivocally that the cited paragraph reflects attorney argument only and is not offered as proof of compliance.

5. In that event, please confirm whether Defendants will promptly file a notice of errata withdrawing any suggestion that the referenced consultation with the Senior Troutman attorney establishes or evidences compliance with Rule 34 and the Court's ESI Order.

6. Confirm that all communications and materials relating to the representations made in the February 11 filing are being preserved.

To be clear, Defendants may not inject internal attorney consultation into a public filing as affirmative support for compliance and then invoke privilege to prevent inquiry into the factual basis of that representation. *See* Fed. R. Evid. 502(a) (subject-matter waiver where a party intentionally discloses protected information in a federal proceeding and fairness requires further disclosure).

Given the seriousness of representations made to the Court concerning discovery compliance, Plaintiffs expect a complete response by February 17, 2026. Absent clarification or appropriate evidentiary support, Plaintiffs will seek appropriate relief.

Regards,

John Raymond Dillon IV
Senior Litigation Counsel

JRD/nt

State of Arizona v. Avid Telecom, et al.
February 12, 2026
Page 3

cc:
Sarah Pelton
sarah.pelton@azag.gov
Michele Singer Nelson
michel.singernelson@coag.gov
Tracy Nayer
tnayer@ncdoj.gov
Thomas Martindale
thomas.martindale@atg.in.gov
Rochelle Sparko
rsparko@ncdoj.gov
Erin Leahy
erin.leahy@OhioAGO.gov
Emily Dietz
emily.dietz@ohioago.gov

Enclosure(s) as stated