KRISTIN K. MAYES
Attorney General of Arizona
(Firm AZ State Bar No. 14000)
John Raymond Dillon IV (AZ State Bar No. 036796)
Sarah Pelton (AZ State Bar No. 039633)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3725
Fax:     (602) 542-4377
consumer@azag.gov

Counsel for Plaintiff State of Arizona

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, *et al.*,<br><br>    Defendants. | CASE NO.: 4:23-cv-00233-TUC-CKJ (MAA)<br><br>**DECLARATION OF SARAH PELTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT STACEY S. REEVES' DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

1. I am an Assistant Attorney General in the Civil Litigation Division at the Arizona Attorney General's Office, and counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Defendant Stacey S. Reeves' ("Reeves"), Further Responses to Plaintiffs' First Set of Requests for Production of Documents (the "Motion").

3. On or around January 7, 2026, Mr. Ende sent Plaintiffs a revised set of indices. Attached hereto as **Exhibit U** and **Exhibit V** is a true and correct copy of Mr. Ende's email and the attached Bates List.

4. On or around January 9, 2026, Plaintiffs notified Defendants that there were myriad issues with the Bates list provided on January 7, 2026. Attached hereto as **Exhibit W** is a true and correct copy of Plaintiffs' email.

5. On or around January 14, 2026, Mr. Ende responded to Plaintiffs' January 9, 2026 email. Attached hereto as **Exhibit X** is a true and correct copy of Mr. Ende's email.

6. On or around January 23, 2026, Plaintiffs responded to Mr. Ende's January 14, 2026 email with continued concerns regarding the provided indices. Attached hereto as **Exhibit Y** is a true and correct copy of Plaintiffs' email.

7. On or around January 26, 2026, Plaintiffs emailed Defendants, notifying them of all outstanding discovery issues and requested native export of the "audit file" and provided a link for instructions on how to provide it. A true and correct copy of Plaintiffs' email is attached hereto as **Exhibit Z**.

8. On or around February 4, 2026, Plaintiffs sent a copy of the January 23, 2026 email to counsel of record at Troutman in response to a request for outstanding discovery issues. Attached hereto as **Exhibit AA** is a true and correct copy of Plaintiffs' email.

9. Plaintiffs have not received a response from Troutman to the February 4, 2026 email correspondence.

10. On or around February 12, 2026, Plaintiffs emailed Defendants asking for clarification on whether the "Senior Discovery Attorney at Troutman" consultations cited in Defendant Lansky's Response were offered as evidence or attorney argument. A true and correct copy of Plaintiffs' email and attached letter are attached hereto as **Exhibit BB and Exhibit CC**.

I declare under penalty of perjury that the foregoing is true and correct.

1     Executed on February 18, 2026 at Phoenix, Arizona.

                                    */s/    Sarah Pelton*
                                    Sarah Pelton (AZ State Bar No. 039633)
                                    Counsel for Plaintiff State of Arizona

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I caused the foregoing **DECLARATION OF SARAH PELTON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT STACEY S. REEVES' DOCUMENT PRODUCTION IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ Sarah Pelton
Assistant Attorney General
Counsel for the Plaintiff State of Arizona