**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

Date: February 19, 2026
Civil Case Number: 4:23-cv-00233-CKJ-MAA
Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.

Hon. Michael A. Ambri

Magistrate Courtroom Clerk:   Silvia Guzman    Court Reporter:   CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff AZ Attorney General | John Dillon, Esq. |
| Attorney for Plaintiff CA Attorney General – Los Angeles | Rosailda Perez, Esq. |
| Attorney for Plaintiff CA Attorney General – Los Angeles | Timothy Lundgren, Esq. |
| Attorney for Plaintiff DE Attorney General | Ryan Costa, Esq. |
| Attorney for Plaintiff ID Attorney General | Stefanie Byon for James Simeri, Esq. |
| Attorney for Plaintiff IN Attorney General | Douglas Swetnam, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff KS Attorney General: | Nicholas Smith, Esq |
| Attorney for Plaintiff LA Attorney General | Za Tabia Williams, Esq. |
| Attorney for Plaintiff MI Attorney General | Kathy Fitzgerald, Esq. |
| Attorney for Plaintiff NV Attorney General | Michelle Badorine, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |

| | |
|---|---|
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |
| Attorney for Plaintiff PA Attorney General | Mark Wolfe, Esq. |
| Attorney for Plaintiff RO Attorney General | Alexander Carnevale, Esq. |
| Attorney for Plaintiff Wash. Attorney General | Zorba Leslie, Esq. |

---

### TELEPHONIC STATUS CONFERENCE RE: DISCOVERY

Discussion held regarding the motion to exceed page limit, indices, written discovery responses and 30(b)(6) depositions. The parties to develop a plan and timeline for resolving outstanding discovery issues and shall continue working together in an attempt to identify and resolve all issues, including indices, written discovery and 30(b)(6) depositions. The parties to confer and propose a revised litigation schedule. The Court sets a deadline of Thursday, March 12, 2026, for progress in resolving the discovery issues and establishing a revised litigation schedule.

The Court sets a further telephonic status conference for Thursday, March 12, 2026, at 10:00 a.m. before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

**SC:  53 minutes**
**Start Time: 10:15 a.m.**
**End Time: 11:08 a.m.**