DAVE YOST
Erin B. Leahy (OH Bar No. 0069509)
Emily G. Dietz (OH Bar No. 0104729)
Assistant Attorneys General
Office of Attorney General Dave Yost
30 East Broad Street, 14th Fl.
Columbus, OH 43215
Phone: (614) 752-4730 (Leahy)
      (614)466-3493 (Dietz)
Erin.Leahy@OhioAGO.gov
Emily.Dietz@OhioAGO.gov
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. 4:23-cv-00233-TUC-CKJ (MAA) <br><br> **REPLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND CROSS-MOTION FOR A PROTECTIVE ORDER** |

    Plaintiffs respectfully file this Reply in Support of Plaintiffs' Unopposed Motion to Exceed Page Limitations for Their Response in Opposition to Defendants' Motion Compel and Cross-Motion for a Protective Order ("Motion to Exceed," Dkt. 211).

## I. Relevant Procedural History

On January 28, 2026, Defendants filed a Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions ("Motion to Compel," Dkt. 204). In the Motion to Compel, Defendants asked this Court, among other things, to impose "the harshest available sanctions" on Plaintiffs. (*Id.* at 7).

On February 11, 2026, Plaintiffs filed their Motion to Exceed. (Dkt. 211). In the Motion to Exceed, Plaintiffs asked this Court for permission to exceed LRCiv 7.2(e)(l)'s page limitation for a responsive briefing by three pages, excluding captions, certificates of service, counsels' signature blocks, attachments, and any required statement of facts. (*Id.* at 1-2). The Motion to Exceed established that good cause exists for the requested extension, as Plaintiffs' Response to Defendants' Motion to Compel contained a defense against the motion and requested sanctions, as well as a cross-motion for a protective order. (*Id.*).

Also on February 11, 2026, Plaintiffs lodged a Proposed Response to Defendants' Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions and Cross-Motion for Protective Order ("Proposed Response and Cross-Motion," Dkt. 212). The docket text accompanying the Proposed Response and Cross-Motion reads: "Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted." (*Id.*).

On February 17, 2026, Defendants filed an Expedited Motion to Strike Plaintiff's [sic] Oversized Response to Defendant's [sic] Motion to Compel Designation of 30(b)(6) Witnesses. ("Motion to Strike," Dkt. 213). Defendants' Motion to Strike was unfounded, as it falsely asserted that Plaintiffs had not filed a Motion to Exceed before lodging their Proposed Response and Cross-Motion.

On February 18, 2026, Plaintiffs filed a Response in Opposition to Defendants' Expedited Motion to Strike Plaintiff[s]' Oversized Response to Defendant[s]' Motion to Compel Designation of 30(b)(6) Witnesses. (Dkt. 214). In Plaintiffs' Response to Defendants' Motion to Strike, Plaintiffs corrected Defendants' misrepresentations, pointing to the filed Motion to Exceed.

On February 23, 2026, Defendants filed a Response to Plaintiffs' Motion to Exceed Page Limitations for the Opposition to Motion to Compel which did not oppose Plaintiffs' Motion. ("Response," Dkt. 219).

## II. Defendants' Response Misinterprets this Court's Local Rules and Misrepresents the Length of Plaintiffs' Proposed Response and Cross Motion.

Contrary to the representations in Defendants' Motion to Strike, Defendants' Response acknowledged that Plaintiffs' Motion to Exceed was filed before the Proposed Response and Cross-Motion was lodged. However, Defendants' Response erroneously asserted that Plaintiffs' Motion to Exceed does not seek a large enough extension.[1]

As Defendants acknowledged, Plaintiffs' Proposed Response and Cross-Motion contained 27 pages of narrative text, with seven pages dedicated to a Statement of Facts. LRCiv 7.2(e)(1) provides that the length of a responsive brief is calculated "exclusive of attachments and any required statement of facts." Excluding the Statement of Facts, Plaintiffs' Proposed Response and Cross-Motion is 20 pages long. Accordingly, Plaintiffs' Motion to Exceed seeks leave to exceed the 17-page limitation on responsive briefs by three pages.

But Defendants' Response asserted that "Statements of Fact are only excluded under LRCiv 7.2(e) where they are a part of a motion filed pursuant to Rule 56." (Dkt. 219, at

---

[1] In so doing, Defendants accuse Plaintiffs of bad faith and misconduct. (*See* Dkt. 219, at 3 ("One can only assume that Plaintiffs offer this erroneous reading of the rules to make the requested increase in the page count" appear minimal.); *Id.* ("Although Defendants have good cause to object to this request…because of the disingenuous manner in which it was presented….")). If Plaintiffs have indeed erred, we strongly reject the implication that the error was anything but inadvertent. That Defendants suggest otherwise belies their stated "interest [in] a more cordial and cooperative relationship between the parties." (Dkt. 219, at 3).

2).[2] This is not so. LRCiv 7.2(e), which does not refer to Fed. R. Civ. P. 56, is "a general rule for all motions and memorandum and does not apply specifically to motions for summary judgment." *Kinnally v. Rogers Corp.*, No. CV-06-2704-PHX-JAT, 2008 U.S. Dist. LEXIS 114890, at *4 n.2 (D. Ariz. Dec. 12, 2008).

Because LRCiv 7.2(e) excludes statements of facts from page length calculations, Plaintiffs properly sought a three-page extension for their 20-page Proposed Response and Cross-Motion.

### III. Defendants' Requested Relief Was Based on Defendants' Misunderstanding of this Court's Local Rules and Should be Modified.

Defendants' Response did not oppose Plaintiffs' Motion to Exceed, but it requested "a proportional increase in the eleven (11) page limit applicable to their Reply pleading, extending that limit to eighteen (18) pages." (Dkt. 219, at 3). Defendants' seven-page requested "proportional increase" was based on a miscalculation of the length of Plaintiffs' Proposed Response and Cross-Motion.

Plaintiffs believe that an increase in the page limit for Defendants' Reply in Support of their Motion to Compel—if any is granted—should be limited to three pages, matching Plaintiffs' increase. With a three-page increase, Defendants' Reply brief would be limited to 14 pages.

### IV. Conclusion

As it is unopposed by Defendants, Plaintiffs respectfully request that this Court GRANT their Motion to Exceed (Dkt. 211) and file the lodged Proposed Response and Cross-Motion (Dkt. 212).

---

[2] Defendants' interpretation of LRCiv 7.2(e) is inexplicable. Defendants agree that LRCiv 7.2(e)(1)'s 17-page limit applies to Plaintiffs' Proposed Response and Cross-Motion but dispute the applicability of the phrase "exclusive of…any required statement facts," which appears in the same sentence as the page limit.

Additionally, Plaintiffs respectfully request that this Court limit any increase in the page limit for Defendants' Reply in Support of their Motion to Compel (Dkt. 204) to three pages.

RESPECTFULLY SUBMITTED this 2nd day of March, 2026.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| **FOR THE STATE OF INDIANA:** | **FOR THE STATE OF OHIO:** |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | **ROB BONTA**<br>**Attorney General of California** | **JAMES UTHMEIER**<br>**Attorney General of Florida** |
| 2 | | |
| 3 | /s/ Timothy D. Lundgren<br>Nicklas A. Akers (CA Bar No. 211222) | /s/ Sean P. Saval<br>Sean P. Saval (FL Bar No. 96500) |
| 4 | Senior Assistant Attorney General<br>Bernard A. Eskandari (CA Bar No. | Sr. Assistant Attorney General<br>Michael P. Roland (FL Bar No. 44856) |
| 5 | 244395)<br>Supervising Deputy Attorney General | Assistant Attorney General<br>Office of the Florida Attorney General |
| 6 | Timothy D. Lundgren (CA Bar No. | Department of Legal Affairs |
| 7 | 254596)<br>Rosailda Perez (CA Bar No. 284646) | Consumer Protection Division<br>3507 E. Frontage Rd, Suite 325 |
| 8 | Deputy Attorneys General | Tampa, FL 33607 |
| 9 | Office of the California Attorney<br>General | Phone: (813) 287-7950<br>Fax:   (813) 281-5515 |
| 10 | 300 S. Spring St., Suite 1702 | Sean.Saval@myfloridalegal.com |
| 11 | Los Angeles, CA 90013<br>Phone:(415) 510-3364 (Akers) | michael.roland@myfloridalegal.com<br>Zivile.Rimkevicius@myfloridalegal.com |
| 12 |         (213) 269-6348 (Eskandari) | *Attorneys for Plaintiff James Uthmeier,* |
| 13 |         (213) 269-6355 (Lundgren)<br>        (213) 269-6612 (Perez) | *Attorney General of the State of Florida* |
| 14 | Fax:   (916) 731-2146 | **ANTHONY G. BROWN** |
| 15 | nicklas.akers@doj.ca.gov | **Attorney General of Maryland** |
| 16 | bernard.eskandari@doj.ca.gov<br>timothy.lundgren@doj.ca.gov | /s/ Philip Ziperman |
| 17 | rosailda.perez@doj.ca.gov | Philip Ziperman (Fed. Bar No. 12430) |
| 18 | *Attorneys for Plaintiff People of the State of California* | Deputy Counsel<br>Office of the Attorney General |
| 19 | | 200 St. Paul Place |
| 20 | | Baltimore, MD 21202<br>Phone: (410) 576-6417 |
| 21 | | Fax:   (410) 576-6566 |
| 22 | | pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of* |
| 23 | | *the Attorney General* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

<table>
<tr><td>

**AARON D. FORD**
**Attorney General of Nevada**

/s/ Michelle C. Badorine
Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

**LETITIA JAMES**
**Attorney General of New York**

/s/ Oluwadamilola E. Obaro
Oluwadamilola E. Obaro (NY Bar No. 5558275)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6316
dami.obaro@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

</td><td>

**DREW H. WRIGLEY**
**Attorney General of North Dakota**

/s/ Elin S. Alm
Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

**PETER F. NERONHA**
**Attorney General of Rhode Island**

/s/ Alex M. Carnevale
Alex M. Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Phone: (860) 287-7156
acarnevale@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island, by Attorney General Peter Neronha*

</td></tr>
</table>

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>**Attorney General of Washington**<br><br>/s/ Zorba Leslie<br>Zorba Leslie (WA Bar No. 58523)<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 340-6787<br>Fax:    (206) 464-6451<br>zorba.leslie@atg.wa.gov<br>*Attorney for Plaintiff State of Washington* | **JOSHUA L. KAUL**<br>**Attorney General of Wisconsin**<br><br>/s/ Gregory A. Myszkowski<br>Gregory A. Myszkowski (WI Bar No. 1050022)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Phone: (608) 266-7656<br>Fax:    (608) 294-2907<br>gregory.myszkowski@wisdoj.gov<br>*Attorney for Plaintiff State of Wisconsin* |

**Counsel for Plaintiffs with State Claims**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I caused the foregoing **REPLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS FOR THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND CROSS-MOTION FOR A PROTECTIVE ORDER** to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

<u>/s/ Emily G. Dietz</u>
EMILY G. DIETZ
Assistant Attorney General
Counsel for the Plaintiff State of Ohio

## LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796)<br>Sarah Pelton (AZ Bar No. 039633)<br>Assistant Attorneys General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br>Phone: (602) 542-8018<br>Fax:     (602) 542-4377<br>john.dillonIV@azag.gov<br>sarah.pelton@azag.gov<br>*Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964)<br>Rochelle Sparko (NC Bar No. 38528)<br>Special Deputy Attorneys General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>P.O. Box 629<br>Raleigh, North Carolina 27602<br>Phone:  (919) 716-6000<br>Fax:       (919) 716-6050<br>tnayer@ncdoj.gov<br>rsparko@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49)<br>Thomas L. Martindale (IN Bar No. 29706-64)<br>Deputy Attorneys General<br>Office of the Indiana Attorney General Todd Rokita<br>Indiana Govt. Center South, 5th Fl.<br>302 W. Washington St.<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6294 (Swetnam)<br>             (317) 232-7751 (Martindale)<br>Fax:     (317) 232-7979<br>douglas.swetnam@atg.in.gov<br>thomas.martindale@atg.in.gov<br>*Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509)<br>Emily G. Dietz (OH Bar No. 0104729)<br>Assistant Attorneys General<br>Office of Attorney General Dave Yost<br>30 East Broad Street, 14th Fl.<br>Columbus, OH 43215<br>Phone: (614) 752-4730 (Leahy)<br>            (614) 466-3493 (Dietz)<br>Erin.Leahy@OhioAGO.gov<br>Emily.Dietz@OhioAGO.gov<br>*Attorneys for Plaintiff State of Ohio* |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

| | |
|---|---|
| Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)<br>Assistant Attorney General<br>Office of the Connecticut Attorney General William Tong<br>165 Capitol Avenue, Suite 4000<br>Hartford, CT 06106<br>Phone: (860) 808-5400<br>Fax:  (860) 808-5593<br>brendan.flynn@ct.gov<br>*Attorney for Plaintiff State of Connecticut* | Sean P. Saval (FL Bar No. 96500)<br>Sr. Assistant Attorney General<br>Michael P. Roland (FL Bar No. 44856)<br>Assistant Attorney General<br>Office of the Florida Attorney General<br>Department of Legal Affairs<br>Consumer Protection Division<br>3507 E. Frontage Rd, Suite 325<br>Tampa, FL 33607<br>Phone: (813) 287-7950<br>Fax:  (813) 281-5515<br>Sean.Saval@myfloridalegal.com<br>michael.roland@myfloridalegal.com<br>Zivile.Rimkevicius@myfloridalegal.com<br>*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida* |
| Ryan Costa (DE Bar No. 5325)<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street, 5th Floor<br>Wilmington, DE 19801<br>Phone: (302) 683-8811<br>Fax:  (302) 577-6499<br>Ryan.costa@delaware.gov<br>*Attorney for Plaintiff State of Delaware, ex rel. Kathleen Jennings* | David A. Zisook (GA Bar No. 310104)<br>Senior Assistant Attorney General<br>Office of the Georgia Attorney General<br>40 Capitol Square SW<br>Atlanta, GA 30334<br>Phone: (404) 458-4294<br>Fax:  (404) 464-8212<br>dzisook@law.ga.gov<br>*Attorney for Plaintiff State of Georgia* |
| Laura C. Beckerman (DC Bar No. 1008120)<br>Senior Trial Counsel<br>Public Advocacy Division<br>D.C. Office of the Attorney General<br>400 6th Street NW, 10th Floor<br>Washington, DC 20001<br>Phone: (202) 655-7906<br>Laura.Beckerman@dc.gov<br>*Attorney for Plaintiff District of Columbia* | Christopher J.I. Leong (HI Bar No. 9662)<br>Deputy Attorney General<br>Hawaii Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>Phone: (808) 586-1180<br>Fax:  (808) 586-1205<br>christopher.ji.leong@hawaii.gov<br>*Attorney for Plaintiff State of Hawaii* |

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho* | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457)<br>Assistant Attorneys General<br>Consumer Protection Section<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612<br>Phone: (785) 296-3751<br>Fax:   (785) 291-3699<br>Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov<br>*Attorneys for Plaintiff State of Kansas* |
| Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General<br>Elizabeth Blackston (IL Bar No. 6228859)<br>Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62791<br>Phone: (217) 782-4436<br>philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov<br>*Attorneys for Plaintiff People of the State of Illinois* | Jonathan E. Farmer (KY Bar No. 91999)<br>Deputy Executive Director of Consumer Protection<br>Office of the Attorney General of Kentucky<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Phone: (502) 696-5448<br>Fax:   (502) 573-8317<br>Jonathan.Farmer@ky.gov<br>*Attorney for Plaintiff Commonwealth of Kentucky* |
| Benjamin Bellus (IA Bar No. AT0000688)<br>William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Phone: (515) 242-6536 (Bellus)<br>        (515) 242-6773 (Pearson)<br>Fax:   (515) 281-6771<br>Benjamin.Bellus@ag.iowa.gov<br>William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General<br>Office of the Attorney General Liz Murrill<br>1885 North Third St.<br>Baton Rouge, LA 70802<br>Phone: (225) 326-6164<br>Fax:   (225) 326-6499<br>WilliamsZ@ag.louisiana.gov<br>*Attorney for Plaintiff State of Louisiana* |

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:   (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:   (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:   (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:   (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

| | |
|---|---|
| John W. Grantham (MO Bar No. 60556)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Phone: (573) 751-3942<br>Fax:    (573) 751-7948<br>john.grantham@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General* | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:    (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |
| Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General<br>Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel<br>Montana Attorney General's Office<br>Office of Consumer Protection<br>215 North Sanders Street<br>P.O. Box 200151<br>Helena, MT 59620-0151<br>Phone: (406) 444-4500<br>Brent.mead2@mt.gov<br>Anna.schneider@mt.gov<br>*Attorneys for Plaintiff State of Montana* | Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>Phone: (603) 271-1139<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* |
| Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:    (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | Blair Gerold (NJ Bar No. 294602019)<br>Zeyad A. Assaf (NJ Bar No. 290002021)<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (609) 696-5363<br>Fax:    (973) 648-3879<br>Blair.Gerold@law.njoag.gov<br>Zeyad.Assaf@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* |

| | |
|---|---|
| Anthony Juzaitis (NM Bar No. 164428)<br>Assistant Attorney General<br>New Mexico Department of Justice<br>408 Galisteo St.<br>Santa Fe, New Mexico 87501<br>Phone: (505) 651-7565<br>Fax:   (505) 490-4883<br>Ajuzaitis@nmdoj.gov<br>*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* | Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General<br>Office of the Oklahoma Attorney General<br>313 N.E. 21st St.<br>Oklahoma City, OK 73105<br>Phone: (405) 522- 8129<br>Fax:   (405) 522-0085<br>mailto:sylvia.lanfair@oag.ok.gov<br>*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| Oluwadamilola E. Obaro (NY Bar No. 5558275)<br>Assistant Attorney General<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (212) 416-6316<br>dami.obaro@ag.ny.gov<br>*Attorney for Plaintiff Office of the Attorney General of the State of New York* | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>Economic Justice Section<br>100 SW Market St.<br>Portland, OR 97201<br>Phone: (971) 673-1880<br>Fax:   (971) 673-1884<br>jordan.m.roberts@doj.oregon.gov<br>*Attorney for Plaintiff State of Oregon* |
| Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar No. 06480)<br>Assistant Attorneys General<br>Office of North Dakota Attorney General<br>Consumer Protection & Antitrust Division<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Phone: (701) 328-5570<br>Fax:   (701) 328-5568<br>mailto:ealm@nd.gov<br>clindblad@nd.gov<br>*Attorneys for Plaintiff State of North Dakota* | Mark W Wolfe (PA Bar No. 327807)<br>Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120-0001<br>Phone: (717) 772-3558<br>Fax:   (717) 705-3795<br>mwolfe@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.* |

| | | |
|---|---|---|
| 1 | Alex M. Carnevale (R.I. Bar No. 10724) | David Shatto (Fed. Bar No. 3725697; TX |
| 2 | Special Assistant Attorney General<br>Rhode Island Office of the Attorney | Bar No. 24104114)<br>Assistant Attorney General |
| 3 | General<br>150 South Main Street | Attorney General for the State of Texas<br>Office of the Attorney General |
| 4 | Providence, RI 02903 | P.O. Box 12548 (MC-010) |
| 5 | Phone: (860) 287-7156<br>acarnevale@riag.ri.gov | Austin, TX 78711<br>Phone: (512) 463-2185 |
| 6 | *Attorney for Plaintiff State of Rhode* | Fax:   (512) 473-9125 |
| 7 | *Island* | David.Shatto@oag.texas.gov<br>*Attorney for Plaintiff State of Texas* |
| 8 | Kristin Simons (SC Bar No. 74004) | |
| 9 | Senior Assistant Attorney General<br>South Carolina Attorney General's | Alexandra Butler (UT Bar No. 19238)<br>Assistant Attorney General |
| 10 | Office | Utah Attorney General's Office |
| 11 | P.O. Box 11549<br>Columbia, SC 29211-1549 | 160 East 300 South, 5th Floor<br>P.O. Box 140872 |
| 12 | Phone: (803) 734-6134 | Salt Lake City, UT 84114-0872 |
| 13 | mailto:ksimons@scag.gov<br>*Attorney for Plaintiff State of South* | Phone: (385) 910-5533<br>Fax:   (801) 366-0315 |
| 14 | *Carolina* | alexandrabutler@agutah.gov |
| 15 | Austin C. Ostiguy (TN Bar No. 040301) | *Attorney for Plaintiff Utah Division of*<br>*Consumer Protection* |
| 16 | Tyler T. Corcoran (TN Bar No. 038887) | |
| 17 | Jimmie B. Webb (TN Bar No. 042680)<br>Assistant Attorneys General | James Layman (VT Bar No. 5236)<br>Office of the Vermont Attorney General |
| 18 | Office of the Tennessee Attorney<br>General | 109 State Street<br>Montpelier, VT 05609-1001 |
| 19 | P.O. Box 20207 | Phone: (802) 828-2315 |
| 20 | Nashville, TN 37202<br>Phone: (615) 532-7271 (Ostiguy) | Fax:   (802) 304-1014<br>James.Layman@vermont.gov |
| 21 | (615) 770-1714 (Corcoran) | *Attorney for Plaintiff State of Vermont* |
| 22 | (615) 532-4223 (Webb)<br>Fax:   (615) 532-2910 | |
| 23 | austin.ostiguy@ag.tn.gov | |
| 24 | tyler.corcoran@ag.tn.gov<br>jimmie.webb@ag.tn.gov | |
| 25 | *Attorneys for Plaintiff State of Tennessee* | |
| 26 | | |
| 27 | | |
| 28 | | |

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:   (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:   (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:   (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:   (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*