JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:      (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Lead Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. 4:23-cv-00233-TUC-CKJ-MAA <br><br> **SECOND EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** |

Plaintiffs and Defendants Michael D. Lansky, L.L.C., dba Avid Telecom, Michael D. Lansky, and Stacey S. Reeves ("Defendants")—(collectively the "Parties")—through undersigned counsel, hereby jointly move the Court to extend the case management deadlines in this litigation as set out below. The Parties respectfully request expedited consideration of this motion (hereinafter "Second Joint MTE"). In support of the Second Joint MTE, the Parties state as follows:

1. Plaintiffs filed their Complaint in this matter on May 23, 2023. (Doc. 1)

2. On December 10, 2024, the Court issued the Case Management Schedule, (Doc. 102), setting an initial deadline for the Parties to complete all discovery, including depositions of the Parties, experts, and witnesses, by November 3, 2025.

3. Following the Parties' unsuccessful attempts to resolve discovery disputes, the Court set a schedule for the Parties to brief the disputes. (Doc. 126)

4. On August 27, 2025, the Parties submitted Opening Briefs on Discovery Disputes. (Docs. 134, 138)

5. After considering the Parties' Opening Briefs on Discovery Disputes (Doc. 134, 138), the Responsive Briefs (Docs. 145 and 148) and Reply Briefs (Docs. 153 and 155), on September 25, 2025, the Court entered an Order referring the matter to the Honorable Michael A. Ambri to consider the pending discovery disputes and "any future discovery disputes, and any other discovery-related matters that may arise in this matter[.]" (Doc. 159)

6. On September 29, 2025, Defendants submitted a Motion for Extension of Time requesting thirty additional days to submit their Notice of Initial Expert Testimony. (Doc. 161)

7. One day later—which was the day before the federal shutdown began and before the time for Plaintiffs to file a response had passed—the Court granted Defendants' Motion for Extension of Time. (Doc. 162)

8. The Court's Order granted the motion and set the following discovery deadlines:

    a. "Notice of Defendants' initial expert testimony pursuant to Federal Rule 26(a)(2) shall take place on or before October 29, 2025. Notice of rebuttal expert testimony shall be completed on or before November 17, 2025.

    b. All discovery, including depositions of parties and witnesses, shall be completed by December 8, 2025.

1          c.      Dispositive motions shall be filed on or before January 12, 2026.

2          d.      The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before January 30, 2026." (Doc. 162)

9.     On November 13, 2025, the Parties filed an Expedited Joint Motion for Extension of Case Management Deadlines ("First Joint MTE") (Doc. 178), in which the Parties requested a 90-day extension of the then-current Case Management Schedule for the limited purpose of allowing (a) the resolution of the ongoing discovery disputes under the oversight and guidance of the Honorable Michael A. Ambri and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter.

10.     On that same day, Magistrate Judge Ambri entered an Order granting the First Joint MTE, (Doc. 179), and directing the Parties as follows:

         a.      The completion of any outstanding discovery requests, the resolution of all remaining discovery disputes, and all depositions of the Parties, experts, and witnesses shall be completed by Monday, March 9, 2026.

         b.      Dispositive motions shall be filed on or before Monday, April 13, 2026.

         c.      The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before Friday, May 1, 2026.

11.     Since the entry of the Order granting the First Joint MTE, (Doc. 179), and as of the date of this filing, the Parties have participated in five telephonic status conferences before Judge Ambri concerning the status of discovery and discovery disputes (Docs. 184, 190, 198, 206, 217). The parties continue to meet and confer on issues raised at the status conferences in addition to issues that continue to arise following the status conferences.

12. Further, in addition Defendants' pending Motion for Leave to File Hybrid Testimony and Motion for Reconsideration (Docs. 173, 207), the following discovery motions have been filed and—unless otherwise indicated—remain pending as of the time of this filing and concern various discovery disputes:

    a. Plaintiffs' Motion to Determine the Sufficiency of Defendants' Responses and Objections to Plaintiffs' First Requests for Admission filed on December 5, 2025 (Doc. 187); Defendants' Response filed on December 19, 2025 (Doc. 191); Plaintiffs' Reply filed on December 29, 2025 (Doc. 192); Order granting Plaintiffs' Motion in part entered January 23, 2026 (Doc. 202);

    b. Plaintiffs' Motion to Determine the Sufficiency of Defendants' Responses and Objections to Plaintiffs' Second Requests for Admission filed on December 18, 2025 (Doc. 189);

    c. Plaintiffs' Motion to Compel Defendant Michael D. Lansky, L.L.C., DBA Avid Telecom's Document Production in Response to Plaintiffs' First Set of Requests for Production of Documents filed on January 7, 2026 (Doc. 195); Defendants' Response filed on January 21, 2026 (Doc. 201);

    d. Plaintiffs' Motion to Compel Defendant Michael D. Lansky's Document Production in Response to Plaintiffs' First Set of Requests for Production of Documents filed on January 7, 2026 (Doc. 196); Defendant's Response filed on February 11, 2026 (Doc. 210); Plaintiffs' Reply filed on February 18, 2026 (Doc. 215);

    e. Plaintiffs' Motion to Compel Defendant Stacey S. Reeves's Document Production in Response to Plaintiffs' First Set of Requests for Production of Documents filed on January 7, 2026 (Doc. 197); Defendant's Response filed on February 11, 2026 (Doc. 209); Plaintiffs' Reply filed on February 18, 2026 (Doc. 216); and

  f. Defendants' Motion to Compel Designation of 30(b)(6) Witnesses and for Sanctions by Avid Telecom LLC, Michael D Lansky, Michael D Lansky LLC, Stacey S Reeves filed on January 28, 2026 (Doc. 204); Plaintiffs' Lodged Proposed Response (and Motion for Leave to File Excess Pages) filed on February 11, 2026 (Docs. 211, 212); Defendants' Motion to Strike Plaintiffs' Lodged Proposed Response filed on February 17, 2026 (Doc. 213); Plaintiffs' Response in Opposition to Defendants' Motion to Strike Plaintiffs' Lodged Proposed Response filed February 18, 2026 (Doc. 214); Defendants' Response to Plaintiffs' Motion for Leave to Exceed Page Limitations for the Opposition to Motion to Compel filed February 23, 2026 (Doc. 219); Plaintiffs' Reply in Support of to Plaintiffs' Motion for Leave to Exceed Page Limitations for the Opposition to Motion to Compel filed March 2, 2026 (Doc. 220).

13. As of the time of this filing, numerous mutual discovery disputes are ongoing and remain unresolved.

14. Further, as a result of these ongoing discovery disputes, the Parties have not had an opportunity to benefit from the complete collection or review of all discovery requested and, consequently, have not had an opportunity to prepare for, or schedule, any depositions of the Parties, experts, or witnesses in this matter.

15. In order to allow for the continued oversight and intervention of the ongoing discovery disputes with the guidance of Judge Ambri, and to be permitted the time necessary to prepare for depositions in this matter, the Parties request an extension of the current Case Management Schedule as set out below for the limited purposes of allowing (a) the final resolution of ongoing discovery disputes and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter. The Parties agree that, other than notices of deposition, no new Party discovery will be served without leave from the Court.

16. If this Second Joint MTE is granted, the Parties propose the following revisions to the Case Management Schedule:

    a. Opening/initial motions identifying disputes arising from the Parties' written discovery must be filed either (1) within 60 days of the date the instant Second Joint MTE is entered by the Court, or (2) within 60 days of the date on which the sufficiency of the indices for the written discovery produced is determined, either by the Parties' agreement or by order of this Court—whichever time period, whether subpart 16(a)(1) or 16(a)(2), is later—unless leave is otherwise granted by the Court.

    b. The completion of subsequent and continuing motion practice concerning and related to all ongoing discovery disputes initially noticed for consideration to the Court in the time period set out in Paragraph 16(a) above. This includes any later-arising or additional substantive disputes on initial responses that were previously challenged and on supplemental responses provided in response to the opening motions set out in Paragraph 16(a). All subsequent motions will be filed in accordance with the timelines of LRCiv 7.2 unless leave is otherwise granted by the Court.

    c. In order to memorialize and confirm the date certain reflecting the completion of the subsequent motion practice set out in Paragraph 16(b) above and that the Court has considered and ruled on all outstanding motions on all ongoing discovery disputes, the Parties agree that they will submit a notice to the Court to jointly recognize the date certain that the discovery disputes are complete and the date from which the next case management deadlines will be calculated.

    d. All depositions of the Parties, experts, and witnesses shall be noticed, conducted, and concluded within ninety (90) days after entry of all orders finally resolving all discovery disputes that were the subject of motion practice with the Court as set out in Paragraphs 16(b) and (c) above.

The calculation of the 90th day of this period will be in accordance with Fed. R. Civ. P. 6.

  e. Dispositive motions shall be filed within forty-five (45) days after the close of the period to notice, conduct, and conclude all fact and expert depositions in this matter, as has been set out in Paragraph 16(d) above. The calculation of the 45th day of this period will be in accordance with Fed. R. Civ. P. 6.

  f. The Joint Proposed Pretrial Order ("Pretrial Statement") shall be filed within thirty (30) days after resolution of dispositive motions. If any Party files a dispositive motion before the conclusion of the 90-day period for taking depositions set out in Paragraph 16(d) above, or before the conclusion of the 45-day period allocated to drafting and filing dispositive motions set out in Paragraph 16(e) above, the calculation of the 30-day period for the Pretrial Statement shall not begin until the time has tolled for both the 90-day deposition period and the 45-day dispositive motions period. If no dispositive motions are filed, the Pretrial Statement will be due within thirty (30) days after the close of the 90-day period to notice, conduct, and conclude depositions in this matter that was set out in Paragraph 16(d) above.

  g. All other deadlines and requirements of the case management order shall remain in full force and effect.

17. The Parties believe good cause exists for granting the Parties' Second Joint MTE.

18. The instant motion is not made for the purpose of undue delay and has been submitted before the expiration of the current deadlines.

19. Furthermore, because no trial date has been set in the case, the requested extension will not result in prejudice to any party or improperly delay the litigation.

20. The Parties are available to discuss this matter with the Court at its convenience.

WHEREFORE, for the foregoing reasons, the Parties respectfully request expedited consideration of the instant Second Joint MTE and an order granting the extensions to all pending case management deadlines in this case as set out herein.

RESPECTFULLY SUBMITTED this 6th day of March, 2026.

| FOR THE STATE OF ARIZONA: | FOR THE STATE OF NORTH CAROLINA: |
|---|---|
| KRISTIN K. MAYES<br>Attorney General for the State of Arizona | JEFF JACKSON<br>Attorney General for the State of North Carolina |
| /s/ John Raymond Dillon IV<br>JOHN RAYMOND DILLON IV<br>SARAH PELTON<br>Assistant Attorneys General<br>*Attorneys for the State of Arizona* | /s/ Tracy Nayer<br>TRACY NAYER<br>ROCHELLE SPARKO<br>Special Deputy Attorneys General<br>*Attorneys for the State of North Carolina* |
| **FOR THE STATE OF INDIANA:** | **FOR THE STATE OF OHIO:** |
| TODD ROKITA<br>Attorney General for the State of Indiana | DAVE YOST<br>Attorney General for the State of Ohio |
| /s/ Douglas S. Swetnam<br>DOUGLAS S. SWETNAM<br>THOMAS L. MARTINDALE<br>Deputy Attorneys General<br>*Attorneys for the State of Indiana* | /s/ Erin B. Leahy<br>ERIN B. LEAHY<br>EMILY G. DIETZ<br>Assistant Attorneys General<br>*Attorneys for the State of Ohio* |

*Lead Counsel for Plaintiffs*

1  FOR DEFENDANTS MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM,
2  MICHAEL D. LANSKY, AND STACEY S. REEVES:
3
4
5  /s/ Neil S. Ende
   Neil S. Ende
6  Technology Law Group, LLC
   5335 Wisconsin Avenue, NW, Suite 440
7  Washington, DC 20015
8  nende@tlgdc.com
   Phone:   (202) 895-1707
9  Fax:     (202) 478-5074
10

   /s/ Greg Taylor
   Greg Taylor
   Technology Law Group, LLC
   5335 Wisconsin Avenue, NW, Suite 440
   Washington, DC 20015
   gtaylor@tlgdc.com
   Phone:   (202) 895-1707
   Fax:     (202) 478-5074

11
12 /s/ Brian I. Hays
   Brian I. Hays
13 Troutman Pepper Locke
14 111 South Wacker Drive, Suite 4100
   Chicago, IL 60606
15 brian.hays@troutman.com
16 Phone:   (312) 443-1707
   Fax:     (312) 443-0336
17

   /s/ Steven J. Brotman
   Steven J. Brotman
   Troutman Pepper Locke
   777 South Flagler Drive, Suite 215
   West Palm Beach, FL 33401
   steven.brotman@troutman.com
   Phone:   (561) 820-0214
   Fax:     (561) 655-8719

18
19
20
21
22
23
24
25
26
27
28

## LIST OF PLAINTIFFS' COUNSEL

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) <br> Sarah Pelton (AZ Bar No. 039633) <br> Assistant Attorneys General <br> Arizona Attorney General's Office <br> 2005 North Central Avenue <br> Phoenix, AZ 85004 <br> Phone: (602) 542-8018 <br> Fax:    (602) 542-4377 <br> john.dillonIV@azag.gov <br> sarah.pelton@azag.gov <br> *Attorneys for Plaintiff State of Arizona* | Tracy Nayer (NC Bar No. 36964) <br> Rochelle Sparko (NC Bar No. 38528) <br> Special Deputy Attorneys General <br> North Carolina Department of Justice <br> Consumer Protection Division <br> P.O. Box 629 <br> Raleigh, North Carolina 27602 <br> Phone:  (919) 716-6000 <br> Fax:      (919) 716-6050 <br> tnayer@ncdoj.gov <br> rsparko@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* |
| Douglas S. Swetnam (IN Bar No. 15860-49) <br> Thomas L. Martindale (IN Bar No. 29706-64) <br> Deputy Attorneys General <br> Office of the Indiana Attorney General <br> Todd Rokita <br> Indiana Govt. Center South, 5th Fl. <br> 302 W. Washington St. <br> Indianapolis, IN 46204-2770 <br> Phone: (317) 232-6294 (Swetnam) <br>             (317) 232-7751 (Martindale) <br> Fax:     (317) 232-7979 <br> douglas.swetnam@atg.in.gov <br> thomas.martindale@atg.in.gov <br> *Attorneys for Plaintiff State of Indiana* | Erin B. Leahy (OH Bar No. 0069509) <br> Emily G. Dietz (OH Bar No. 0104729) <br> Assistant Attorneys General <br> Office of Attorney General Dave Yost <br> 30 East Broad Street, 14th Fl. <br> Columbus, OH 43215 <br> Phone: (614) 752-4730 (Leahy) <br>             (614) 466-3493 (Dietz) <br> Erin.Leahy@OhioAGO.gov <br> Emily.Dietz@OhioAGO.gov <br> *Attorneys for Plaintiff State of Ohio* |

**Lead Counsel for Plaintiffs**

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:   (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:   (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:   (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware, ex rel. Kathleen Jennings*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

| | |
|---|---|
| James J. Simeri (ID Bar No. 12332)<br>Consumer Protection Division Chief<br>Idaho Attorney General's Office<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Phone: (208) 334-4114<br>james.simeri@ag.idaho.gov<br>*Attorney for Plaintiff State of Idaho*<br><br>Philip Heimlich (IL Bar No. 6286375)<br>Assistant Attorney General<br>Elizabeth Blackston (IL Bar No. 6228859)<br>Consumer Fraud Bureau Chief<br>Office of the Illinois Attorney General<br>500 S. Second Street<br>Springfield, IL 62791<br>Phone: (217) 782-4436<br>philip.heimlich@ilag.gov<br>elizabeth.blackston@ilag.gov<br>*Attorneys for Plaintiff People of the State of Illinois*<br><br>Benjamin Bellus (IA Bar No. AT0000688)<br>William Pearson (IA Bar No. AT0012070)<br>Assistant Attorneys General<br>Office of the Iowa Attorney General<br>1305 E. Walnut St.<br>Des Moines, IA 50319<br>Phone: (515) 242-6536 (Bellus)<br>       (515) 242-6773 (Pearson)<br>Fax:   (515) 281-6771<br>Benjamin.Bellus@ag.iowa.gov<br>William.Pearson@ag.iowa.gov<br>*Attorneys for Plaintiff State of Iowa* | Nicholas C. Smith (KS Bar No. 29742)<br>Sarah M. Dietz (KS Bar No. 27457)<br>Assistant Attorneys General<br>Consumer Protection Section<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612<br>Phone: (785) 296-3751<br>Fax:   (785) 291-3699<br>Nicholas.Smith@ag.ks.gov<br>sarah.dietz@ag.ks.gov<br>*Attorneys for Plaintiff State of Kansas*<br><br>Jonathan E. Farmer (KY Bar No. 91999)<br>Deputy Executive Director of Consumer Protection<br>Office of the Attorney General of Kentucky<br>1024 Capital Center Drive, Ste. 200<br>Frankfort, KY 40601<br>Phone: (502) 696-5448<br>Fax:   (502) 573-8317<br>Jonathan.Farmer@ky.gov<br>*Attorney for Plaintiff Commonwealth of Kentucky*<br><br>ZaTabia N. Williams (LA Bar No. 36933)<br>Assistant Attorney General<br>Office of the Attorney General Liz Murrill<br>1885 North Third St.<br>Baton Rouge, LA 70802<br>Phone: (225) 326-6164<br>Fax:   (225) 326-6499<br>WilliamsZ@ag.louisiana.gov<br>*Attorney for Plaintiff State of Louisiana* |

| | |
|---|---|
| Brendan O'Neil (ME Bar No. 009900)<br>Michael Devine (ME Bar No. 005048)<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>Phone: (207) 626-8800<br>Fax:    (207) 624-7730<br>brendan.oneil@maine.gov<br>michael.devine@maine.gov<br>*Attorneys for Plaintiff State of Maine* | Kathy P. Fitzgerald (MI Bar No. P31454)<br>Michael S. Hill (MI Bar No. P73084)<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>Phone: (517) 335-7632<br>Fax:    (517) 335-6755<br>fitzgeraldk@michigan.gov<br>Hillm19@michigan.gov<br>*Attorneys for Plaintiff People of the State of Michigan* |
| Philip Ziperman (Fed. Bar No. 12430)<br>Deputy Counsel<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Phone: (410) 576-6417<br>Fax:    (410) 576-6566<br>pziperman@oag.state.md.us<br>*Attorney for Plaintiff Maryland Office of the Attorney General* | Bennett Hartz (MN Bar No. 0393136)<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>Saint Paul, MN 55404<br>Phone: (651) 757-1235<br>bennett.hartz@ag.state.mn.us<br>*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison* |
| Carol Guerrero (MA Bar No. 705419)<br>Assistant Attorney General<br>Michael N. Turi (MA Bar No. 706205)<br>Deputy Chief, Consumer Protection Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Phone: (617) 963-2783<br>Fax:    (617) 727-5765<br>mailto:Carol.Guerrero@mass.gov<br>Michael.Turi@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | James M. Rankin (MS Bar No. 102332)<br>Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>Phone: (601) 359-4258<br>james.rankin@ago.ms.gov<br>*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi* |

| | |
|---|---|
| John W. Grantham (MO Bar No. 60556)<br>Assistant Attorney General<br>Office of the Missouri Attorney General<br>P.O. Box 899<br>Jefferson City, MO 65102<br>Phone: (573) 751-3942<br>Fax:   (573) 751-7948<br>john.grantham@ago.mo.gov<br>*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General* | Michelle C. Badorine (NV Bar No. 13206)<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 North Carson Street<br>Carson City, NV 89701-4717<br>Phone: (775) 684-1164<br>Fax:   (775) 684-1299<br>MBadorine@ag.nv.gov<br>*Attorney for Plaintiff State of Nevada* |
| Brent Mead (MT Bar No. 68035000)<br>Deputy Solicitor General<br>Anna Schneider (MT Bar No. 13963)<br>Special Assistant Attorney General, Senior Counsel<br>Montana Attorney General's Office<br>Office of Consumer Protection<br>215 North Sanders Street<br>P.O. Box 200151<br>Helena, MT 59620-0151<br>Phone: (406) 444-4500<br>Brent.mead2@mt.gov<br>Anna.schneider@mt.gov<br>*Attorneys for Plaintiff State of Montana* | Mary F. Stewart (NH Bar No. 10067)<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>Office of the Attorney General<br>Consumer Protection and Antitrust Bureau<br>1 Granite Place South<br>Concord, NH 03301<br>Phone: (603) 271-1139<br>Mary.F.Stewart@doj.nh.gov<br>*Attorney for Plaintiff State of New Hampshire* |
| Gary E. Brollier (NE Bar No. 19785)<br>Assistant Attorney General<br>Office of the Attorney General Michael T. Hilgers<br>2115 State Capitol Building<br>Consumer Protection Division<br>Lincoln, NE 68509<br>Phone: (402) 471-1279<br>Fax:   (402) 471-4725<br>gary.brollier@nebraska.gov<br>*Attorney for Plaintiff State of Nebraska* | Blair Gerold (NJ Bar No. 294602019)<br>Zeyad A. Assaf (NJ Bar No. 290002021)<br>Deputy Attorneys General<br>New Jersey Office of the Attorney General<br>Division of Law<br>124 Halsey Street<br>Newark, NJ 07101<br>Phone: (609) 696-5363<br>Fax:   (973) 648-3879<br>Blair.Gerold@law.njoag.gov<br>Zeyad.Assaf@law.njoag.gov<br>*Attorneys for Plaintiff State of New Jersey* |

| | | |
|---|---|---|
| 1 | Anthony Juzaitis (NM Bar No. 164428)<br>Assistant Attorney General | Sylvia Lanfair (OK Bar No. 30144)<br>Assistant Attorney General |
| 2 | New Mexico Department of Justice<br>408 Galisteo St. | Office of the Oklahoma Attorney General<br>313 N.E. 21st St. |
| 3 | Santa Fe, New Mexico 87501 | Oklahoma City, OK 73105 |
| 4 | Phone: (505) 651-7565 | Phone: (405) 522- 8129 |
| 5 | Fax:   (505) 490-4883<br>Ajuzaitis@nmdoj.gov | Fax:   (405) 522-0085<br>mailto:sylvia.lanfair@oag.ok.gov |
| 6 | *Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General* | *Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond* |
| 7 | | |
| 8 | Oluwadamilola E. Obaro (NY Bar No. 5558275) | Jordan M. Roberts (OR Bar No. 115010)<br>Senior Assistant Attorney General |
| 9 | Assistant Attorney General | Oregon Department of Justice |
| 10 | Office of the New York State Attorney General | Economic Justice Section<br>100 SW Market St. |
| 11 | 28 Liberty Street | Portland, OR 97201 |
| 12 | New York, NY 10005<br>Phone: (212) 416-6316 | Phone: (971) 673-1880<br>Fax:   (971) 673-1884 |
| 13 | dami.obaro@ag.ny.gov | jordan.m.roberts@doj.oregon.gov |
| 14 | *Attorney for Plaintiff Office of the Attorney General of the State of New York* | *Attorney for Plaintiff State of Oregon* |
| 15 | | Mark W Wolfe (PA Bar No. 327807) |
| 16 | Elin S. Alm (ND Bar No. 05924)<br>Christopher Glenn Lindblad (ND Bar | Deputy Attorney General<br>Pennsylvania Office of Attorney General |
| 17 | No. 06480) | Strawberry Square, 15th Floor |
| 18 | Assistant Attorneys General<br>Office of North Dakota Attorney General | Harrisburg, PA 17120-0001<br>Phone: (717) 772-3558 |
| 19 | Consumer Protection & Antitrust Division | Fax:   (717) 705-3795 |
| 20 | 1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736 | mwolfe@attorneygeneral.gov<br>*Attorney for Plaintiff Commonwealth of* |
| 21 | Phone: (701) 328-5570 | *Pennsylvania by Attorney General David* |
| 22 | Fax:   (701) 328-5568<br>mailto:ealm@nd.gov | *W. Sunday, Jr.* |
| 23 | clindblad@nd.gov | |
| 24 | *Attorneys for Plaintiff State of North Dakota* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Alex M. Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Phone: (860) 287-7156
acarnevale@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Jimmie B. Webb (TN Bar No. 042680)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
       (615) 770-1714 (Corcoran)
       (615) 532-4223 (Webb)
Fax:   (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
jimmie.webb@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

David Shatto (Fed. Bar No. 3725697; TX Bar No. 24104114)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-010)
Austin, TX 78711
Phone: (512) 463-2185
Fax:   (512) 473-9125
David.Shatto@oag.texas.gov
*Attorney for Plaintiff State of Texas*

Alexandra Butler (UT Bar No. 19238)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 910-5533
Fax:   (801) 366-0315
alexandrabutler@agutah.gov
*Attorney for Plaintiff Utah Division of Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:   (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:   (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:   (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:   (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:   (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*