**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

Date: March 12, 2026
Civil Case Number: 4:23-cv-00233-CKJ-MAA
Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Rose Chavez          Court Reporter:   Courtsmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AK Attorney General | Amanda J Wentz, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff ID Attorney General | Stephanie N Guyon, Esq. |
| Attorney for Plaintiff IN Attorney General | Douglas Swetnam, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff LA Attorney General | Za Tabia Williams, Esq. |
| Attorney for Plaintiff MD Attorney General | Philip Ziperman, Esq. |
| Attorney for Plaintiff NV Attorney General | Michelle Badorine, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |
| Attorney for Plaintiff OK Attorney General | Sylvia Lanfair, Esq. |
| Attorney for Plaintiff PA Attorney General | Mark Wolfe, Esq. |

| | |
|---|---|
| Attorney for Plaintiff RO Attorney General | Alexander Carnevale, Esq. |
| Attorney for Plaintiff TN Attorney General | Jimmie Webb, Esq. |
| Attorney for Plaintiff WA Attorney General | Zorba Leslie, Esq. |
| Attorney for Plaintiff WI | Gregory A Myszkowski, Esq. |

## TELEPHONIC STATUS CONFERENCE RE: DISCOVERY

The parties' counsel update the Court on the status of indexes, document productions, and potential for additional discovery motions after further analysis. Discussion held. The parties to continue working together on indexes and evaluating document productions. The parties to notify the Court to the extent any issues briefed in pending discovery motions change or are resolved or narrowed by agreement of the parties. The Court sets a deadline of Thursday, April 2, 2026, for further progress with respect to the indexes and reconciling prior document productions to appropriate indexes. Defense counsel notes an anticipated motion for extension of time to file Defendants' reply supporting motion to compel Rule 30(b)(6) depositions. Counsel to confer and defense counsel to file a motion for extension of time for the reply.

The Court sets a further telephonic status conference for Thursday, April 2, 2026, at 10:00 a.m. before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

**SC: 26 min**
**Start Time: 10:08 a.m.**
**End Time: 10:34 a.m.**