**TROUTMAN PEPPER LOCKE LLP**
Steven J. Brotman, Esq. (Fla Bar #85750)
*Pro Hac Vice*
Troutman Pepper Locke LLP
777 S. Flagler Dr., Suite 215 East
West Palm Beach, FL 33401
Phone:  (561)820-0214
steven.brotman@troutman.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael D. Lansky, L.L.C., dba Avid Telecom; et al., <br><br> Defendants. | NO. 4:23-cv-00233-TUC-CKJ-MAA <br><br><br> **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL (FIRST REQUEST)** |

Defendants Michael D. Lansky, L.L.C., dba Avid Telecom, Michael D. Lansky, and Stacey S. Reeves ("Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6(b) and LR Civ. 7.3, move for an extension of time to file their reply in Support of their Motion to Compel Designation of 30(b)(6) Witnesses [Docket No. 204] ("Motion to Compel"). In support of its motion, Defendants state the following:

1. On January 28, 2026, Defendants filed their Motion to Compel [Docket No. 204].

1

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
MOTION TO COMPEL

326556497v3

2.    On February 11, 2026, Plaintiffs filed their Motion to Exceed Page Limitations for their Response in Opposition to Defendants' Motion to Compel and Cross Motion for Protective Order [Docket No. 211] ("Motion to Exceed") and lodged their Response and Cross Motion [Docket No. 212].

3.    On February 17, 2026, Defendants filed an Expedited Motion to Strike Plaintiffs' Oversized Response to Defendants' Motion to Compel [Docket No. 213].

4.    On February 18, 2026, Plaintiffs filed a Response in Opposition to Defendants' Motion to Strike [Docket No. 214].

5.    On February 23, 2026, Defendants filed a Response to Plaintiffs' Motion to Exceed Page Limitations for the Opposition to the Motion to Compel [Docket No. 219].

6.    On March 2, 2026, Plaintiffs filed a Reply in Support of their Motion for Leave to Exceed Page Limitations [Docket No. 220].

7.    On March 11, 2026, the Court granted Plaintiffs' Motion to Exceed [Docket No. 224].  That same day, Plaintiffs docketed their Response in Opposition to Defendants' Motion to Compel and Cross-Motion for Protective Order [Docket No. 225].  Accordingly, Defendants' reply in support of their Motion to Compel is currently due no later than March 18, 2026.

8.    Plaintiffs' Response in Opposition and Cross-Motion is 28 pages long and includes over fifteen hundred (1500) pages of attachments.  Accordingly, Defendants seek seven (7) additional days, up to and including March 25, 2026 to file their reply.

9.    Plaintiffs have informed Defendants that Plaintiffs will not oppose the relief requested in this motion.

10.    An extension of the deadline to respond to the Complaint will not prejudice the parties in any manner, and the administration of justice will not be

2

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL

326556497v3

adversely affected. The Court recently granted the parties' Joint Motion to Extend Discovery Deadlines on March 11, 2026 [Docket No. 223].

11. This is the first request by Defendants for an extension of time to file their reply in support of their Motion to Compel. Defendants, therefore, have good cause for the extension sought herein.

12. WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Unopposed Motion, that its deadline to file a reply in support of its Motion to Compel be extended to March 25, 2026, and that all other just and equitable relief be granted.

Dated: March 16, 2026                    Respectfully submitted,

*/s/ Steven J. Brotman*
Steven J. Brotman

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants

*/s/ Steven J. Brotman*
Steven J. Brotman

---

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL

326556497v3