**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; *et al.*,<br><br>    Plaintiffs;<br><br>    v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; *et al.*,<br><br>    Defendants. | NO. 4:23-cv-00233-TUC-CKJ-MAA<br><br>[proposed] **ORDER** |

Pending before the Court is **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL** [Doc. ___] (the "Motion"). Defendants seek to extend their deadline to file a reply in support of their Motion to Compel Designation of 30(b)(6) Witnesses [Docket No. 204] ("Motion to Compel"). Plaintiffs do not oppose the request. After reviewing the Motion, the Court finds good cause exists to grant the request.

Accordingly, IT IS ORDERED:

1. The Motion (Doc. ____) is GRANTED.

2. Defendants shall file their reply in support of the Motion to Compel on or before March 25, 2026.

DATED this _____ day of March, 2026.

_____

–1–

326560795v2