**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

State of Arizona, ex rel. Kristin K. Mayes,)
Attorney General; et al.,                                    )        CV 23-00233-TUC-CKJ (MAA)
                                                                       )
                    Plaintiffs,                              )
v.                                                           )
                                                             )        **ORDER**
Michael D. Lansky, L.L.C., dba Avid Telecom;)
et al.,                                                      )
                                                             )
                    Defendants.                              )
                                                             )
_____)

Pending before the Court is Defendants' Motion to Strike Plaintiff's Oversized Response to Defendant's Motion to Compel Designation of 30(b)(6) Witnesses (Doc. 213). The motion (Doc. 213) argues Plaintiffs' response exceeded the court's presumptive 17-page limit and was filed without leave of the Court. Because Plaintiffs' response was lodged, not filed, with a motion to exceed page limit (Docs. 211 and 212), and the Court has granted the motion to exceed page limit and ordered Plaintiffs' response to be filed into the Court's record (Doc. 224), IT IS ORDERED that Defendants' motion to strike (Doc. 213) is DENIED.

DATED this 16th day of March, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge