**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; *et al*., | NO. CV 23-00233-TUC-CKJ (MAA) |
| Plaintiffs; | |
| v. | |
| Michael D. Lansky, L.L.C., dba Avid Telecom; *et al*., | **ORDER** |
| Defendants. | |

Pending before the Court is **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL (**Doc. 229) (the "Motion"). Defendants seek to extend their deadline to file a reply in support of their Motion to Compel Designation of 30(b)(6) Witnesses (Doc. 204) ("Motion to Compel"). Plaintiffs do not oppose the request. After reviewing the Motion, the Court finds good cause exists to grant the request.

Accordingly, IT IS ORDERED:

1. The Motion (Doc. 229) is GRANTED.

2. Defendants shall file their reply in support of the Motion to Compel on or before March 25, 2026.

Dated this 17th day of March, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge