**MAGISTRATE JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON
## CIVIL MINUTES - GENERAL

**Date: April 2, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk:   Silvia Guzman          Court Reporter:     CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff AR Attorney General | Amanda Wentz, Esq. |
| Attorney for Plaintiff CA Attorney General – Los Angeles | Timothy Lundgren, Esq. |
| Attorney for Plaintiff ID Attorney General | Stefanie Guyon, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff LA Attorney General | ZaTabia Williams, Esq. |
| Attorney for Plaintiff MI Attorney General | Kathy Fitzgerald, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |
| Attorney for Plaintiff ND Attorney General | Elin Alm, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |

Attorney for Plaintiff RO Attorney General          <u>Alexander Carnevale, Esq.</u>

Attorney for Plaintiff WI Attorney General          <u>Gregory Myszkowski, Esq.</u>

---

### TELEPHONIC STATUS CONFERENCE RE: DISCOVERY

The Court has received and reviewed the settlement status report. The parties are open to settlement discussions but believe discovery is needed.  The 30(b)(6) motion is briefed and the parties confirm that the issues have not been resolved or narrowed.  The parties update the Court on the status of indexes and document productions.  The parties are working together to reconcile the various document productions.  Discussion is held.  Counsel update the court on the status of a potential discovery issue relating to customer account history logs.  The parties are directed to continue working together on reconciling the documents and creating the indexes, and on the issues related to the customer account history logs.  The Court sets a deadline of Thursday, April 23, 2026, for further progress on these matters.

The Court sets a further telephonic status conference for Thursday, April 23, 2026, at 10:00 a.m. before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

**SC:  26 minutes**
**Start Time: 10:11 a.m.**
**End Time: 10:37 a.m.**