## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| State of Arizona, *ex. rel.* Kristin K. Mayes, Attorney General, et al., | ) ) ) | NO. 4:23-cv-00233-TUC-CKJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Michael D. Lansky, L.L.C., dba Avid Telecom et al., | ) ) | |
| Defendants. | ) ) ) | |

The State of Tennessee, ex rel. Jonathan Skrmetti, Attorney General and Reporter, (the "State"), hereby gives notice that Assistant Attorney General Tyler Corcoran, is withdrawing from the representation of the State in this matter. Assistant Attorney General Jimmie Webb will represent the Plaintiff State of Tennessee, and Tennessee will not be without representation in this matter.

DATED this 16th day of April 2026.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

_/s/ Tyler Corcoran_
AUSTIN C. OSTIGUY
Assistant Attorney General
BPR #040301
TYLER CORCORAN
Assistant Attorney General
BPR #038887
JIMMIE WEBB
Assistant Attorney General
BPR #042680
Office of the Attorney General
UBS Building, 20th Floor
315 Deaderick Street

Nashville, Tennessee 37243
615.741.1671, phone
615.532.2910, fax
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
jimmie.webb@ag.tn.gov

*Attorneys for Plaintiff, State of Tennessee*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System for filing, and which will be sent electronically to all registered CM/ECF participants as identified on this Notice of Electronic Filing.


*/s/ Tyler Corcoran*
TYLER CORCORAN
Assistant Attorney General