**MAGISTRATE JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON
## CIVIL MINUTES - GENERAL

**Date: April 23, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

| | |
|---|---|
| Magistrate Courtroom Clerk: <u>Susana Barraza</u> | Court Reporter:  <u>CourtSmart</u> |
| Attorney for Defendants | <u>Steven Brotman, Esq.</u> |
| Attorney for Plaintiff AL Attorney General | <u>Lindsay Barton, Esq. and Alan Kouns, Esq</u> |
| Attorney for Plaintiff AR Attorney General | <u>Amanda J Wentz, Esq.</u> |
| Attorney for Plaintiff AZ Attorney General | <u>Sarah Pelton, Esq. and John Dillon IV, Esq</u> |
| Attorney for Plaintiff CA Attorney General | <u>Timothy Lundgren, Esq.</u> |
| Attorney for Plaintiff IN Attorney General | <u>Douglas Swetnam, Esq. and Thomas Martindale, Esq</u> |
| Attorney for Plaintiff MI Attorney General | <u>Kathy Fitzgerald, Esq.</u> |
| Attorney for Plaintiff NV Attorney General | <u>Michelle Badorine, Esq.</u> |
| Attorney for Plaintiff NH Attorney General | <u>Mary Stewart, Esq.</u> |
| Attorney for Plaintiff NJ Attorney General | <u>Zeyad Assaf, Esq.</u> |
| Attorney for Plaintiff NM Attorney General | <u>Anthony Juzaitis, Esq.</u> |
| Attorney for Plaintiff NY Attorney General | <u>Dami Obaro, Esq</u> |
| Attorney for Plaintiff NC Attorney General | <u>Rochelle Sparko, Esq.</u> |
| Attorney for Plaintiff ND Attorney General | <u>Elin Alm, Esq and Christopher Lindblad, Esq</u> |
| Attorney for Plaintiff OH Attorney General | <u>Erin Leahy, Esq</u> |
| Attorney for Plaintiff OK Attorney General | <u>Sylvia Lanfair, Esq.</u> |
| Attorney for Plaintiff PA Attorney General | <u>Mark Wolfe, Esq.</u> |

Attorney for Plaintiff RI Attorney General          Alexander Carnevale, Esq.

Attorney for Plaintiff WV Attorney General          Ashley Wentz, Esq.

Attorney for Plaintiff WI Attorney General          Gregory A Myszkowski, Esq.

---

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

The parties update the Court on the status of discovery issues.  Discussion held regarding indexes, document productions, customer account history logs, audit files and Defendants' supplemental responses to written discovery requests (interrogatories and requests for admission).

Regarding indexes and document productions, Defense counsel advises he will provide plaintiffs' counsel with a spreadsheet aimed at reconciling the various document productions.  Plaintiffs' counsel to review the spreadsheet and confer with defense counsel regarding any further issues and/or need for revised indexes and/or supplemental document productions.

Defense counsel advises that Defendants do not have customer account history logs.

Regarding supplemental responses to written discovery, defense counsel advises that the materials are in process and will be provided to plaintiffs' counsel, with the expectation of having the supplemental responses completed and served within three weeks.

Regarding audit files, plaintiffs' counsel advise that Defendants have produced account ledgers for three years but more contemporaneous materials are needed.  Plaintiffs' counsel advise they have not received materials for 2019 and 2020 and have not received native files for the remaining three years.  Defense counsel advises that Defendants are working with a bookkeeper provide the materials.

The Court sets a further telephonic status conference for **Friday, May 15, 2026, at 10:00 a.m.** before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

**SC:      1 hour 04 min**
**Start Time: 10:08 a.m.**
**End Time:  11:12 a.m.**