Neil S. Ende, Esq.
*nende@tlgdc.com*
Technology Law Group, LLC
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
Telephone: (202) 895-1707
Facsimile: (202) 478-5074
Attorneys for Michael D. Lansky, LLC
 *dba* Avid Telecom
Michael D. Lansky and Stacey S. Reeves

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

State of Arizona, ex rel. Kristin K. Mayes )
Attorney General et al.                    )
                                           )
                Plaintiffs,                )
                                           )
v.                                         )    Case No. 4:23-cv-00233-EJM
                                           )
Michael D. Lansky, LLC, dba                )
Avid Telecom, LLC, an Arizona              )
Limited Liability Company                  )
                                           )
Michael D. Lansky, individually            )
                                           )
and                                        )
                                           )
Stacey S. Reeves, individually             )
                                           )
                Defendants.                )
_____)

**DEFENDANTS' MOTION FOR LEAVE TO FILE CONSOLIDATED**
**MOTION FOR SUMMARY JUDGMENT EXCEEDING PAGE LIMITATION**

Defendants Michael D. Lansky, LLC dba Avid Telecom, LLC, Michael D. Lansky

and Stacey S. Reeves (collectively "Defendants"), through undersigned counsel,

1

respectfully move this Court for leave to file a consolidated motion for summary judgment exceeding the applicable 17-page limit for such motions. Defendants' consolidated motion, which runs fewer than 40 pages, excluding the table of contents, table of authorities, exhibits, declarations, and separate statement required by the local rules represents well fewer that 17-pages per Defendant, thus well within the page limit that would be allowed if each Defendant were to file a separate motion as permitted under the applicable rules. In support of this motion, Defendants state as follows:

1. Defendants intend to file a single consolidated motion for summary judgment addressing claims asserted against all three defendants.

2. Most of the issues that are the subject of the Motion apply to two or three of the Defendants. Accordingly, addressing these issues in a consolidated motion promotes judicial efficiency, reduces duplication, and avoid burdening the Court and parties with three overlapping dispositive motions.

3. The issues presented are in response to a 630-paragraph complaint that presents hundreds of factual allegations and more than a dozen legal claims. As a result, Defendants respectfully submit that a single motion of this length is reasonable and proportionate to the number of Defendants, the number of claims, and the overlap among the issues to be briefed.

4. Defendants have made a good-faith effort to present the motion as concisely as possible while still identifying the undisputed facts, legal standards, and arguments necessary for adjudication.

5.      The requested page allowance is well-within the aggregate (51) pages allowed for the three Defendants to seek summary judgment.

6.      Defendants have contacted Plaintiffs seeking their consent. Plaintiffs indicated that their consent was tied to Defendants' agreement to a number of limitations on the content of the Motion, which limitations were both inappropriate and vague as presented.  Defendants have declined to accept these conditions, firmly believing that good cause exists for the filing of a single, consolidated motion that does not exceed the 51 aggregate page limit for the three Defendants.

Accordingly, Defendants respectfully request that the Court grant leave to file a consolidated motion for summary judgment not to exceed 50 pages, exclusive of any materials excluded by the local rules, and for such other relief as the Court deems just and proper.

Respectfully submitted,

Neil S. Ende
*Pro Hac Vice*
*Counsel to Michael D. Lansky, LLC*
*dba Avid Telecom, Michael D. Lansky*
Dated:  May 4, 2026                          *and Stacey S. Reeves*