Exhibit II

# **<u>Declaration of Stacey Reeves</u>**

**<u>Declaration of Stacey Reeves</u>**

I, Stacey Reeves, do hereby state, under penalty of perjury, that the following facts are true and correct to the best of my personal knowledge, information, and belief:

1. I worked as an independent contractor to Avid Telecom from October 2020 to July 2023.

2. One hundred percent (100%) of the services provided by Avid Telecom utilized a VoIP telephony.

3. Avid Telecom did not own or operate any switching or similar equipment that utilized an automatic telephone dialing system ("ATDS"), as defined by the TCPA.

4. I never had real time visibility or knowledge as to whether any call that Avid Telecom received from another service provider utilized ATDS.

5. I never had visibility or personal knowledge after a call was delivered as to whether the call that Avid Telecom received from another service provider utilized ATDS.

6. I never had any involvement in any decision by any service provider that delivered calls to Avid Telecom to utilize ATDS.

7. I never had any involvement in the decision to use a prerecorded or artificial voice for any of the communications alleged in Plaintiff's complaint and I have no idea if it was used.

8. I never had had real time visibility or knowledge as to whether any call delivered to Avid Telecom utilized a prerecorded or artificial voice.

9. I never had visibility or knowledge after a call was delivered to Avid Telecom whether the call utilized a prerecorded or artificial voice.

10.     The single third-party switch used by Avid Telecom did not originate any of the calls at issue in the Complaint.

11.     The single third-party switch used by Defendant Avid Telecom did not select the telephone number from which any call was originated or the telephone number to which they were terminated.

12.     The single third-party switch used by Defendant Avid Telecom did not generate random or sequential telephone numbers in connection with any call transited by Avid Telecom.

13.     The single third-party switch used by Defendant Avid Telecom did not ever change/spoof the telephone number from which any call transited by Avid Telecom was originated.

14.     Avid Telecom was never the party that selected the telephone number from which a call at issue in the Complaint was originated.

15.     Avid Telecom was never the party that selected the telephone number to which a call at issue in the Complaint was terminated.

16.     Avid Telecom was never the carrier that terminated any of the calls at issue in the Complaint.

17.     At no point did I personally undertake any action (*e.g.,* dial) to originate or transit any of the calls at issue.

18.     At no point did I originate or transit or make any of the calls at issue in the Complaint in my personal name or for any personal purpose.

19.     At no point did I make any of the calls at issue in the Complaint for telemarketing purposes.

20.     At no point did I have actual knowledge when a call at issue in the Complaint was received at its switch was an illegal robocall.

21.     At no point did I have any involvement in determining the content of any call at issue in the Complaint.

22.     I had the skills required to provide independent contractor services to Avid Telecom.

23.     I provided and paid for all of the instrumentalities and tools associated with my work for Avid Telecom.

24.     I never worked at a location owned or controlled by Avid Telecom.  All services were provided from a work location in my personal residence and I provided and paid for all of the instrumentalities associated with my work (*e.g.,* office furniture, computer, software, communications devices, etc.).

25.     The duration of my work for Avid Telecom was fewer than three years.

26.     I never had the right to assign any projects to any other person working for Avid Telecom.

27.     I had full personal and unfettered discretion over when and how long I provided service to Avid Telecom.

28.     I never received a salary.  I was always paid as an independent contractor, as reflected on the IRS Form 1099 that I received from Avid Telecom each year.  I reported my income each year on my tax returns as an independent contractor.

29.     I never had any role in hiring or firing any third party who provided services to Avid Telecom.

30.     The services I provided were part of Avid Telecom's regular business activities.

31.     I did not receive any compensation, healthcare benefits, vacation benefits, or retirement benefits generally associated with status as an employee.

32.     I never received a W-2.  I was treated as an independent contractor for tax purposes, receiving a 1099 from Avid Telecom each year those services were provided.

33.     I did not have any decision-making authority over any issue or matter involving Avid Telecom.  All policies and day-to-day operational decisions were made exclusively by Avid Telecom.  My role was limited to announcing (in some cases) and implementing the policies and operational decisions made by Avid Telecom.

34.     I did not have the authority, nor did I ever bring a new customer to Avid Telecom.  All decisions regarding customer acquisition were made exclusively by Avid Telecom.

Dated: March 17, 2026

_____
Stacey Reeves