Exhibit III

**<u>Declaration of Todd Lunderling</u>**

### Declaration of Todd Lundering

I, Todd Lunderling, do hereby state, under penalty of perjury, that the following facts are true and correct to the best of my personal knowledge, information and belief:

1. I am a Certified Public Accountant.

2. J. Todd Lundering, CPA, PC is a full-service accounting firm located in Tucson, Arizona.

3. I have prepared tax returns for Avid Telecom since 2011.

4. Michal Lansky is the sole owner of Avid Telecom.

5. Stacey Reeves was hired on October 2020, according to Michael Lansky, to work as an independent contractor. Ms. Reeves, just as each of her predecessors, was treated exclusively as an independent contractor in all aspects of her financial relationship with Avid Telecom. I, as the CPA, did not determine her status of an independent contractor vs employee.

6. Ms. Reeves was always paid as an IRS Form 1099 independent contractor. She was never paid on a W-2 basis. All payments were recorded on the books and records of Avid Telecom as payments to an independent contractor and Ms. Reeves was issued an IRS Form 1099 each year that she was associated with the company.

7. To my knowledge, Avid Telecom has never had any employees, besides Michael Lansky.

8. In my experience, it is very common for small businesses to allow their owners/senior officers to use a company credit card or other account for personal expenses

in the knowledge that those expenses will be charged back and treated as income.  It is also my opinion that the level of use of the corporate credit card by Mr. Lansky for personal expenses, both as an absolute matter and as a percentage of company income, was quite small and well within normal practice for a small business.

9.    I am not aware of any use of the corporate credit card or other corporate account by Ms. Reeves for a personal matter.


Dated: March 16, 2026          *J. Todd Lundering*

Attachment I

IRS FORM 1099

Tax Years:  2020, 2021, 2022

☐ VOID    ☐ CORRECTED

| | |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Avid Telecom LLC<br><br>4729 East Sunrise Drive, #209<br>Tucson AZ 85718 | OMB No. 1545-0116<br><br>20**20**<br><br>Form **1099-NEC**<br><br>Nonemployee Compensation |

**1** Nonemployee compensation $ 20250.00

**Copy C**
**For PAYER and/or State**
Copy 1 or Copy 2

| PAYER'S TIN<br><br>90-0795032 | RECIPIENT'S TIN |
|---|---|

**2**

**3**

RECIPIENT'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

Stacey Reeves

3520 Rambling Oaks Ln

Oviedo FL 32766

**4** Federal income tax withheld $

For Privacy Act and Paperwork Reduction Act Notice, see the **2020 General Instructions for Certain Information Returns.**

FATCA filing requirement

---

☐ VOID    ☐ CORRECTED

| | |
|---|---|
| PAYER'S name, address, ZIP/postal code, country & phone no.<br>Avid Telecom LLC<br><br>4729 East Sunrise Drive, #209<br>Tucson AZ 85718<br>5203701514 | OMB No. 1545-0116<br><br>20**21**<br><br>Form **1099-NEC**<br><br>Nonemployee Compensation |

| PAYER'S TIN<br>90-0795032 | RECIPIENT'S TIN ) |
|---|---|

**1** Nonemployee compensation $ 140500.00

**Copy C**
**For Payer**

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

RECIPIENT'S name, address, ZIP/postal code & country
Stacey Reeves

3520 Rambling Oaks Ln

Oviedo FL 32766

**3**

**4** Federal income tax withheld $

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| Account number (see instructions) | 2nd TIN not. ☐ | **5** State tax withheld $ | **6** State/Payer's state no. | **7** State income $<br>$ |
|---|---|---|---|---|

Form **1099-NEC**                    Department of the Treasury - Internal Revenue Service

---

7171    ☐ VOID    ☐ CORRECTED

| | |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>Avid Telecom LLC<br><br>4729 East Sunrise Drive, #209<br>Tucson AZ 85718<br>5203701514 | OMB No. 1545-0116<br><br>Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>2022<br><br>Nonemployee Compensation |

| PAYER'S TIN<br>90-0795032 | RECIPIENT'S TIN |
|---|---|

**1** Nonemployee compensation $ 154000.00

**Copy A**
**For Internal Revenue Service Center**
File with Form 1096.

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

RECIPIENT'S name

Stacey Reeves

**3**

Street address (including apt. no.)
3520 Rambling Oaks Ln

**4** Federal income tax withheld $

City or town, state or province, country, and ZIP or foreign postal code
Oviedo FL 32766

For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.

| Account number (see instructions) | 2nd TIN not. ☐ | **5** State tax withheld $ | **6** State/Payer's state no. | **7** State income $<br>$ |
|---|---|---|---|---|

7171    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | |
|---|---|---|---|
| Avid Telecom LLC<br><br>4729 East Sunrise Drive, #209<br>Tucson AZ 85718    5203701514 | | Form **1099-NEC**<br>(Rev. January 2022)<br>For calendar year<br>20 23 | **Nonemployee Compensation** |

| PAYER'S TIN<br>90-0795032 | RECIPIENT'S TIN<br>█████ | **1** Nonemployee compensation<br>$    90000.00 | **Copy A**<br>**For Internal Revenue Service Center**<br>**File with Form 1096.** |
|---|---|---|---|
| RECIPIENT'S name<br>Stacey Reeves | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | | **3** | |
| Street address (including apt. no.)<br>3520 Rambling Oaks Ln | | **4** Federal income tax withheld<br>$ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Oviedo FL 32766 | | **5** State tax withheld    **6** State/Payer's state no.    **7** State income | |
| Account number (see instructions) | 2nd TIN not. ☐ | $    $    $<br>$    $    $ | |

Form **1099-NEC** (Rev. 1-2022)    Cat. No. 72590N    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**