Exhibit IV

**<u>Declaration of Scott Presta</u>**

## Declaration of Scott Presta

I, Scott Presta, do hereby state, under penalty of perjury, that the following facts are true and correct to the best of my personal knowledge, information and belief:

1.      I am the CEO OF SipNav. SipNav was the provider of network switching services to Avid Telecom from September 2015 to July 2023.

2.      The SipNav switch used by Avid Telecom only uses Voice Over Internet Protocol ("VoIP") to process traffic.

3.      Avid Telecom did not use the SipNav switch to originate any calls because the SipNav switch does not have the ability to originate any call.

4.      Avid Telecom never used the SipNav switch as an automatic telephone dialing system ("ATDS"), as defined by the TCPA, to send messages or to make phone calls, because it cannot be used in such a manner.

5.      SipNav does not, and thereby Avid Telecom did not have real time access to any call in a manner that would have allowed it to monitor or to alter the content of any call.

6.      SipNav does not, and thereby Avid Telecom did not have the ability to insert a prerecorded or artificial voice into any call that was delivered to the SipNav switch.

7.      SipNav does not have the ability to, and thereby Avid Telecom did not have the ability to, to generate any telephone numbers, including random or sequential telephone numbers.

8.      At no point did SipNav and thereby Avid Telecom have access to calls received at the SipNav switch that would allow it to determine or to affect whether the call used a live operator or whether it used a prerecorded or an artificial voice.

9.      SipNav and thereby Avid Telecom did not have the ability, nor did it ever select the originating telephone or the telephone number to which a call was terminated.

10.     SipNav retains call data on its switch for eighteen (18) months following the date of each call. So, for example, call data for a call placed on January 1, 2021 would have been automatically removed in or about July 2022. The last call that SipNav processed for Avid Telecom was in July 2023 and thus all Avid Telecom call data was

automatically removed from the SipNav switch in or about January 2025. As the removal of the data is automated, no specific notice is provided to customers of the intention to remove or an actual removal, beyond the notice of retention policy. During the term of SipNav's relationship with Avid Telecom, none of this data was ever delivered to Avid Telecom; Avid Telecom would access any data that it required by logging into the SipNav switch to view or download the data.

Dated: 3/16/25

Scott Presta