**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

State of Arizona, ex rel. Kristin K. Mayes     )
Attorney General et al.                        )
                                               )
              Plaintiffs                     )
                                               )
v.                                             )     Case No. 4:23-cv-00233-EJM
                                               )
Michael D. Lansky, LLC, dba                    )
Avid Telecom, an Arizona                       )
Limited Liability Company;                     )
                                               )
Michael D. Lansky, individually               )
As a Member/Manager/Chief                      )
Executive Officer of Michael D.                )
Lansky, LLC dba Avid Telecom;                  )
and                                            )
                                               )
Stacey S. Reeves, individually as              )
a Manager/Vice President of                    )
Michael D. Lansky LLC dba                      )
Avid Telecom                                   )
                                               )
              Defendants.                    )
_____

**[PROPOSED] ORDER**

Having considered the Motion for Summary Judgment, opposition, reply, and supplemental pleadings, for good cause shown, the Motion is granted in its entirety and all claims against Defendants are dismissed with prejudice.

Dated: _____     _____