# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; *et al*., | NO. 4:23-cv-00233-TUC-CKJ-MAA |
| Plaintiffs; | |
| v. | [PROPOSED] **ORDER** |
| Michael D. Lansky, L.L.C., dba Avid Telecom; *et al*., | |
| Defendants. | |

Pending before the Court is Defendants' **MOTION FOR LEAVE TO FILE EXCESS PAGES TO FILE CONSOLIDATED MOTION FOR SUMMARY JUDGMENT** (hereinafter "Defendants' Motion for Leave") (Dkt. 240) and **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION FOR SUMMARY JUDGMENT EXCEEDING PAGE LIMITATION AND MOTION TO DEFER CONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (hereinafter "Plaintiffs' Motion to Defer") (Dkt. ___).

Having considered the Motions, the Court grants both Motions as follows:

–1–

–2–

IT IS HEREBY ORDERED that Plaintiffs' Motion to Defer is granted and Defendants' proposed Motion for Summary Judgment will remain lodged (Dkt. 241) until the parties have completed the case management obligations and deadlines set out in Sections 2(a) through 2(e) of the Court's March 11, 2026 Order. (Dkt. 223)

IT IS FURTHER ORDERED that, once discovery is complete and Defendants' proposed Motion for Summary Judgment becomes timely as set out above, Defendants' 51-page consolidated Motion for Summary Judgment that is currently lodged (Dkt. 241) will be unlodged.  Plaintiffs shall then have a 51-page limit to respond to Defendant's Motion for Summary Judgment, and Defendants shall have a 33-page limit to reply to Plaintiffs' response.