**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date: May 15, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Beth Harper Court Reporter: Court Smart

| | |
|---|---|
| Attorney for Defendants: | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff CA Attorney General | Timothy Lundgren, Esq. |
| Attorney for Plaintiff CT Attorney General | Brendan T. Flynn, Esq. |
| Attorney for Plaintiff DE Attorney General | Ryan Thomas Costa, Esq. |
| Attorney for Plaintiff IN Attorney General | Douglas Swetnam, Esq. and Thomas Martindale, Esq. |
| Attorney for Plaintiff MI Attorney General | Kathy Fitzgerald, Esq. |
| Attorney for Plaintiff NV Attorney General | Michelle Badorine, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Attorney General | Rochelle Sparko, Esq. and Tracy Nayer, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq |
| Attorney for Plaintiff OH Attorney General (with paralegal, as named) | Emily Dietz, Esq. and Erin Leahy, Esq |
| Attorney for Plaintiff RI Attorney General | Alexander Carnevale, Esq. |
| Attorney for Plaintiff WI Attorney General | Gregory A Myszkowski, Esq. |

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

The parties update the Court on the status of discovery. Discussion held regarding indexes, document productions, request for production responses, interrogatory responses and 30(b)(6) depositions.

The indexes are still in process. Defendants anticipate providing further materials/information to Plaintiffs within approximately two weeks aimed at resolving the index matter and enabling the document productions to be reconciled and RFP responses to be updated.

Plaintiffs note unresolved issues relating to Plaintiffs' second and third sets of interrogatories as to each of the defendants. Defendants to respond to the items raised in Plaintiffs' communications within three weeks.

The parties will confer regarding the timing of 30(b)(6) depositions requested by Defendants, and any issues related to the depositions. Plaintiffs raise issues/questions relating to certain depositions Defendants wish to schedule. The parties to confer on those issues toward moving forward with the depositions.

The Court sets a further telephonic status conference for **Thursday, June 11, 2026, at 10:00 a.m.** before this Court. The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

**TSC: 50 minutes**
**Start Time: 10:05 am**
**End Time: 10:55 am**