# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; *et al*.,

    Plaintiffs;

    v.

Michael D. Lansky, L.L.C., dba Avid Telecom; *et al*.,

    Defendants.

No. 4:23-cv-00233-TUC-CKJ-MAA

**ORDER**

Pending before the Court is Defendants' Motion For Leave To File Excess Pages To File Consolidated Motion For Summary Judgment (hereinafter "Defendants' Motion for Leave") (Doc. 240) and Plaintiffs' Response To Defendants' Motion For Leave To File Consolidated Motion For Summary Judgment Exceeding Page Limitation And Motion To Defer Consideration Of Defendants' Motion For Summary Judgment (hereinafter "Plaintiffs' Motion to Defer") (Doc. 243). Having considered the Motions, the Court will grant both Motions.

Accordingly, IT IS ORDERED:

1. The Motion For Leave To File Excess Pages To File Consolidated Motion For Summary Judgment (hereinafter "Defendants' Motion for Leave") (Doc. 240) is GRANTED, with the filing of the lodged 51-page consolidated Motion for Summary Judgment (Doc. 241) deferred until the parties have completed the

–1–

case management obligations and deadlines set out in Sections 2(a) through 2(e) of the Court's March 11, 2026 Order (Doc. 223).

2. Upon completion of the case management obligations and deadlines set out in Sections 2(a) through 2(e) of the Court's March 11, 2026 Order (Doc. 223), Defendants shall either docket the 51-page consolidated Motion for Summary Judgment or file a motion requesting the Court order the Clerk of Court to file the lodged 51-page consolidated Motion for Summary Judgment (Doc. 241).

3. Plaintiffs' Motion to Defer (Doc. 243) is GRANTED.

4. Once discovery is complete and Defendants' 51-page consolidated Motion for Summary Judgment becomes timely as set out above, Plaintiffs shall have a 51-page limit to respond to Defendant's Motion for Summary Judgment, and Defendants shall have a 33-page limit to reply to Plaintiffs' response.

Dated this 20th day of May, 2026.

_____
Honorable Cindy K. Jorgenson
United States District Judge

–2–