MAGISTRATE JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge:  Michael A. Ambri** | **Date: June 11, 2026** |
| **Case Number: CV-23-00233-TUC-CKJ (MAA)** | |
| **Arizona, State of et al v. Michael D Lansky LLC et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Attorney for** | **Steven J. Brotman** |
| | **State of Alabama, Lindsay Barton** | **Greg L. Taylor** |
| | **State of Arizona, Sarah Pelton** | **Neil S Ende** |
| | **People for the State of California, Timothy Lundgren** | |
| | **State of Florida, Sean Saval and Michael Roland** | |
| | **State of Indiana, Douglas Swetnam** | |
| | **State of Louisiana, ZaTabia Williams** | |
| | **People of the State of Michigan, Kathy Fitzgerald** | |
| | **State of New Jersey, Zeyad Assaf** | |
| | **State of North Carolina, Tracy Nayer and Rochelle Sparko** | |
| | **State of North Dakota, Christopher Lindblad** | |
| | **State of Ohio, Erin Leahy** | |
| | **State of Rhode Island, Rhode Island Alex Carnevale** | |
| | **State of West Virginia, Ashley Wentz** | |
| | **State of Wisconsin, Gregory Myszkowski** | |
| | **Maryland Office of Attorney General, Philip Ziperman** | |

**Telephonic Status Conference:**

Discussion held regarding the parties' joint letter to the Court requesting clarification relating to Rule 30(b)(6) deposition of Maryland Attorney General's Office [Doc. 246], indexes, document productions, request for production responses, interrogatory responses, and 30(b)(6) depositions.

Argument heard from the parties' counsel regarding the matters raised in the joint letter [Doc. 246]. The Court takes the matter under advisement.

The indexes are still in process.  Defendants to provide the updated/revised indexes to Plaintiffs by **July 15, 2026.**  Defendants to provide the supplemental written responses to Plaintiffs' requests for production after the indexes are completed.

Defendants to provide responses/supplemental responses to Plaintiffs' first sets of interrogatories by **July 15, 2026.**

The parties to confer in an attempt to resolve the issues raised in Plaintiffs' recent correspondence regarding 30(b)(6) depositions and move forward with scheduling depositions.

The Court sets a further telephonic status conference for **Wednesday, July 15, 2026, at 10:00 a.m.** The parties are instructed to call 855-244-8681 and enter access code 2302 283 8515 at the time of the conference.

Deputy Clerk: Allison Siquieros                                              **1 hour, 23 minutes**
Recorded By: Courtsmart                                                        **Start:  10:04 a.m.**
                                                                                          **Stop:   11:27 a.m.**