# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.,

        Plaintiffs,

v.

Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,

        Defendants.

_____

CV 23-00233-TUC-CKJ (MAA)

**ORDER**

A telephonic status conference is set before Magistrate Judge Michael A. Ambri on Wednesday, July 15, 2026 at 10:00 a.m.  Doc. 247.  The parties are informed as follows:

**The call-in number for the conference has changed**.  It is as now:

1-855-244-8681 Call-in toll-free number (US/Canada);

1-650-479-3207 Call-in number (US/Canada);

Access code: 2308 628 4578

Dated this 9th day of July, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge