**MAGISTRATE JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON
## CIVIL MINUTES - GENERAL

**Date: July 15, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Savannah Araiza          Court Reporter: CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff AK Attorney General | Amanda Wentz, Esq. |
| Attorney for Plaintiff CA Attorney General – Los Angeles | Timothy Lundgren, Esq. |
| Attorney for Plaintiff CT Attorney General | Brendan Flynn, Esq. |
| Attorney for Plaintiff FL Attorney General | Sean Saval, Esq. |
| Attorney for Plaintiff ID Attorney General | Stefanie Byon for James Simeri, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff IA Attorney General: | Benjamin Bellus, Esq |
| Attorney for Plaintiff LA Attorney General | Za Tabia Williams, Esq. |
| Attorney for Plaintiff MI Attorney General | Kathy Fitzgerald, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff ND Attorney General | Elin Alm, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |

Attorney for Plaintiff OH Attorney General – Columbus       Erin Leahy, Esq.

Attorney for Plaintiff PA Attorney General                       Mark Wolfe, Esq.

Attorney for Plaintiff RO Attorney General                       Alexander Carnevale, Esq.

Attorney for Plaintiff Wash. Attorney General                    Zorba Leslie, Esq.

Attorney for Plaintiff WV Attorney General                       Ashley Wentz, Esq.

Attorney for Plaintiff WI Attorney General                       Gregory Myszkowski, Esq.

---

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

Discussion held regarding indexes, 30(b)(6) depositions, Defendants' supplemental responses to requests for production and interrogatories, and potential amendment to the scheduling order.

Defendants' counsel reports that revised indexes were provided to Plaintiffs' counsel earlier today.  Plaintiffs' counsel to review the revised indexes and confer with Defendants' counsel as necessary.

Defendants' counsel reports that the responses/supplemental responses to Plaintiffs' first sets of interrogatories and Defendant Reeves's responses to requests for production are in the final stage. Defendants' counsel requests an extension of the July 15, 2026, deadline to serve these responses. Defendants to provide responses/supplemental responses to the first sets of interrogatories and the Reeves RFP responses by **Friday, July 17, 2026.**

Defendants to provide amended responses to requests for production tracking the revised indexes as soon as practicable before the next status conference.

Defendants are evaluating 30(b)(6) depositions in light of the Court's recent order on the parties' request for clarification and Plaintiffs' correspondence regarding proposed deposition protocol.  The parties to confer and move forward with 30(b)(6) depositions to the extent possible.

The parties' to confer and submit a proposed revised litigation schedule.  If the parties disagree, they shall state their separate positions and proposal in a joint filing.

The Court sets a further telephonic status conference for **Thursday, August 13, 2026, at 10:00 a.m.** before this Court. The parties are instructed to call 855-244-8681 and enter access code 2308 628 4578 at the time of the conference.

SC:  20 minutes

**Start Time: 10:05 a.m.**
**End Time: 10:25 a.m.**