JEFF JACKSON
Attorney General for the State of North Carolina
Tracy Nayer (NC Bar No. 36964)
Rochelle Sparko (NC Bar No. 38528)
Special Deputy Attorneys General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone:  (919) 716-6000
Fax:      (919) 716-6050
tnayer@ncdoj.gov
rsparko@ncdoj.gov
*Lead Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General; et al., | NO. 4:23-cv-00233-TUC-CKJ-MAA |
| Plaintiffs, | |
| v. | **THIRD EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** |
| Michael D. Lansky, L.L.C., dba Avid Telecom; et al., | |
| Defendants. | |

Plaintiffs and Defendants Michael D. Lansky, L.L.C., dba Avid Telecom, Michael D. Lansky, and Stacey S. Reeves ("Defendants")—(collectively the "Parties")—through undersigned counsel, hereby jointly move the Court to extend the case management deadlines in this litigation as set out below. The Parties respectfully request expedited consideration of this motion (hereinafter "Third Joint MTE"). In support of the Third Joint MTE, the Parties state as follows:

1. Plaintiffs filed their Complaint in this matter on May 23, 2023. (Doc. 1)

2. On December 10, 2024, the Court issued the Case Management Schedule, (Doc. 102), setting an initial deadline for the Parties to complete all discovery, including depositions of the Parties, experts, and witnesses, by November 3, 2025.

3. Following the Parties' unsuccessful attempts to resolve discovery disputes, the Court set a schedule for the Parties to brief the disputes. (Doc. 126)

4. On August 27, 2025, the Parties submitted Opening Briefs on Discovery Disputes. (Docs. 134, 138)

5. After considering the Parties' Opening Briefs on Discovery Disputes (Doc. 134, 138), the Responsive Briefs (Docs. 145 and 148) and Reply Briefs (Docs. 153 and 155), on September 25, 2025, the Court entered an Order referring the matter to the Honorable Michael A. Ambri to consider the pending discovery disputes and "any future discovery disputes, and any other discovery-related matters that may arise in this matter[.]" (Doc. 159)

6. On September 29, 2025, Defendants submitted a Motion for Extension of Time requesting thirty additional days to submit their Notice of Initial Expert Testimony. (Doc. 161)

7. One day later—which was the day before the federal shutdown began and before the time for Plaintiffs to file a response had passed—the Court granted Defendants' Motion for Extension of Time. (Doc. 162)

8. The Court's Order granted the motion and set the following discovery deadlines:

a. "Notice of Defendants' initial expert testimony pursuant to Federal Rule 26(a)(2) shall take place on or before October 29, 2025. Notice of rebuttal expert testimony shall be completed on or before November 17, 2025.

b. All discovery, including depositions of parties and witnesses, shall be completed by December 8, 2025.

2

c.      Dispositive motions shall be filed on or before January 12, 2026.

d.      The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before January 30, 2026." (Doc. 162)

9.      On November 13, 2025, the Parties filed an Expedited Joint Motion for Extension of Case Management Deadlines ("First Joint MTE") (Doc. 178), in which the Parties requested a 90-day extension of the then-current Case Management Schedule for the limited purpose of allowing (a) the resolution of the ongoing discovery disputes under the oversight and guidance of the Honorable Michael A. Ambri and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter.

10.     On that same day, Magistrate Judge Ambri entered an Order granting the First Joint MTE, (Doc. 179), and directing the Parties as follows:

a.      The completion of any outstanding discovery requests, the resolution of all remaining discovery disputes, and all depositions of the Parties, experts, and witnesses shall be completed by Monday, March 9, 2026.

b.      Dispositive motions shall be filed on or before Monday, April 13, 2026.

c.      The Joint Proposed Pretrial Order (Pretrial Statement) shall be filed within thirty (30) days after resolution of dispositive motions filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before Friday, May 1, 2026.

11.     On March 6, 2026, the Parties filed their Second Expedited Joint Motion for Extension of Case Management Deadlines ("Second Joint MTE") (Doc. 222), in which the Parties requested an event-driven—rather than a date-driven—extension of the then -current Case Management Schedule for the limited purposes of allowing (a) the final

resolution of the ongoing discovery disputes and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter.

12. On March 11, 2026, Magistrate Judge Ambri entered an Order granting the Second Joint MTE, (Doc. 223), and directing the Parties as follows, which are the subparts reflected in Paragraph 2 of the Order:

a. Opening/initial motions identifying disputes arising from the Parties' written discovery must be filed either (1) within 60 days of the date the instant Order is entered by the Court, or (2) within 60 days of the date on which the sufficiency of the indices for the written discovery produced is determined, either by the Parties' agreement or by order of this Court— whichever time period, whether subpart [2](a)(1) or [2](a)(2), is later— unless leave is otherwise granted by the Court.

b. The completion of subsequent and continuing motion practice concerning and related to all ongoing discovery disputes initially noticed for consideration to the Court will be accomplished in the time period set out in Paragraph 2(a) above. This includes any later-arising or additional substantive disputes on initial responses that were previously challenged and on supplemental responses provided in response to the opening motions set out in Paragraph 2(a). All subsequent motions will be filed in accordance with the timelines of LRCiv 7.2 unless leave is otherwise granted by the Court.

c. In order to memorialize and confirm the date certain reflecting the completion of the subsequent motion practice set out in Paragraph 2(b) above and that the Court has considered and ruled on all outstanding motions on all ongoing discovery disputes, the Parties agree that they will submit a notice to the Court to jointly recognize the date certain that the discovery disputes are complete and the date from which the next case management deadlines will be calculated.

    d.    All depositions of the Parties, experts, and witnesses shall be noticed, conducted, and concluded within ninety (90) days after entry of all orders finally resolving all discovery disputes that were the subject of motion practice with the Court as set out in Paragraphs 2(b) and (c) above. The calculation of the 90th day of this period will be in accordance with Fed. R. Civ. P. 6.

    e.    Dispositive motions shall be filed within forty-five (45) days after the close of the period to notice, conduct, and conclude all fact and expert depositions in this matter, as has been set out in Paragraph 2(d) above. The calculation of the 45th day of this period will be in accordance with Fed. R. Civ. P. 6.

    f.    The Joint Proposed Pretrial Order ("Pretrial Statement") shall be filed within thirty (30) days after resolution of dispositive motions. If any Party files a dispositive motion before the conclusion of the 90-day period for taking depositions set out in Paragraph 2(d) above, or before the conclusion of the 45-day period allocated to drafting and filing dispositive motions set out in Paragraph 2(e) above, the calculation of the 30-day period for the Pretrial Statement shall not begin until the time has tolled for both the 90-day deposition period and the 45-day dispositive motions period. If no dispositive motions are filed, the Pretrial Statement will be due within thirty (30) days after the close of the 90-day period to notice, conduct, and conclude depositions in this matter that was set out in Paragraph 2(d) above.

13.    Since the entry of the Order granting the Second Joint MTE, (Doc. 223), and as of the date of this filing, the Parties have participated in five additional telephonic status conferences before Judge Ambri concerning the status of discovery and discovery disputes (Docs. 226, 235, 239, 244, 247).

14.    As described in the Order granting the Second Joint MTE, the resolution and agreement as to the "sufficiency of the indices for the written discovery produced" was the

principle event that would inform the beginning of the 60-day period for filing "[o]pening/initial motions identifying disputes arising from the Parties' written discovery."

15. Yet, at the last telephonic status conference, held on June 11, 2026, "[t]he indexes are still in process." (Doc. 247)

16. Additionally, as Judge Ambri directed at the conference, "Defendants [are] to provide the updated/revised indexes to Plaintiffs by July 15, 2026," (Doc. 247), which is the date of the next status conference.

17. Defendants were further directed by Judge Ambri as follows, (Doc. 247):

a. to provide the supplemental written responses to Plaintiffs' requests for production after the indexes are completed on July 15, 2026; and

b. to provide responses/supplemental responses to Plaintiffs' first sets of interrogatories by July 15, 2026.

18. Defendants provided Plaintiffs with updated indexes on July 15, 2026.

19. However, even assuming that the disputed indexes issues were, in fact, resolved by July 15, and if Defendants had provided responses to the first sets of Plaintiffs' interrogatories also by July 15, Judge Ambri's minute order (Doc. 247) states that Defendants are obligated to provide supplemental responses for requests to production *only after* the index disputes are resolved. Under the scheduling Order currently in force (Doc. 223), Plaintiffs will have incomplete production from Defendants at the beginning of the 60-day period for filing "[o]pening/initial motions identifying disputes arising from the Parties' written discovery," with no guarantee that Plaintiffs receive complete production before the end of that 60-day period.

20. Therefore, as a result of these ongoing discovery disputes, the Parties have not had an opportunity to benefit from the complete collection or review of all discovery requested and, consequently, have not had an opportunity to determine whether—or the extent to which— motions identifying disputes arising from the Parties' written discovery will be necessary, or to prepare for, or schedule, any depositions of the Parties, experts, or witnesses in this matter.

6

21.    In order to allow for the continued oversight, intervention, and resolution of the ongoing discovery disputes with the guidance of Judge Ambri, and to be permitted the time necessary to prepare for depositions in this matter, the Parties request an extension of the current Case Management Schedule as set out below for the limited purposes of allowing (a) the true and final resolution of ongoing discovery disputes and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter.

22.    The Parties further agree that, other than notices of deposition, no new Party discovery will be served without leave from the Court.

23.    If this Third Joint MTE is granted, the Parties propose the following revisions to the Case Management Schedule that are currently reflected in Paragraph 2(a) of the Order granting the Second Joint MTE, (Doc. 223):

    a.    Opening/initial motions identifying disputes arising from the Parties' written discovery must be filed within 60 days of the date on which the Parties' respective positions are that they have produced all documents, written responses, and indexes that are reasonably anticipated to be produced. In order to memorialize and confirm the date certain reflecting the start of the motion practice set out in this Paragraph and in Paragraph 2(b), the Parties agree that they will submit a notice to the Court to jointly recognize the date certain that the 60-day period for this motion practice shall begin, unless otherwise ordered by the Court.

24.    The Parties believe good cause exists for granting the Parties' Third Joint MTE.

25.    The instant motion is not made for the purpose of undue delay and has been submitted before the expiration of the current deadlines.

26.    Furthermore, because no trial date has been set in the case, the requested extension will not result in prejudice to any party or improperly delay the litigation.

27. The Parties are available to discuss this matter with the Court at its convenience.

WHEREFORE, for the foregoing reasons, the Parties respectfully request expedited consideration of the instant Third Joint MTE and an order granting the extensions to all pending case management deadlines in this case as set out herein.

RESPECTFULLY SUBMITTED this 13th day of August, 2026.

**FOR THE STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General for the State of Arizona

/s/ John Raymond Dillon IV
JOHN RAYMOND DILLON IV
SARAH PELTON
Assistant Attorneys General
*Attorneys for the State of Arizona*

**FOR THE STATE OF NORTH CAROLINA:**

JEFF JACKSON
Attorney General for the State of North Carolina

/s/ Tracy Nayer
TRACY NAYER
ROCHELLE SPARKO
Special Deputy Attorneys General
*Attorneys for the State of North Carolina*

**FOR THE STATE OF INDIANA:**

TODD ROKITA
Attorney General for the State of Indiana

/s/ Douglas S. Swetnam
DOUGLAS S. SWETNAM
THOMAS L. MARTINDALE
Deputy Attorneys General
*Attorneys for the State of Indiana*

**FOR THE STATE OF OHIO:**

D. ANDREW WILSON
Attorney General for the State of Ohio

/s/ Erin B. Leahy
ERIN B. LEAHY
EMILY G. DIETZ
Assistant Attorneys General
*Attorneys for the State of Ohio*

***Lead Counsel for Plaintiffs***

8

**FOR DEFENDANTS MICHAEL D. LANSKY, L.L.C., DBA AVID TELECOM, MICHAEL D. LANSKY, AND STACEY S. REEVES:**

/s/ Neil S. Ende
Neil S. Ende
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
nende@tlgdc.com
Phone:     (202) 895-1707
Fax:       (202) 478-5074

/s/ Greg Taylor
Greg Taylor
Technology Law Group, LLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
gtaylor@tlgdc.com
Phone:     (202) 895-1707
Fax:       (202) 478-5074

/s/ Brian I. Hays
Brian I. Hays
Troutman Pepper Locke
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
brian.hays@troutman.com
Phone:     (312) 443-1707
Fax:       (312) 443-0336

/s/ Steven J. Brotman
Steven J. Brotman
Troutman Pepper Locke
777 South Flagler Drive, Suite 215
West Palm Beach, FL 33401
steven.brotman@troutman.com
Phone:     (561) 820-0214
Fax:       (561) 655-8719

9

**LIST OF PLAINTIFFS' COUNSEL**

| | |
|---|---|
| John Raymond Dillon IV (AZ Bar No. 036796) | Tracy Nayer (NC Bar No. 36964) |
| Sarah Pelton (AZ Bar No. 039633) | Rochelle Sparko (NC Bar No. 38528) |
| Assistant Attorneys General | Special Deputy Attorneys General |
| Arizona Attorney General's Office | North Carolina Department of Justice |
| 2005 North Central Avenue | Consumer Protection Division |
| Phoenix, AZ 85004 | P.O. Box 629 |
| Phone: (602) 542-8018 | Raleigh, North Carolina 27602 |
| Fax:    (602) 542-4377 | Phone:  (919) 716-6000 |
| john.dillonIV@azag.gov | Fax:      (919) 716-6050 |
| sarah.pelton@azag.gov | tnayer@ncdoj.gov |
| *Attorneys for Plaintiff State of Arizona* | rsparko@ncdoj.gov |
| | *Attorneys for Plaintiff State of North Carolina* |

| | |
|---|---|
| Douglas S. Swetnam (IN Bar No. 15860-49) | |
| Thomas L. Martindale (IN Bar No. 29706-64) | Erin B. Leahy (OH Bar No. 0069509) |
| Deputy Attorneys General | Emily G. Dietz (OH Bar No. 0104729) |
| Office of the Indiana Attorney General | Assistant Attorneys General |
| Todd Rokita | Office of Attorney General D. Andrew Wilson |
| Indiana Govt. Center South, 5th Fl. | 30 East Broad Street, 14th Fl. |
| 302 W. Washington St. | Columbus, OH 43215 |
| Indianapolis, IN 46204-2770 | Phone: (614) 752-4730 (Leahy) |
| Phone: (317) 232-6294 (Swetnam) |            (614) 466-3493 (Dietz) |
|             (317) 232-7751 (Martindale) | Erin.Leahy@OhioAGO.gov |
| Fax:    (317) 232-7979 | Emily.Dietz@OhioAGO.gov |
| douglas.swetnam@atg.in.gov | *Attorneys for Plaintiff State of Ohio* |
| thomas.martindale@atg.in.gov | |
| *Attorneys for Plaintiff State of Indiana* | |

***Lead Counsel for Plaintiffs***

Lindsay D. Barton (AL Bar No. 1165-G00N)
Robert D. Tambling (AL Bar No. 6026-N67R)
Assistant Attorneys General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Phone: (334) 353-2609 (Barton)
       (334) 242-7445 (Tambling)
Fax:    (334) 353-8400
Lindsay.Barton@AlabamaAG.gov
Robert.Tambling@AlabamaAG.gov
*Attorneys for Plaintiff State of Alabama*

Amanda Wentz (AR Bar No. 2021066)
Assistant Attorney General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 682-1178
Fax:    (501) 682-8118
amanda.wentz@arkansasag.gov
*Attorney for Plaintiff State of Arkansas*

Nicklas A. Akers (CA Bar No. 211222)
Senior Assistant Attorney General
Bernard A. Eskandari (CA Bar No. 244395)
Supervising Deputy Attorney General
Timothy D. Lundgren (CA Bar No. 254596)
Rosailda Perez (CA Bar No. 284646)
Deputy Attorneys General
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Phone: (415) 510-3364 (Akers)
       (213) 269-6348 (Eskandari)
       (213) 269-6355 (Lundgren)
       (213) 269-6612 (Perez)
Fax:    (916) 731-2146
nicklas.akers@doj.ca.gov
bernard.eskandari@doj.ca.gov
timothy.lundgren@doj.ca.gov
rosailda.perez@doj.ca.gov
*Attorneys for Plaintiff People of the State of California*

Michel Singer Nelson (CO Bar No. 19779)
Assistant Attorney General II
Colorado Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6220
michel.singernelson@coag.gov
*Attorney for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

11

Brendan T. Flynn (Fed. Bar No. ct04545, CT Bar No. 419935)
Assistant Attorney General
Office of the Connecticut Attorney General William Tong
165 Capitol Avenue, Suite 4000
Hartford, CT 06106
Phone: (860) 808-5400
Fax:    (860) 808-5593
brendan.flynn@ct.gov
*Attorney for Plaintiff State of Connecticut*

Ryan Costa (DE Bar No. 5325)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
Phone: (302) 683-8811
Fax:    (302) 577-6499
Ryan.costa@delaware.gov
*Attorney for Plaintiff State of Delaware, ex rel. Kathleen Jennings*

Laura C. Beckerman (DC Bar No. 1008120)
Senior Trial Counsel
Public Advocacy Division
D.C. Office of the Attorney General
400 6th Street NW, 10th Floor
Washington, DC 20001
Phone: (202) 655-7906
Laura.Beckerman@dc.gov
*Attorney for Plaintiff District of Columbia*

Sean P. Saval (FL Bar No. 96500)
Sr. Assistant Attorney General
Michael P. Roland (FL Bar No. 44856)
Assistant Attorney General
Office of the Florida Attorney General
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Rd, Suite 325
Tampa, FL 33607
Phone: (813) 287-7950
Fax:    (813) 281-5515
Sean.Saval@myfloridalegal.com
michael.roland@myfloridalegal.com
Zivile.Rimkevicius@myfloridalegal.com
*Attorneys for Plaintiff James Uthmeier, Attorney General of the State of Florida*

David A. Zisook (GA Bar No. 310104)
Senior Assistant Attorney General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
Phone: (404) 458-4294
Fax:    (404) 464-8212
dzisook@law.ga.gov
*Attorney for Plaintiff State of Georgia*

Christopher J.I. Leong (HI Bar No. 9662)
Deputy Attorney General
Hawaii Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Phone: (808) 586-1180
Fax:    (808) 586-1205
christopher.ji.leong@hawaii.gov
*Attorney for Plaintiff State of Hawaii*

James J. Simeri (ID Bar No. 12332)
Consumer Protection Division Chief
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
james.simeri@ag.idaho.gov
*Attorney for Plaintiff State of Idaho*

Philip Heimlich (IL Bar No. 6286375)
Assistant Attorney General
Elizabeth Blackston (IL Bar No. 6228859)
Consumer Fraud Bureau Chief
Office of the Illinois Attorney General
500 S. Second Street
Springfield, IL 62791
Phone: (217) 782-4436
philip.heimlich@ilag.gov
elizabeth.blackston@ilag.gov
*Attorneys for Plaintiff People of the State of Illinois*

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone: (515) 242-6536 (Bellus)
          (515) 242-6773 (Pearson)
Fax:     (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*

Nicholas C. Smith (KS Bar No. 29742)
Sarah M. Dietz (KS Bar No. 27457)
Assistant Attorneys General
Consumer Protection Section
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Phone: (785) 296-3751
Fax:     (785) 291-3699
Nicholas.Smith@ag.ks.gov
sarah.dietz@ag.ks.gov
*Attorneys for Plaintiff State of Kansas*

Jonathan E. Farmer (KY Bar No. 91999)
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Ste. 200
Frankfort, KY 40601
Phone: (502) 696-5448
Fax:     (502) 573-8317
Jonathan.Farmer@ky.gov
*Attorney for Plaintiff Commonwealth of Kentucky*

ZaTabia N. Williams (LA Bar No. 36933)
Assistant Attorney General
Office of the Attorney General Liz Murrill
1885 North Third St.
Baton Rouge, LA 70802
Phone: (225) 326-6164
Fax:     (225) 326-6499
WilliamsZ@ag.louisiana.gov
*Attorney for Plaintiff State of Louisiana*

13

Brendan O'Neil (ME Bar No. 009900)
Michael Devine (ME Bar No. 005048)
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Phone: (207) 626-8800
Fax:    (207) 624-7730
brendan.oneil@maine.gov
michael.devine@maine.gov
*Attorneys for Plaintiff State of Maine*

Philip Ziperman (Fed. Bar No. 12430)
Deputy Counsel
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6417
Fax:    (410) 576-6566
pziperman@oag.state.md.us
*Attorney for Plaintiff Maryland Office of the Attorney General*

Carol Guerrero (MA Bar No. 705419)
Assistant Attorney General
Michael N. Turi (MA Bar No. 706205)
Deputy Chief, Consumer Protection Division
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Phone: (617) 963-2783
Fax:    (617) 727-5765
mailto:Carol.Guerrero@mass.gov
Michael.Turi@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Kathy P. Fitzgerald (MI Bar No. P31454)
Michael S. Hill (MI Bar No. P73084)
Assistant Attorneys General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Phone: (517) 335-7632
Fax:    (517) 335-6755
fitzgeraldk@michigan.gov
Hillm19@michigan.gov
*Attorneys for Plaintiff People of the State of Michigan*

Bennett Hartz (MN Bar No. 0393136)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
Saint Paul, MN 55404
Phone: (651) 757-1235
bennett.hartz@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota, by its Attorney General, Keith Ellison*

James M. Rankin (MS Bar No. 102332)
Special Assistant Attorney General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Phone: (601) 359-4258
james.rankin@ago.ms.gov
*Attorney for Plaintiff Lynn Fitch, Attorney General State of Mississippi*

John W. Grantham (MO Bar No. 60556)
Assistant Attorney General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3942
Fax:    (573) 751-7948
john.grantham@ago.mo.gov
*Attorney for Plaintiff State of Missouri, ex. rel. Catherine L. Hanaway, Attorney General*

Brent Mead (MT Bar No. 68035000)
Deputy Solicitor General
Anna Schneider (MT Bar No. 13963)
Special Assistant Attorney General, Senior Counsel
Montana Attorney General's Office
Office of Consumer Protection
215 North Sanders Street
P.O. Box 200151
Helena, MT 59620-0151
Phone: (406) 444-4500
Brent.mead2@mt.gov
Anna.schneider@mt.gov
*Attorneys for Plaintiff State of Montana*

Gary E. Brollier (NE Bar No. 19785)
Assistant Attorney General
Office of the Attorney General Michael T. Hilgers
2115 State Capitol Building
Consumer Protection Division
Lincoln, NE 68509
Phone: (402) 471-1279
Fax:    (402) 471-4725
gary.brollier@nebraska.gov
*Attorney for Plaintiff State of Nebraska*

Michelle C. Badorine (NV Bar No. 13206)
Senior Deputy Attorney General
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 North Carson Street
Carson City, NV 89701-4717
Phone: (775) 684-1164
Fax:    (775) 684-1299
MBadorine@ag.nv.gov
*Attorney for Plaintiff State of Nevada*

Mary F. Stewart (NH Bar No. 10067)
Assistant Attorney General
New Hampshire Department of Justice
Office of the Attorney General
Consumer Protection and Antitrust Bureau
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-1139
Mary.F.Stewart@doj.nh.gov
*Attorney for Plaintiff State of New Hampshire*

Blair Gerold (NJ Bar No. 294602019)
Zeyad A. Assaf (NJ Bar No. 290002021)
Deputy Attorneys General
New Jersey Office of the Attorney General
Division of Law
124 Halsey Street
Newark, NJ 07101
Phone: (609) 696-5363
Fax:    (973) 648-3879
Blair.Gerold@law.njoag.gov
Zeyad.Assaf@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

15

Anthony Juzaitis (NM Bar No. 164428)
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
Phone: (505) 651-7565
Fax:    (505) 490-4883
Ajuzaitis@nmdoj.gov
*Attorney for Plaintiff Raúl Torrez, New Mexico Attorney General*

Sylvia Lanfair (OK Bar No. 30144)
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 522- 8129
Fax:    (405) 522-0085
mailto:sylvia.lanfair@oag.ok.gov
*Attorney for Plaintiff State of Oklahoma ex rel. Attorney General Gentner Drummond*

Oluwadamilola E. Obaro (NY Bar No. 5558275)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6316
dami.obaro@ag.ny.gov
*Attorney for Plaintiff Office of the Attorney General of the State of New York*

Jordan M. Roberts (OR Bar No. 115010)
Senior Assistant Attorney General
Oregon Department of Justice
Economic Justice Section
100 SW Market St.
Portland, OR 97201
Phone: (971) 673-1880
Fax:    (971) 673-1884
jordan.m.roberts@doj.oregon.gov
*Attorney for Plaintiff State of Oregon*

Elin S. Alm (ND Bar No. 05924)
Christopher Glenn Lindblad (ND Bar No. 06480)
Assistant Attorneys General
Office of North Dakota Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
Fax:    (701) 328-5568
mailto:ealm@nd.gov
clindblad@nd.gov
*Attorneys for Plaintiff State of North Dakota*

Mark W Wolfe (PA Bar No. 327807)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001
Phone: (717) 772-3558
Fax:    (717) 705-3795
mwolfe@attorneygeneral.gov
*Attorney for Plaintiff Commonwealth of Pennsylvania by Attorney General David W. Sunday, Jr.*

Alex M. Carnevale (R.I. Bar No. 10724)
Special Assistant Attorney General
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Phone: (860) 287-7156
acarnevale@riag.ri.gov
*Attorney for Plaintiff State of Rhode Island*

Kristin Simons (SC Bar No. 74004)
Senior Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Phone: (803) 734-6134
mailto:ksimons@scag.gov
*Attorney for Plaintiff State of South
Carolina*

Austin C. Ostiguy (TN Bar No. 040301)
Tyler T. Corcoran (TN Bar No. 038887)
Jimmie B. Webb (TN Bar No. 042680)
Assistant Attorneys General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-7271 (Ostiguy)
        (615) 770-1714 (Corcoran)
        (615) 532-4223 (Webb)
Fax:    (615) 532-2910
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov
jimmie.webb@ag.tn.gov
*Attorneys for Plaintiff State of Tennessee*

Scott Froman (Fed. Bar No. 3931200; TX
Bar No. 24122079)
Assistant Attorney General
Attorney General for the State of Texas
Office of the Attorney General
P.O. Box 12548 (MC-09)
Austin, TX 78711
Phone: (512) 463-1264
Fax:    (512) 473-9125
Scott.Froman@oag.texas.gov
*Attorney for Plaintiff State of Texas*

M. Katie Villani (UT Bar No. 16654)
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, 5th Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone: (385) 977-3280
Fax:    (801) 366-0315
kvillani@agutah.gov
*Attorney for Plaintiff Utah Division of
Consumer Protection*

James Layman (VT Bar No. 5236)
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-2315
Fax:    (802) 304-1014
James.Layman@vermont.gov
*Attorney for Plaintiff State of Vermont*

Geoffrey L. Ward (VA Bar No. 89818)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 N. Ninth St.
Richmond, VA 23219
Phone: (804) 371-0871
Fax:    (804) 786-0122
gward@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Zorba Leslie (WA Bar No. 58523)
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Phone: (206) 340-6787
Fax:    (206) 464-6451
zorba.leslie@atg.wa.gov
*Attorney for Plaintiff State of Washington*

Ashley T. Wentz (WV Bar No. 13486)
Assistant Attorney General
West Virginia Attorney General's Office
Consumer Protection/Antitrust Division
P.O. Box 1789
Charleston, WV 25326
Phone: (304) 558-8986
Fax:    (304) 558-0184
Ashley.T.Wentz@wvago.gov
*Attorney for Plaintiff State of West Virginia ex rel. John B. McCuskey, Attorney General*

Gregory A. Myszkowski (WI Bar No. 1050022)
Assistant Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
Phone: (608) 266-7656
Fax:    (608) 294-2907
gregory.myszkowski@wisdoj.gov
*Attorney for Plaintiff State of Wisconsin*

Cameron W. Geeting (WY Bar No. 7--5338)
Senior Assistant Attorney General
Consumer Protection and Antitrust Unit
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
Phone: (307) 777-3795
cameron.geeting1@wyo.gov
*Attorney for Plaintiff State of Wyoming*

18