**MAGISTRATE JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON
## CIVIL MINUTES - GENERAL

**Date: August 13, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Joseph Wood            Court Reporter: CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff CA Attorney General – Los Angeles | Timothy Lundgren, Esq. |
| Attorney for Plaintiff FL Attorney General | Sean Saval, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff KY Attorney General | Jonathan Farmer, Esq |
| Attorney for Plaintiff LA Attorney General | Za Tabia Williams, Esq. |
| Attorney for Plaintiff MD Attorney General | Philip Ziperman, Esq. |
| Attorney for Plaintiff MO Attorney General | John Grantham, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |
| Attorney for Plaintiff PA Attorney General | Mark Wolfe, Esq. |

Attorney for Plaintiff RO Attorney General          Alexander Carnevale, Esq.

Attorney for Plaintiff WV Attorney General          Ashley Wentz, Esq.

Attorney for Plaintiff WI Attorney General          Gregory Myszkowski, Esq.

---

**TELEPHONIC STATUS CONFERENCE:**

Discussion held regarding indexes, Defendants' responses/supplemental responses to requests for production and interrogatories, and 30(b)(6) depositions.

Defendants provided revised indexes to Plaintiffs on or about July 15, 2026.  Plaintiffs' counsel have reviewed the indexes and believe the Bates number issues have been resolved.  Plaintiffs' counsel report they need the responses/supplemental responses to requests for production to substantively analyze the status.  Defendants shall provide the responses/supplemental responses to all requests for production on or before **Friday, September 4, 2026.**

Defendants' counsel reports that the responses/supplemental responses to interrogatories are in the final stage.  Defendants shall provide responses/supplemental responses to all interrogatories on or before **Monday, August 24, 2026.**

Plaintiffs' counsel provided a draft protocol for 30(b)(6) depositions to Defendants' counsel on or about July 27, 2026.  The parties have arranged to meet and confer regarding the protocol.  The parties shall meet and confer regarding the deposition protocol on or before **August 31, 2026.**  If disagreements remain regarding the protocol after the parties have exhausted their efforts to resolve the matter, the parties shall file a joint position statement concerning the remaining issues.  The joint position statement shall detail each specific issue and each side's separate position and argument concerning the issue(s).  Each side shall submit its separate proposed order as an attachment to the joint position statement.

The Court sets a further telephonic status conference for **Thursday, September 10, 2026, at 10:40 a.m.** before this Court. The parties are instructed to call 855-244-8681 and enter access code 2308 628 4578 at the time of the conference.

**SC:  29 minutes**
**Start Time: 10:08 a.m.**
**End Time: 10:37 a.m.**