**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel.* Kristin K. Mays, Attorney General; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lnasky, L.L.C., dba Avid Telecom; *et al.*,<br><br>Defendants. | No. CV-23-00233-TUC-CKJ (MAA)<br><br>**AMENDED ORDER**<br><br>**(amended as to paragraph 2(f) only)** |

Pending before the Court is the Parties' **THIRD EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** (Doc. 253). The Parties seek additional time to allow for (a) the final resolution of ongoing discovery disputes; and (b) the Parties to prepare for, schedule, and conduct depositions of the Parties, experts, and witnesses in this matter. All Parties have consented to the request and agree that, other than notices of deposition, no new Party discovery will be served without leave from the Court.

Having reviewed the same, the Court finds good cause to grant the Parties' request. Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' THIRD EXPEDITED JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES (Doc. 253) is **GRANTED**.

. . .

2. The case management deadlines are extended as follows:

   a. Opening/initial motions identifying disputes arising from the Parties' written discovery must be filed within sixty (60) days of the date on which the Parties' respective positions are that they have produced all documents, written responses, and indexes that are reasonably anticipated to be produced. In order to memorialize and confirm the date certain reflecting the start of the motion practice set out in this Paragraph and in Paragraph 2(b), the Parties agree that they will submit a notice to the Court to jointly recognize the date certain that the 60-day period for this motion practice shall begin, unless otherwise ordered by the Court.

   b. The completion of subsequent and continuing motion practice concerning and related to all ongoing discovery disputes initially noticed for consideration to the Court in the time period set out in Paragraph 2(a) above. This includes any later-arising or additional substantive disputes on initial responses that were previously challenged and on supplemental responses provided in response to the opening motions set out in Paragraph 2(a). All subsequent motions will be filed in accordance with the timelines of LRCiv 7.2 unless leave is otherwise granted by the Court.

   c. In order to memorialize and confirm the date certain reflecting the completion of the subsequent motion practice set out in Paragraph 2(b) above, and that the Court has considered and ruled on all outstanding motions on all ongoing discovery disputes, the Parties agree that they will submit a notice to the Court to jointly recognize the date certain that the discovery disputes are complete and the date from which the next case management deadlines will be calculated.

   d. All depositions of the Parties, experts, and witnesses shall be noticed, conducted, and concluded within ninety (90) days after entry of all

orders finally resolving all discovery disputes that were the subject of motion practice with the Court as set forth in Paragraphs 2(b) and (c) above. The calculation of the 90th day of this period will be in accordance with Fed. R. Civ. P. 6.

e. Dispositive motions shall be filed within forty-five (45) days after the close of the period to notice, conduct, and conclude all fact and expert depositions in this matter, as has been set out in Paragraph 2(d). The calculation of the 45th day of this period will be in accordance with Fed. R. Civ. P. 6.

f. The Joint Proposed Pretrial Order ("Pretrial Statement") shall be filed within thirty (30) days following resolution of dispositive motions. If any Party files a dispositive motion before the conclusion of the 90-day period for taking depositions set forth in Paragraph 2(d) above, or before the conclusion of the 45-day period allocated to drafting and filing dispositive motions set forth in Paragraph 2(e) above, the calculation of the 30-day period for the Pretrial Statement shall not begin until the time has tolled for both the 90-day deposition period and the 45-day dispositive motions period. If no dispositive motions are filed, the Pretrial Statement will be due within thirty (30) days after the close of the 45-day period for drafting and filing dispositive motions as set forth in Paragraph 2(e) above.

3. All other deadlines and requirements of the case management order shall remain in full force and effect.

Dated this 19th day of August, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge