**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, *ex rel*. Kristin K. Mayes, Attorney General; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom; et al.,<br><br>Defendants. | NO. 4:23-cv-00233-TUC-CKJ<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

Assistant Attorney General William R. Pearson respectfully notifies the Court of his withdrawal as counsel for the Plaintiff State of Iowa in this case. Assistant Attorney General Benjamin Bellus will continue to represent the Plaintiff State of Iowa, and Iowa will not be without representation in this matter.

Dated: September 8, 2026

Respectfully submitted,

BRENNA BIRD
Iowa Attorney General

/s/ William R. Pearson

Benjamin Bellus (IA Bar No. AT0000688)
William Pearson (IA Bar No. AT0012070)
Assistant Attorneys General
Office of the Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
Phone:(515) 242-6536 (Bellus)
(515) 242-6773 (Pearson)
Fax: (515) 281-6771
Benjamin.Bellus@ag.iowa.gov
William.Pearson@ag.iowa.gov
*Attorneys for Plaintiff State of Iowa*