MAGISTRATE JUDGE'S CIVIL MINUTES

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date: September 10, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Savannah Araiza Court Reporter: CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff CA Attorney General | Timothy Lundgren, Esq. |
| Attorney for Plaintiff DE Attorney General | Ryan Acosta, Esq. |
| Attorney for Plaintiff FL Attorney General | Sean Saval, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff MD Attorney General | Philip Ziperman, Esq. |
| Attorney for Plaintiff MI Attorney General | Kathy Fitzgerald, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |
| Attorney for Plaintiff OK Attorney General | Sylvia Lanfair, Esq. |
| Attorney for Plaintiff RO Attorney General | Alexander Carnevale, Esq. |

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

Discussion is held regarding indexes, supplemental responses to all requests for production, supplemental responses to interrogatories, and 30(b)(6) deposition protocol. Based on the parties' status report, Defendants' final updates and supplements to all written responses to requests for production and interrogatories have not been produced to Plaintiffs; Defendants are working on a final production of documents to Plaintiffs; and Defendants will revise the indexes to reflect all updated information, documents and bates numbers. The Court sets the following firm deadlines:

IT IS ORDERED that Defendants shall make their full and final production of all responsive documents, to the extent a valid objection does not exist, on or before **Tuesday, October 6, 2026.**

IT IS FURTHER ORDERED that Defendants shall provide their full and final supplemental/updated written responses to all requests for production, to the extent a valid objection does not exist, on or before **Tuesday, October 6, 2026.**

IT IS FURTHER ORDERED that Defendants shall provide their full and final supplemental/updated written responses to all interrogatories, to the extent a valid objection does not exist, on or before **Tuesday, October 6, 2026.**

IT IS FURTHER ORDERED that Defendants shall provide the full and final revised/updated indexes to Plaintiffs, to the extent a valid objection does not exist, on or before **Tuesday, October 6, 2026.**

IT IS FURTHER ORDERED that the parties' counsel shall meet and confer regarding all remaining issues related to the deposition protocol. Any remaining issues following meet and confer shall be briefed to the Court in a joint statement. The joint statement shall, for each issue, identify the issue, state each party's position and argument on the issue, and state each party's request for relief for the issue. As an attachment to the joint statement, each side shall submit its version of a proposed order or submit a joint proposed order with alternative language corresponding with each side's position. The parties may proceed with briefing on the deposition protocol when they have exhausted their good faith efforts to resolve the remaining issues.

The Court sets a further telephonic status conference for **Thursday, October 15, 2026, at 10:00 a.m.** before this Court. The parties shall be prepared to discuss briefing on any and all remaining discovery issues. The parties are instructed to call 855-244-8681 and enter access code 2308 628 4578 at the time of the conference.

**SC: 38 minutes**

**Start Time: 10:48 a.m.**
**End Time: 11:26 a.m.**