RAÚL R. LABRADOR
Attorney General
State of Idaho

MATTHEW L. MAURER
Division Chief
Consumer Protection Division

Stephanie N. Guyon (admitted *pro hac vice*)
Deputy Attorney General
Office of the Idaho Attorney General
954 W. Jefferson St., 2nd Fl.
Boise, ID 83702
Phone: (208) 334-2424
stephanie.guyon@ag.idaho.gov

*Attorney for Plaintiff State of Idaho*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| State of Arizona, ex rel. Kristin K. Mayes, Attorney General; et al.<br><br>Plaintiffs,<br><br>v.<br><br>Michael D. Lansky, L.L.C., dba Avid Telecom, et al.,<br><br>Defendants. | NO. 4:23-CV-00233-CKJ-MAA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

The State of Idaho, ex rel. Raúl R. Labrador, Attorney General (the "State"), hereby gives notice that James J. Simeri, due to his departure from the Idaho Office of the Attorney General's Consumer Protection Division as of close of business on September 18, 2026, is

withdrawing from the representation of the State in this matter. Deputy Attorney General Stephanie N. Guyon will continue to represent the Plaintiff State of Idaho and Idaho will not be without representation in this matter.

RESPECTFULLY SUBMITTED this 21st day of September, 2026.

**RAÚL R. LABRADOR**
**Attorney General**

*/s/ Stephanie N. Guyon*
Stephanie N. Guyon (ISB No. 5989)
Deputy Attorney General
Idaho Attorney General's Office
P.O. Box 83720
Boise, ID 83720-0010
Phone: (208) 334-4114
stephanie.guyon@ag.idaho.gov

*Attorney for Plaintiff State of Idaho*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I caused the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE, to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

*/s/ Stephanie N. Guyon*
Stephanie N. Guyon