**MAGISTRATE JUDGE'S CIVIL MINUTES**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date: October 15, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Savannah Araiza Court Reporter: CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Plaintiff AL Attorney General | Robert Tambling, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff CA Attorney General | Timothy Lundgren, Esq. |
| Attorney for Plaintiff FL Attorney General | Sean Saval, Esq. |
| Attorney for Plaintiff IN Attorney General | Thomas Martindale, Esq. |
| Attorney for Plaintiff IN Attorney General | Douglas Swetnam, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NJ Attorney General | Zeyad Assaf, Esq. |
| Attorney for Plaintiff NC Department of Justice | Tracy Nayer, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OK Attorney General | Sylvia Lanfair, Esq. |
| Attorney for Plaintiff RO Attorney General | Alexander Carnevale, Esq. |
| Attorney for Plaintiff UT Attorney General | Katie Villani, Esq |

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

Discussion is held regarding Defendants' final supplemental production of documents, final supplemental/updated written responses to requests for production, final supplemental/updated written responses to interrogatories, final revised/updated indexes and production of account ledgers in native format, as well as the parties' 30(b)(6) deposition protocol.

Defendants have made their supplemental production of documents and clarify that the production, though bearing "Reeves" Bates numbers, pertains to the document requests as to all defendants. Defendants confirm they have produced all documents except for those that may be withheld under stated objections.

The parties agree that supplemental/updated written responses to Plaintiffs' requests for production will not be necessary provided the final indexes are produced as anticipated.

Defendants have not yet served their final supplemental/updated responses to interrogatories. As stated in the Court's minute entry on September 10, 2026, the deadline for the final responses was October 6, 2026**. IT IS ORDERED that Defendants shall serve the final supplemental/updated responses to all interrogatories on or before November 5, 2026.** Failure to do so may result in sanctions.

Defendants have not yet served the final indexes. **IT IS ORDERED that the parties' counsel and/or technical experts shall confer and Defendants shall, on or before November 5, 2026, and to the extent a good-faith objection is not asserted, serve the final indexes.** The indexes shall be in final form incorporating all document productions, to the extent a good-faith objection is not asserted. In the event of any further dispute over the indexes, the parties' counsel shall contact chambers to set up a telephonic conference prior to the production deadline.

Plaintiffs' counsel note they have not yet received account ledgers in native Quickbooks format. In the Court's Minute Entry dated April 23, 2026 (Doc. 239), it is noted

> [P]laintiffs' counsel advise that Defendants have produced account ledgers for three years but more contemporaneous materials are needed. Plaintiffs' counsel advise they have not received materials for 2019 and 2020 and have not received native files for the remaining three years. Defense counsel advises that Defendants are working with a bookkeeper provide the materials.

**IT IS ORDERED that Defendants' counsel will follow up on the request for account ledgers in native format, confer with Plaintiffs' counsel concerning what is requested, and confirm with Plaintiffs' counsel on or before November 5, 2026, what materials exist, what materials will be produced, and what materials, if any, will be withheld under an objection.** Defendants' counsel will make good faith efforts to produce the materials on or before November 5, 2026.

The parties have exchanged final or close-to-final comments on the draft 30(b)(6) protocol. The parties will finalize the protocol. In the event of any remaining disputes, the parties shall brief the dispute(s) to the Court in a joint statement. The joint statement shall, for each issue, identify the issue, state each party's position and argument on the issue, and state each party's request for relief for the issue. As an attachment to the joint statement, each side shall submit its version of a proposed order or submit a joint proposed order with alternative language corresponding with each side's position.

The Court sets a further telephonic status conference for **Thursday, November 19, 2026, at 10:00 a.m.** before this Court. The parties shall be prepared to discuss briefing on any and all remaining discovery issues. The parties are instructed to call 855-244-8681 and enter access code 2308 628 4578 at the time of the conference.

**IT IS FURTHER ORDERED that the parties may, by agreement of the parties, extend the deadlines set by this Minute Entry Order but may not extend the deadlines beyond November 18, 2026, without leave of the Court.**

Deputy Clerk: S. Araiza
Recorded By: CourtSmart

**SC: 42 minutes**
**Start Time: 10:04 a.m.**
**End Time: 10:46 a.m.**