**MAGISTRATE JUDGE'S CIVIL MINUTES**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA – TUCSON**

**CIVIL MINUTES - GENERAL**

**Date: November 19, 2026**

**Civil Case Number: 4:23-cv-00233-CKJ-MAA**

**Title: State of Arizona, et al v. Michael D. Lansky LLC, et al.**

Hon. Michael A. Ambri

Magistrate Courtroom Clerk: Savannah Araiza Court Reporter: CourtSmart

| | |
|---|---|
| Attorney for Defendant | Steven Brotman, Esq. |
| Attorney for Defendant | Neil S Ende, Esq. |
| Attorney for Plaintiff AL Attorney General | Lindsay Barton, Esq. |
| Attorney for Plaintiff AZ Attorney General | Sarah Pelton, Esq. |
| Attorney for Plaintiff AK Attorney General | Amanda Wentz, Esq. |
| Attorney for Plaintiff CA Attorney General | Timothy Lundgren, Esq. |
| Attorney for Plaintiff DE Attorney General | Ryan Acosta, Esq. |
| Attorney for Plaintiff IN Attorney General | Douglas Swetnam, Esq. |
| Attorney for Plaintiff LA Attorney General | ZaTabia Williams, Esq. |
| Attorney for Plaintiff NH Attorney General | Mary Stewart, Esq. |
| Attorney for Plaintiff NC Department of Justice | Rochelle Sparko, Esq. |
| Attorney for Plaintiff ND Attorney General | Christopher Lindblad, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Emily Dietz, Esq. |
| Attorney for Plaintiff OH Attorney General – Columbus | Erin Leahy, Esq. |
| Attorney for Plaintiff OK Attorney General | Sylvia Lanfair, Esq. |
| Attorney for Plaintiff RO Attorney General | Alexander Carnevale, Esq. |
| Attorney for Plaintiff TN Attorney General | Daimon Duggar, Esq. |
| Attorney for Plaintiff WV Attorney General | Ashley Wentz, Esq |

Attorney for Plaintiff WI Attorney General Gregory Myszkowski, Esq

---

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**

Discussion is held regarding supplemental/updated responses to interrogatories; indexes; account ledgers in native Quickbooks format; 30(b)(6) deposition protocol; and Defendant's correspondences dated November 9, 2026, and November 11, 2026, concerning discovery and dispositive motions.

Defendants have served their supplemental/updated responses to interrogatories. Plaintiffs' counsel will evaluate the supplemental responses and the parties will confer regarding any remaining issues.

**IT IS ORDERED: Plaintiffs' counsel shall review the supplemental responses and provide any followup to Defendants' counsel on or before December 2, 2026. Defendants' counsel shall respond to Plaintiffs' counsel on or before December 15, 2026. The parties' counsel shall confer regarding any remaining issues on or before December 21, 2026, such that any remaining issues will reflect the parties' final positions for briefing to the Court if necessary. The parties may adjust these dates by agreement provided the conferral process is completed by December 21, 2026.**

Defendants have served their revised indexes. Plaintiffs' counsel will evaluate the materials and the parties will confer regarding any remaining issues. Based on the discussion at the status conference, and given the volume of materials and information, the Court anticipates a roughly 60-day period for the parties to further evaluate, confer and narrow the issues for briefing, if necessary, regarding the indexes.

**IT IS ORDERED: Plaintiffs' counsel shall review the revised indexes and related materials and provide any followup to Defendants' counsel on or before December 21, 2026. The indexes will be discussed at the next status conference. The Court will set further deadlines with the parties' input at that time including a period for Defendants to evaluate and respond to any followup from Plaintiffs.**

Regarding account ledgers in native Quickbooks format, Defense counsel state the materials are beyond Defendants' possession, custody and control but that they have produced the materials they were able to obtain from the nonparty bookkeepers. Discussion is held regarding Plaintiffs' request for the materials in native format and the basis for Plaintiffs' request. Plaintiffs' counsel request leave to serve a subpoena duces tecum on the nonparties. Defense counsel objects based on timeliness. The Court finds that the materials are relevant and there is no prejudice in the timing given the limited nature of the subpoena(s) and the procedural posture of the case. **The Court grants leave for Plaintiffs' counsel to serve the requested subpoena(s) for account ledgers in native format.**

Some final issues remain regarding the 30(b)(6) deposition protocol. The parties will confer and attempt to resolve the remaining issues. Once the parties have completed their conferral such that any remaining issues reflect the parties' final positions, the parties may proceed with briefing regarding the protocol. The parties shall follow the briefing instructions in the Court's minute entry dated October 15, 2026 [Doc. 262].

Plaintiffs' counsel will evaluate the defense correspondences dated November 9 and 11, 2026. The parties will confer regarding a schedule for the parties to exchange communications concerning the matters raised in the letters and to confer in an attempt to resolve or narrow the issues. The parties are instructed to contact chambers if they are unable to agree on an appropriate schedule.

The Court sets a further telephonic status conference for **10:30 a.m. to 11:30 a.m. on Tuesday, December 22, 2026,** before this Court. The parties are instructed to call 855-244-8681 and enter access code 2308 628 4578 at the time of the conference.

**SC: 72 minutes**

**Start Time: 10:05 a.m.**

**End Time: 11:17 a.m.**